IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Pine Gate Renewables, LLC[1], et al. | ) ) ) | Case No. 25-90669 (CML) |
| Debtors. | ) ) ) | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Back Bay Solar, LLC ("BBS"), pursuant to Rules 2002, 3017, 9007, 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in these cases be transmitted to:

| Karl D. Burrer | Julia Frost-Davies | Brian E. Greer |
|---|---|---|
| Kristen Jacobsen | T. Charlie Liu | **GREENBERG TRAURIG, LLP** |
| **GREENBERG TRAURIG, LLP** | **GREENBERG TRAURIG, LLP** | One Vanderbilt Ave. |
| 1000 Louisiana Ave., | One International Place | New York, NY 10017 |
| Suite. 6700 | Suite 2000 | Telephone: (212) 801-9200 |
| Houston, TX 77002 | Boston, MA 02110 | Emails: |
| Telephone: (713) 374-3500 | Telephone: (617) 310-6000 | *GreerB@gtlaw.com* |
| Emails: BurrerK@gtlaw.com | Email: | |
| *Kristen.Jacobsen@gtlaw.com* | *Julia.FrostDavies@gtlaw.com* | |
| | *Charlie.Liu@gtlaw.com* | |

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code, but also includes without limitation the schedules, statement of financial affairs, operating reports,

---

[1] A complete list of each of the Debtors in these chapter 11 cases (the "Chapter 11 Cases") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.omniagentsolutions.com/PGR. The Debtors' mailing address for the purposes of the Chapter 11 Cases is 130 Roberts Street, Asheville, North Carolina 28801.

pleadings, motions, applications, complaints, demands, hearings, requests or pleadings, and disclosure statement, any letter, objections, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronic mail, telephone, telegraph, telex or otherwise filed or delivered to the clerk, Court or judge in connection with and with regard to these cases and any proceeding related thereto as well as the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of BBS to (a) have final orders in non-core matters entered only after *de novo* review by a District Court judge, (b) trial by jury in a proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (d) object to the jurisdiction of the Bankruptcy Court for any purpose, (e) any election of remedy, or (f) any rights, claims, actions and/or defenses, in law, in equity, or otherwise, all of which such rights, claims, actions and/or defenses, are expressly preserved and reserved.

Dated: November 6, 2025                    **GREENBERG TRAURIG, LLP**

                                                */s/ Karl D. Burrer*
                                                Karl D. Burrer
                                                Texas Bar No. 24043584
                                                Kristen Jacobsen
                                                Texas Bar No. 24101381
                                                1000 Louisiana Street, Suite 6700
                                                Houston, Texas 77002
                                                Telephone: (713) 374-3500
                                                Emails:   BurrerK@gtlaw.com
                                                                          Kristen.Jacobsen@gtlaw.com

                                                -and-

>Julia Frost Davies (*pro hac vice* forthcoming)
>T. Charlie Liu (*pro hac vice* forthcoming)
>One International Place, Suite 2000
>Boston, Massachusetts 02110
>Telephone: (617) 310-6000
>Email: Julia.FrostDavies@gtlaw.com
>         Charlie.Liu@gtlaw.com
>
>-and-
>
>Brian Greer (*pro hac vice* forthcoming)
>One Vanderbilt Avenue
>New York, New York 10017
>Telephone: (212) 801-9200
>Email:   GreerB@gtlaw.com
>
>***Counsel to Back Bay Solar, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing *Notice of Appearance and Request for Service of All Pleadings* was served on November 6, 2025, by electronic mail at the time of filing via the CM/ECF system which sends notification of such filings to those parties receiving electronic notification.

>*/s/ Karl D. Burrer*
>Karl D. Burrer