**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

```
-------------------------------------------------------- x
                                                         :
In re:                                                   :   Chapter 11
                                                         :
PINE GATE RENEWABLES, LLC, et al.,                       :   Case No. 25-90669 (CML)
                                                         :
          Debtors.¹                                      :   (Joint Administration Requested)
                                                         :
-------------------------------------------------------- x
```

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND SERVICE PAPERS**

**PLEASE TAKE NOTICE** that the attorneys listed below hereby appear as counsel for

Healthcare of Ontario Pension Plan Trust Fund ("**HOOPP**") in the cases of the above-captioned

debtors and debtors-in-possession (the "**Debtors**") pending under chapter 11 of title 11 of the

United States Code (the "**Bankruptcy Code**").  Pursuant to section 1109(b) of the Bankruptcy

Code and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure

(the "**Bankruptcy Rules**"), HOOPP requests that copies of any and all notices, pleadings, motions,

orders to show cause, applications, petitions, memoranda, affidavits, declarations, orders, or other

documents, filed or entered in these cases, be transmitted to:

---

[1]  A complete list of each of the Debtors in these chapter 11 cases (the "*Chapter 11 Cases*") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/PGR.  The Debtors' mailing address for the purposes of the Chapter 11 Cases is 130 Roberts Street, Asheville, North Carolina 28801.

**WEIL, GOTSHAL & MANGES LLP**
Gabriel Morgan (24125891)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511
Email:  Gabriel.Morgan@weil.com

**WEIL, GOTSHAL & MANGES LLP**
Matthew S. Barr
Chase Bentley
Teddy Cohan
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007
Email:  Matt.Barr@weil.com
          Chase.Bentley@weil.com
          Teddy.Cohan@weil.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, order, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission or otherwise, that affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys consent to e-mail service.

**PLEASE TAKE FURTHER NOTICE** that request is also made that the attorneys identified herein be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in the above-captioned cases.

Dated:  November 7, 2025
       Houston, Texas

                          */s/   Gabriel Morgan*
WEIL, GOTSHAL & MANGES LLP
Gabriel Morgan (24125891)
700 Louisiana Street, Suite 3700
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile:  (713) 224-9511
Email: Gabriel.Morgan@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Matthew S. Barr (*pro hac vice* pending)
Chase Bentley (*pro hac vice* pending)
Teddy Cohan (*pro hac vice* pending)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile:  (212) 310-8007
Email: Matt.Barr@weil.com
        Chase.Bentley@weil.com
        Teddy.Cohan@weil.com

*Attorneys for Healthcare of*
*Ontario Pension Plan Trust Fund*

## **Certificate of Service**

I hereby certify that, on November 7, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Gabriel Morgan*

Gabriel Morgan