UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 25-90669 (CML) |
|---|---|---|---|
| Debtor | In re: Pine Gate Renewables, LLC, *et al.* | | |

This lawyer, who is admitted to the State Bar of New York:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Email<br>Licensed: State & Number | Matthew S. Barr<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(212) 310-8000<br>Matt.Barr@weil.com<br>New York / 2800175 |

Seeks to appear as the attorney for this party:

| *Healthcare of Ontario Pension Plan Trust Fund* | |
|---|---|
| Dated:  November 7, 2025 | Signed:  */s/ Matthew S. Barr* |

| | |
|---|---|
| COURT USE ONLY: The applicant's state bar reports their status as: _____. | |
| Dated: | Signed: _____<br>Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Signed: _____          _____
                                United States Bankruptcy Judge

WEIL\100853670\3\52055.0005