IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| PINE GATE RENEWABLES, LLC, *et al.*,[1] | § § | Case No. 25-90669 (CML) |
| Debtors. | § § § | Jointly Administered |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Stephen A. Jones and the law firm of Foley & Lardner LLP, attorneys for Pathward, National Association ("**Pathward**") request, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served at the following address:

Stephen A. Jones
TX State Bar No. 24101270
FOLEY & LARDNER LLP
2021 McKinney Avenue, Ste. 1600
Dallas, Texas 75201
Telephone: (214) 999.4000
Facsimile: (214) 999.4667
sajones@foley.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and includes, without limitation, any plans of reorganization, objections, notices of hearings, orders, pleadings, motions, applications, complaints, demands, requests, petitions, disclosure statements, memoranda, briefs

---

[1] A complete list of each of the Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/PGR. The Debtors' mailing address for the purposes of the chapter 11 cases is 130 Roberts Street, Asheville, North Carolina 28801.

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**                                   Page 1

and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telegraph, or telex.

**PLEASE TAKE FURTHER NOTICE** this Notice of Appearance and Request for Notices shall not be deemed or construed to be a waiver of the rights of Pathward (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which Pathward is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 7, 2025

Respectfully submitted,

**FOLEY & LARDNER LLP**

*/s/ Stephen A. Jones*
Holland N. O'Neil (TX14864700)
Stephen A. Jones (TX 24101270)
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Telephone: 214-999-3000
Facsimile: (214) 999.4667
honeil@foley.com
sajones@foley.com

**COUNSEL FOR PATHWARD, NATIONAL ASSOCIATION**

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers was served electronically by the Court's PACER system on November 7, 2025.

                                                /s/ *Stephen A. Jones*
                                                Stephen A. Jones