UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

```
----------------------------------------------------------- x
In re:                                         :    Chapter 11
                                               :
PINE GATE RENEWABLES, LLC, et al.,             :    Case No. 25-90669 (CML)
                                               :
                  Debtors.[1]                  :    (Joint Administration Requested)
                                               :
----------------------------------------------------------- x
```

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the attorneys listed below hereby appear as counsel for

Fundamental Advisors LP and certain of its affiliates (collectively "Fundamental") in the cases

of the above-captioned debtors and debtors in possession (the "Debtors") pending under chapter

11 of title 11 of the United States Code (the "Bankruptcy Code"). Pursuant to section 1109(b)

of the Bankruptcy Code and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), Fundamental requests that copies of any and all notices,

pleadings, motions, orders to show cause, applications, petitions, memoranda, affidavits,

declarations, orders, or other documents, filed or entered in these cases, be transmitted to:

> Duston K. McFaul (24003309)
> Maegan Quejada (24105999)
> 1000 Louisiana Street, Suite 5900
> Houston, Texas 77002
> Tel.: (712) 495-4500
> Facsimile: (712) 495-7799
> Email: dmcfaul@sidley.com
>         mquejada@sidley.com

---

[1]   A complete list of each of the Debtors in these chapter 11 cases (the "***Chapter 11 Cases***") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/PGR. The Debtors' mailing address for the purposes of the Chapter 11 Cases is 130 Roberts Street, Asheville, North Carolina 28801.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to n the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, order, petition, pleading, request, complaint, or demand, statement of affairs, operating reports, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission, or otherwise, that affects the Debtors or the Debtors' property.

**PLEASE TAKE FURTHER NOTICE** that Fundamental's counsel consents to email service.

**PLEASE TAKE FURTHER NOTICE** that request is also made that the attorneys identified herein by added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in the above-captioned cases.

[*Remainder of page intentionally left blank.*]

Dated:  November 8, 2025

Respectfully Submitted,

*/s/ Maegan Quejada*

**SIDLEY AUSTIN LLP**
Duston K. McFaul (TX Bar No. 24003309)
Maegan Quejada (TX Bar No.  24105999)
1000 Louisiana Street, Suite 5900
Houston, Texas 77002
Telephone:    (713) 495-4500
Facsimile:     (713) 495-7799
Email:           dmcfaul@sidley.com
                     mquejada@sidley.com

*Counsel to Fundamental*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 8, 2025, a copy of this document was served by electronic service on all counsel of record via the Court's CM/ECF system.

/s/ Maegan Quejada
Maegan Quejada

4