IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PINE GATE RENEWABLES, LLC, *et al.*[1] | ) ) ) | Case No. 25-90669 (CML) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that the below named attorneys hereby file their appearance as attorneys in the above-referenced chapter 11 cases on behalf of GC PGR HoldCo Member, LLC and GC PGR HoldCo, LLC (collectively, the "<u>Generate Members</u>"), and request that all pleadings filed and notices given in this case be given and served to the following:

| | |
|---|---|
| **KIRKLAND & ELLIS LLP** | **KIRKLAND & ELLIS LLP** |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Robert P. Goodin, P.C. (TX Bar No.24094685) | Christopher Marcus. P.C. |
| Daniel P. Cadis (TX Bar No. 24093857) | Elizabeth H. Jones |
| 609 Main Street | 601 Lexington Avenue |
| Houston, Texas 77002 | New York, New York 10022 |
| Telephone: (713) 836-3600 | Telephone: (212) 446-4800 |
| Facsimile: (713) 836-3601 | Facsimile: (212) 446-4900 |
| Email:  robert.goodin@kirkland.com | Email:  christopher.marcus@kirkland.com |
| Email:  daniel.cadis@kirkland.com | Email:  elizabeth.jones@kirkland.com |

*Attorneys for GC PGR HoldCo Member, LLC and GC PGR HoldCo, LLC*

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and pleadings, but also includes, without limitation, notices of any pleadings, complaint, demand, hearing,

---

[1] A complete list of each of the Debtors in these chapter 11 cases (the "**Chapter 11 Cases**") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/PGR. The Debtors' mailing address for the purposes of the Chapter 11 Cases is 130 Roberts Street, Asheville, North Carolina 28801.

motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed with regard to the above-referenced chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Notice and Pleadings nor any subsequent appearance, pleading, claim, proof of claim, document, suit, or motion, nor any other writing or conduct, should be taken to constitute a waiver of any right of the Generate Members:  (i) to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge; (ii) to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy, or proceeding related hereto, notwithstanding whether or not such matters are designated as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial is pursuant to statute or the United States Constitution; (iii) to have the reference withdrawn by the United States District Court for the Southern District of Texas in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) to rights, claim, actions, or defenses, setoffs, recoupments or other matters to which the Generate Members are entitled under any agreements or at law or in equity or under the United States Constitution.

November 10, 2025

*/s/ Robert P. Goodin*

| | |
|---|---|
| **KIRKLAND & ELLIS LLP** | **KIRKLAND & ELLIS LLP** |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Robert P. Goodin, P.C. (TX Bar No.24094685) | Christopher Marcus. P.C. |
| Daniel P. Cadis (TX Bar No. 24093857) | Elizabeth H. Jones |
| 609 Main Street | 601 Lexington Avenue |
| Houston, Texas 77002 | New York, New York 10022 |
| Telephone:   (713) 836-3600 | Telephone:   (212) 446-4800 |
| Facsimile:    (713) 836-3601 | Facsimile:    (212) 446-4900 |
| Email:           robert.goodin@kirkland.com | Email:           christopher.marcus@kirkland.com |
| Email:           daniel.cadis@kirkland.com | Email:           elizabeth.jones@kirkland.com |

*Attorneys for GC PGR HoldCo Member, LLC and GC PGR HoldCo, LLC*

## Certificate of Service

I certify that on November 10, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Robert P. Goodin
Robert P. Goodin