IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PINE GATE RENEWABLES, LLC, *et al.*, | : | Case No. 25-90669 (CML) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

---

**NOTICE OF PROPOSED SALE,
BIDDING PROCEDURES, AUCTION, AND SALE HEARING**

> **THIS NOTICE (THIS "*NOTICE*") IS BEING PROVIDED PURSUANT TO THE BIDDING PROCEDURES ORDER (AS DEFINED BELOW).**

**Your rights may be affected by the transactions described herein. Please read the below carefully and take notice that:**

On November 6, 2025, Pine Gate Renewables, LLC and its debtor-affiliates (collectively the "***Debtors***") filed voluntary petitions commencing the above-captioned cases (the "***Chapter 11 Cases***") under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "***Bankruptcy Code***") in the United States Bankruptcy Court for the Southern District of Texas (the "***Court***").

On November 6, 2025, the Debtors filed a motion [Docket No. 22] (the "***Motion***"), that requested the entry of an order approving, among other things, the Bidding Procedures (as defined below) by which the Debtors shall solicit and select the highest or otherwise best offer for the sale of the Assets through one or more sales (each, a "***Transaction***").

On November 10, 2025, the Bankruptcy Court entered the *Order (A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Establishing Procedures for Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, (C) Scheduling Dates for an Auction and a Hearing to Consider Approval of any Resulting Sale, (D) Approving Form and Manner of Notices Related Thereto, and (E) Granting Related Relief* [Docket No. 128] (the "**Bidding Procedures Order**").

---

[1] A complete list of each of the Debtors in these chapter 11 cases (the "***Chapter 11 Cases***") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/PGR. The Debtors' mailing address for the purposes of the Chapter 11 Cases is 130 Roberts Street, Asheville, North Carolina 28801.

Among other things, the Bidding Procedures Order: (a) approves the bidding procedures attached to the Bidding Procedures Order as **Annex 1** (the "***Bidding Procedures***"),[2] (b) establishes procedures for the assumption and assignment of executory contracts and unexpired leases, including notice of proposed Cure Costs (the "***Assumption and Assignment Procedures***"); (c) schedules (i) a date for an auction if the Debtors receive one or more timely and acceptable Qualified Bids (the "***Auction***") and (ii) a final hearing (the "***Sale Hearing***") to approve one or more Transactions, as necessary; (d) approves the form and manner of notice of (i) the Auction and Sale Hearing and (ii) the Assumption and Assignment Procedures; (e) approves the procedures governing the Debtors' selection of one or more stalking horse bidders (each, a "***Stalking Horse Bidder***"), if any, and the provision of Bid Protections to such Stalking Horse Bidder(s), if necessary; and (f) grants related relief.  **All interested or potentially affected parties should carefully read the Bidding Procedures and the Bidding Procedures Order.**

**Any party that wishes to take part in the sale process contemplated by the Bidding Procedures Order and submit a Bid for the Assets must submit its Bid in accordance with the terms and conditions of the Bidding Procedures, including the requirements for submitting (1) an Indication of Interest, by November 17, 2025 at 11:59 p.m. (prevailing Central Time) (the "*IOI Deadline*") and (2) a Qualified Bid, by December 15, 2025 at 5:00 p.m. (prevailing Central Time) (the "*Bid Deadline*");** *provided*, **that the IOI Deadline and the Bid Deadline are subject to change, and the Debtors shall notify the Consultation Parties and all other interested parties of any such change by notice filed on the docket in the Chapter 11 Cases.**

Pursuant to the Bidding Procedures Order, if the Debtors receive two or more timely and acceptable Qualified Bids for the same Assets, the Debtors may conduct the Auction on **December 17, at 9:00 a.m. (prevailing Central Time) / 10:00 a.m. (prevailing Eastern Time)** at the offices of proposed counsel for the Debtors, Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020, or at such other place and time as the Debtors shall notify all Qualified Bidders, the Consultation Parties, and all other parties entitled to attend the Auction.  Only the Debtors, the Consultation Parties, the Stalking Horse Bidder(s) (if any), any other Qualified Bidder and/or other parties as the Debtors may determine to include in their discretion, in each case along with their representatives and advisors, shall be entitled to attend the Auction (such attendance to be in person), and only Qualified Bidders will be entitled to make Overbids at the Auction.  The Debtors have the right to adjourn or cancel the Auction during, or at any time prior to, the Auction.

Pursuant to the Bidding Procedures Order, the Debtors (after consultation with the Consultation Parties) are authorized to enter into one or more agreements (each, a "***Stalking Horse Agreement***") with one or more Stalking Horse Bidders regarding a Transaction.  In the event that the Debtors select one or more parties to serve as a Stalking Horse Bidder, upon such selection, the Debtors shall provide, to (a) all parties on the Rule 2002 List (as defined in the Motion), (b) counsel for any statutory committee appointed in the Chapter 11 Cases (a  "***Committee***"), (c) counsel to the DIP Lenders, (d) all parties then known to have expressed an interest in the Assets as part of the Debtors' prepetition and postpetition marketing process, and (e) all parties holding liens on the Assets, three business days' notice of and an opportunity to object to the designation of such Stalking Horse Bidder and disclosure of the proposed Bid Protections set forth in the

---

[2]   Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Bidding Procedures.

2

Stalking Horse Agreement.  Absent objection, the Debtors may submit a proposed order to the Court under certification of counsel approving the selection of such Stalking Horse Bidder and the Bid Protections and the Debtors' selection of such Stalking Horse Bidder may be deemed approved by the Court.

**The Sale Hearing to consider approval of any Transaction and the transfer of certain Assets and the Assumed Liabilities to the Successful Bidder(s), <u>free and clear of all pledges, liens, security interests, encumbrances, claims, charges, options, and other interests thereon</u> in accordance with section 363(f) of the Bankruptcy Code, will be held before the Honorable Christopher M. Lopez, United States Bankruptcy Judge at the United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Street, Courtroom 402, Houston, TX 77002 on <u>December 22, 2025, at 10:00 a.m. (prevailing Central Time)</u>.  The Sale Hearing may be adjourned from time to time without further notice to creditors or other parties in interest other than by announcement of the adjournment in open court or by notice filed on the docket in the Chapter 11 Cases.**

Objections to the Transaction(s), if any, must be filed and served so as to be actually received by the Objection Recipients (as defined below) no later than **December 1, 2025 at 5:00 p.m. (prevailing Central Time)**, or, in the event that the date(s) of the Bid Deadline and/or Auction are changed, such later date(s) as shall be filed on the docket in the Chapter 11 Cases. The "***Objection Recipients***" are:

(a) proposed co-counsel to the Debtors, (1) Latham & Watkins LLP, (I) 1271 Avenue of the Americas, New York. NY 10020, Attn: Andrew M. Parlen, Esq. (andrew.parlen@lw.com) and Alexander W. Welch, Esq. (alex.welch@lw.com), and (II) 330 North Wabash Avenue, Chicago, IL 60611, Attn: Jason B. Gott, Esq. (jason.gott@lw.com) and Jonathan C. Gordon, Esq. (jonathan.gordon@lw.com), and (2) Hunton Andrews Kurth, LLP, 600 Travis Street, Houston, TX 77002, Attn: Timothy A. ("Tad") Davidson II (taddavidson@hunton.com), Philip M. Guffy (pguffy@hunton.com), and Brandon Bell (bbell@hunton.com);

(b) counsel to Brookfield: (i)Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, Suite 2400, New York, NY 10019, Attn:  Brian S. Hermann (bhermann@paulweiss.com) and Robert A. Britton (rbritton@paulweiss.com) and (ii) Porter Hedges LLP, 1000 Main St., 36th Floor, Houston, Texas 77002, Attn: John F. Higgins (jhiggins@porterhedges.com) and Megan Young-John (myoung-john@porterhedges.com);

(c) counsel to Carlyle: (i) Milbank LLP, 55 Hudson Yards, New York, NY 10001, Attn: Tyson Lomazow (tlomazow@milbank.com) and Andrew Harmeyer (aharmeyer@milbank.com) and (ii) Haynes and Boone LLP, 1221 McKinney Street, Suite 4000, Houston, TX 77010, Attn: Ian Peck (ian.peck@haynesboone.com) and Charles Beckham (charles.beckham@haynesboone.com);

(d) counsel to Fundamental: Sidley Austin LLP, 1000 Louisiana Street, Suite 5900, Houston, TX 77002, Attn: Duston K. McFaul (dmcfaul@sidley.com), Maegan Quejada (mquejada@sidley.com), and Ishani Patel (ishani.patel@sidley.com);

(e) counsel to any Committee; and

(f) the Office of the United States Trustee for Region 7, 515 Rusk Street, Suite 3516, Houston, TX 77002, Attn: Andrew Jimenez (Andrew.Jimenez@usdoj.gov) and C. Ross Travis (C.Ross.Travis@usdoj.gov).

**CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION:**

**ANY PART OR ENTITY WHO FAILS TO TIMELY FILE AND SERVE A SALE OBJECTION ON OR BEFORE THE SALE OBJECTION DEADLINE IN ACCORDANCE WITH THE ENTERED BIDDING PROCEDURES ORDER MAY BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE SALE, INCLUDING WITH RESPECT TO THE TRANSFER OF THE TRANSFERRED ASSETS OF THE DEBTORS' ESTATES FREE AND CLEAR OF PLEDGES, LIENS, SECURITY INTERESTS, ENCUMBRANCES, CLAIMS, CHARGES, OPTIONS, AND OTHER INTERESTS THEREON EFFECTED THEREUNDER.**

This Notice is subject to the terms and conditions of the Bidding Procedures and the Bidding Procedures Order, with the Bidding Procedures Order controlling in the event of any conflict, and the Debtors encourage parties in interest to review such documents in their entirety. Parties interested in receiving more information regarding the sale of the Assets and/or copies of any related document, including the Motion, the Bidding Procedures Order, or the Bidding Procedures may make a written request to: proposed co-counsel to the Debtors, Latham & Watkins LLP, Attn: Andrew M. Parlen, Esq. (andrew.parlen@lw.com) and Alexander W. Welch, Esq. (alex.welch@lw.com), Jason B. Gott, Esq. (jason.gott@lw.com), and Jonathan C. Gordon, Esq. (jonathan.gordon@lw.com).  In addition, copies of the Motion, the Bidding Procedures Order, the Bidding Procedures, and this Notice may be examined by interested parties free of charge at the website established for these Chapter 11 Cases by the Debtors' Court-approved claims agent Omni Agent Solutions, Inc.: https://omniagentsolutions.com/PGR.

[*Remainder of this page intentionally left blank*]

Dated: November 11, 2025

Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*
**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Philip M. Guffy (Texas Bar No. 24113705)
Brandon Bell (Texas Bar No. 24127019)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Email: taddavidson@Hunton.com
pguffy@Hunton.com
bbell@Hunton.com

-and-

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Andrew M. Parlen (NY Bar No. 5370085)
Alexander W. Welch (NY Bar No. 5624861)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: ray.schrock@lw.com
andrew.parlen@lw.com
alex.welch@lw.com

Jason B. Gott (IL Bar No. 6309114)
Jonathan C. Gordon (IL Bar No. 6329732)
330 N. Wabash Avenue
Suite No. 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: jason.gott@lw.com
jonathan.gordon@lw.com

*Proposed Attorneys for the Debtors
and Debtors in Possession*

## CERTIFICATE OF SERVICE

I certify that on November 11, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II