Electronic Appearance Sheet

Justin Cunningham, Milbank LLP
Client(s): Carlyle

Andrew Harmeyer, Milbank LLP
Client(s): Carlyle

Tyson Lomazow, Milbank LLP
Client(s): Carlyle

Erin Dexter, Milbank LLP
Client(s): Carlyle

Lisa Tancredi , Womble Bond Dickinson
Client(s): Amynta and Ascot

Todd Atkinson , Womble Bond Dickinson
Client(s): Amynta and Ascot

Matthew Ward, Womble Bond Dickinson
Client(s): Interested Party

Mark Dow , Womble Bond Dickinson
Client(s): Interested Party

Scott Zuber, Chiesa Shahinian & Giantomasi PC
Client(s): The Hanover Insurance Company

Jessica Peet, Vinson & Elkins LLP
Client(s): Nextracker LLC

Matthew Ward , Womble Bond Dickinson
Client(s): Interested Party

Todd Atkinson , Womble Bond Dickinson
Client(s): Interested Party

Michael Dow, Womble Bond Dickinson
Client(s): Interested Party

Elizabeth Jones, Kirkland & Ellis LLP
Client(s): Counsel to GC PGR HoldCo Member, LLC and GC PGR HoldCo, LLC

Christopher Marcus, Kirkland & Ellis LLP
Client(s): Counsel to GC PGR HoldCo Member, LLC and GC PGR HoldCo, LLC

Andrew Parlen, Latham & Watkins LLP
Client(s): Debtors

Electronic Appearance Sheet

Alexander Welch, Latham & Watkins LLP
Client(s): Debtors

Jason Gott, Latham & Watkins LLP
Client(s): Debtors

Jonathan Gordon, Latham & Watkins LLP
Client(s): Debtors

Amy Quartarolo, Latham & Watkins LLP
Client(s): Debtors

Isaac Ashworth, Latham & Watkins LLP
Client(s): Debtors

Ata Nalbantoglu, Latham & Watkins LLP
Client(s): Debtors

Emony Robertson, Latham & Watkins LLP
Client(s): Debtors

Jaclyn Kleban, Latham & Watkins LLP
Client(s): Debtors

John Higgins, Porter Hedges LLP
Client(s): BID Administrator LLC and BID Aggregator A LP

Scott Zuber, Chiesa Shahinian & Giantomasi PC
Client(s): The Hanover Insurance Company

Alexander Bell, Hudson Lambert Parrott LLC
Client(s): Aubrey-Silvey Enterprises, Inc.

Robert Britton, Paul, Weiss, Rifkind, Wharton & Garrison LLP
Client(s): BID Administrator LLC

Chase Bentley, Weil, Gotshal & Manges LLP
Client(s): Healthcare of Ontario Pension Plan

Karl Burrer, Grennberg Traurig, LLP
Client(s): Back Bay Solar, LLC

Julia Frost-Davies, Greenberg Traurig, LLP
Client(s): Back Bay Solar, LLC

Brian Greer, Greenberg Traurig, LLP
Client(s): Back Bay Solar, LLC

Electronic Appearance Sheet

Charlie Liu, Greenberg Traurig, LLP
Client(s): Back Bay Solar, LLC

Thomas Good, Winston & Strawn LLP
Client(s): MUGF Bank Ltd. and Zions Bancorporation, N.A.

Jonathan Levine, Winston & Strawn LLP
Client(s): MUGF Bank Ltd. and Zions Bancorporation, N.A.

Gregory Gartland, Winston & Strawn LLP
Client(s): Polaris B Lenders

James Bentley, Winston & Strawn LLP
Client(s): Polaris B Lenders

Lisa Tancredi, Womble Bond Dickinson (US) LLP
Client(s): Amynta Surety solutions and Ascot Surety & Casualty Company

Laura  Ashley , Krebs Farley PLLC
Client(s): Atlantic Specialty Insurance Company

Penelope Jensen, Linklaters LLP
Client(s): MUFG Bank, Ltd.

Chad Schexnayder, Jennings Haug Keleher McLeod Waterfall
Client(s): Philadelphia Indemnity Insurance Company

Anthony Pirraglia, Holland & Knight LLP
Client(s): Deutsche Bank Trust Company Americas, as Administrative and Collateral Agent

Christopher Bailey, Holland & Knight LLP
Client(s): Deutsche Bank Trust Company Americas, as Administrative and Collateral Agent

Andrew Harmeyer, Milbank LLP
Client(s): Carlyle Global Credit Investment Management L.L.C.

Erin Dexter, Millbank LLP
Client(s): Carlyle Global Credit Investment Management L.L.C.

Ian Peck, Haynes and Boone, LLP
Client(s): Carlyle Global Credit Investment Management L.L.C.

Andrew Harmeyer, MILBANK LLP
Client(s): Carlyle Global Credit Investment Management L.L.C.

Erin Dexter, Milbank LLP
Client(s): Carlyle Global Credit Investment Management L.L.C.

Electronic Appearance Sheet

Tad Davidson, Hunton Andrews Kurth LLP
Client(s): Debtors

Philip Guffy, Hunton Andrews Kurth LLP
Client(s): Debtors

Brandon Bell, Hunton Andrews Kurth LLP
Client(s): Debtors

Elliot Scharfenberg, Krebs Farley, PLLC
Client(s): AXIS Insurance Company

Jonathan Ord, Krebs Farley PLLC
Client(s): AXIS Insurance Company

Scott Zuber, Chiesa Shahinian & Giantomasi PC
Client(s): The Hanover Insurance Company

David Wender, Eversheds Sutherland (US) LLP
Client(s): LPL Solar LLC

Jacob Edwards, Womble Bond Dickinson (US) LLP
Client(s): Ascot Surety & Casualty Company / Amynta Surety Solutions

Michelle Shriro, Singer & Levick, PC
Client(s): Directional Services, Inc, Fortress Fencing, LLC

Michael Collins, Manier & Herod, PC
Client(s): Chubb Companies

Stephen Jones, Foley & Lardner LLP
Client(s): Pathward, National Association

Scott  Williams, Manier & Herod
Client(s): Applied Surety Underwriters

Duane Brescia, Clark Hill PLC
Client(s): RLI Insurance Company

Brandon Bains, Bains Law PLLC
Client(s): XL Specialty Ins. Co.

Peter Barrett, Kutak Rock LLP
Client(s): Certain Tax Credit Investors

Andrew Jimenez, U.S. Department of Justice
Client(s): United States Trustee

Electronic Appearance Sheet

Brian Kantar, Chiesa Shahinian & Giantomasi PC
Client(s): The Hanover Insurance Company

Matt Thompson, Cokinos | Young
Client(s): WHC LLC

Abraham Musselmani, Pro Se, None, Pro Se
Client(s): Observer

Samuel Marc Buchman, Manier & Herod, P.C.
Client(s): Applied Surety Underwriters, Markel Insurance Company, and Westchester Fire Insurance Company

Duston McFaul, Sidley Austin LLP
Client(s): Fundamental Advisors LP and certain of its affiliates

Maegan Quejada, Sidley Austin LLP
Client(s): Fundamental Advisors LP and certain of its affiliates

Andrew Harmeyer, Milbank LLP
Client(s): Carlyle Global Credit Investment Management L.L.C.

Erin Dexter, Milbank LLP
Client(s): Carlyle Global Credit Investment Management L.L.C.

Hannah Garcia, N/A
Client(s): N/A