IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| PINE GATE RENEWABLES, LLC, *et al.*, | : | Case No. 25-90669 (CML) |
| Debtors.[1] | : | (Jointly Administered) |

---

### AGENDA OF DEBTORS FOR MATTERS
### SET FOR HEARING ON NOVEMBER 17, 2025

The above-captioned debtors in possession (collectively, the "***Debtors***") file this Agenda of matters set for hearing on **November 17, 2025, at 2:30 p.m. (prevailing Central Time)**.

**A. Matters Going Forward**

1. ***Bidding Procedures Motion***. Emergency Motion of Debtors for Entry of Orders (I) (A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Establishing Procedures for Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, (C) Scheduling Dates for an Auction and a Hearing to Consider Approval of any Resulting Sale, (D) Approving Form and Manner of Notices Related Thereto, and (E) Granting Related Relief; and (II) (A) Approving and Authorizing Sale of Debtors' Assets Free and Clear of all Claims, Liens, Liabilities, Rights, Interests, and Encumbrances, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Docket No. 22] [2]

   **Status**: This matter is going forward solely as to approving the Expense Reimbursements for each of the Initial Stalking Horse Bidders. The Debtors seek entry of the proposed order, approving such expense reimbursements, filed at Docket No. 202.

---

[1] A complete list of each of the Debtors in these chapter 11 cases (the "***Chapter 11 Cases***") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/PGR. The Debtors' mailing address for the purposes of the Chapter 11 Cases is 130 Roberts Street, Asheville, North Carolina 28801.

[2] Capitalized terms used but not defined herein have the meanings given to them in the Bidding Procedures Motion.

B.  **Related Documents**

1.  ***First Day Declaration***. Declaration of Ray Shem, President and Chief Financial Officer of the Debtors, in Support of the Chapter 11 Petitions and First-Day Relief [Docket No. 19]

2.  ***Cowan Declaration***. Declaration of Tyler W. Cowan in Support of Debtors' Motions to Obtain (A) Postpetition Financing and (B) Approval of Bidding Procedures for Sale of Debtors' Assets [Docket No. 50]

3.  ***Rajcevich Declaration***. Declaration of Mark Rejcevich in Support of (A) Debtors' Motions to Obtain (I) Postpetition Financing, and (II) Approval of Bidding Procedures for Sale of Debtors' Assets; and (B) Debtors' Other First Day Motions [Docket No. 52]

4.  ***Carlyle Asset Purchase Agreement (Exhibit B to Bid Procedures Motion)*** [Docket No. 106]

5.  ***Bidding Procedures Order***. Order (A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Establishing Procedures For Debtors' Assumption of Certain Executory Contracts and Unexpired Leases in Connection Therewith, (C) Scheduling Dates for an Auction and a Hearing to Consider Approval of Any Resulting Sale, (D) Approving Form and Manner of Notices Related Thereto, and (E) Granting Related Relief [Docket No. 128]

6.  ***Notice of Hearing***. Notice of Hearing to Be Held on November 17, 2025, at 2:30 p.m. (prevailing Central Time) [Docket No. 133]

7.  ***Debtors' Witness and Exhibit List*** [Docket No. 201]

8.  ***Proposed Expense Reimbursement Order***. Supplemental Order Approving Initial Stalking Horse Expense Reimbursements [Docket No. 202]

[*Remainder of page intentionally left blank.*]

Dated:   November 14, 2025	Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*
**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (TX Bar No. 24012503)
Philip M. Guffy (TX Bar No. 24113705)
Brandon Bell (TX Bar No. 24127019)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Email: taddavidson@Hunton.com
	pguffy@Hunton.com
	bbell@Hunton.com

-and-

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Andrew M. Parlen (NY Bar No. 5370085)
Alexander W. Welch (NY Bar No. 5624861)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: ray.schrock@lw.com
	andrew.parlen@lw.com
	alex.welch@lw.com

Jason B. Gott (IL Bar No. 6309114)
Jonathan C. Gordon (IL Bar No. 6329732)
330 N. Wabash Avenue
Suite No. 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: jason.gott@lw.com
	jonathan.gordon@lw.com

*Proposed Attorneys for the Debtors
and Debtors in Possession*

## **CERTIFICATE OF SERVICE**

      I certify that on November 14, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

                                                */s/ Timothy A. ("Tad") Davidson II*
                                                Timothy A. ("Tad") Davidson II