IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| PINE GATE RENEWABLES, LLC | § | |
| | § | Case No. 25-90669 |
| | § | |
| | § | |
| DEBTOR(S) | § | (Jointly Administered) |

NOTICE OF APPOINTMENT OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE:

The United States Trustee for the Southern District of Texas, through his undersigned attorney and pursuant to Section 1102(a) and 1102(b)(1) of the Bankruptcy Code, hereby appoints the following eligible creditors to the Official Committee of Unsecured Creditors in the above captioned case:

| | |
|---|---|
| **Applied Risk Services**<br>10805 Old Mill Road<br>Omaha, NE 68154 | Shannon Walls<br>(877) 234-4420<br>srwalls@auw.com |
| **NOBULL Energy LLC**<br>10435 Commerce Drive, Suite 120<br>Carmel, IN 46032 | Brian Giffin<br>(317) 697-0297<br>briangiffin@nomadinf.com |
| **Sungrow USA Corporation**<br>3200 Park Center Drive<br>Costa Mesa, CA 92626 | M. Dinora Smith<br>(949) 749-2068<br>mdinorasmith@sungrow-na.com |
| **OMCO Solar LLC**<br>30396 Lakeland Blvd.<br>Wickliffe, OH 44092 | Clint Cassese<br>(440) 373-5310<br>ccassese@omcoform.com |

| | |
|---|---|
| **JB Electric and Solar, LLC**<br>325 5th Avenue, Suite 108<br>Indialantic, FL 32903 | Robert N. Nevill<br>(407) 491-7625<br>rnevill@jandbsolar.com |
| **Hecate Energy LLC**<br>621 W Randolph Street<br>Chicago, IL 60661 | Daniel Knuth<br>(708) 712-4672<br>dknuth@hecateenergy.com |
| **Waaree Solar Americas Inc.**<br>2439 Discovery Hills Pkwy<br>Brookshire, TX 77423 | Puneet Sikka<br>(713) 249-6869<br>puneetsikka@waaree.com |

Dated: November 19, 2025

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

By: /s/ Andrew Jiménez
Andrew Jiménez, Trial Attorney
U.S. Department of Justice
United States Trustee Program
District of Columbia Bar 991907
Email: Andrew.Jimenez@usdoj.gov
515 Rusk Street, Suite 3516
Houston, TX 77002
(713) 718-4668
(713) 718-4670 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on November 19, 2025.

/s/ Andrew Jiménez
Andrew Jiménez
Trial Attorney