IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

```
------------------------------------------------------ x
                                                       :
In re:                                                 :   Chapter 11
                                                       :
PINE GATE RENEWABLES, LLC, et al.,                     :   Case No. 25-90669 (CML)
                                                       :
         Debtors[1]                                    :   (Jointly Administered)
                                                       :
------------------------------------------------------ x
```

## MASTER SERVICE LIST

Pursuant to the Procedures for Complex Cases in the Southern District of Texas and the *Order Granting Complex Case Treatment* [Docket No. 36], the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") file the Master Service List attached hereto as of November 19, 2025.

[*Remainder of page intentionally left blank.*]

---

[1] A complete list of each of the Debtors in these chapter 11 cases (the "***Chapter 11 Cases***") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/PGR (the "***Case Website***"). The Debtors' mailing address for the purposes of the Chapter 11 Cases is 130 Roberts Street, Asheville, North Carolina 28801.

| | |
|---|---|
| Dated:   November 19, 2025 | Respectfully submitted, |

          */s/ Timothy A. ("Tad") Davidson II*
          **HUNTON ANDREWS KURTH LLP**
          Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
          Philip M. Guffy (Texas Bar No. 24113705)
          Brandon Bell (Texas Bar No. 24127019)
          600 Travis Street, Suite 4200
          Houston, TX 77002
          Telephone: (713) 220-4200
          Email: taddavidson@Hunton.com
                 pguffy@Hunton.com
                 bbell@Hunton.com

          -and-

          **LATHAM & WATKINS LLP**
          Ray C. Schrock (NY Bar No. 4860631)
          Andrew M. Parlen (NY Bar No. 5370085)
          Alexander W. Welch (NY Bar No. 5624861)
          1271 Avenue of the Americas
          New York, NY 10020
          Telephone: (212) 906-1200
          Email: ray.schrock@lw.com
                 andrew.parlen@lw.com
                 alex.welch@lw.com

          Jason B. Gott (IL Bar No. 6309114)
          Jonathan C. Gordon (IL Bar No. 6329732)
          330 N. Wabash Avenue
          Suite No. 2800
          Chicago, IL 60611
          Telephone: (312) 876-7700
          Email: jason.gott@lw.com
                 jonathan.gordon@lw.com

          *Proposed Attorneys for the Debtors*
          *and Debtors in Possession*

**CERTIFICATE OF SERVICE**

I certify that on November 19, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II

# Exhibit A

**(Master Service List as of 11.19.25)**

129350.0000001 DMS 353744828v1

Pine Gate Renewables, LLC, *et al*.
Master Service List

| Description | Creditor | Address | Fax | Email |
|---|---|---|---|---|
| 30 Largest | Aerotek, Inc | Thomas Kelly<br>Attn: Thomas Kelly, President<br>7301 Parkway Dr S<br>Hanover, MD 21076 | | THOMAS.KELLY@ALLEGISGROUP.COM |
| NOA - Counsel for Ford Motor Credit Company LLC | AIS Portfolio Services, LLC | Attn: Ford Motor Credit Company LLC Department<br>Account: XXXX<br>4515 N Santa Fe Ave Dept APS<br>Oklahoma City, OK 73118 | | ECFNotices@aisinfo.com |
| 30 Largest | Apa Solar, LLC | Josh Von Deylen<br>Attn: Josh Von Deylen, CEO<br>20-345 County Rd<br>Ridgeville Corners, OH 43555 | 419-267-5214 | JOSHV@APALTERNATIVES.COM |
| 30 Largest | Aubrey Silvey Enterprises, Inc | Bill Head<br>Attn: Bill Head, CFO<br>371 Hamp Jones Rd<br>Carrollton, GA 30117 | | BHEAD@SILVEY.COM |
| *NOA - Counsel for XL Specialty Insurance Company | Bains Law PLLC | Attn: Brandon Bains<br>PO Box 1027<br>Aledo, TX 76008 | | brandon@bainslaw.com |
| Lender-Secured | Bid Administrator LLC | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Attn: Robert A Britton/Lindsay A Wasserman<br>Attn: Brian S Hermann<br>1285 Ave of the Americas<br>New York, NY 10019-6064 | | rbritton@paulweiss.com<br>lwasserman@paulweiss.com<br>bhermann@paulweiss.com |
| Lender-Secured | Carlyle Global Credit Investment Management LLC | c/o Milbank LLP<br>Attn: Tyler Lomazow/Justin Cunningham<br>Attn: Andrew Harmeyer<br>55 Hudson Yards<br>New York, NY 10001-2163 | | tlomazow@milbank.com<br>jcunnin1@milbank.com<br>aharmeyer@milbank.com |
| 30 Largest | Carter Machinery Co Inc | Drew Parker<br>Attn: Drew Parker, CEO<br>1330 Lynchburg Tpke<br>Salem, VA 24153 | | DREW_PARKER@CARTERMACHINERY.COM |
| *NOA - Counsel for The Hanover Insurance Company | Chiesa Shahinian & Giantomasi PC | Attn: Brian Kantar/Scott A Zuber<br>105 Eisenhower Pkwy<br>Roseland, NJ 07068 | 973-325-1501 | bkantar@csglaw.com<br>szuber@csglaw.com |
| *NOA - Counsel for RLI Insurance Company | Clark Hill PLC | Attn: Duane J Brescia<br>3711 S Mopac Expressway<br>Bldg 1, Ste 500<br>Austin, TX 78746 | 512-499-3660 | dbrescia@clarkhill.com |
| *NOA - Counsel for WHC, LLC | Cokinos Young | Attn: Reagan H "Tres" Gibbs, III/C Matthew Thompson<br>1221 Lamar St, 16th Fl<br>Houston, TX 77010 | | tgibbs@cokinoslaw.com<br>mthompson@cokinoslaw.com |
| *NOA - Counsel for Amazon Energy LLC | Davis Wright Tremaine LLP | Attn: Hugh McCullough<br>920 5th Ave, Ste 3300<br>Seattle, WA 98104-1610 | | hughmccullough@dwt.com |
| 30 Largest | Dc Solar Solutions, LLC | Glen Depiero<br>Attn: Glen Depiero, Owner<br>4208 Six Forks Rd, Ste 1000<br>Raleigh, NC 27609 | | GDEPIERO@DCSOLARSOLUTIONS.US |
| 30 Largest | Directional Services, Inc | Shelby Barbier<br>Attn: Shelby Barbier, CEO<br>4830 US Hwy 301 S<br>Hope Mills, NC 28348 | | SBARBIER@DIRECTIONALSERVICES.NET |
| 30 Largest | Elevated Staffing Support, LLC | Don Beddiges<br>Attn: Don Beddiges, Managing Partner<br>102 Commonwealth Ct<br>Cary, NC 27511 | | DON@ELEVATEDSTAFFINGSUPPORT.COM |
| *NOA - Counsel for LPL Solar LLC | Eversheds Sutherland (US) LLP | Attn: David A Wender/Danielle Barav-Johnson<br>999 Peachtree St NE, Ste 2300<br>Atlanta, GA 30309 | 404-853-8806 | davidwender@eversheds-sutherland.com<br>dahnibarav-johnson@eversheds-sutherland.com |
| 30 Largest | Fall Line Construction | Ryan Pounds<br>Attn: Ryan Pounds, CEO<br>52 Industry Rd<br>Butler, GA 31006 | | RPOUNDS@FLCOFGA.COM |
| *NOA - Counsel for Pathward, National Association ("Pathward") | Foley & Lardner LLP | Attn: Holland N O'Neil/Stephen A Jones<br>2021 McKinney Ave, Ste 1600<br>Dallas, TX 75201 | 214-999-4667 | honeil@foley.com<br>sajones@foley.com |
| Lender-Secured | Fp Solar Development I LLC | c/o Sidley Austin LLP<br>Attn: Maegan Quejada/Ishani Patel<br>Attn: Duston Mcfaul<br>1000 Louisiana St, Ste 5900<br>Houston, TX 77002 | | mquejada@sidley.com<br>ishani.patel@sidley.com<br>dmcfaul@sidley.com |
| *NOA - Counsel for Fifth Third Bank, National Association | Frost Brown Todd LLP | Attn: Rebecca L Matthews<br>2101 Cedar Springs Rd<br>Dallas, TX 75201 | 214-545.3472 | rmatthews@fbtlaw.com |
| *NOA - Counsel for Fifth Third Bank, National Association | Frost Brown Todd LLP | Attn: Joy Kleisinger<br>3300 Great American Twr<br>301 E 4th St<br>Cincinnati, OH 45202 | 513-651-6981 | jkleisinger@fbtlaw.com |
| Shareholder-Equity | Generate Capital | c/o Kirkland & Ellis LLP<br>Attn: Elizabeth Jones/Christopher Marcus<br>601 Lexington Ave<br>New York, NY 10022 | | elizabeth.jones@kirkland.com<br>christopher.marcus@kirkland.com |

| Description | Creditor | Address | Fax | Email |
|---|---|---|---|---|
| *NOA - Counsel for Back Bay Solar, LLC | Greenberg Traurig LLP | Attn: Julia Frost Davies/ T Charlie Liu<br>1 International Pl, Ste 2000<br>Boston, MA 02110 | | Julia.FrostDavies@gtlaw.com<br>Charlie.Liu@gtlaw.com |
| *NOA - Counsel for Back Bay Solar, LLC | Greenberg Traurig LLP | Attn: Karl D Burrer/Kristen Jacobsen<br>1000 Louisiana Ave, Ste 6700<br>Houston, TX 77002 | | BurrerK@gtlaw.com<br>Kristen.Jacobsen@gtlaw.com |
| *NOA - Counsel for Back Bay Solar, LLC | Greenberg Traurig LLP | Attn: Brian E Greer<br>1 Vanderbilt Ave<br>New York, NY 10017 | | GreerB@gtlaw.com |
| Counsel To John Hancock | Greenberg Traurig, LLP | 8400 NW 36th St, Ste 400<br>Doral, FL 33166 | | |
| 30 Largest | Gwinnups Restoration & Environmental Service Inc | Terry Gwinnup<br>Attn: Terry Gwinnup, President<br>5201 W 86th St<br>Indianapolis, IN 46268 | 317-429-3301 | TERRY@GWINNUPSRESTORATION.COM |
| *NOA - Counsel for Carlyle Global Credit Investment Management L.L.C. ("Carlyle") | Haynes and Boone, LLP | Attn: Charles A Beckham, Jr/Ian T Peck<br>Attn: Re'Necia Sherald<br>1221 McKinney St, Ste 4000<br>Houston, TX 77010 | 713-547-2600 | charles.beckham@haynesboone.com;<br>ian.peck@haynesboone.com;<br>renecia.sherald@haynesboone.com |
| Shareholder-Equity | Healthcare Of Ontario Pension Plan | c/o Weil, Gotshal & Manges LLP<br>Attn: Teddy Cohan/Chase Bentley<br>767 5th Ave<br>New York, NY 10153-0119 | | teddy.cohan@weil.com<br>chase.bentley@weil.com |
| IRS | Internal Revenue Service | Attn: Scott Miller, Bankruptcy Specialist<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | |
| *NOA - Counsel for Carter Machinery Company, Inc | Jackson Walker LLP | Attn: Zachary McKay<br>1401 McKinney St, Ste 1900<br>Houston, TX 77010 | | zmckay@jw.com |
| 30 Largest | Jb Electric & Solar LLC | Josh Bessette<br>Attn: Josh Bessette, CEO<br>325 5th Ave, Ste 108<br>Indialantic, FL 32903 | | JOSH.BESSETTE@JANDBSOLAR.COM |
| *NOA - Counsel for Enfield Energy, LLC | Kelley Drye & Warren LLP | Attn: James S Carr/Kristin S Elliott<br>3 World Trade Ctr<br>175 Greenwich St<br>New York, NY 10007 | | kelliott@kelleydrye.com<br>KDWBankruptcyDepartment@kelleydrye.com |
| *NOA - Counsel for GC PGR HoldCo Member, LLC and GC PGR HoldCo, LLC | Kirkland & Ellis LLP | Attn: Christoper Marcus/Elizabeth Jones<br>601 Lexington Ave<br>New York, NY 10022 | 212-446-4900 | christopher.marcus@kirkland.com<br>elizabeth.jones@kirkland.com |
| *NOA - Counsel for GC PGR HoldCo Member, LLC and GC PGR HoldCo, LLC | Kirkland & Ellis LLP | Attn: Robert P Goodin/Daniel P Cadis<br>609 Main St<br>Houston, TX 77002 | 713-836-3601 | robert.goodin@kirkland.com<br>daniel.cadis@kirkland.com |
| *NOA - Counsel for Atlantic Specialty Insurance Company ("Atlantic") | Krebs Farley, PLLC | Attn: Laura F Ashley<br>400 Poydras St, Ste 2500<br>New Orleans, LA 70130 | | Lashley@krebsfarley.com |
| *NOA - Counsel for AXIS Insurance Company | Krebs Farley, PLLC | Attn: Elliot Scharfenberg<br>400 Poydras St, Ste 2500<br>New Orleans, LA 70130 | | escharfenberg@krebsfarley.com |
| Landlord | Linden Trails LLC | | | tlchamp2@gmail.com |
| *NOA - Counsel for MUFG Bank, Ltd | Linklaters LLP | Attn: Penelope Jensen/Clark Xue<br>1290 Avenue of the Americas<br>New York, NY 10104 | | penelope.jensen@linklaters.com<br>clark.xue@linklaters.com |
| 30 Largest | Lonestar Electric Supply | Jeff Metzler<br>Attn: Jeff Metzler, CEO<br>4414 Hollister St<br>Houston, TX 77040 | | JMETZLER@LONESTARELECTRICSUPPLY.COM |
| 30 Largest | Lpl Solar, LLC | Mike Little<br>Attn: Mike Little, President<br>3116 S Andrews Ave<br>Ft Lauderdale, FL 33316 | | MLITTLE@LPLSOLAR.COM |
| *NOA - Counsel for Applied Surety Underwriters | Manier & Herod, PC | Attn: Scott C Williams<br>1201 Demonbreun St, Ste 900<br>Nashville, TN 37203 | 629-500-1137 | swilliams@manierherod.com |
| *NOA - Counsel for Applied Surety Underwriters, Markel Insurance Company, and Westchester Fire Insurance Company | Manier & Herod, PC | Attn: S Marc Buchman/Michael E Collins<br>1201 Demonbreun St, Ste 900<br>Nashville, TN 37203 | 629-500-1137 | mbuchman@manierherod.com<br>mcollins@manierherod.com |
| *NOA - Counsel for Tax Appraisal District of Bell County, The County of Denton, Texas and The County of Guadalupe, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Julie Anne Parsons<br>PO Box 1269<br>Round Rock, TX 78680-1269 | 512-323-3205 | jparsons@mvbalaw.com |
| *NOA - Counsel for Carlyle Global Credit Investment Management L.L.C. ("Carlyle") | Milbank LLP | Attn: Tyson M Lomazow/Andrew Harmeyer<br>Attn: Justin Cunningham<br>55 Hudson Yards<br>New York, NY 10001 | 212-530-5219 | tlomazow@milbank.com<br>aharmeyer@milbank.com<br>jcunnin1@milbank.com |
| 30 Largest | Nextracker LLC | Daniel Shugar<br>Attn: Daniel Shugar, CEO, Founder<br>6200 Paseo Padre Pkwy<br>Fremont, CA 94555 | | DSHUGAR@NEXTRACKER.COM |
| 30 Largest | Nobull Energy LLC | Doug Pickering<br>Attn: Doug Pickering, Managing Director<br>10435 Commerce Dr, Ste 120<br>Carmel, IN 46032 | | DOUGPICKERING@GMAIL.COM |
| Attorney General | Office of the Attorney General | California Dept of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | | |

| Description | Creditor | Address | Fax | Email |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7004 | | |
| Attorney General | Office of the Attorney General | Attn: Chris Carr<br>40 Capital Sq SW<br>Atlanta, GA 30334-1300 | | |
| Attorney General | Office of the Attorney General | Attn: Russell Coleman<br>700 Capitol Ave, Ste 118<br>Capitol Bldg<br>Frankfort, KY 40601 | | |
| Attorney General | Office of the Attorney General | Attn: Lynn Fitch<br>Dept of Justice<br>P.O. Box 220<br>Jackson, MS 39205 | | |
| Attorney General | Office of the Attorney General | Attn: Raul Torrez<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | | |
| Attorney General | Office of the Attorney General | Attn: Letitia A James<br>Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | | |
| Attorney General | Office of the Attorney General | Attn: Jeff Jackson<br>Dept of Justice<br>P.O. Box 629<br>Raleigh, NC 27602-0629 | | |
| Attorney General | Office of the Attorney General | Attn: Peter F Neronha<br>150 S Main St<br>Providence, RI 02903 | | |
| Attorney General | Office of the Attorney General | Attn: Rembert Dennis<br>1000 Assembly St, Rm 519<br>Columbia, SC 29201 | | |
| Attorney General | Office of the Attorney General | Attn: Ken Paxton<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | |
| Attorney General | Office of the Attorney General | Attn: Alan Wilson<br>Rembert D Dennis Office Bldg<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | | |
| Attorney General | Office of the Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | | Contact@Virginia.gov |
| Attorney General | Office of the Attorney General | Attn: Derek Brown<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | | bankruptcy@agutah.gov |
| Attorney General | Office of the Attorney General | Attn: Dan Rayfield<br>Justice Bldg<br>1162 Court St NE<br>Salem, OR 97301 | | attorneygeneral@doj.state.or.us |
| Attorney General | Office of the Attorney General | Attn: John Formella<br>1 Granite Place S<br>Concord, NH 03301 | | attorneygeneral@doj.nh.gov |
| Attorney General | Office of the Attorney General | State of Alabama<br>Attn: Steve Marshall<br>501 Washington Ave<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | | |
| Attorney General | Office of the Attorney General | Attn: Jonathan Skrmetti<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | | |
| Attorney General | Office of the Attorney General | Attn: Jonathan Skrmetti<br>425 5th Ave N<br>Nashville, TN 37243 | | |
| US Attorney | Office of the US Attorney | For the Southern District of Texas<br>1000 Louisiana, Ste 2300<br>Houston, TX 77002 | 713-718-3300 | usatxs.atty@usdoj.gov;<br>txspublicinquiry@usdoj.gov |
| US Trustee | Office of the US Trustee | For the Southern District of Texas<br>515 Rusk St, Ste 3516<br>Houston, TX 77002 | | Andrew.Jimenez@usdoj.gov;  C.Ross.Travis@usdoj.gov |
| 30 Largest | Omco Solar LLC | Gary Schuster<br>Attn: Gary Schuster, CEO<br>4550 W Watkins St<br>Phoenix, AZ 85043 | 602-352-2701 | GSCHUSTER@OMCOFORM.COM |
| 30 Largest | Origis Usa, LLC | Vikas Anand<br>Attn: Vikas Anand, CEO<br>800 Brickell Ave, Ste 1000<br>Miami, FL 33131 | | VIKAS.ANAND@ORIGISENERGY.COM |
| *NOA - Counsel for BID Administrator LLC and BID Aggregator A LP | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Brian S Hermann/Robert A Britton<br>Attn: Douglas R Keeton<br>1285 Avenue of the Americas<br>New York, NY 10019 | | bhermann@paulweiss.com<br>rbritton@paulweiss.com<br>dkeeton@paulweiss.com |
| *NOA - Counsel for BID Administrator LLC and BID Aggregator A LP | Porter Hedges LLP | Attn: John F Higgins/Megan N Young-John<br>Attn: Jack M Eiband<br>1000 Main St, 36th Fl<br>Houston, TX 77002 | | jhiggins@porterhedges.com<br>myoung-john@porterhedges.com<br>jeiband@porterhedges.com |
| 30 Largest | Power Construction G Inc | Jose Medina Velazco<br>Attn: Jose Medina Velazco, COO<br>128 Robbins Ave<br>Jamestown, NC 27282 | | JOSE.MEDINA@POWERCONSTRUCTIONJR.COM |

Pine Gate Renewables, LLC, et al., (Case No. 25-90669)

| Description | Creditor | Address | Fax | Email |
|---|---|---|---|---|
| 30 Largest | Pralar USA, Inc | Diego E Olmos<br>Attn: Diego E Olmos, Sr VP<br>2200 W Loop S, Ste 550<br>Houston, TX 77027 | | DOLMOS@PRALAR.COM |
| 30 Largest | Sacramento Drilling, Inc | Jeff Calabro<br>Attn: Jeff Calabro, President<br>1143 Blumenfeld Dr, Ste 100<br>Sacramento, CA 95815 | | JEFF.CALABRO@SDISERVICES.COM |
| 30 Largest | Shackelford Construction & Hauling LLC | Jay Shackelford<br>Attn: Jay Shackelford, Owner<br>350 S Industrial Pkwy<br>Yazoo City, MS 39194 | | JAYSHACKELFORD@GMAIL.COM |
| *NOA - Counsel for Fundamental Advisors LP | Sidley Austin LLP | Attn: Duston K McFaul/Maegan Quejada<br>1000 Louisiana St, Ste 5900<br>Houston, TX 77002 | 712-495-7799 | dmcfaul@sidley.com<br>mquejada@sidley.com |
| 30 Largest | Staffing Support Solutions, LLC | Christopher Kent<br>Attn: Christopher Kent, Managing Partner<br>10205 US Hwy 15-501, Unit 26-167<br>Southern Pines, NC 28387 | 844-978-2334 | CHRIS@STAFFINGSUPPORTSOLUTIONS.COM |
| 30 Largest | Sungrow USA Corp | Hanyu Zheng<br>Attn: Hanyu Zheng, VP, Operations & Finance<br>3200 Park Center Dr, Ste 850<br>Costa Mesa, CA 92626 | | CFAHANYUZHENG@SUNGROW.CN |
| 30 Largest | The Boldt Company | Dave Kievet<br>Attn: Dave Kievet, CEO<br>2121 E Capitol Dr<br>Appleton, WI 54911 | | DKIEVET@BOLDT.COM |
| 30 Largest | Tsea Energy | José Roberto Reynaldo<br>Attn: José Roberto Reynaldo, CEO<br>Rod Fernão Dias, 3045<br>Amazonas<br>Contagem, MG 37418-760<br>Brazil | | JOSE.ROBERTO@TSEAENERGIA.COM.BR |
| 30 Largest | United Rentals | Matthew J Flannery<br>Attn: Matthew J Flannery, CEO<br>100 1st Stamford Pl, Ste 700<br>Stamford, CT 06902 | | MFLANNERY@UNITEDRENTALS.COM |
| 30 Largest | Utilitypower, LLC | Brian Mcfarlin<br>Attn: Brian Mcfarlin, President<br>702 Oberlin Rd, Ste 330<br>Raleigh, NC 27605 | | BMCFARLIN@UTILITYINNOVATION.COM |
| *NOA - Counsel to Nextracker LLC | Vinson & Elkins LLP | Attn: David S Meyer/Jessica C Peet<br>1114 Ave of the Americas, 32nd Fl<br>New York, NY 10036 | 212-237-0100 | dmeyer@velaw.com<br>jpeet@velaw.com |
| *NOA - Counsel to Nextracker LLC | Vinson & Elkins LLP | Attn: Kiran Vakamudi<br>845 Texas Ave, Ste 4700<br>Houston, TX 77002 | 713-758-2346 | kvakamudi@velaw.com |
| 30 Largest | Waaree Solar Americas Inc | Puneet Sikka<br>Attn: Puneet Sikka, Director Finance & Accounting<br>2439 Discovery Hills Pkwy<br>Brookshire, TX 77423 | | PUNEETSIKKA@WAAREE.COM |
| 30 Largest | Weg Transformers USA, LLC | Alberto Kuba<br>Attn: Alberto Kuba, CEO<br>6655 Sugarloaf Pkwy<br>Duluth, GA 30097 | | KUBA@WEG.NET |
| *NOA - Counsel for Healthcare of Ontario Pension Plan Trust Fund | Weil, Gotshal & Manges | Attn: Matthew S Barr/Chase Bentley<br>Attn: Teddy Cohan<br>767 5th Ave<br>New York, NY 10153 | 212-310-8007 | Matt.Barr@weil.com<br>Chase.Bentley@weil.com<br>Teddy.Cohan@weil.com |
| *NOA - Counsel for Healthcare of Ontario Pension Plan Trust Fund | Weil, Gotshal & Manges | Attn: Gabriel Morgan<br>700 Louisiana St, Ste 3700<br>Houston, TX 77002 | 713-224-9511 | Gabriel.Morgan@weil.com |
| 30 Largest | West Florida Fence | Wes Tolbert<br>Attn: Wes Tolbert, CEO<br>6500 E Broadway Ave<br>Tampa, FL 33619 | | WTOLBERT@PERIMETERSOLUTIONSGROUP.COM |
| 30 Largest | Whc, LLC | Jacob Favaron<br>Attn: Jacob Favaron, General Counsel<br>300 Industrial Trace<br>Broussard, LA 70518 | | JFAVARON@WHCENERGYSERVICES.COM |
| *NOA - Counsel for MUFG Bank, Ltd and Zions Bancorporation, N.A. | Winston & Strawn LLP | Attn: Thomas H Good<br>1901 L St, NW<br>Washington, DC 20036-3506 | 202-282-5100 | tgood@winston.com |
| *NOA - Counsel for MUFG Bank, Ltd and Zions Bancorporation, N.A. | Winston & Strawn LLP | Attn: Jonathan I Levine<br>200 Park Ave<br>New York, NY 10166-4193 | | jonlevine@winston.com |
| *NOA - Counsel for the Polaris B Lenders and Bancorporation, N.A. | Winston & Strawn LLP | Attn: Madison K Haueisen<br>800 Capitol St, Ste 2400<br>Houston, TX 77002-2925 | 713-651-2700 | mhaueisen@winston.com |
| *NOA - Counsel for the Polaris B Lenders | Winston & Strawn LLP | Attn: Gregory Gartland<br>300 N LaSalle Dr<br>Chicago, IL 60654-3406 | | ggartland@winston.com |
| *NOA - Counsel for the Polaris B Lenders | Winston & Strawn LLP | Attn: James T Bentley<br>200 Park Ave<br>New York, NY 10166-4193 | | jbentley@winston.com |
| *NOA -Counsel for First Financial Holdings, LLC | Winthrop & Weinstine, PA | Attn: Cynthia L Hegarty<br>225 S 6th St, Ste 3500<br>Minneapolis, MN 55402 | | chegarty@winthrop.com |

Pine Gate Renewables, LLC, et al., (Case No. 25-90669)