## Exhibit A

**Parlen Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

```
------------------------------------------------------------ x
                                              :
In re:                                        :    Chapter 11
                                              :
PINE GATE RENEWABLES, LLC, *et al.*,          :    Case No. 25-90669 (CML)
                                              :
          Debtors[1]                          :    (Jointly Administered)
                                              :
------------------------------------------------------------ x
```

**DECLARATION OF ANDREW M. PARLEN AND
DISCLOSURE STATEMENT OF LATHAM & WATKINS LLP**

I, Andrew M. Parlen, declare as follows:

1. I am a partner in the law firm of Latham & Watkins LLP ("**L&W**"), an international law firm with offices across the United States, Europe, and Asia. I am admitted in, practicing in, and a member in good standing of the state bars of New York, California, and the District of Columbia, and there are no disciplinary proceedings pending against me. I am over the age of eighteen, am authorized to submit this declaration, and am competent to testify on the matters contained herein.

2. I submit this declaration to provide disclosure in connection with the *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Latham & Watkins LLP as Bankruptcy Co-Counsel Effective as of the Petition Date* (the "**Application**"),[2] by which the above-captioned debtors and debtors-in-possession (together,

---

[1] A complete list of each of the Debtors in these chapter 11 cases (the "**Chapter 11 Cases**") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/PGR. The Debtors' mailing address for the purposes of the Chapter 11 Cases is 130 Roberts Street, Asheville, North Carolina 28801.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

the "**Debtors**") seek authority to employ and retain L&W as bankruptcy co-counsel effective as of the Petition Date.

3.      Except as otherwise indicated, all facts set forth in this declaration are based upon my personal knowledge, information supplied to me by other L&W professionals or paraprofessionals, or learned from my review of relevant documents.  To the extent any information disclosed herein requires amendment or modification as additional information becomes available to L&W, a supplemental declaration will be submitted to this Court reflecting such amended or modified information.

### L&W'S QUALIFICATIONS

4.      The Debtors seek to retain L&W because of L&W's recognized expertise and extensive experience and knowledge practicing before bankruptcy courts in large and complex chapter 11 cases and because of L&W's knowledge of the Debtors' business and financial affairs.

5.      L&W and its partners have represented numerous debtors in their bankruptcy matters, including 2U, Inc., Allen Systems Group, Inc., Alta Mesa Resources, Inc., Audacy, Inc., Barretts Minerals, Inc., Chaparral Energy, Inc., Dayton Superior Corporation, DNIB Unwind, Inc. (f/k/a BIND Therapeutics, Inc.), DocuData Solutions, L.C., Emerge Energy Services LP, Enduro Resource Partners LLC, First Mode Holdings, Inc., Global Eagle Entertainment Inc., GNC Holdings, Inc., Hexion Holdings LLC, Hi-Crush Inc., IG Design Group Americas, Inc., Illinois Power Generating Company, Imerys Talc America, Inc., JOANN Inc., Libbey Glass Inc., Lincoln Power, L.L.C., Lonestar Resources US Inc., Lucky Brand Dungarees, LLC, Lumileds Holding B.V., Mallinckrodt plc, MLCJR LLC, ModivCare Inc., Monitronics International, Inc., Nine Point Energy Holdings, Inc., Pacific Drilling S.A., Paddock Enterprises, LLC, Panda Temple Power, LLC, Rentech WP U.S. Inc., Robertshaw US Holding Corp., RunItOneTime LLC, Sable Permian

Resources, LLC, Sienna Biopharmaceuticals, Inc., Starry Group Holdings, Inc., Stone Energy Corporation, Sundance Energy Inc., Superior Energy Services, Inc., The Container Store Group, Inc., Virgin Orbit Holdings, Inc., Vital Pharmaceuticals, Inc., Weatherford International plc, Wolfspeed, Inc., and Zen JV, LLC.

6.      I am one of the principal L&W attorneys working on this engagement.  I have extensive experience in corporate restructurings and have represented debtors, asset purchasers, bank groups, secured lenders, unsecured creditors, and other parties in both in-court and out-of-court restructurings, and in related litigation.  Other professionals and paraprofessionals in L&W's insolvency practice and in other practice areas, many of whom also have extensive experience in corporate restructurings generally and debtor representations in chapter 11 cases specifically, will participate in the representation of the Debtors in the Chapter 11 Cases.

7.      Since being retained, the Debtors and L&W have worked together closely in an effort to address the Debtors' financial circumstances, including by engaging in negotiations with the Debtors' key stakeholders regarding the Debtors' capital structure and restructuring options and preparing the Chapter 11 Cases.  As a result, L&W possesses an in-depth knowledge of the Debtors' business affairs and capital structure and has gained insight into many of the legal issues that might arise in the context of the Chapter 11 Cases.

8.      Accordingly, I believe that L&W is both well-qualified and uniquely able to represent the Debtors in the Chapter 11 Cases and that such representation will contribute greatly to the efficient administration of the estates, thereby minimizing expense to the estates and facilitating the progress of the Chapter 11 Cases.

## SERVICES TO BE PROVIDED

9.      The Debtors desire to employ L&W because of, among other reasons, the nature of the legal services that will be required in connection with the Chapter 11 Cases.  To engage alternative counsel at this stage of the Debtors' cases would be tremendously disruptive and inefficient, and would likely delay the Debtors' emergence beyond the timeline necessary for a successful reorganization.

10.     Consistent with the Engagement Letter, a copy of which is attached as **Exhibit 1** hereto, L&W expects to provide, without limitation, the following legal services:

a)  advise the Debtors with respect to their powers and duties as debtors in possession in the continued management and operation of their businesses and properties;

b)  advise and consult on the conduct of the Chapter 11 Cases, including all of the legal and administrative requirements of operating in chapter 11;

c)  advise the Debtors and take all necessary action to protect and preserve the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors, and representing the Debtors' interests in negotiations concerning litigation in which the Debtors are involved;

d)  analyze proofs of claim filed against the Debtors and object to such claims as necessary;

e)  represent the Debtors in connection with obtaining authority to continue using cash collateral and obtaining postpetition financing;

f)  attend meetings and negotiate with representatives of creditors, interest holders, and other parties in interest;

g)  analyze executory contracts and unexpired leases, and potential assumptions, assignments, or rejections of such contracts and leases;

h)  prepare pleadings in connection with the Chapter 11 Cases, including motions, applications, answers, orders, reports, and papers necessary or otherwise beneficial to the administration of the Debtors' estates;

i)  advise the Debtors in connection with any potential sale of assets;

j)   take necessary action on behalf of the Debtors to obtain approval of a disclosure statement and confirmation of a chapter 11 plan;

k)   appear before this Court or any appellate courts to protect the interests of the Debtors' estates before those courts;

l)   advise on corporate, litigation, regulatory, finance, tax, employee benefits, and other legal matters; and

m)   perform all other necessary legal services for the Debtors in connection with the Chapter 11 Cases.

11.   I understand that, concurrently with the filing of the Application, the Debtors are filing an application to retain Hunton Andrews Kurth LLP ("***Hunton***") as their bankruptcy co-counsel.  Because L&W and Hunton will have distinct and well-defined roles, each counsel will not duplicate the services the other provides to the Debtors.  L&W will coordinate with Hunton and any other counsel the Debtors retain in the Chapter 11 Cases to ensure that the legal services each firm provides to the Debtors are not duplicative.

12.   The Debtors have also filed or intend to file applications to employ other professionals.  L&W intends to carefully monitor the efforts of all other retained professionals the Debtors retain in the Chapter 11 Cases and to coordinate with such professionals to delineate clearly their respective duties in order to prevent duplication of efforts, whenever possible.

## **PROFESSIONAL COMPENSATION**

13.   L&W intends to apply to the Court for allowance of compensation for professional services rendered and reimbursement of expenses incurred in connection with the Chapter 11 Cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, the Bankruptcy Local Rules, and any procedures and orders of the Court.

14.   L&W operates in a national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's

expertise, performance, and reputation, the nature of the work involved, and other factors.  L&W's

current hourly rates for matters related to the Chapter 11 Cases range as follows:

| Billing Category | Rates |
|---|---|
| Partners | $1,680 to $2,650 |
| Counsel | $1,595 to $2,070 |
| Associates | $835 to $1,635 |
| Professional Staff | $255 to $980 |
| Paralegals | $355 to $755 |

15.    L&W's hourly rates are designed to compensate L&W fairly for the work of its

attorneys and paralegals and to cover fixed and routine overhead expenses.  Hourly rates vary with

the experience and seniority of the individuals assigned and are subject to periodic adjustments to

reflect economic and other conditions.[3]  L&W will be increasing its rates effective January 1, 2026

and will provide separate notice of such increase.

16.    Consistent with the Engagement Letter and L&W's policy with respect to its other

clients, L&W will continue to charge the Debtors for all services provided and for other charges

and disbursements incurred in the rendition of services.  It is L&W's policy to charge its clients in

all areas of practice for identifiable, non-overhead expenses incurred in connection with the

client's case that would not have been incurred except for representation of that particular client.

It is also L&W's policy to charge its clients only the amount actually incurred by L&W in

connection with such items.  These charges and disbursements include (without limitation) costs

for photocopying, electronic data management services, including scanning and document

imaging, travel, travel-related expenses, business meals, computerized research, messengers,

---

[3]    L&W increases the hourly billing rate of attorneys and paraprofessionals in the form of (a) step increases
historically awarded in the ordinary course of business on the basis of advancing seniority and promotion and
(b) periodic increases within each attorney's and paraprofessional's current level of seniority.  The step increases
do not constitute "rate increases" (as the term is used in the U.S. Trustee Guidelines (as defined below)).  As set
forth in the Order, L&W will provide ten business-days' notice to the Debtors, the U.S. Trustee, and the Creditors'
Committee before implementing any periodic increases, and will file any such notice with the Court.

couriers, postage, witness fees, and other fees related to trials and hearings. L&W professionals also may charge their overtime meals and overtime transportation to the Debtors consistent with prepetition practices, and L&W will continue to charge for overtime secretarial charges that arise out of business necessity.

17.   No promises have been received by L&W, or any partner, counsel, or associate thereof, as to payment or compensation in connection with the Chapter 11 Cases other than in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Bankruptcy Local Rules. Except for sharing arrangements among L&W, its affiliated law practice entities, and their respective members, in accordance with sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rule 2016(b), L&W has not entered into any agreements, express or implied, with any other party in interest, including the Debtors, any creditor, or any attorney for such party in interest in the Chapter 11 Cases for (a) the purpose of sharing or fixing fees or other compensation to be paid to any such party in interest or its attorneys for services rendered in connection therewith, (b) payment of such compensation from the assets of the estates in excess of the compensation allowed by this Court pursuant to the applicable provisions of the Bankruptcy Code, or (c) payment of compensation in connection with the Chapter 11 Cases other than in accordance with the applicable provisions of the Bankruptcy Code.

## **STATEMENT PURSUANT TO THE U.S. TRUSTEE GUIDELINES**

18.   L&W will make a reasonable effort to comply with the U.S. Trustee's reasonable requests for information and additional disclosures as set forth in the U.S. Trustee Guidelines, both in connection with this Application and with any fee applications filed by L&W in the Chapter 11 Cases.

19.   The following is provided in response to the request for additional information set forth in Paragraph D.1 of the U.S. Trustee Guidelines:

a.   **Question**:  Did L&W agree to any variations from, or alternatives to, L&W's standard billing arrangements for this engagement?

**Answer**:  No.

b.   **Question**:  Do any of the L&W professionals in this engagement vary their rate based on the geographic location of the Debtors' chapter 11 cases?

**Answer**:  No.

c.   **Question**:  If L&W has represented the Debtors in the 12 months prepetition, disclose L&W's billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If L&W's billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

**Answer**:  L&W's current hourly rates for services rendered on behalf of the Debtors are set forth above.  All material financial terms have remained unchanged since the prepetition period, except (i) the rates for certain lawyers advising the Debtors in the Chapter 11 Cases will be limited by the applicable rate ranges set forth in paragraph 14 above and (ii) for a postpetition 50% discount for non-working travel time. When L&W was first engaged in July 2025, L&W agreed to a courtesy adjustment for certain prepetition fees.

d.   **Question**:  Have the Debtors approved L&W's budget and staffing plan and, if so, for what budget period?

**Answer**:  The Debtors have approved the budgeted fees and expenses of L&W, reflected in the amounts set forth for professional fees in the approved 13-week cash flow budget attached to the *Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection to the Prepetition Secured Parties, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [Docket No. 132] as Exhibit D thereto.  The Debtors understand and agree that the budgeted amounts set forth therein reflect a good-faith estimate of, rather than a cap on, professional fees and expenses.

## **COMPENSATION RECEIVED BY L&W FROM THE DEBTORS**

20.   As of the Petition Date, the Debtors did not owe L&W any amounts for legal services rendered before the Petition Date, and L&W is not a creditor of the Debtors.

21.     As set forth in the Application, during the 90-day period prior to the Petition Date, L&W received payments and advances in the aggregate amount of $17,699,151.18 for services performed and expenses incurred, and to be performed and incurred, including in preparation for the commencement of the Chapter 11 Cases.  All payments were in the form of retainers for the advance payment of subsequent invoices (the "***Fee Advance***").  The balance of the Fee Advance is $0.  L&W wrote-off and waived any fees owing in excess of the Fee Advance as of the Petition Date.  Accordingly, Latham is not a creditor of the Debtors.

## DISINTERESTEDNESS

22.     In preparing this declaration, I used a set of procedures developed by L&W to ensure compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Bankruptcy Local Rules regarding the retention of professionals by a debtor under the Bankruptcy Code (the "***Firm Disclosure Procedures***").   Pursuant to the Firm Disclosure Procedures, I performed, or caused to be performed, the following actions to identify the parties relevant to this declaration and to ascertain L&W's connection to such parties:

a.     The following comprehensive list (the "***Retention Checklist***") of the types of entities that may have contacts with the Debtors was developed through discussions with the L&W attorneys who have provided services to the Debtors and in consultation with the advisors to and senior management of the Debtors:

(i)     Debtors
(ii)     Non-Debtor Affiliates
(iii)     Debtors' Previous Names and Predecessors
(iv)     Debtors' Restructuring and Other Significant Professionals (including Professionals for Other Major Stakeholders)
(v)     Major Equity Holders
(vi)     Current and Former Officers and Directors
(vii)     Trustees, Agents, Secured Lenders, and Other Potential Lienholders
(viii)     Top 30 Unsecured Creditors
(ix)     Major Suppliers and Vendors
(x)     Major Customers
(xi)     Debtors' Banks

9

(xii)    Insurance Parties
(xiii)   Surety Bond Issuers and Beneficiaries
(xiv)    Litigation Parties
(xv)     Utility Providers
(xvi)    United States Bankruptcy Judges for the Southern District of Texas (and Key Staff Members)
(xvii)   United States Trustee for the Southern District of Texas (and Key Staff Members)
(xviii)  Adverse Parties in Litigation, Administrative Proceedings, and Other Legal or Regulatory Matters
(xix)    Government Authorities and Tax Collectors

b.      L&W obtained information responsive to the Retention Checklist through several inquiries of the Debtors' senior management and advisors and review of documents provided by the Debtors to L&W. L&W then used that information, together with other information identified by L&W, to compile a list of the names of entities that may be parties in interest in the Chapter 11 Cases (the "*Potential Parties in Interest*"), as set forth on **Appendix 1** hereto.[4] The information listed on **Appendix 1** may have changed without my knowledge and may change during the pendency of the Chapter 11 Cases. L&W will supplement this declaration, as described below, when L&W becomes aware of new material information.

c.      L&W maintains a master client database as part of its conflict clearance and billing records. The master client database includes the names of the entities for which any attorney time charges have been billed since the database was first created (the "*Client Database*"). The Client Database includes the names of all current and former clients, the names of the parties who are or were related or adverse to such current and former clients, and the names of the L&W personnel who are or were responsible for current or former matters for such clients. L&W policy is that no new matter may be accepted or opened within L&W without completing and submitting to those charged with maintaining the conflict clearance system the information necessary to check each such matter for conflicts, including the identity of the prospective client, the name of the matter, adverse parties, and, in some cases, parties related to the client or to an adverse party. Accordingly, the database is updated for every new matter undertaken by L&W. The accuracy of the system is a function of the completeness and accuracy of the information submitted by the attorney opening a new matter.

d.      L&W compared the names of each of the Potential Parties in Interest to client matters in the Client Database for which professional time was recorded during the three years prior to the Petition Date and compiled a list

---

[4] The entities included on the list of Potential Parties in Interest (and the categories contained therein) were provided by the Debtors to L&W for purposes of a conflict check only and should not be relied upon by any party as a list of creditors or for any other purpose.

of any matches generated by the comparison (the "***Client Match List***").  The Client Match List is set forth on **Appendix 2** hereto.[5]

e.  Using information in the Client Database concerning entities on the Client Match List and making general and, if applicable, specific inquiries of L&W personnel, L&W verified that it does not represent and has not represented any entity on the Client Match List in connection with the Debtors or the Chapter 11 Cases, except as otherwise disclosed in this declaration.

f.  In addition, a general inquiry was sent by email to all L&W attorneys to determine whether any such individuals or any members of their households (i) own or owned any debt or equity securities of the Debtors; (ii) hold or held any claim against or interest adverse to the Debtors; (iii) represent or represented a client in a matter adverse to the Debtors; (iv) are or were officers, directors, or employees of the Debtors; (v) are related to or have any connections to Bankruptcy Judges in the Southern District of Texas; or (vi) are related to or have any connections to anyone working in the Office of the United States Trustee for the Southern District of Texas (the "***U.S. Trustee***").

23.  L&W compiled responses to the foregoing inquiries for the purpose of preparing this declaration.  Responses to the inquiry described in subparagraph (f) above indicate that, as of the Petition Date and except as described below, no L&W attorneys or members of their household: (a) own or owned any debt or equity securities of the Debtors;[6] (b) hold or held any claim against or interest adverse to the Debtors; (c) represent or represented a client in a matter adverse to the Debtors; (d) are or were officers, directors, or employees of the Debtors; (e) are related to or have any connections to Bankruptcy Judges in the Southern District of Texas; or (f) are related to or have any connections to anyone working in the Office of the U.S. Trustee.

---

[5]  As referenced in **Appendix 2**, the term "***Current Client***" refers to an entity listed as a client in L&W's Client Database for whom time has been recorded in the past 12 months and L&W has at least one open matter.  The term "***Former Client***" refers to an entity listed as a client in L&W's Client Database for whom time has been recorded in the past three years.  L&W does not disclose connections if time was recorded more than three years before the Petition Date.

[6]  Certain L&W attorneys or members of the households of L&W attorneys may unknowingly hold interests in the Debtors in blind, discretionary accounts, exchange-traded funds, or mutual funds.

24.     Of the entities listed on Appendix 2, (i) The Carlyle Group, Inc. (an affiliate of one of the Debtors' prepetition secured lenders, postpetition DIP lenders, and stalking horse bidders), (ii) JPMorgan Chase (one of the Debtors' banks), and (iii) Meta Platforms, Inc. (a contract counterparty of the Debtors) represented more than 1.0% but less than 2.0% of L&W's total client billings for the twelve-month period ending October 30, 2025 (for each client, on a consolidated basis).  Additionally, two confidential potential bidders each represented more than 1.0% but less than 2.0% of L&W's total client billings for the twelve-month period ending October 30, 2025 (for each client, on a consolidated basis).[7]

25.     L&W will not represent the Debtors in any adversary proceeding or contested matter against any client of L&W unless L&W has an applicable waiver on file or first receives a waiver from such entity allowing L&W to commence such an action.  To the extent that a waiver does not exist or is not obtained from such entity and it is necessary for the Debtors to commence or otherwise participate in an adversary proceeding or contested matter against that entity, the Debtors will employ Hunton, as necessary, or retain separate conflicts counsel if neither L&W nor Hunton are able to represent them in that particular matter.  Without limiting the above, in addition, L&W will not represent any client on any matter adverse to the Debtors or their estates while retained as the Debtors' co-counsel in the Chapter 11 Cases.[8]

---

[7]     L&W will provide the names of such potential bidders to the U.S. Trustee, the Court, and the Creditors' Committee on a confidential basis upon request.

[8]     In the event the Debtors seek to employ and retain separate conflicts counsel in connection with the Chapter 11 Cases to handle matters that the Debtors may encounter that cannot be handled appropriately by L&W or Hunton because of a conflict of interest, then the Debtors intend that the services of such conflicts counsel shall complement, and not duplicate, the services to be rendered by L&W or Hunton.  Moreover, the responsibilities of such conflicts counsel shall be confined to discrete legal matters that are distinct from the matters handled by L&W or Hunton. Conflicts counsel shall act on its own and will not act under the direct supervision of L&W. Indeed, the Debtors are extremely mindful of the need to avoid duplication of services and appropriate procedures will be implemented to ensure that there is no such duplication.

26.     L&W will periodically review its files during the pendency of the Chapter 11 Cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any relevant facts or relationships are discovered or arise, L&W will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration as required by Bankruptcy Rule 2014(a).  In that regard, L&W intends to disclose clients in the capacity that they first appear in a conflicts search.  For example, if a client has already been disclosed in this declaration in one capacity (*e.g.*, a bank), and the client appears in a subsequent conflicts search in a different capacity (*e.g.*, a bondholder), then L&W does not intend to disclose the same client again in supplemental declarations, unless the circumstances are such in the latter capacity that additional disclosure is required.

27.     Except as set forth herein, and based upon the information available to me, neither I, nor L&W, nor any partner or associate thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.  Based on the foregoing and to the best of my knowledge, I believe that: (a) L&W is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code; and (b) L&W has no connection to the Debtors, their creditors, or their related parties except as may be disclosed in this declaration (as supplemented from time-to-time).   The proposed engagement of L&W is not prohibited by or improper under Bankruptcy Rule 5002(a).

## SPECIFIC DISCLOSURES

28.     As specifically set forth below and in **Appendix 2**, L&W represents or has represented certain of the Debtors' creditors, banks, lenders, professionals, utility providers, insurers, or other Potential Parties in Interest in matters unrelated to the Debtors and the Chapter 11 Cases.  Except as set forth below in the section entitled "Adverse Representations," none of the

representations or relationships described herein is adverse to the interests of the Debtors or their estates. Moreover, pursuant to section 327(c) of the Bankruptcy Code, L&W is not disqualified from acting as the Debtors' co-counsel merely because it represents or has represented the Debtors' creditors or other Potential Parties in Interest in matters unrelated to the Chapter 11 Cases. I do not believe that L&W's current and prior representations described herein preclude L&W from being a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code.

### Adverse Representations

29.     L&W formerly represented Sumitomo Mitsui Banking Corporation ("***SMBC***"), Banco Santander, S.A., New York Branch ("***Santander***") and Norddeutsche Landesbank Girozentrale, New York Branch ("***Nord***") (collectively with any other lenders under such facility, the "***Polaris A Financing Parties***") on a financing facility for Debtors Polaris DevCo Borrower A, LLC and Polaris OpCo Borrower A, LLC and certain non-Debtor affiliates, as well as related matters (including, among other things, an equity contribution agreement and cash diversion guaranty), which transactions closed in November 2024 (prior to L&W's representation of the Debtors). L&W concluded its work for the applicable Polaris A Financing Parties in connection with such matters on October 7, 2025 and delivered notice of termination of such representation on October 15, 2025. L&W's representation of the Polaris A Financing Parties was unrelated to the Chapter 11 Cases. L&W will represent the Debtors in the Chapter 11 Cases generally (including in connection with a chapter 11 plan) but has not, does not, and will not, represent the Debtors in any matters adverse to the Polaris A Financing Parties that are substantially related to those matters; specifically, but without limitation, L&W will not represent the Debtors against the Polaris A Financing Parties on any issues in any adversary proceedings or contested matters that

are substantially related to the Polaris A Financing Parties' financing facility and related matters on which L&W represented the Polaris A Financing Parties.

30.     L&W also formerly represented SMBC (collectively with any other lenders under such facility, the "***Polaris B Financing Parties***") as left lead arranger on a financing facility for Debtors Polaris DevCo Borrower B and LLC, Polaris OpCo Borrower B, LLC and certain non-Debtor affiliates, as well as related matters (including, among other things, construction completion agreements, related surety bonds provided by Applied Surety Underwriters and Atlantic Specialty Insurance Company (collectively, the "***Sureties***"), an equity contribution agreement, and a cash diversion guaranty), which transactions closed in March 2025 (prior to L&W's representation of the Debtors).  L&W concluded its work for the applicable Polaris B Financing Parties in connection with such matters on September 25, 2025 and delivered notice of termination of such representation on October 15, 2025.  L&W's representation of the Polaris B Financing Parties was unrelated to the Chapter 11 Cases.  L&W will represent the Debtors in the Chapter 11 Cases generally (including in connection with a chapter 11 plan) but has not, does not, and will not, represent the Debtors in any matters adverse to the Polaris B Financing Parties that are substantially related to those matters; specifically, but without limitation, L&W will not represent the Debtors against the Polaris B Financing Parties on any issues in any adversary proceedings or contested matters that are substantially related to the Polaris B Financing Parties' financing facilities and related matters (including any related surety bonds provided by the Sureties) on which L&W represented the Polaris B Financing Parties.

31.     L&W formerly represented Kayne Anderson Capital Advisors, L.P, Irradiant Partners (as successor spinoff of Kayne), and Harts Mill Intermediate Holdings LLC and related affiliates in connection with certain corporate, financing and tax matters pertaining to the Debtors'

former solar project "Harts Mill."  L&W's representation in these matters was and is unrelated to the Chapter 11 Cases.

32.     L&W formerly represented Kayne Anderson Capital Advisors, L.P. in connection with certain corporate and financing matters pertaining to the Debtors' "Silver Pine" solar project. L&W's representation in these matters was unrelated to the Chapter 11 Cases and concluded prepetition.

33.     L&W formerly represented DTE Energy in connection with certain tax matters pertaining to Debtor Blue Ridge Power LLC.  L&W's representation in these matters was unrelated to the Chapter 11 Cases and concluded prepetition.

34.     L&W formerly represented IREV, LLC in connection with certain real estate matters pertaining to the Debtors.  L&W's representation in these matters was unrelated to the Chapter 11 Cases and concluded prepetition.

35.     L&W formerly represented Temple I Holdings in connection with certain corporate matters pertaining to Debtor Limewood Bell Renewables LLC.  L&W's representation in these matters was unrelated to the Chapter 11 Cases and concluded prepetition.

36.     An L&W attorney formerly represented Bayerische Landesbank, New York Branch in connection with certain financing matters pertaining to two of the Debtors' projects: Lick Creek Solar, LLC and Highest Power Solar, LLC.  The L&W attorney's representation in these matters was unrelated to the Chapter 11 Cases and concluded prepetition.

37.     The Debtors have engaged or will engage separate counsel to address the foregoing matters described in paragraphs 29-36 above.  Other than the matters described in paragraphs 29-36 above, L&W has not represented any Potential Parties in Interest listed on **Appendix 1** in connection with any matter adverse to the Debtors, and L&W will not represent any party in any

such matter while retained as the Debtors' restructuring co-counsel. For the avoidance of doubt, L&W does not currently represent any party in any matter adverse to the Debtors. I do not believe that L&W's former representation of the entities set forth in paragraphs 29-36 above preclude L&W from being a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code.

### Relationships with Banks, Lenders, Other Secured Parties, and Surety & Letters of Credit-Beneficiaries/Issuers

38.     As disclosed in **Appendix 2**, L&W currently represents or formerly represented certain of the Debtors' (or non-Debtor affiliates') banks, lenders, trustees, agents, noteholders, other secured parties, surety and letters of credit-beneficiaries and -issuers, and/or certain of their affiliates. Specifically, L&W currently represents or in the past has represented Amazon Treasury Cash Management; Banco Santander, S.A., New York Branch; Bayerische Landesbank, New York Branch; Brookfield Asset Management Ltd.; The Carlyle Group Inc.; Citi Bank; Corporation Service Company; First-Citizens Bank & Trust Company; JPMorgan Chase; Norddeutsche Landesbank-Girozentrale; The Canadian Imperial Bank of Commerce, New York Branch; Truist Bank; U.S. Bancorp; Webbank; Apple Energy, LLC; Arevon Energy, Inc.; Australia and New Zealand Banking Group Limited; BBVA, S.A.; Dominion Energy Virginia; Duke University; Irradiant Partners, LP; Meta Platforms, Inc.; Midamerican Energy Company; MUFG Bank, Ltd.; Portland General Electric Company; Southern Current LLC; Sumitomo Mitsui Banking Corporation; The Bank of Nova Scotia; Banco Bilbao Vizcaya Argentaria S.A.; Bank of America, N.A.; Credit Agricole Corporate and Investment Bank; Liberty Mutual Insurance Company; Lloyds Bank Corporate Markets plc; Z Bank AG, New York Branch; BayernLB Holding AG; CIT Bank; City National Bank; CoBank; Fifth Third Bancorp; Mitsubishi UFJ Financial Group, Inc.; National Bank of Canada; Pinnacle; Seminole; Siemens; SMBC; Societe Generale; Standard

Chartered; UCB; Blackstone; Churchill; Greenprint; Monarch; Morgan Stanley; Sol Systems; and US Bank, in a number of different matters unrelated to the Debtors and the Chapter 11 Cases.

39.     I do not believe that L&W's past or current representations described in the foregoing paragraph precludes L&W from being a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code. In the event that the Debtors and any of the foregoing entities become directly adverse to one another in an adversary proceeding or contested matter in the Chapter 11 Cases, the Debtors will employ Hunton or other conflicts counsel to handle the matter as necessary.

<u>**Connections to Directors and Officers**</u>

40.     Todd Arden, Patrick Bartels, Neal Goldman, William Transier, Michael Wartell, and Jonathan Zinman, who currently serve as independent board members of one or more Debtors, serve, have served, or may in the future serve from time to time, in various management, consulting, trustee, and/or director capacities of other active or inactive L&W clients in matters wholly unrelated to the Chapter 11 Cases.  I do not believe L&W's current or prior representations of clients for which the Debtors' board members serve or served in management and/or director capacities precludes L&W from being a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code.

<u>**Relationships with Significant Creditors and Contract Counterparties**</u>

41.     L&W currently represents or formerly represented certain of the Debtors' significant prepetition creditors, contract counterparties, customers, vendors and suppliers, and/or certain of their affiliates.  Specifically, L&W currently represents or in the past has represented Origis USA, LLC; Portland General Electric Company; Shoals Technologies Group, LLC; Starbucks Corporation; and Walmart, Inc. in a number of different matters unrelated to the Debtors and the Chapter 11 Cases.  I do not believe that L&W's past or current representations described

in this paragraph precludes L&W from being a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code. In the event that the Debtors and any of the foregoing entities become directly adverse to one another in an adversary proceeding or contested matter in the Chapter 11 Cases, the Debtors will employ Hunton or other conflicts counsel to handle the matter as necessary.

### Relationships with Major Equity Holders

42.     As disclosed in **Appendix 2**, L&W currently represents or formerly represented certain of the Debtors' major equity holders and/or certain of their affiliates.  Specifically, L&W currently represents or in the past has represented Generate Capital and Healthcare of Ontario Pension Plan in a number of different matters unrelated to the Debtors and the Chapter 11 Cases. I do not believe that L&W's past or current representations described in this paragraph precludes L&W from being a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code.  In the event that the Debtors and any of the foregoing entities become directly adverse to one another in an adversary proceeding or contested matter in the Chapter 11 Cases, the Debtors will employ Hunton or other conflicts counsel to handle the matter as necessary.

### Insurance Parties

43.     Certain insurance companies pay the legal bills of L&W clients.  Some of these insurance companies may be involved in the Chapter 11 Cases.  None of these insurance companies, however, is an L&W client as a result of the fact that it pays legal fees on behalf of a client of L&W.

44.     As disclosed in **Appendix 2**, L&W currently represents or formerly represented certain of the Debtors' insurance providers and/or certain of their affiliates.  Specifically, L&W currently represents or in the past has represented AFCO Premium Credit LLC; AIG Mergers and

Acquisitions Insurance Group; AIG Specialty Insurance Company; Allianz Global Risks US Insurance Company; Ambridge Partners LLC; Aon Risk Services Northeast, Inc.; Avivia Insurance Company; Berkshire Hathaway Specialty Insurance Company; Evergreen Resources, LLC; Firstar Development, LLC; Fortegra Specialty Insurance Company; Hartford Fire Insurance Company; HDI Global Specialty SE; Howden; Liberty Surplus Insurance Corporation; Lloyds of London; Munich Re Syndicate; QBE Specialty Insurance Company; Starr Indemnity & Liability Company; Swiss Re Corporate Solutions Capacity Insurance Corporation; U.S. Bancorp Community Development Corp.; and Zurich American Insurance Company in a number of different matters unrelated to the Debtors and the Chapter 11 Cases.

### Relationships to Other Entities

45.     Certain of the parties in interest in the Chapter 11 Cases may be, or previously may have been, members of ad hoc or official creditors' committees represented by L&W in matters unrelated to the Chapter 11 Cases.  In such instances, L&W represented only the committee or group, and did not represent the creditors in their individual capacities, and no attorney client relationship exists or existed between L&W and such parties in interest unless specifically noted. L&W does not and will not represent any of these parties in connection with the Chapter 11 Cases.

46.     As a large, international firm, L&W may represent creditors and/or investors of or parties interested in investing in one or more parties in interest in these cases.  L&W does not believe these relationships represent interests adverse to the estate.

47.     Certain of the Debtors and their non-debtor affiliates or other entities associated with the Debtors may be creditors of entities that L&W currently represents or has represented in bankruptcy proceedings or post-effective date claims processes.  Similarly, certain parties in interest in the Chapter 11 Cases may be current or former L&W restructuring clients.  L&W will not represent the Debtors, the Debtors' non-debtor affiliates, or other entities associated with the

Debtors in any matter related to other L&W clients' bankruptcy proceedings.  Nor will L&W represent any of its other restructuring clients against the Debtors in any of its other clients' restructuring matters.  L&W's other chapter 11 representations are unrelated to the Chapter 11 Cases and the Debtors.  I do not believe these representations preclude L&W from meeting the disinterestedness standard under the Bankruptcy Code.

### Relationships with Other Professionals

48.     From time to time, L&W has referred work to other professionals to be retained in the Chapter 11 Cases, and certain such professionals have referred work to L&W.  Also, as part of its practice, L&W appears in cases, proceedings, and transactions involving many different attorneys, accountants, financial consultants, and investment bankers, some of whom now or may in the future represent claimants and other parties in interest in these cases.  L&W has not represented, and will not represent, any such parties in relation to the Debtors or their Chapter 11 Cases.  L&W does not have any relationship with any such attorneys, accountants, financial consultants, or investment bankers that would be adverse to the Debtors or their estates.

49.     As disclosed in **Appendix 2**, L&W currently represents or formerly represented certain of the Debtors' other professionals and restructuring professionals (Alvarez & Marsal and Lazard) in a number of different matters unrelated to the Debtors and the Chapter 11 Cases.  I do not believe that L&W's past or current representation of these other professionals in matters unrelated to the Debtors or the Chapter 11 Cases precludes L&W from being a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code.  In the event that the Debtors and any of the applicable professionals become directly adverse to one another in an adversary proceeding in the Chapter 11 Cases, the Debtors will employ Hunton or other conflicts counsel to handle the matter as necessary.

**L&W Connections with the Office of the United States
Trustee for the Southern District of Texas and Judges for the United
<u>States Bankruptcy Court for the Southern District of Texas (and Key Staff Members)</u>**

50.     Certain L&W attorneys and/or personnel (or members of their immediate families):  (a) previously worked at other law firms, in government services, or for other employers;  (b) have participated and may participate in legal activities;  (c) had and have affiliations through law school, conferences, bar, employment, or other organizations; and/or (d) may have social interactions or friendships, in each case, involving (x) Judges and/or key staff members of the United States Bankruptcy Court for the Southern District of Texas or (y) attorneys or key staff members of the Office of the United States Trustee for the Southern District of Texas.  As part of its standard hiring practices, from time to time, L&W conducts interviews and may make offers of employment to staff members of the United States Bankruptcy Court for the Southern District of Texas, including law clerks.

51.     Ray C. Schrock, Candace M. Arthur, and Alexander W. Welch joined L&W from Weil, Gotshal & Manges LLP ("*Weil*") on December 2, 2024.  L&W also employs certain associate attorneys who previously worked at Weil.  Effective August 14, 2019, United States Bankruptcy Judge Christopher M. Lopez was appointed to the United States Bankruptcy Court for the Southern District of Texas.  Prior to such appointment, Judge Lopez was employed by and held a counsel position at Weil.  Additionally, effective July 16, 2024, United States Bankruptcy Judge Alfredo R. Perez was appointed to the United States Bankruptcy Court for the Southern District of Texas.  Prior to such appointment, until his retirement from Weil on December 31, 2023, Judge Perez was employed by and a member of the partnership at Weil.

52.     Kevin Samkian and Christina Morrison joined L&W as associate attorneys on September 8, 2025.  Prior to joining L&W, Mr. Samkian served as a law clerk to Judge Isgur, who is a United States Bankruptcy Judge for the Southern District of Texas.  Ms. Morrison previously

served as a law clerk to former Judge Jones, Judge Lopez and Judge Perez from October 2023 to August 2024.

53.     I do not believe that the foregoing connections preclude L&W from meeting the disinterestedness standard under the Bankruptcy Code.

### L&W Attorney Investments

54.     From time to time, L&W partners, counsel, associates, and employees, or members of the households of the foregoing, personally invest in mutual funds, exchange-traded funds, retirement funds, private equity funds, venture capital funds, hedge funds, fund of funds, and other types of investment funds (the "***Investment Funds***"), through which such individuals indirectly acquire an interest in debt or equity securities of many companies, some of which may be parties in interest in the Chapter 11 Cases, often without L&W's knowledge.  Each such person generally owns substantially less than one percent of such Investment Fund, does not manage or otherwise control such Investment Fund, and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security.  The Investment Funds are generally operated as a blind pool, meaning that when such persons make an investment in an Investment Fund, he, she, or they do not know what securities the blind pool Investment Fund will purchase or sell and have no control over such purchases or sales.

55.     From time to time one or more L&W partners voluntarily choose to form an entity (a "***Passive-Intermediary Entity***") to invest in one or more Investment Funds or, in certain instances, directly in private companies.  Such Passive-Intermediary Entity is comprised only of persons who were L&W partners or retired partners at the time of the Passive-Intermediary Entity's formation (although some may later become former L&W partners), and participation in such a Passive-Intermediary Entity is wholly voluntary and only a portion of L&W's partners choose to participate.  L&W itself does not invest in the Passive-Intermediary Entity.  The Passive-

Intermediary Entity generally owns substantially less than one percent of any underlying Investment Fund, does not manage or otherwise control such Investment Fund, and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security. Each Investment Fund in which a Passive-Intermediary Entity invests is operated as a blind pool, so that the Passive-Intermediary Entity does not know what securities the blind pool Investment Funds will purchase or sell, and has no control over such purchases or sales. The Passive-Intermediary Entities commonly receive periodic statements and communications from the underlying Investment Funds. The L&W partners participating in the Passive Intermediary may or may not know the identity of the Investment Fund's underlying investments or the identity of the securities purchased, sold, or held by the Investment Fund.

56.     Certain of the Passive-Intermediary Entities may make a direct investment into a private company. It is my understanding that no Passive-Intermediary Entity has made any direct investment into the Debtors or otherwise purchased any debt or equity security of the Debtors. In addition, as discussed above, the Firm Disclosure Procedures involve sending a general inquiry to all L&W attorneys to determine whether any such individuals or any members of their households own or owned any debt or equity securities of the Debtors or hold or held any claim against or interest adverse to the Debtors, among other things. Thus far, no response to this general inquiry has disclosed the ownership of any debt or equity securities of the Debtors or the holding of any claim against or interest adverse to the Debtors.

57.     From time to time, L&W partners, counsel, associates, and employees personally directly acquire a debt or equity security of a company, which may be (or become) one of the Debtors, their creditors, or other parties in interest in the Chapter 11 Cases. L&W has a long-standing policy prohibiting attorneys and employees from using material non-public information

that may come to their attention in the course of their work, so that all L&W attorneys and employees are barred from trading in securities with respect to which they possess material non-public information.

## OTHER INVESTIGATION AND DISCLOSURE MATTERS

58.     L&W's investigation and research of the Potential Parties in Interest has thus far failed to eliminate the possibility that Potential Parties in Interest other than those listed on **Appendix 2** hereto may be current or former clients of L&W because: (a) the names of the Potential Parties in Interest are similar to, but not identical to, current or former L&W clients; or (b) the names of the Potential Parties in Interest are common names that appeared on our conflict search results, but do not appear to be the same individuals or entities that are parties in interest herein.

59.     Although L&W has undertaken, and continues to undertake, extensive efforts to identify connections with the Debtors and other Potential Parties in Interest, it is possible that connections with some Potential Parties in Interest have not yet been identified.  Should L&W, through its continuing efforts, learn of any new connections of the nature discussed herein, L&W will so advise the Court in a timely manner as soon as reasonably practicable.

60.     L&W will not, while employed by the Debtors, represent any other entity having an adverse interest to the Debtors with respect to matters upon which the Debtors seek to retain L&W during the pendency of the Chapter 11 Cases.

61.     Insofar as I have been able to ascertain, I know of no conflict of interest that would preclude L&W's representation of the Debtors in the Chapter 11 Cases.

62.     The foregoing constitutes the statement of L&W pursuant to sections 327(a), 329, and 504 of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016(b).

Pursuant to 28 U.S.C. § 1746, to the best of my knowledge, information and belief, and after reasonable inquiry, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 20, 2025
New York, New York

/s/ Andrew M. Parlen
Andrew M. Parlen

## **Exhibit 1**

### **Engagement Letter**

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

**LATHAM & WATKINS** LLP

| | |
|---|---|
| FIRM / AFFILIATE OFFICES | |
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

July 18, 2025

PGR Holdco GP, LLC
130 Roberts Street
Asheville, NC 28801
Attn: Judith Hall

Re:  Engagement Letter

Dear Judy:

We are pleased to welcome PGR Holdco GP, LLC as a client of Latham & Watkins LLP (hereinafter referred to as "Latham" or the "Firm").  This letter will confirm our discussions regarding your engagement of our Firm.

## I.   LEGAL SERVICES.

You have asked us to represent you in connection with strategic advice regarding the potential recapitalization of you and certain of your affiliates.  If we agree to provide additional services beyond those described above, our work will be governed by this letter unless superseded by another written agreement.  Our representation is limited to the specific services that we agree to undertake.

## II.   IDENTITY OF THE CLIENT.

Our client(s) in these matters will be solely PGR Holdco GP, LLC and any of its parent, subsidiary or affiliate entities or constituents identified to us in conjunction with these matters, or any such entity directly or indirectly controlled by PGR Holdco GP, LLC as a result of these matters ("the PGR Clients").  We do not represent and will not be deemed to have an attorney-client relationship with, nor owe professional duties to, any other of PGR Holdco GP, LLC's current or future parents, limited partners, general partners, subsidiaries, shareholders, members, joint venture partners, employees, directors, management venturers or other affiliates or constituents solely on account of our representation of the PGR Clients under this engagement letter.  This means that we may act adverse to such entities to the same extent as would be permissible if we were not engaged to represent the PGR Clients.  We are distinguishing between the entities and persons who are and are not our clients so that it is clearly understood to whom our various duties as attorneys are owed.  If we subsequently agree to represent any additional clients after performing a conflicts check, the terms in this engagement letter (including, but not limited to terms governing conflicts of interest and arbitration of disputes) will apply to that representation unless we enter into a separate written agreement with such additional clients.

Docusign Envelope ID: 8E3566E2-0880-4394-B941-7EED1A9BF291

July 18, 2025
Page 2

**LATHAM&WATKINS**LLP

Because of the extraterritorial reach of Anti-Money Laundering laws in certain jurisdictions where Latham practices, we may need to collect identity-verification documentation. We will seek to collect any required documentation from publicly-available sources, but may request documentation directly from you.

We provide information to clients and others about our experience in particular areas. In this context it is helpful to be able to identify particular clients and matters. Of course, we would not publicize your matters in a manner that could harm your interests, and even where a matter is publicly known, we would not publicize it if you ask us not to do so. Otherwise, however, you consent now to our using in our marketing materials (such as pitches, website biographies, representative client lists, league tables, etc.) your name and logo in describing publicly known and non-sensitive matters we have handled for you.

## III.   ROLES OF ATTORNEY AND CLIENT.

Our responsibilities under this agreement are to provide legal services, and to provide statements to you that clearly state the basis for our fees and charges.

We will not disclose any confidential information of yours to any other client, even where that information might have some bearing on their interests. Likewise, we will not disclose the confidences of any other client to you, even where that information might have some bearing on your interests, and you agree that we are under no obligation to do so.  You agree to keep us informed of developments related to this representation and to pay our statements in a timely manner.  Latham will also check for conflicts of interest on an ongoing basis to ensure we are meeting our ethical obligations. The existence of a conflict depends on the parties involved in a specific matter, and therefore our engagement is contingent upon a formal clearing of conflicts after all interested parties are identified to us. Latham is able to search for conflicts via the firm's conflicts database each time a new party becomes involved, or a new matter begins. To allow us to conduct a conflicts check, you represent that you have identified or will identify to us all persons and entities that are or may become involved in the matters we handle for you, whether affiliated with you or not.  We are relying on you to provide us with the names that are potentially relevant to this matter and any future matter in which we are engaged. We cannot identify conflicts in relation to individuals or entities whose names we have not searched.

During the course of this engagement, we may express opinions or beliefs to you about the effectiveness of various courses of action or about the results that might be anticipated.  Such statements are expressions of opinion only, and should not be construed as promises or guarantees.

Please also be aware that Latham has internal ethics and professional responsibility counsel, who advise Latham attorneys regarding their ethical, professional and legal duties. From time to time, the attorneys working on your matter may consult these lawyers at no cost to you.  You acknowledge that any such consultation is protected by Latham's own attorney-client privilege, not subject to discovery, and is property of the firm and is not part of the Client File as defined in Section IV of this letter.

Docusign Envelope ID: 8E3566E2-0880-4394-B941-7FED1A9BF291

July 18, 2025
Page 3

**LATHAM&WATKINS** LLP

Certain laws (for example, those relating to money laundering and tax fraud) give power to authorities such as the police or tax authorities to inspect client information and take copies of documents.  In addition, in specific circumstances, these laws compel us to report information to the authorities even in the absence of a request.  It is possible that, at any time, we may be requested by these authorities to provide them with access to documents held by our firm, or to attend interviews with them in connection with the work we have done for you.  In the unlikely event that such a situation arises, we shall comply with the request only to the extent that we believe we are bound by law to do so and, insofar as it is practicable, shall notify you of the request or the sharing of information. As part of our service to you, we will do our best to protect your interests in those circumstances. We reserve the right to disclose any information to our professional indemnity insurers, advisers or bankers in connection with the operation of our client account.

## IV.   CLIENT FILES AND RETENTION.

In the course of your representation, we shall maintain a file in which we may store correspondence, agreements, governmental filings, prospectuses, disclosures, pleadings, deposition transcripts, exhibits, physical evidence, expert reports, and other items reasonably necessary to your representation ("Client File"), which shall be and remain your property.  Our internal communications, preliminary drafts, notes, and mental impressions ("Latham Materials") shall be and remain our property and shall not be considered part of your Client File. Upon completion of a specific project, your original Client File for that project shall be available to you. We will be entitled to make copies if we choose, and such copies shall be and remain our property. You also agree at the conclusion of the project (whether or not you take possession of the Client File) to take possession of any and all original contracts, wills, stock certificates, and other such important documents that may be in the Client File and we shall have no further responsibility with regard to such documents.

If you do not take possession of the Client File at the conclusion of the project, we will store such file for you for at least seven years.  If you do not take possession of the Client File by the conclusion of the seven-year period, you relinquish ownership of it and agree that it shall become our sole property and we may dispose of it. In addition, in the event we are holding files of yours for other matters, you agree that after a seven-year period they shall become our sole property and we may dispose of them. You agree that we may enact and implement reasonable retention policies for Latham Materials and that we also have discretion to destroy such materials.

We will retain copyright and knowhow in all documents we draft during the course of our work for you, but we grant you a royalty free license to use the documents for your purposes.

LATHAM&WATKINS LLP

## V.   <u>CONFLICTS OF INTEREST</u>.

You will have our complete loyalty with respect to any matter in which you engage our firm.  While we are representing you in a matter, including the matter that is described in this letter, we will have no other role in that matter for another party without your consent.

<u>Prospective Waiver of Conflicts for Unrelated Matters</u>

Latham is an international law firm with numerous attorneys and offices in many countries, serving clients in many different areas of law and industries, who may now or in the future operate in the same lines of business as you. It is possible that during the time we are representing you, some of our current or future clients may ask us to represent them in matters in which you are involved as another party. Both our own prudent business conduct, and the interests of our other clients, call for us to seek to retain the ability to accept matters for all of our clients.  We would rely on this prospective waiver only for matters where we are confident that we have not obtained any confidential information that would give our other client an advantage in the adverse matter.

By entering into this agreement, you consent in advance to our acceptance of matters adverse to any PGR Client (whether such matters are currently pending or arise in the future), provided the matters are not substantially related to any matters we are handling or have handled for you, including the following types of matters:

- Litigation, arbitration, mediation, or any other form of dispute resolution or other controversy matters;

- Transactional matters; and

- Any bankruptcy, regulatory, administrative, legislative or rulemaking proceeding.

By entering into this agreement, you consent in advance to such adverse representations. Thus, for example, you agree that we would be able to take on a new representation of a current or future client in a lawsuit in which any PGR Client is an adverse party at the same time that we are representing the PGR Clients, provided the adverse matter is not substantially related to any matters we are handling or have handled for you. This prospective waiver includes the assertion of any cross-claims or counter-claims adverse to any PGR Client.  Under the terms of this prospective waiver, we would also be able to represent a current or future client in a transactional matter across the table from any PGR Client at the same time that we are representing the PGR Clients, provided the adverse matter is not substantially related to any matters we are handling or have handled for you.

<u>Waiver for Trees in M&A & Related Matters</u>

In the event that we represent you in a transactional matter, now or in the future, you also agree that, in a matter where you are, or may be, competing with one or more other bidders or financers in an M&A matter or related financing, to allow our firm, with separate teams (commonly referred to as "trees") that do not share information about the related matters (except

LATHAM&WATKINS LLP

as may be agreed in respect of any particular subject such as shared regulatory, tax, and antitrust diligence) to represent other competing bidders and financing sources for other bidders. We will not accept an engagement from another client in the situations described above unless we believe that our representation of that other client will not have an adverse effect on the exercise of our independent professional judgment on your behalf in the matters in which we represent you.

<u>Waiver for Unrelated Representation of Counterparties</u>

By entering into this agreement you agree that we may maintain a separate attorney-client relationship, in other matters not substantially related to our work for you, with persons or entities who are adverse to you in matters we handle for you (including adversaries in the matters described in this letter), and we may continue any such attorney-client relationships in which we are currently engaged. Thus, for example, if we represent you in an intellectual property matter adverse to party A, we may represent party A in an unrelated employee benefits matter.

You should feel completely free to consult other counsel concerning the contents of this Section V and we encourage you to do so. By signing this letter, you acknowledge that you have had an opportunity to consult with other counsel if you so desire, and provide your informed consent to the adverse representations described above.

## VI.   <u>RATES, FEES AND CHARGES.</u>

The PGR Clients have delivered or are in the process of delivering to Latham retainer funds with which Latham has established an evergreen advance payment retainer in the amount of $500,000. This evergreen advance payment retainer, and all replenishments thereof, will be held by Latham as an advance toward our fees and charges in connection with this letter, but will not be put into a trust, escrow or segregated account. To the extent that the amount of any of Latham's invoice statements is less than the agreed upon evergreen advance payment retainer, the PGR Clients will pay Latham, promptly upon its receipt of Latham's invoice statement, a further payment to bring the evergreen advance payment retainer to the agreed upon amount. To the extent that the amount of Latham's invoice statement is more than the agreed upon evergreen advance payment retainer, the PGR Clients will pay to Latham, promptly upon its receipt of Latham's invoice statement, the excess amount plus the amount required to replenish the evergreen advance payment retainer. In connection with any potential bankruptcy filing, Latham may request that the amount of the retainer be increased as reasonably agreed between the PGR Clients and Latham. Any funds that you may deposit with us as an advance towards our fees and charges will be treated as property of the firm. Any unused portion of such advance after our services are concluded will be promptly returned to you.

Our fees are based primarily on the amount of time spent by our lawyers, paralegals and other professionals on your behalf. Each lawyer, paralegal and other professional assigned to this matter will have individual hourly billing rates, and the applicable rate multiplied by the number of hours spent, measured in tenths of an hour, will be the initial basis for determining our fee.

Docusign Envelope ID: 8E3566E2-0889-4394-B941-7FED1A9BF291

July 18, 2025
Page 6

LATHAM&WATKINS LLP

In general, our attorneys' 2025 billing rates will range from $835 per hour to $2,850 per hour, depending upon the seniority and expertise of the attorney involved. For paralegal and other professional time, our 2025 rates will range from $305 to $1,550 per hour.

In addition to fees, you agree to pay for disbursements and other charges. These will include such items as use of fee-based research databases (90% of the third-party vendor rate or 1.25 times our volume-discounted cost depending on vendor); couriers and air freight (1.10 times our volume-discounted cost); messengers (at third-party vendor rate); client-specific work by staff; staff overtime and meals (as defined by federal or local law); transportation (where dictated by safety reasons, and which may include a transaction fee); word processing; postage, at cost; supplies (for large volume only); and other reasonable costs and expenses. For disbursements over $5,000, we may ask that billings be sent directly to you or that advances be provided.

In the event we are compelled to testify or respond to a subpoena or other legal process in relation to a matter we have handled for you, you agree that we are entitled to be reimbursed for our time in doing so at our then-current rate, and for our expenses reasonably incurred, even if our attorney-client relationship with you is terminated at that time.

When our personnel travel, we generally utilize business class for international flights. Through a third-party travel management company, in-house travel services are provided for our U.S. offices. A ticketing fee of $30 will be charged for fares up to $300, and $75 will be charged for fares over $300. There are no additional charges for changes to reservations or for reimbursement of unused tickets. Our personnel bill for travel time, but if they work on another matter while traveling for you, you will not be billed for that time.

We intend to provide statements to you on a monthly basis. They will show our time logged in tenth-of-an-hour increments and will separate fees from disbursements and other charges. Payment of our statements is due promptly upon receipt. Our rates are based on our receiving payment within thirty (30) days. Should this matter involve an immediate or expected bankruptcy filing, however, we may provide invoice statements on a more frequent basis for immediate payment upon the receipt of our invoices.

We may choose to terminate our relationship with you, subject to any applicable ethics rules, in the event that our fees are not paid in accordance with the terms of this engagement letter or other agreement.

Our billing rates and charges are usually revised annually, but we reserve the right to revise them at other times. Following any such revision, our new rates and charges will be applied to your account, and this letter constitutes written notice to you of our right to make such revisions.

From time to time, you may request estimates of the fees and charges that we anticipate incurring on your behalf. These estimates are subject to unforeseen circumstances and are by their nature inexact. While we may provide estimates for your general planning purposes, such estimates are subordinate to our regular billing procedures, absent an express written agreement to the contrary.

Docusign Envelope ID: 8E3566E2-0880-4394-B941-7FED1A9BF291

**July 18, 2025**
**Page 7**

**LATHAM&WATKINS**LLP

If any dispute should arise between us and you as to fees, subject to certain conditions you may have the right to require that the dispute be arbitrated.

## VII.   DATA PROTECTION, USE OF DATA & COMMERCIAL COMMUNICATIONS BY EMAIL.

In order to provide legal services and maintain our business relationship, the firm may use personal information about you and other individuals at your organization. Details of how we use this information are set out in our Client and Third Party Privacy Notice which can be found on our website at www.lw.com/privacy.

To the extent that you share with us information about California residents that comprises "personal information" for purposes of the California Consumer Privacy Act and implementing regulations ("CCPA") in connection with our provision of services covered by this letter, and neither §§ 1798.140(ad)(2)[1] nor §§ 1798.145(c)-(e)[2] of the CCPA apply, we shall be a service provider and only collect, retain, use and disclose such information for the purpose of providing the services covered by this letter, or as otherwise permitted by the CCPA. To the extent this paragraph applies, you will provide notice to such California individuals that you may disclose such information to service providers such as Latham.

We have made a commitment through our Binding Corporate Rules to apply a consistent standard across the firm when collecting, using and managing personal information. If you have any questions about how we use your personal information or wish to exercise your rights, please contact the Global Data Protection Officer at DataPrivacy@lw.com.

We may continue to engage third-party vendors to support firm-wide day-to-day business activities and provide technology resources including print/mail services, shredding, SaaS services (which may include software that utilizes artificial intelligence (AI)), offsite records and data storage, translation services, etc. All such vendors shall be subject to confidentiality and data security obligations and, where applicable, appropriate data processing terms. Your data will not be used to train any large language models ("LLMs") that are made publicly available or hosted on open platforms accessible to the general public, and all results from AI tools will be reviewed by qualified lawyers who are trained on the ethical and responsible use of AI. For the avoidance of doubt, all data processed by such vendors will be maintained in a manner consistent with Latham's professional obligations to you as a client. To the extent a third-party vendor is required specifically for one of your matters (e.g., the engagement of an expert, forensic analysis, local counsel), you will be notified and asked to consent to the vendor engagement.

---

[1] i.e., the CCPA's other exceptions to sale, namely: direction by the individual to share, sharing to alert the recipient that the individual has opted out of selling, and sharing as an asset that is part of merger, acquisition, bankruptcy or other business transaction.

[2] i.e., the CCPA's exclusion of any information: collected as part of a clinical trial; bearing on an individual's credit; processed by financial institutions to provide financial services pursuant to the GLBA; or comprising identifiable health information governed by HIPAA.

LATHAM&WATKINS LLP

We constantly attempt to improve our service, and monitor developments in the law and practice. Periodically we may send information about this, including brochures and press releases and invitations to seminars or talks, if we believe that they may be of interest to you. You agree that we may send information of this kind by email to you and others at your organization with whom we have contact. You can opt out at any time.

## VIII.   ARBITRATION OF DISPUTES.

Any controversy or claim, whether in tort, contract or otherwise, arising out of or relating to the relationship between any PGR Client, its affiliates or successors (the "Client Arbitration Parties") and Latham, its affiliated partnerships, attorneys or staff or any of their successors (the "Latham Arbitration Parties") or the services provided or the fees charged by the Latham Arbitration Parties pursuant to this engagement letter or otherwise to the Client Arbitration Parties shall be finally resolved by arbitration in accordance with the International Institute for Conflict Prevention and Resolution Rules for Non-Administered Arbitration ("CPR Rules").  By agreeing to arbitrate, the parties are agreeing to waive their right to a jury trial.  This arbitration clause and any arbitration shall be governed by the Federal Arbitration Act, 9 U.S.C.  §§ 1 et seq. The seat of the arbitration shall be New York, New York, but any hearings may be held in, and to the extent state law is applicable the arbitrators shall apply the substantive law of, the state in which the Latham office is located whose attorneys spent the most amount of time on the matter in dispute. Any issue concerning the location of the arbitration, the extent to which any dispute is subject to arbitration, or the applicability, interpretation, or enforceability of this agreement shall be resolved by all of the arbitrators.  All aspects of the arbitration shall be treated as confidential, and neither the parties nor the arbitrators may disclose the existence, content or results of the arbitration, except as necessary to comply with insurance, legal or regulatory requirements. Any party that discloses any information about the arbitration under the preceding sentence, or makes any filing in any court related to a dispute covered by this clause, shall take all lawful steps to ensure confidential treatment, including without limitation filing under seal.  The arbitration panel shall be entitled to award any damages provided for under the state law that is controlling.

## IX.   LIMITED LIABILITY PARTNERSHIP.

Latham is a limited liability partnership (LLP).  Similar to the corporate form of business organization, the LLP form generally limits the liability of the individual partners of the firm to the capital they have invested in the firm for claims arising from services performed by the firm. Our form of organization as an LLP will not diminish the ability to recover damages from the firm or from any individuals who directly caused the loss.

Because of legal requirements in those countries, work done out of our firm's offices in England, France, Italy, Hong Kong, Japan, and Singapore will be carried out through affiliated partnerships registered locally. Latham operates in Israel through a limited liability company, in South Korea as a Foreign Legal Consultant Office, and in Saudi Arabia through a limited liability company. These distinctions will not impact on the provision of legal services by our firm, although invoices may be issued to you through an affiliate.

## X.   ENTIRE AGREEMENT AND MISCELLANEOUS.

**LATHAM&WATKINS** LLP

You and we understand that this letter constitutes the entire agreement pertaining to the engagement of Latham, and that it shall not be modified by any policies, procedures, guidelines or correspondence from you or your representative unless agreed to in writing by Latham, notwithstanding anything we may be required to acknowledge in order to use your electronic billing software now or in the future.

All parties signing this letter represent and warrant that they are fully authorized to enter into this agreement, and in the case of signatories agreeing on behalf of organizations, to bind the organization or organizations to the terms in this letter.

The words "execution," "execute", "signed," "signature," and words of like import in or related to this Engagement Letter and/or any document to be signed in connection with this Engagement Letter and the transactions contemplated hereby shall be deemed to include electronic signatures, the electronic matching of assignment terms and contract formations on electronic platforms approved by Latham, or the keeping of records in electronic form, each of which shall be of the same legal effect, validity or enforceability as a manually executed signature or the use of a paper-based recordkeeping system, as the case may be, to the extent and as provided for in any applicable law, including the Federal Electronic Signatures in Global and National Commerce Act, the New York State Electronic Signatures and Records Act, or any other similar state laws based on the Uniform Electronic Transactions Act.

Either party can terminate the attorney-client relationship on this matter by notice to the other party. Otherwise, our relationship with you will be deemed concluded when we have completed our agreed-upon services, except that for the avoidance of doubt, your obligations for fees and charges shall survive. In addition, and without limiting the preceding sentence, in the event we have performed no work on your behalf for six consecutive months, you agree that our attorney-client relationship with you will have been terminated.

## XI.     <u>APPROVAL AND RETURN OF LETTER.</u>

If this letter meets with your approval, please sign and return the enclosed copy. If we do not receive a signed copy, this Engagement Letter shall be deemed accepted upon your engagement of Latham to perform any services related to the matter described herein or any future matters. By accepting services from Latham, you acknowledge and agree to the terms and conditions set forth in this Engagement Letter.

We look forward to working with you.

Sincerely,

*/s/ Ray C. Schrock*

Ray C. Schrock

of LATHAM & WATKINS LLP

**LATHAM&WATKINS**LLP

## Approval of Engagement

PGR Holdco GP, LLC, on behalf of itself and the other PGR Clients, agrees to the terms of the enclosed letter, effective as of the date on which Latham & Watkins LLP first provided services to the PGR Clients.

By signing this letter, PGR Holdco GP, LLC, on behalf of itself and the other PGR Clients, acknowledges that the PGR Clients have been afforded the full opportunity to review it and to seek the advice of independent counsel, and either have in fact consulted with such independent counsel or have chosen not to do so.

BY SIGNING THIS LETTER, PGR HOLDCO GP, LLC, ON BEHALF OF ITSELF AND THE OTHER PGR CLIENTS, AGREES TO HAVE ANY ISSUE ARISING OUT OF OR RELATING TO THE SERVICES OF THE LATHAM ARBITRATION PARTIES (INCLUDING ANY CLAIM FOR PROFESSIONAL LIABILITY) DECIDED IN ARBITRATION, AND PGR HOLDCO GP, LLC, ON BEHALF OF ITSELF AND THE OTHER PGR CLIENTS, GIVES UP THEIR RIGHT TO A JURY OR COURT TRIAL AND ACKNOWLEDGE THE ARBITRATION PROVISION IN SECTION VIII ABOVE.

Date:  July  21, 2025.

PGR Holdco GP, LLC,

a Delaware limited liability company

By:  _Judith A. Hall_
ED92CDF02738443...

Name:  Judith A. Hall

Title:  Chief Legal Officer & General Counsel

# Appendix 1[1]

## Master List of Potential Parties in Interest[2]

---

[1]   Pursuant to the Creditor Matrix Order [Docket No. 117], the Debtors were "authorized, but not directed, to redact all personally identifiable information of Individuals or any other natural person on … documents filed with the Court."  Creditor Matrix Order, ¶ 3.  Accordingly, this Appendix 1 redacts the names of individuals identified, except certain individuals whose identities have been publicly disclosed through other filings in the Chapter 11 Case.  Parties in interest may, in accordance with the Creditor Matrix Order, request an unredacted version of this Appendix 1 by following the procedures set forth in the Creditor Matrix Order.  *See id.*

[2]   This list (and the categories contained herein) are for purposes of a conflicts check only and should not be relied upon by any party as a list of creditors or for any other purpose.  L&W has attempted to remove duplicate entries where possible.  Accordingly, a party that otherwise would fall under multiple categories is likely to be listed under only one category.  Additionally, certain of the Debtors' debt obligations or equity interests may be held by more than one affiliated entity within the same financial institution.  Where the affiliation of such entities is obvious based on their names, only one entity is included herein.

**Bankruptcy Judges**
Chief Judge Eduardo V. Rodriguez
Judge Alfredo R Pérez
Judge Christopher M. Lopez
Judge Jeffrey P. Norman
Judge Marvin Isgur

**Bankruptcy Professional – Retained**
Alvarez and Marsal
Hunton Andrews Kurth LLP
Joele Frank
Latham & Watkins
Lazard
Omni Agent Solutions

**Banks/Lender/UCC Lien
Parties/Administrative Agents**
Amazon Treasury Cash Management
Avana
Banco Bilbao Vizcaya Argentaria, New
    York Branch
Banco Santander, S.A., New York Branch
Bayerische Landesbank, New York Branch
BayernLB Holding AG
Bid Administrator LLC
Blackstone Inc.
Brookfield Asset Management Ltd.
C T Corporation System
C. Jackson Horne DBA Charles E. Horne
Canadian Solar (USA) Inc.
Capital Bank, N.A.
Carlyle Global Credit Investment
    Management L.L.C
Caterpillar Financial Services Corporation
Celtic
Churchill Renewables Energy Finance LLC
CIT Bank
CIT Bank, N.A., as Collateral Agent
CITI BANK
City National Bank
CoBank
Corporation Service Company
Corporation Service Company, as
    Representative
Crestmark

Crestmark, A Division of Metabank,
    National Association
De Lage Landen Financial Services, Inc.
Deutsche Bank
Deutsche Bank Trust Company Americas
Enhanced Capital
Everlasting Resources, LLC
Fifth Third Bancorp
First Financial Holdings, LLC
First Solar, Inc.
First-Citizens Bank & Trust Company
FNB Equipment Finance
FP Solar Development I LLC
Fundamental
Fundamental Advisors LP
Name on File
GC PGR Holdco, LLC
Generate Lending, LLC
GreatAmerica Financial Services
    Corporation
Greenprint Capital Management LLC
JP Morgan Chase
Komatsu Financial Limited Partnership
Kubota Credit Corporation, U.S.A.
Live Oak Bank
Live Oak Banking Company
Lloyds
Macquarie
Marsh McLennan Agency
Mativ Holdings, Inc.
Midland States Bank
Mitsubishi UFJ Financial Group, Inc.
MMA 2021 Dev Holdco
Moorhead Brothers, Inc.
Morgan Stanley
MPC FED CI Energy Fund III LLC
    (Monarch)
MPC FED Lantana Solar
MUFG
MUFG Bank, Ltd.
MUFG Union Bank, N.A.
National Bank of Canada
Nextracker LLC DBA Nextracker Inc.
Norddeutsche Landesbank- Girozentrale
Norddeutsche Landesbank, New York
    (Nord)

Pathward Financial, Inc.
Pathward, National Association
Pinnacle Bank
Red Stone
RES America Developments Inc.
Santander
Seminole
Siemens
Singlepoint / US Bank
SMBC
Societe Generale
Sol Systems
Solar Construction Lending, LLC
Solar Development Lending, LLC
SolCap
SolCap + Monarch
Standard Chartered
Sumitomo Mitsui Finance & Leasing Co.,
    Ltd.
The Canadian Imperial Bank of Commerce,
    New York Branch
The Carlyle Group Inc.
Torys LLP
Truist Bank
U.S. Bank National Association
United Community Bank (UCB)
US Bank
WebBank
West Town Bank & Trust
Western Equipment Finance
Wilmington Trust, National Association
Zions Bancorporation, N.A.
Zions Bank

**<u>Debtors</u>**
BF Dev Holdco Pledgor, LLC
BF Dev Holdco, LLC
Blue Northern Power, LLC
Blue Ridge Power Holding Company, LLC
Blue Ridge Power, LLC
Blue Ridge Solar, LLC
BRP Construction, Inc.
BRP HBC Guarantor, LLC
BRP HBC Holdco, LLC
Cascade Dev Holdco, LLC
Cascade NTP Holdco, LLC

Cascade Pledgor, LLC
Catalina Solar Borrower, LLC
Catalina Solar Holdings, LLC
FP 2021 Dev Holdco, LLC
GA Solar 5, LLC
GH Pledge Borrower, LLC
Grande Holdco Borrower II, LLC
Grande Holdco Borrower, LLC
Grande Holdco, LLC
Limewood Bell Renewables LLC
Lotus Solar, LLC
Magnolia Solar Development LLC
NPA 2023 Holdco, LLC
NPA PGR Blocker Holdco, LLC
NPA Polaris DevCo Holdco, LLC
NPA Polaris DevCo Pledgor, LLC
NPA Polaris OpCo Holdco, LLC
Old Hayneville Solar, LLC
PG Dev Carver Holdco, LLC
PGC Solar Holdings Holdco I, LLC
PGC Solar Holdings Holdco II, LLC
PGC Solar Holdings I Managing Member,
    LLC
PGC Solar Holdings I, LLC
PGR 2020 Lessor 7, LLC
PGR 2021 Fund 13, LLC
PGR 2021 Fund 17, LLC
PGR 2021 Fund 18, LLC
PGR 2021 Fund 4, LLC
PGR 2021 Fund 9, LLC
PGR 2021 Holdco 11, LLC
PGR 2021 Holdco 12, LLC
PGR 2021 Holdco 13, LLC
PGR 2021 Holdco 15, LLC
PGR 2021 Holdco 17, LLC
PGR 2021 Holdco 18, LLC
PGR 2021 Holdco 19, LLC
PGR 2021 Holdco 4, LLC
PGR 2021 Holdco 9, LLC
PGR 2021 Manager 13, LLC
PGR 2021 Manager 17, LLC
PGR 2021 Manager 18, LLC
PGR 2021 Manager 4, LLC
PGR 2021 Manager 9, LLC
PGR 2022 Fund 1, LLC
PGR 2022 Fund 2, LLC

PGR 2022 Fund 4, LLC
PGR 2022 Fund 5, LLC
PGR 2022 Fund 8, LLC
PGR 2022 Fund 9, LLC
PGR 2022 Holdco 1, LLC
PGR 2022 Holdco 2, LLC
PGR 2022 Holdco 8, LLC
PGR 2022 Holdco 9, LLC
PGR 2022 Manager 1, LLC
PGR 2022 Manager 2, LLC
PGR 2022 Manager 4, LLC
PGR 2022 Manager 5, LLC
PGR 2022 Manager 8, LLC
PGR 2022 Manager 9, LLC
PGR 2022 Sponsor Holdco, LLC
PGR 2023 Fund 1, LLC
PGR 2023 Fund 6, LLC
PGR 2023 Holdco 1, LLC
PGR 2023 Lessee 6, LLC
PGR 2023 Manager 1, LLC
PGR 2023 Manager 6, LLC
PGR 2024 Sponsor Holdco, LLC
PGR Blocker Holdco, LLC
PGR Blue Ridge Power Holdings, LLC
PGR Carver Holdco, LLC
PGR CC Affiliate Purchaser LLC
PGR Guarantor, LLC
PGR Holdco GP, LLC
PGR Holdco, LP
PGR MS Affiliate Purchaser LLC
PGR Procurement, LLC
PGR Signature Fund 1 Manager, LLC
Pine Gate Asset Management, LLC
Pine Gate Assets, LLC
Pine Gate Carver Holdings, LLC
Pine Gate Dev Holdco, LLC
Pine Gate Development, LLC
Pine Gate Energy Capital, LLC
Pine Gate EPC, LLC
Pine Gate Fund Management, LLC
Pine Gate O&M, LLC
Pine Gate Renewables, LLC
Polaris DevCo Borrower A, LLC
Polaris DevCo Borrower B, LLC
Polaris DevCo Pledgor A, LLC
Polaris DevCo Pledgor B, LLC

Polaris OpCo Borrower B, LLC
Polaris OpCo Pledgor A, LLC
Polaris OpCo Pledgor B, LLC
PW Blocker Holdco, LLC
PW Revolver Borrower, LLC
Rio Lago Solar, LLC
Solar Carver 1, LLC
Solar Carver 3, LLC
Stowe Solar, LLC
Sunstone Solar 1, LLC
Sunstone Solar 2, LLC
Sunstone Solar 3, LLC
Sunstone Solar 4, LLC
Sunstone Solar 5, LLC
Sunstone Solar 6, LLC
Sunstone Solar, LLC
West River Solar, LLC

**Director/Officer**
Arden, Todd
Bartels, Patrick
Besherse, Chaye
Bielenberg, Aaron
Catt, Benjamin
Dunbar, Chris
Goldman, Neal
Hall, Judith
Holland, Michael
Lloyd, Clint
North, Phil
Ortega, James
Ortiz, Rick
Osmars, Kim
Ramu, Laxman
Ross, Jeffrey
Sanders, David
Saxon, Jonathan
Shem, Raymond
Smith, Steve
Stein, Douglas
Transier, Bill
Wartell, Michael
Weber, Bru
White, Martin
Zinman, Jonathan

**Insurance**

ACE American Insurance Company
AFCO Premium Credit LLC
AIG Mergers and Acquisitions Insurance
    Group
AIG Specialty Insurance Company
ALBUS
Allianz Global Risks US Insurance
    Company
Allianz Underwriters Insurance Company
Allied World Assurance Company (U.S.)
    Inc.
Ambridge Partners LLC
AmTrust EXEC
Amwins Insurance Brokerage LLC
Amwins Insurance Brokerage of Georgia
Aon Risk Services Northeast, Inc.
Arch Specialty Insurance Company
Archer Transactional
Ascot Underwriting Limited
ASQ Underwriting
Aviva Insurance Company
AXIS Surplus Insurance Company
Balance Partners, LLC
Beazley Insurance Company, Inc.
Berkshire Hathaway Specialty Insurance
    Company
Birch Risk Advisors
BlueChip Underwriting Services LLC
Brit Syndicates Limited
CFC Underwriting Limited
Chubb
Chubb Custom Insurance Company
Chubb Financial Lines
Chubb North American Claims
Chubb Property Claims
Claims Manager Of National Claims
    Services
CNA Claims Reporting
Continental Casualty Company
Convex Insurance UK Ltd
CRC Insurance Services Inc
DUAL Commercial LLC
DUAL Transactional Risk
Endurance American Specialty Insurance
    Company

Ethos Specialty Insurance Services
Euclid Transactional, LLC
Evanston Insurance Company
Everest Indemnity Insurance Company
Everest National Insurance Company
Evergreen Resources, LLC - Structured
    Investments Team
Falcon Claims Services
Firstar Development, LLC
Fortegra Specialty Insurance Company
Fusion Specialty Americas Insurance
    Services LLC Excess Tax Indemnity
Gallagher Bassett
Gemini Insurance Company
General Security Indemnity Company of
    Arizona
Great American E&S Insurance Company
Hartford Fire Insurance Company
HDI Global Specialty SE
Hiscox Insurance Company Inc.
Homeland Insurance Company of New York
Houston Specialty Insurance Company
Howden
Hudson Insurance Company
Illinois Union Insurance Company
Lexington Insurance Company
Liberty Mutual Insurance Europe SE
Liberty Surplus Insurance Corporation
Liberty Surplus Insurance Corporation (A
    New Hampshire Stock Insurance
    Company)
Lloyd's America
Lloyds of London
Lloyd's Syndicate
Markel International Insurance Company
    Limited
Marsh Specialty
Marsh USA LLC
Mosaic Americas Insurance Services LLC
Munich Re Syndicate
National Union Fire Insurance Co Pittsburgh
    PA
Navigators Specialty Insurance Co
Old Republic Union Insurance Company
Palms Insurance Company
Partnerre Ireland Insurance DAC

Power Energy Risk
QBE Specialty Insurance Company
QBE UK Limited
Resilience Cyber Insurance Solutions
Roche Freedman LLP
RP Underwriting, Inc.
RSG Insurance Services of Canada Limited
RSG Underwriting Managers, LLC
Ryan Transactional Risk
Starr Indemnity & Liability Company
Starr Surplus Lines Insurance Company
Swiss Re Corporate Solutions Capacity
    Insurance Corporation
Talbot Specialty Insurance Services Inc.
The Burlington Insurance Company
The Princeton Excess and Surplus Lines
    Insurance Company
Themis Capital LLP
Travelers Excess & Surplus Lines Company
U.S. Bancorp Community Development
    Corporation
United Specialty Insurance Company
VALE Insurance Services, LLC
Venture Underwriters LLC
Volante International Limited
Volante Specialty Risk, LLC
Wesco Insurance Company
Westchester Surplus Lines Insurance Co
Westfield Specialty Insurance Company
Westfield Specialty LTD
Zurich American Insurance Company
Zurich Excess Select Insurance Policy

**Known Affiliates – JV**
Ace High Solar, LLC
ACT Power Services Holding Company
    Guarantor, LLC
ACT Power Services Holding Company,
    LLC
ACT Power Services, LLC
ACT WTB Project Holdco, LLC
Agate Solar, LLC
Alabaster Solar, LLC
Alabaster Storage LLC
Alight Solar, LLC
Allora Solar, LLC

ALLUVIAL POWER LLC
Alpha Value Solar, LLC
Althea Solar LLC
Amaryllis Solar, LLC
Amazonite Solar, LLC
Amethyst Solar, LLC
Amphion Solar, LLC (fka Blue Heron Solar,
    LLC)
Amphion Storage, LLC
Anchors Aweigh Solar, LLC
Andromeda Solar, LLC
Apex Solar, LLC (fka Pruitt Solar 1, LLC)
Appalachian Data Center, LLC
Aquadale Solar, LLC
Ark Solar, LLC
Aster Solar, LLC
Atkinson Solar II, LLC
Autumn Sage Storage, LLC
Ayars Solar, LLC fka Ayers Solar, LLC
    (req. to be dissolved rec.)
BACK BAY SOLAR, LLC
Badlands Solar, LLC
Baffin Bay Storage, LLC f/k/a Baffin Bay
    Solar. LLC
Baltzer Solar, LLC
Banjo Solar, LLC
Banner Solar, LLC
Barberry Solar, LLC
Barksdale Branch Solar, LLC
Barnwell Solar, LLC
Bay Laurel Solar, LLC
Bayou Solar, LLC
Beacon Solar, LLC (fka Fowl Solar, LLC)
Bear Claw Solar, LLC
Bear Creek Solar, LLC
Beaver Bayou LLC
Beaver Creek Solar, LLC
Beaver Point Solar, LLC
Bedlam Solar, LLC
Bee Balm Solar, LLC
Bell Song Solar, LLC
Belle Storage, LLC
Bergamot Solar, LLC
Berrien Solar, LLC
Beulah Solar, LLC
Bigham Solar, LLC

Bighorn Solar, LLC
Billings Solar, LLC
Birch Solar, LLC
Black Lab Solar, LLC
Black Swamp Solar, LLC
Bladenboro Farm 2, LLC - Fund F
Blanco Creek Solar, LLC
Blue Granite Solar, LLC
Blue Hen Storage, LLC
Blue Jacket Storage, LLC
Blue Moon Solar, LLC
Blue Ridge Infrastructure, LLC
Blue Ridge Power
Blue Ridge Solar, LLC fka Greeley Solar,
    LLC (Project Entity)
Blue Topaz Solar, LLC
Bluegrass Solar, LLC
Bolo Solar, LLC
Bonefish Solar, LLC
BRE NC Solar 3, LLC
Breezeway Solar, LLC
Brick City Solar, LLC
Brightwood Solar LLC
Broadway Road Solar, LLC
Brown Rabbit Solar, LLC fka Rutherford
    Solar, LLC
Broxton Solar, LLC fka Woodbury Solar,
    LLC fka Kolomoki Solar, LLC
Bruni Solar, LLC
Brush Creek Solar, LLC
BT Jungmann, LLC
Bucktail Solar, LLC
Buffalo Grass Solar, LLC (fka Sunspiration
    Solar, LLC)
Bulldog Solar, LLC
Bush Knob Solar, LLC
Buttercup Solar, LLC
Cabin Creek Solar, LLC fka Flat Top Solar,
    LLC
Cactus Wren Solar, LLC
Caelum Solar, LLC
Caleana Solar, LLC
Calico Storage, LLC
Callisto Solar, LLC
Camellia Solar, LLC
Camelot Solar, LLC

Camelot Storage, LLC
Cameron Solar II, LLC
Cane Creek Solar, LLC
Cardinal Solar, LLC
Carnelian Solar, LLC
Carolina Wren Solar, LLC
Carpenter Storage, LLC
Cash Solar, LLC
Caspian Solar, LLC
Cassia Solar, LLC
Catalina Solar, LLC (fka Aquarius Solar,
    LLC)
Cathcart Solar, LLC fka Dan River Solar,
    LLC
Cavalier Storage, LLC
Cavalry Solar, LLC
Cedar Elm Solar, LLC
Cedar Grove Solar, LLC
Celestine Solar, LLC
Centerfield Cooper Solar, LLC
Champion Solar, LLC - Fund D
Chelios Solar, LLC
Cherry Tree Solar, LLC
Chicory Solar, LLC (fka Le Printemps
    Solar, LLC)
Chowan Jehu Road Solar, LLC
Circinus Solar, LLC
Citrine Solar, LLC
Clarksbury Solar, LLC
Claxton Solar Project, LLC
Clear Sky Storage 1, LLC
Clear Spring Branch Solar, LLC
Clipper Solar, LLC
Clovelly Solar, LLC
Clovis Storage, LLC fka Clovis Solar, LLC
CL-Viaduct LLC
Cobalt Solar, LLC
Cochran Storage, LLC
Collett Solar, LLC
Columbiana Solar, LLC
Coogee Solar, LLC
Cool Breeze Solar, LLC
Cool Breeze Storage, LLC
Copperwood Solar, LLC
Corvus Solar, LLC
Coxton Lake Solar, LLC

Coyote Prowl Solar, LLC
Coyote Prowl Storage, LLC
Crepe Myrtle Solar, LLC
Crescent Solar, LLC f/k/a Cresent Solar, LLC
Crossvine Solar, LLC
Cubera Solar, LLC
Dalumi Fund 1, LLC
Dalumi Holdco 1, LLC
Dalumi Lessee 1, LLC
Dalumi Lessor 1, LLC
Dalumi Manager 1, LLC
Damselfly Solar, LLC
Danielson Pike Solar, LLC
Dark Star Solar, LLC
Darlington Solar, LLC
Day Tripper Storage, LLC (fka Day Tripper Solar, LLC)
DAYBREAK DEVELOPMENT SERVICES LLC
Dayglow Solar, LLC
Daylily Solar, LLC
De Tilla Solar, LLC
Deep Dish Solar, LLC
Desert Solitaire Solar, LLC
Desert Willow Solar, LLC
Dew Drop Solar, LLC
Diadem Solar, LLC
Digeronimo Storage, LLC
Dobra Solar, LLC
Donich Farms Solar, LLC
Drawhorn Solar, LLC
Drift Creek Solar, LLC
Driftwood Solar, LLC
Dwarf Lake Solar, LLC
Dwiggins Place LLC
Earthshine Solar, LLC
East Atmore Solar, LLC fka Hecate Energy East Atmore LLC
Eastover Solar, LLC
Eclipse Solar, LLC
Elevate Solar, LLC
Emerson Solar, LLC (fka Adonis Blue Solar, LLC)
Erhardt Solar, LLC

ESA Albemarle NC, LLC fka ESA Silver Mine, LLC
ESA Four Oaks 2 NC LLC
ESA Hamlet NC LLC
Estrella Solar, LLC
Evans Solar, LLC
Excalibur Solar, LLC
Fable Solar, LLC
Fairgrounds Solar, LLC
Falling Feather Solar, LLC
Falling Feather Storage, LLC
Fathom Storage, LLC
FCM RESOURCES, LLC
Ferguson Solar, LLC
Fiddlehead Solar, LLC
Fieldmouse Solar, LLC
Filo Solar, LLC
Firewheel Tech, LLC
First Rate Solar, LLC
Fishtrap Solar, LLC
Flat Water Solar, LLC
Flycatcher Solar, LLC
Flywheel Solar, LLC
Foley Solar, LLC fka Hecate Energy Foley LLC
Forsythia Solar, LLC
Founder Solar, LLC
Four Craters Solar, LLC
Foxglove Solar, LLC
Freedom Solar, LLC - Fund C
Freight Line Solar, LLC (fka Argonite Solar, LLC)
Fresh Air Energy XI, LLC
Fresh Air Energy XLI, LLC
Fresh Air Energy XXIII, LLC
Fresh Air Energy XXXII, LLC
Fresh Air Energy XXXVII, LLC
Gateway Solar, LLC
Ginseng Solar, LLC
Gleaming Solar, LLC
Glisten Solar, LLC
Glover Creek Solar, LLC
Goldenseal Solar, LLC
Goldilocks Solar, LLC
Gransolar Texas One, LLC
Grapefruit Solar LLC f/k/a Zeta Solar, LLC

Graphite Solar, LLC
Gray Fox Solar, LLC
Great Lake Solar, LLC
Great River Solar, LLC
Greenrock Solar, LLC
Grethel Solar, LLC
Grissom Solar, LLC
Gunsight Solar, LLC (fka Blue Ridge Solar, LLC fka Wix Solar, LLC)
Hail State Solar, LLC
Haley Solar, LLC - Fund D
Hallam Solar, LLC
Hampton Solar I, LLC
Happy Lake Solar, LLC
Harkey Solar, LLC
Hawkeye Solar, LLC
Hawkins Energy LLC
Hawthorn Blossom Storage, LLC
Hazel Green Solar, LLC
HCE Moore I, LLC
Heartland Solar LLC
Heath Storage, LLC
Hematite Solar, LLC
Herkimer Solar, LLC
Hesper Solar, LLC
High Street Solar, LLC
Highest Power Solar, LLC
Hightower Solar, LLC
Ho-Fel Solar, LLC
Home Team Solar, LLC
Honeycrisp Solar LLC
Honeysuckle Solar, LLC
Hook Storage, LLC
House Solar, LLC
Ibis Solar, LLC
Illuminate Solar, LLC
Infinity Storage, LLC
Ironwood Storage, LLC
IRRADIANT FINANCIAL SERVICES, LLC
Jasper Storage, LLC
Jasper Tech, LLC
Java Solar, LLC (fka Angler Solar, LLC)
Jefferson Solar, LLC
Journey Solar, LLC
Julia Solar LLC

Juniper Creek Renewables, LLC
Juniper Flats Solar, LLC
Juniper Solar, LLC (fka Golden Solar II, LLC)
Kalkaska Solar, LLC
Kalliope Solar, LLC
Kami Solar, LLC
Keystone Crest Solar, LLC
Kingfisher Solar, LLC (fka Zinnia Solar, LLC)
Knotty Pine Solar, LLC
La Vida Storage, LLC
Landrace Holdings, LLC
Lane Solar Farm, LLC
LAUREL CREEK HOLDINGS II, LLC
Lavender Solar LLC
Leatherwood Solar, LLC (fka Snapdragon Solar, LLC - TX formed entity]
Liberty Solar, LLC
Lick Creek Solar, LLC (fka Walnut Cove Solar, LLC
Lighthorse Solar, LLC
Lincoln Electric Storage, LLC
Linden Solar, LLC
Lindsey Storage, LLC
Little Bluestem Solar, LLC
Logan Solar, LLC
Loge Storage. LLC
Long Bridge Solar, LLC
LONGLEAF HOLDINGS COMPANY, LLC
LONGLEAF INTERMEDIATE HOLDINGS COMPANY, LLC
Longleaf Solar, LLC fka Longleaf Pine, LLC
Macon County Solar Project, LLC
Magenta Solar LLC
Magpie Storage, LLC
Mallard Solar, LLC
Mantia Storage, LLC
Marbleberry Solar LLC
Mariette Solar, LLC
Marquardt Storage, LLC
Mas Storage, LLC
Mesquite Solar, LLC
Midland-Wiregrass Solar Project, LLC

Millers Chapel Solar Farm, LLC
Minke Solar, LLC
Mistletoe Solar, LLC
Mitchell Solar and Storage, LLC
MMA 2021 Dev Holdco, LLC
Mockingbird Solar, LLC
Mohea Solar Energy Center, LLC
Monarch Energy LLC
Monterey Solar, LLC
Montgomery Solar, LLC
Moon Glow Solar, LLC
Moonshot Solar, LLC
Moonstone Solar, LLC
Moose Solar, LLC
Moosetrack Solar, LLC
Morgan Solar, LLC
Morning Glory Solar, LLC
Morven Solar, LLC
Napier Storage, LLC
Natural State Solar, LLC
Nighthawk Solar, LLC
NorWest Energy 14, LLC - Fund C
NorWest Energy 7, LLC - Fund D
NPA PGR 2022 Sponsor Holdco, LLC
Nykaza Storage, LLC
Oakwood Solar Farm, LLC
Odyssey Solar, LLC
Oklahoma Rose Solar, LLC
Oklahoma Rose Storage LLC
Old River Solar, LLC
Old Train Solar, LLC
Olin Creek Farm Solar, LLC
Opal Solar, LLC
Ophir Solar, LLC
Orange Blossom Solar, LLC
Orange Otter Storage, LLC
Orangeburg County Solar Project, LLC
Orchard Solar, LLC
OSD Main Street Solar, LLC
OSLH, LLC
Osprey Solar, LLC
Outshine Solar, LLC
Overman Solar, LLC
Oxbow Solar, LLC
Paddlefish Storage, LLC
Page Solar Farm, LLC

Palmer Circle Solar, LLC
Panther Creek Solar, LLC f/k/a Indian Lake Solar, LLC
Paradise Solar, LLC
Parker Branch Solar, LLC
Peanut Solar, LLC
Pearl Solar LLC
Pegasus Solar, LLC
Pelham Solar, LLC (fka North Haverbrook Solar, LLC)
Pennyroyal Solar, LLC
Peony Solar, LLC - Fund G
Peregrine Solar, LLC
Peridot Solar, LLC
Perquimans Solar, LLC
Persimmon Solar, LLC
PGD Blue Ridge Power Holdings, LLC
PGR 2020 Fund 7, LLC
PGR 2020 Fund 8, LLC
PGR 2020 Fund 9, LLC (fka PGR SIGNATURE FUND 10, LLC)
PGR 2020 Lessee 7, LLC
PGR 2020 Lessee 8, LLC (Sugar)
PGR 2020 Lessee 9, LLC (fka PGR SIGNATURE LESSEE 10, LLC)
PGR 2020 Lessor 8, LLC (Sugar)
PGR 2020 Lessor 9, LLC (FKA PGR Signature Lessor 10, LLC)
PGR 2020 Manager 7, LLC
PGR 2020 Manager 8, LLC
PGR 2020 Manager 9, LLC (fka PGR SIGNATURE MANAGER 10, LLC)
PGR 2021 Fund 1, LLC
PGR 2021 Fund 11, LLC
PGR 2021 Fund 12, LLC (Cabin Creek)
PGR 2021 Fund 15, LLC
PGR 2021 Fund 19, LLC (Allora)
PGR 2021 Fund 2, LLC
PGR 2021 Fund 3, LLC
PGR 2021 Fund 5, LLC
PGR 2021 Fund 6, LLC
PGR 2021 Fund 7, LLC
PGR 2021 Fund 8, LLC
PGR 2021 Lessee 1, LLC
PGR 2021 Lessee 11, LLC
PGR 2021 Lessee 12, LLC (Cabin Creek)

9

PGR 2021 Lessee 13, LLC (Sonny)
PGR 2021 Lessee 15, LLC
PGR 2021 Lessee 17, LLC (Eastover)
PGR 2021 Lessee 18, LLC (Landrace)
PGR 2021 Lessee 19, LLC (Allora)
PGR 2021 Lessee 2, LLC
PGR 2021 Lessee 20, LLC
PGR 2021 Lessee 21, LLC
PGR 2021 Lessee 3, LLC (Brightwood,
    Broadway, Wyse Fork)
PGR 2021 Lessee 4 School House, LLC
PGR 2021 Lessee 4 Stratford, LLC fka PGR
    2021 Lessee 4, LLC
PGR 2021 Lessee 4 Viaduct, LLC
PGR 2021 Lessee 5, LLC
PGR 2021 Lessee 6, LLC (High Shoals)
PGR 2021 Lessee 7, LLC
PGR 2021 Lessee 8, LLC
PGR 2021 Lessee 9, LLC (Buldog)
PGR 2021 Lessor 1, LLC
PGR 2021 Lessor 11, LLC
PGR 2021 Lessor 12, LLC (Cabin Creek)
PGR 2021 Lessor 13, LLC (Sonny)
PGR 2021 Lessor 15, LLC
PGR 2021 Lessor 17, LLC (Eastover)
PGR 2021 Lessor 18, LLC (Landrace)
PGR 2021 Lessor 19, LLC (Allora)
PGR 2021 Lessor 2, LLC
PGR 2021 Lessor 20, LLC
PGR 2021 Lessor 21, LLC
PGR 2021 Lessor 3, LLC (Brightwood,
    Broadway, Wyse Fork)
PGR 2021 Lessor 4 School House, LLC
PGR 2021 Lessor 4 Stratford, LLC (fka
    PGR 2021 Lessor 4, LLC)
PGR 2021 Lessor 4 Viaduct, LLC
PGR 2021 Lessor 5, LLC
PGR 2021 Lessor 6, LLC (High Shoals)
PGR 2021 Lessor 7, LLC
PGR 2021 Lessor 8, LLC
PGR 2021 Lessor 9, LLC (Bulldog)
PGR 2021 Manager 1, LLC
PGR 2021 Manager 11, LLC
PGR 2021 Manager 12, LLC (Cabin Creek)
PGR 2021 Manager 15, LLC
PGR 2021 Manager 19, LLC

PGR 2021 Manager 2, LLC
PGR 2021 Manager 20, LLC
PGR 2021 Manager 21, LLC
PGR 2021 Manager 3, LLC
PGR 2021 Manager 5, LLC
PGR 2021 Manager 6, LLC
PGR 2021 Manager 7, LLC
PGR 2021 Manager 8, LLC
PGR 2022 Fund 3, LLC (Marley)
PGR 2022 Fund 6, LLC (Wolf Pit Branch)
PGR 2022 Fund 7, LLC
PGR 2022 Holdco 4, LLC
PGR 2022 Holdco 5, LLC
PGR 2022 Lessee 1, LLC (VL)
PGR 2022 Lessee 2, LLC (PH, C, EN,
    Thigpen)
PGR 2022 Lessee 3, LLC (Marley)
PGR 2022 Lessee 4, LLC
PGR 2022 Lessee 5, LLC (MS)
PGR 2022 Lessee 7, LLC
PGR 2022 Lessee 8, LLC (Porter)
PGR 2022 Lessee 9, LLC
PGR 2022 Lessor 1, LLC (VL)
PGR 2022 Lessor 2, LLC (PH, C, EN,
    Thigpen)
PGR 2022 Lessor 3, LLC (Marley)
PGR 2022 Lessor 4, LLC
PGR 2022 Lessor 5, LLC (MS)
PGR 2022 Lessor 6, LLC (Wolf Pit)
PGR 2022 Lessor 7, LLC
PGR 2022 Lessor 8, LLC (Porter)
PGR 2022 Lessor 9, LLC
PGR 2022 Manager 3, LLC (Marley)
PGR 2022 Manager 6, LLC (Wolf Pit
    Branch)
PGR 2022 Manager 7, LLC
PGR 2023 Fund 2, LLC
PGR 2023 Fund 3, LLC f/k/a PGR 2021
    Fund 10, LLC
PGR 2023 Fund 4, LLC f/k/a PGR 2021
    Fund 14, LLC (Two Hearted)
PGR 2023 Fund 5, LLC f/k/a PGR 2021
    Fund 16, LLC (West River)
PGR 2023 Holdco 2, LLC
PGR 2023 Holdco 3, LLC
PGR 2023 Holdco 4, LLC (Two Hearted)

PGR 2023 Holdco 5, LLC f/k/a PGR 2021
   Holdco 16, LLC (West River)
PGR 2023 Lessee 1, LLC
PGR 2023 Lessee 2, LLC
PGR 2023 Lessee 3, LLC f/k/a PGR 2021
   Lessee 10, LLC
PGR 2023 Lessee 4, LLC f/k/a PGR 2021
   Lessee 14, LLC (Two Hearted)
PGR 2023 Lessee 5, LLC f/k/a PGR 2021
   Lessee 16, LLC (West River)
PGR 2023 Lessor 1, LLC
PGR 2023 Lessor 2, LLC
PGR 2023 Lessor 3, LLC f/k/a PGR 2021
   Lessor 10, LLC
PGR 2023 Lessor 4, LLC f/k/a PGR 2021
   Lessor 14, LLC (Two Hearted)
PGR 2023 Lessor 5, LLC f/k/a PGR 2021
   Lessor 16, LLC (West River)
PGR 2023 Manager 2, LLC
PGR 2023 Manager 3, LLC f/k/a PGR 2021
   Manager 10, LLC
PGR 2023 Manager 4, LLC f/k/a PGR 2021
   Manager 14, LLC (Two Hearted)
PGR 2023 Manager 5, LLC f/k/a PGR 2021
   Manager 16, LLC (West River)
PGR ESA JV Holdco, LLC
PGR Fund A, LLC
PGR Fund B, LLC
PGR Fund C, LLC
PGR Fund D, LLC
PGR Fund E, LLC
PGR Fund F, LLC
PGR Fund G, LLC
PGR Fund H, LLC
PGR Fund I, LLC
PGR Fund K, LLC (Novel 1-5)
PGR Fund L, LLC
PGR Fund M, LLC
PGR Fund O, LLC
PGR Fund P, LLC
PGR ITC Holdco, LLC
PGR Lessee A, LLC
PGR Lessee B, LLC
PGR Lessee C, LLC
PGR Lessee D, LLC
PGR Lessee E, LLC

PGR Lessee F, LLC
PGR Lessee G, LLC
PGR Lessee H, LLC
PGR Lessee I, LLC
PGR Lessee K, LLC
PGR Lessee L, LLC
PGR Lessee M, LLC
PGR Lessee O, LLC
PGR Lessor A, LLC
PGR Lessor B, LLC
PGR Lessor C, LLC
PGR Lessor D, LLC
PGR Lessor E, LLC
PGR Lessor F, LLC
PGR Lessor G, LLC
PGR Lessor H, LLC
PGR Lessor I, LLC
PGR Lessor K, LLC
PGR Lessor L, LLC
PGR Lessor M, LLC
PGR Lessor O, LLC
PGR Lessor P, LLC
PGR Longleaf Holdco, LLC
PGR Main Street Holdco, LLC
PGR Manager A, LLC
PGR Manager B, LLC
PGR Manager C, LLC
PGR Manager D, LLC
PGR Manager E, LLC
PGR Manager F, LLC
PGR Manager G, LLC
PGR Manager H, LLC
PGR Manager I, LLC
PGR Manager K, LLC
PGR Manager L, LLC
PGR Manager M, LLC
PGR Manager O, LLC
PGR Manager P, LLC
PGR PJM 2022, LLC fka PGR 2021 Fund
   20, LLC
PGR Project Affiliates Holdco, LLC
PGR Project Holdings, LLC
PGR Signature Fund 1, LLC
PGR Signature Fund 2 Manager, LLC
PGR Signature Fund 2, LLC
PGR Silver Holdco, LLC

PGR TX 1, LLC fka PGR 2021 Fund 21, LLC
PGR Wind DevCo, LLC
PGR Wind, LLC
Pheasant Solar, LLC
Phobos Solar, LLC (fka Ron Waters Solar, LLC fka Prospect Solar 2, LLC)
Piccolo Solar, LLC
Pika Solar, LLC
Pine Gate Market Guarantor, LLC
Pine Gate Mid-Atlantic, LLC
Pine Gate Mid-Continental, LLC
Pine Gate New Markets, LLC
Pine Gate Real Estate, LLC
Pine Valley Solar Farm, LLC
Pink Panda Storage, LLC
Pinto Solar, LLC (fka Golden Solar, LLC, fka Sashay Solar, LLC)
Piping Plover Solar, LLC
Polaris DevCo Borrower C, LLC
Polaris DevCo Pledgor C, LLC
Polaris OpCo Borrower A, LLC
Polaris OpCo Borrower C, LLC
Polaris OpCo Holdco A, LLC
Polaris OpCo Holdco B, LLC
Polaris OpCo Holdco C, LLC
Polaris OpCo Pledgor C, LLC
Ponderosa Pine Storage, LLC
Ponytail Solar LLC
Porter Solar, LLC fka Lantana Solar, LLC
Prairie Agate Solar, LLC
Prairie Rose Solar, LLC
Primrose Solar, LLC
Promise Solar, LLC
Pronghorn Solar, LLC
Purple Cat Storage, LLC
Quaker Creek Farm Solar, LLC
Quarter Horse Farm, LLC
Quayside Solar, LLC
Quiver River Solar, LLC
Raccoon Run Solar, LLC
Radiant Rock Solar, LLC
Rainbow Solar, LLC
Ramses Solar, LLC
Rankin Solar Center, LLC

Rebecca Solar, LLC fka Moultrie Solar, LLC fka Middleton Solar, LLC
Red Hills Solar LLC
Reedy Solar, LLC
Revolution Solar, LLC
Rhythm Solar, LLC
Richardson Solar LLC
Riding Hood Solar, LLC fka Wolf Solar, LLC
Rise and Shine Solar, LLC
Roan Solar, LLC
Robin Solar, LLC
Rock Fish Solar, LLC
Rockhill Storage, LLC
Rose Solar, LLC
Royal Solar, LLC
Royalton Solar, LLC
Runnymede Solar, LLC fka Eli Branch Solar, LLC
Sadiebrook Solar, LLC
Sage Pine Dev Holdco, LLC (fka Slash Pine Dev Holdco, LLC)
Sagebrush Solar, LLC
Salt Creek Solar, LLC
Salt Solar LLC
Saluda Solar II, LLC
Sandbar Storage, LLC
Sanderson Solar, LLC
Sandersville Solar, LLC
Sandhills Solar, LLC
Sandy Solar, LLC (fka Trotman Road Solar, LLC fka Shiloh Sandy Hook Solar, LLC)
Satellite Solar, LLC
Saw Solar, LLC
Sawtell Solar, LLC
Saylor Solar, LLC
SCE Project Holdings, LLC
Scotch Bonnet Solar, LLC
Seabass Solar, LLC
Seaspray Solar, LLC
Sego Lily Storage, LLC
Selena Solar, LLC
Shamrock Solar, LLC
Shamrock Storage, LLC
Sheep Solar, LLC - Fund C

Shell Solar, LLC
Shenandoah Solar, LLC
Shiloh Hwy 1108 Solar, LLC
Shining Penny Solar, LLC
Signature USB Fund 9, LLC
Signature USB Lessee 9, LLC
Signature USB Lessee 9B, LLC
Signature USB Lessor 9, LLC
Signature USB Lessor 9B, LLC
Signature USB Manager 9, LLC
Silver Creek Intermediate, LLC
Silver Pine Energy Holdings, LLC
Silverbell Solar, LLC
Silverbell Storage, LLC
Silverthorn Solar, LLC
Silverthorn Storage, LLC
Silverton Solar, LLC - Fund C
Sirin Solar, LLC
Sirius DevCo Borrower 2, LLC
Sirius DevCo Borrower, LLC
Sirius DevCo Pledgor 2, LLC
Sirius DevCo Pledgor, LLC
Sirius OpCo Borrower 2, LLC
Sirius OpCo Borrower, LLC
Sirius OpCo Holdco 2, LLC
Sirius Opco Holdco, LLC
Sirius OpCo Pledgor 2, LLC
Sirius OpCo Pledgor, LLC
Sisal Solar, LLC
Skyway Solar, LLC
Snapdragon Solar, LLC
Snow Angel Solar, LLC
SolarCulture, LLC
Solheim Solar, LLC f/k/a Emblaze Solar, LLC
Solstice Solar, LLC
Soluga Farms IV LLC
Sonny Solar, LLC
Southern Current One, LLC
Southwick Solar Farm, LLC
SP Solar 1, LLC
SP Solar 5, LLC
SP Solar 6, LLC
SP Solar 7, LLC
SP Solar 8, LLC
Splendid Glow Solar, LLC

Spring Hope Solar 3, LLC
St. Matthews Solar, LLC
Stanly Solar, LLC
Star Garnet Solar, LLC
Stargaze Solar, LLC
Stargaze Storage LLC
Steelhead Solar, LLC
Stingray Solar, LLC
Stratford Solar Center, LLC
Suffolk Solar, LLC
Sugar Solar, LLC fka Sinclair Solar, LLC fkaCraven Solar, LLC
Sugarbowl Solar, LLC (fka Coreopsis Solar, LLC)
Sun Farm VIII, LLC
Sundance Solar, LLC
Sunflower Solar LLC
Sunrise Solar, LLC
Sunshine Acres Solar, LLC
Susana Storage, LLC
Swallowtail Solar, LLC
Swamp Fox Solar, LLC
Swiftwater Solar, LLC
Talisheek Solar, LLC
Tarvos Solar, LLC
Tarvos Storage, LLC
Teal Rooster Storage, LLC
Themisto Solar, LLC
Thigpen Farms Solar, LLC
Thinking Tree Solar, LLC
Three Bridge Farm, LLC
Titaness Solar, LLC
Tordillo Creek Solar, LLC (fka Cibolo Solar, LLC)
Tourmaline Solar, LLC
Trailblazer Solar, LLC
Traveling Light Solar, LLC
Trent River Holdco, LLC
Trent River Solar Mile Lessee, LLC (merged w/ fka PGR Lessee P, LLC)
Trent River Solar, LLC
Tucker Solar, LLC
Turquoise Solar, LLC
TWE Bowman Solar Project, LLC - Fund L
Twin Oaks Solar, LLC (fka Karol Solar II, LLC)

Two Hearted Solar, LLC fka Smith Solar,
    LLC fka Prospect Solar 1, LLC
Umber Nittany Storage, LLC
UN-School House LLC
USB Signature Fund 1 Sponsor, LLC
Vero Solar, LLC
Vesta Solar, LLC
Virginia Line Solar, LLC
Vista Solar, LLC
Vivid Ray Solar, LLC
Walleye Solar LLC
Warrenton Solar 1, LLC
West Lancaster Storage, LLC
Western Branch Solar, LLC
Whelk Solar, LLC
Whimbrel Solar, LLC
Whippoorwill Solar, LLC
Whiskey Lessee, LLC
Whiskey Lessor, LLC
Whiskey Managing Member, LLC
Whiskey Solar, LLC
White Spruce Solar, LLC
Wild Horse Solar, LLC
Wild Indigo Solar, LLC
Wildflower Solar, LLC (fka Golden
    Dewdrop Solar, LLC)
Windy Acres Solar, LLC
Winged Dove Storage, LLC fka Palomas
    Solar, LLC
Winterberry Solar, LLC
Wishbone Storage, LLC
Wishing Well Solar, LLC
Withrow Storage, LLC
Wolf Pit Branch Solar, LLC
Wolf Solar, LLC
Wood Duck Solar, LLC
Woodbridge Solar, LLC
Woodfields Solar, LLC
Woodley Solar, LLC
Woodline Solar, LLC - Fund D
Worth Solar, LLC fka Sasser Solar 2, LLC
Wright Solar, LLC
Wyse Fork Solar Farm, LLC
Yellow Bear Storage, LLC
Zenith Solar, LLC
Zephyr Solar, LLC

Zeus Solar, LLC

**<u>Litigation</u>**

151 Aggregate, LLC
All-Phase Power & Controls, Inc
Name on File
Andres Boger of Boger Family Trust
Andy Garcia as Trustee of Boger Family
    Trust
Name on File
Birch Creek Development, LLC
    Headquarters
Bottom Line Equipment, LLC
Name on File
Name on File
Champion Defense Shooting Complex, LLC
Champion Defense, LLC
Champion Sportsman's Club, LLC
Coronal Project Development, LLC
Creed's Lake, Inc.
Name on File
Name on File
Cypress Creek Solutions, LLC
Davis Engineering & Surveying LLC
Name on File
ESA Renewables
Eunice Boger of Boger Family Trust
Evergreen Working Capital
G.A.P Restoration Services
G.A.P. Restoration Services, LLC
Great Midwest Insurance Company
Green River Engineering & Consulting, Inc.
Greenrise Technologies, LLC
Holocene Finance
Houston Heavy Machinery, LLC
JMC Equipment, LLC
Meridian Renewable Energy, LLC
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Nevels Properties, LLC
Novel Energy Solutions, LLC
Name on File

Name on File
PT Corporation, Inc.
Name on File
Name on File
Silicon Ranch Corporation
SR EPC, LLC
The Hanover Insurance Company.
Name on File
Name on File
Name on File

**Significant Equity Holder**
Catt, Benjamin
Dunbar, Chris
Generate Capital
Healthcare of Ontario Pension Plan
Luster, James
Shem, Raymond

**Surety & Letters of Credit – Beneficiaries**
151 Aggregate, LLC
AEP Texas Inc.
Alabama Department of Transportation
Alabama Licensing Board for General
    Contractors
Alabama Power Company
Alton Post Office Solar, LLC
Amazon Energy LLC
Ameren Illinois Company DBA Ameren
    Illinois
Apple Energy, LLC
Arevon Energy, Inc.
Blue Moon Energy LLC
Bottom Line Equipment, LLC
Branch Solar, LLC
Brazos Electric Power Cooperative, Inc.
Byrne Solar, LLC
California Contractors State License Board
Catalina Solar, LLC
Central Texas Stone and Aggregate, LLC
Cherokee County, SC
Chesterfield County, SC
City of Suffolk
Commonwealth Edison Company
Commonwealth of Pennsylvania
    Department of Transportation

Commonwealth of Virginia
Consumers Energy Company
Contractors Bonding and Insurance
    Company
County of Isle of Wight, Virginia
Court of Common Pleas, Lexington County,
    SC
CP Energy Marketing (US) Inc.
Danville Farm, LLC
Department of Community Development,
    Charles City County
Department of Transportation, An Agency
    of the State of North Carolina
Deschutes County, A Political Subdivision
    of the State of Oregon
Deutsche Bank Trust Company Americas
Dominion Energy South Carolina, Inc.
Dominion Energy Virginia
Duke Energy Business Services LLC
Duke Energy Carolinas, LLC
Duke Energy Corporation
Duke Energy Progress, LLC
Duke University
Electric Transmission Texas, LLC
Florence County, South Carolina
Florida Construction Industry Licensing
    Board
Foxglove Solar Project, LLC
Franklin County, CA
Fresh Air Energy XXXVII, LLC
G.A.P Restoration Services, LLC
Gaston County
Georgia Power Company
Granville County
Greenwood County
Guadalupe Valley Electric Cooperative, Inc.
Guilford County
Hackett Bonds & Insurance Services
Halifax County Solar LLC
Horry County
Houston Heavy Machinery, LLC
Irradiant Partners, LP
Isle of Wight County
JMC Equipment, LLC
Jones County
Jones Farm Lane Solar, LLC

15

Keydet Solar Center, LLC
Lightfoot Solar, LLC
Limewood Bell Renewables LLC
Lone Star Solar, LLC
LSR Equipment Enterprises, LLC
Maryland Solar LLC
Meta Platforms, Inc
MidAmerican Energy Company
Midcontinent Independent System Operator, Inc.
Mississippi Power Company
Moonshot Solar, LLC
MUFG Bank, Ltd.
MUFG Union Bank, N.A.
Mundra Solar PV Limited
Mustang Rental Services
Nextracker LLC
Nickel Rock, LLC
North Carolina Department of Transportation
North Carolina Electric Membership Corporation
Northhampton County, North Carolina
Oiva Hannula & Sons Inc
Old Hayneville Solar, LLC
Oncor Electric Delivery Company LLC
Platteview Solar, LLC
Polmer LLC
Porter Solar LLC
Portland General Electric Company
PT Corporation, Inc.
Public Service Company of New Mexico
REV Drill Sales and Rentals, Inc.
Rio Lago Solar, LLC
Roth East Side, LLC
Sanford/Lee County Planning & Development Department
Sentry Electrical Group, Inc.
Shipsterns Solar, LLC
Sidecat LLC
South Carolina Department of Transportation (SCDOT)
South Carolina Electric & Gas Company
South Carolina Public Service Authority
Southern Company Services, Inc.
Southern Current LLC

Southwest Power Pool, Inc.
State of Arizona
State of Arkansas
State of Mississippi
State of Oregon
State of South Carolina, Department of Transportation
State of Tennessee, Department of Commerce and Insurance, Board for Licensing Contractors
Surbrook Solar, LLC
The State of Oklahoma, Ex Rel. Construction Industries Board
Town of Carver
Town of Cumberland
Traxplus
Tri-State Drilling, LLC
Tri-State Generation and Transmission Association, Inc.
Umatilla Electric Cooperative Association
Vietnam Sunerqy Joint Stock Company
Virginia Electric and Power Company
Virginia Electric and Power Company, A Virginia Public Service Corporation
Willford Solar, LLC
Wilmington Trust National Association
Windy Acres Farm, LLC
Yadkin County
Yamhill County

**<u>Surety & Letters of Credit – Issuers</u>**
Aon Risk Insurance Services West, Inc.
Aon Risk Services Northeast, Inc
Arch Insurance Company
Argonaut Insurance Company
Ascot Surety & Casualty Company
Atlantic Specialty Insurance Company
Australia and New Zealand Banking Group Limited
AXIS Insurance Company
Banco Bilbao Vizcaya Argentaria S.A.
Bank of America NA
BBVA, S.A.
CoBank, ACB
Constellation NewEnergy, Inc.
Continental Indemnity Company

Credit Agricole Corporate and Investment
  Bank
Great American Insurance Company
Liberty Mutual Insurance Company
Lloyds Bank Corporate Markets PLC
Markel Insurance Company
Marsh
National Bank of Canada, New York Branch
Nationwide Mutual Insurance Company
Pennsylvania Insurance Company
Philadelphia Indemnity Insurance Company
PJM Interconnection, L.L.C.
PJM Settlement, Inc.
RLI Insurance Company
SiriusPoint America Insurance Company
Societe Generale
Sumitomo Mitsui Banking Corporation
SureTec Insurance Company
Swiss Re Corporate Solutions America
  Insurance Corporation
Swiss Re International SE, Niederlassung
The Bank of Nova Scotia
The Hanover Insurance Company
Travelers Casualty and Surety Company of
  America
U.S. Bank National Association
United States Fire Insurance Company
Westchester Fire Insurance Company
XL Specialty Insurance Company
Z Bank AG, New York Branch

**Taxing Authority / Governmental /
Regulatory Agencies**
Banera County Tax Assessor-Collector
Guadalupe County Tax Office
Isle of Wight County
Milam County Tax Assessor-Collector
Mississippi Department of Revenue
Orange Country, North Carolina
Tax Appraisal District of Bell County
Town of Carver
Yadkin County Tax Collector (NC)

**Top 30 Creditors**
Aerotek, Inc.

APA Solar, LLC
Array Tech Inc
Aubrey Silvey Enterprises, Inc.
DC Solar Solutions, LLC
Directional Services, Inc.
Fall Line Construction
Gwinnups Restoration and Environmental
  Service Inc
JB Electric and Solar LLC
Lonestar Electric Supply
LPL Solar, LLC
M.J. Electric, LLC
Nextracker LLC
OMCO Solar LLC
Origis USA, LLC
PACK Power LLC
Power Construction JR
Sacramento Drilling, Inc.
Shoals Technologies Group, LLC
Skyline Steel LLC
Soltec Tracker, Inc.
SR EPC, LLC and Silicon Ranch
  Corporation
Sungrow USA Corporation
Terrasmart, Inc.
The Boldt Company
TSEA Energy
United Rentals
Waaree Solar Americas Inc
West Florida Fence
WHC, LLC

**U.S. Trustee Office**
Epstein, Kevin M.
Jimenez, Andrew
Sall, Millie Aponte
Thomas, Aubrey
Travis, C. Ross
Wright, Gary

**Utilities**
AT&T
Capital Waste Services LLC
CenturyLink QC
Charter Communications
City of Asheville

City of Kinston
CompostNow Inc.
Dominion Energy North Carolina, Inc.
Dominion Energy South Carolina, Inc.
Duke Energy Progress
Edgefield County Water and Sewer
    Authority (SC)
ERC Broadband
Fayetteville Public Water Commission
GFL Environmental Inc.
Laurens County Water and Sewer
    Commission
O & B Water Supply Corporation
Republic Services
Spectrum Business
Verizon Wireless

**Vendors**
2Bros Resources, LLC
Abacus (Embruse Spend)
Adaptive Construction Solutions, Inc.
Aderis Energy LLC
ADP, Inc.
AEP Texas, Inc.
Aerotek, Inc.
AFCO Credit Corporation
Alabama Department of Revenue
Alliance Clean Energy, Inc.
Allied Resources Technical Consultants,
    Inc.
All-Phase Power & Controls, Inc
Ally Payment Processing Center
Amazon Energy, LLC
American Clean Power Assoc (ACPA)
American Energy Action
American Wire Group, LLC
ANS Geo Inc
Aon Risk Insurance Services West Inc
APA Solar, LLC
Array Tech, Inc.
Arteche USA Inc
Artex Risk Solutions Inc.
Aspen Investments, Inc
AT&T
Atwell, LLC
Aubrey Silvey Enterprises, Inc.

Azora America, LLC
Baker Botts LLP
Banco Santander, S.A.
Bandera County Tax Office
Bandera Electric Cooperative, Inc.
Bandera ISD Education Foundation
Barrow & Barrow, PA
Bechtel Infrastructure and Power Corp
Beitzel Corporation
Belltown Power Texas 2, LLC
Birch Risk Advisors, LLC
Blanchard Machinery Company
Blanco Tackabery & Matamoros, P.A.
Blue Cross & Blue Shield NC
Bonham Public Relations LLC
Bonneville Power Administration
Booth & Associates, LLC
Bora Power LLC
Bradley Arant Boult Cummings LLP
Brent Scarbrough & Company, Inc.
Brookfield Power US Asset Management
    LLC
Burr & Forman, LLP
C&C Land Services, LLC
Cambria Co Assoc for Blind & Handicapped
Campbell Oil Company
Canadian Solar (USA), Inc.
Cantsink Manufacturing, LLC
Captura Solar LLC
Carlyle Investment Management, LLC
Carolina Solar Services, LLC
Carolina Sunrock LLC
Carter Machinery Co. Inc.
Caterpillar Financial Services Corp
CDW Direct LLC
Chicago Title Insurance Company (NY)
CIT Bank
City Electric Supply Company
Civil Design Concepts, PA
CNC Safety, LLC
Conductor Power LLC
C-Phase Services, LLC
Cypress Creek Solutions LLC
Davey Resource Group, Inc.
DC Solar Solutions, LLC
Delaware Life Insurance Company

Delta Dental of North Carolina
Deutsche Bank Trust Company Americas
Directional Services, Inc.
Dis-Tran Package Substations Engineering
Dis-Tran Packaged Substations, LLC
DNV GreenPowerMonitor USA Inc.
Dominion Energy South Carolina, Inc.
Don Borneke Construction, Inc.
Double K Holdings, LLC
Draw Enterprises, Inc.
Dudley Land Company
Duke Energy Progress
Duke University
Duncan Road LLC
East Carolina Commercial Services LLC
Eastern Group, LLC
Eastern Site Services LLC
ECS Southeast, LLP
Electrical Power Products Inc
Elevated Staffing Support, LLC
Elgin Power Solutions
EMA Electromechanics, Inc.
Emburse, Inc.
Encompass Services, LLC
EnerNex LLC
Enertis Solar, Inc.
Enhancement Solutions, Inc.
Entergy Services, LLC
Enterprise FM Trust
Environmental Consulting & Technology
   Inc
Environmental Solutions & Innovations Inc
Enviroscience, Inc.
Epperson Farms, LLC
Ethos Specialty Insurance Services LLC
ETI Energy Tools LLC
Fall Line Construction LLC
FCI
Fiix
First American Title Insurance Company
First Community Title, LLC
First Financial Holdings, LLC
Ford Credit
Fortress Fencing, LLC
Forvis Mazars, LLP
Name on File

FTC Solar Inc
Full Tilt Logistics, LLC
Fundamental Partners IV LP
Fundamental Renewables, LLC
G&S Fence and Deck, LLC
Gallagher Evelius & Jones LLP
GameChange Solar Corp
GE Grid Solutions, LLC
Generate Capital, PBC
Genesis 360 LLC
Geo-Hydro Engineers, Inc
Georgia Transmission Corporation
GE-Prolec Transformers, Inc.
GexPro
Gibson Dunn & Crutcher LLP
Gill Drilling Services Inc
Givler Engineering
Grant Thornton Advisors LLC
Great Bay Renewables Management LLC
Great Lakes Petroleum Co
Greenburg Traurig LLP
Greenrise Technologies LLC
Gregory Poole Equipment Company
GroundWork Renewables Inc
Gwinnups Restoration and Environmental
   Service Inc
Hanwha Q Cells USA, Corp
HardHat Workforce Solutions, LLC
Hartford Life and Accident Insurance
   Company
HASI Foley, LLC
HASI Old Hayneville, LLC
HCC Life Insurance Company
HDR Engineering, Inc. of the Carolinas
Healthcare Of Ontario Pension Plan
   (HOOPP)
Heavy Construction Systems Specialists
   LLC
Hecate Energy Group, LLC
Highmark Resources
Hilco Transport, Inc
Hitachi Energy USA Inc.
Huron Consulting Services, LLC
Husch Blackwell LLP
Hydro Green Erosion Control LLC
Hypower, LLC

IFS North America Inc
J. E. Oswalt & Sons Heavy Hauling & Rigging, Inc
JB Electric and Solar LLC
JB Group of LA, LLC
JH Stewart Family, LLC
Jones Borregos Ltd.
Jones Power, LLC
Jones Walker LLP
JST Power Equipment, Inc.
Juniper Development Partners, LLC
K2 Renew NW LLC
Karamtara Engineering Pvt Limited
Kazmarek Mowrey Cloud Laseter LLP
K-Co Enterprises, Inc
Kerr Consulting
Kimley-Horn and Associates, Inc.
Kirkland & Ellis LLP
Kubota Credit Corporation USA
Kubota Credit-Lease Corp, USA
Kutak Rock LLP
Landscape Design of Goldsboro, Inc
Liberty, LLC
Locke Lord LLP
Logistics Plus, Inc.
Lone Mountain Ranch, LLC
Lonestar Electric Supply
Lott & Searcy, LLP
LPL Solar, LLC
LS Electric America Inc.
Luck Stone Corporation
M.D. Henry Co., Inc.
M.G. Dyess, LLC
M.J. Electric, LLC
Mars Transformers, LLC
Marsh Engineering Services
Marsh USA Inc
Martin Marietta Materials, Inc.
McDermott Will & Emery LLP
Merit SI Technologies, LLC
Name on File
Name on File
Midland Equipment Financial
Milbank LLP
Millennium Insurance Company, Ltd.
Minnesota Native Landscapes Inc

MISO Energy
Mississippi Department of Revenue
Moore & Van Allen PLLC
Moorhead Brothers, Inc.
MUFG Bank Ltd
Mundra Solar Energy Limited
Mundra Solar PV Limited
Muth Electric, Inc.
National Bank of Canada
NC Concrete Service LLC
Nebraska Hydroseeding
Needham Farm, LLC
NEI Electric Power Engineering, Inc.
Neumiller Farms Inc.
Nextracker LLC
nFront Consulting LLC
NoBull Energy LLC
Nolan Transportation Group, LLC
Nor-Cal Controls ES, Inc.
Norddeutsche Landesbank, New York
Norton Rose Fulbright US LLP
NPA 2023 Holdco LLC
NQS D and B LLC
Ocean Blue NMB, LLC
Old Hayneville Solar, LLC
Old Republic National Title Insurance Company
OMCO Solar LLC
One Source Freight, LLC
Oracle America, Inc.
Origis USA, LLC
Orrick Herrington & Sutcliffe LLP
Owens Realty Services
P9 GCP Houston I-10
PACK Power LLC
Paco Steel & Engineering Corp.
Parker Poe Adams & Bernstein LLP
Paul Hastings LLP
Peckar & Abramson, P.C.
Peeler Four Star Holdings, LLC
PGAM
PGOM
PGR ITC
PGR Procurement
PGRenew
Piedmont, LLC

Pinnacle Bank
PJM Interconnection LLC
Power Construction G Inc
Power Construction JR
Power Engineers Incorporated
Pralar USA, Inc.
PraXel Utility Services
Principal Life Insurance Company
Probity Group LLC
Procore Technologies, Inc.
ProFoam, LLC
Pro-Vigil, Inc.
Pure Power Contractors LLC
Pure Power Engineering, Inc.
PureEnergy Renewable Solutions LLC
PW Revolver Borrower
PWC US Business Advisory LPP
QBI Solutions
QT Corporation
R Crofters LLP
Raleigh Marriott City Center
Raymond Arvell Jungmann
Renew Safety Solutions LLC
Renewable Energy Integration Group, LLC
RES America Developments, Inc.
Resa Service, LLC
REV Renewables
Rio Lago Solar, LLC
Robert Half Inc.
Robert Half International
Rohl Global Networks LP
RSM US LLP
RTS Solar Works LLC
Sacks Surveying & Mapping PC
Sacramento Drilling, Inc.
Sage Supply LLC
Salesforce.com, Inc.
SAM Surveying And Mapping, LLC
Shackelford Construction & Hauling LLC
Shad C Shaw Family Trust
Shermco Industries, Inc
Shoals Technologies Group, LLC
Siemens Industry Inc
Silver Creek Energy, LLC
Site Construction Solutions
Skyline Steel LLC

SMA America, LLC
Societe Generale
Solar Cuts LLC
Solforce Solutions LLC
SOLogistics LLC
Soltec Tracker, Inc.
South Texas Electric Cooperative Inc
Southeastern Excavating & Land Clearing
Southern Company Services, Inc
Southern Turf Farm LLC
Southwest Power Pool, Inc.
Staffing Support Solutions, LLC
Standard Chartered Bank
Stanley Construction Company, Inc.
Stewart Title Guaranty Company
Stoel Rives LLP
Substation Enterprises, Inc.
Sumitomo Mitsui Banking Corp, NY (SMBC)
Sumitomo Mitsui Finance
Summit Electric Supply Co., Inc.
Sunbelt Equipment Marketing, Inc.
Sunbelt Rentals, Inc
Sungrow USA Corporation
SWCA, Incorporated
Techline, Inc.
Terabase Energy, Inc.
Terracon Consultants, Inc.
Terrasmart, Inc.
Tetra Tech, Inc.
The Boldt Company
The Community Foundation of Western North Carolina
The Erosion Company, LLC
The Hartford
The Omni Grove Park Inn
Timmons Group Inc
TMEIC Corporation Americas
TRC Environmental Corporation
Trimark Associates Inc.
TSEA Energy
Ulteig Engineers Inc
Umatilla Electric Cooperative Association
United Rentals
Utility Engineering, LLC
UtilityPower, LLC

21

Valmont Industries Inc.
Veritas Logistics, LLC
Verizon Wireless
Vernon Ave Investments LLC
Vertex, Inc.
Vertical Walls Inc
VFP, Inc.
Vietnam Sunergy Joint Stock Company
Virginia Transformer Corp
Vision Directional Drilling, Inc.
Voltage, LLC
Vulcan Construction Materials, LLC
Waaree Solar Americas Inc
Wake Stone Corporation
WECS Renewables
WEG Transformers USA, LLC
Weisiger Group Inc. DBA Carolina CAT
Wesco Distribution, Inc.
West Florida Fence
Western Land Services
Westervelt Company, The
WEX Inc
WHC, LLC
Willscot Mobile Mini
Wilmington Trust, National Association
Wind Turbine & Energy Cables Corp
Winston & Strawn, LLP
Wofford Streamworks LLC
Woodlands Energy Renewables, LLC
Zions Bancorporation, National Assoc.

**Appendix 2**

**Client Match List**

| Matched Entity | Relationship to Debtors | Relationship to L&W[1] |
|---|---|---|
| Abacus | Vendors | Current Client |
| AFCO Credit Corporation | Vendors | Current Client |
| AFCO Premium Credit LLC | Insurance | Current Client |
| AIG Mergers and Acquisitions Insurance Group | Insurance | Current Client |
| AIG Specialty Insurance Company | Insurance | Current Client |
| Allianz Global Risks US Insurance Company | Insurance | Current Client |
| Alvarez & Marsal | Bankruptcy Professionals - Retained | Current Client |
| Amazon Treasury Cash Management | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| Ambridge Partners LLC | Insurance | Former Client |
| Aon Risk Insurance Services West Inc | Vendors | Current Client |
| Aon Risk Services Northeast, Inc. | Insurance | Current Client |
| Apple Energy, LLC | Surety & Letters of Credit-Beneficiaries | Current Client |
| Arevon Energy, Inc. | Surety & Letters of Credit-Beneficiaries | Current Client |
| AT&T | Utilities | Former Client |
| Australia and New Zealand Banking Group Limited | Surety & Letters of Credit-Beneficiaries | Current Client |
| Avivia Insurance Company | Insurance | Current Client |
| Banco Bilbao Vizcaya Argentaria S.A. | Surety & Letters of Credit-Issuers | Current Client |
| Banco Santander, S.A., New York Branch | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| Bank of America, N.A. | Surety & Letters of Credit-Issuers | Current Client |
| Bayerische Landesbank, New York Branch | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| BayernLB Holding AG | Banks/Lender/UCC Lien Parties/Administrative Agents | Former Client |
| BBVA, S.A. | Surety & Letters of Credit-Beneficiaries | Current Client |

---

[1]   The term "*Current Client*" refers to an entity listed as a client in L&W's Client Database for whom time has been recorded in the past 12 months and L&W has at least one open matter.  The term "*Former Client*" refers to an entity listed as a client in L&W's Client Database for whom time has been recorded in the past three years.  L&W does not disclose connections if time was recorded more than three years before the Petition Date.

| Matched Entity | Relationship to Debtors | Relationship to L&W[1] |
|---|---|---|
| Berkshire Hathaway Specialty Insurance Company | Insurance | Current Client |
| Blackstone | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| Brookfield Asset Management Ltd. | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| Brookfield Power US Asset Management LLC | Vendors | Current Client |
| Canadian Solar (USA), Inc. | Vendors | Current Client |
| CDW Direct LLC, CDW Direct | Vendors | Current Client |
| Charter Communications | Utilities | Current Client |
| Churchill | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| CIT Bank | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| Citi Bank | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| City National Bank | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| CoBank | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| Corporation Service Company | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| Credit Agricole Corporate and Investment Bank | Surety & Letters of Credit-Issuers | Current Client |
| Delaware Life Insurance Company | Vendors | Current Client |
| Deutsche Bank Trust Company Americas | Vendors | Current Client |
| Dominion Energy North Carolina, Inc. | Utilities | Former Client |
| Dominion Energy South Carolina, Inc. | Utilities | Former Client |
| Dominion Energy Virginia | Surety & Letters of Credit-Beneficiaries | Current Client |
| Duke Energy Progress | Vendors | Current Client |
| Duke University | Surety & Letters of Credit-Beneficiaries | Current Client |
| Evergreen Resources, LLC | Insurance | Current Client |
| Fifth Third Bancorp | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| Firstar Development, LLC | Insurance | Current Client |
| First-Citizens Bank & Trust Company | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| Ford Credit | Vendors | Current Client |
| Fortegra Specialty Insurance Company | Insurance | Current Client |

| Matched Entity | Relationship to Debtors | Relationship to L&W[1] |
|---|---|---|
| Forvis Mazars, LLP | Vendors | Current Client |
| Fundamental Advisors LP | Banks/Lender/UCC Lien Parties/Administrative Agents | Former Client |
| Generate Capital | Significant Equity Holders | Current Client |
| GE-Prolec Transformers, Inc. | Vendors | Current Client |
| GFL Environmental Inc. | Utilities | Current Client |
| Gibson Dunn & Crutcher LLP | Vendors | Former Client |
| Grant Thornton Advisors LLC | Vendors | Current Client |
| Greenprint | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| Hartford Fire Insurance Company | Insurance | Former Client |
| HASI Old Hayneville, LLC | Vendors | Current Client |
| HDI Global Specialty SE | Insurance | Former Client |
| Healthcare of Ontario Pension Plan | Significant Equity Holders | Current Client |
| Howden | Insurance | Current Client |
| Huron Consulting Services, LLC | Vendors | Former Client |
| Irradiant Partners, LP | Surety & Letters of Credit-Beneficiaries | Current Client |
| John Hancock | Known Affiliates - JV | Current Client |
| JPMorgan Chase | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| Lazard | Bankruptcy Professionals - Retained | Current Client |
| Liberty Mutual Insurance Company | Surety & Letters of Credit-Issuers | Current Client |
| Liberty Surplus Insurance Corporation | Insurance | Current Client |
| Lloyds Bank Corporate Markets plc | Surety & Letters of Credit-Issuers | Current Client |
| Lloyds of London | Insurance | Current Client |
| Martin Marietta Materials, Inc. | Vendors | Current Client |
| Meta Platforms, Inc | Surety & Letters of Credit-Beneficiaries | Current Client |
| Midamerican Energy Company | Surety & Letters of Credit-Beneficiaries | Current Client |
| Mitsubishi UFJ Financial Group, Inc. | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| Monarch | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| Morgan Stanley | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| MUFG Bank, Ltd. | Surety & Letters of Credit-Beneficiaries | Current Client |
| Munich Re Syndicate | Insurance | Former Client |
| National Bank of Canada | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |

| Matched Entity | Relationship to Debtors | Relationship to L&W[1] |
|---|---|---|
| Nationwide Mutual Insurance Company | Surety & Letters of Credit-Issuers | Current Client |
| Norddeutsche Landesbank-Girozentrale | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| Oracle America, Inc. | Vendors | Current Client |
| Origis USA, LLC | Top 30 Creditors | Current Client |
| Paul Hastings LLP | Vendors | Current Client |
| Pennsylvania Insurance Company | Surety & Letters of Credit-Issuers | Former Client |
| Pinnacle | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| Portland General Electric Company | Surety & Letters of Credit-Beneficiaries | Current Client |
| QBE Specialty Insurance Company | Insurance | Former Client |
| Republic Services | Utilities | Current Client |
| Rev Renewables | Vendors | Current Client |
| Salesforce.com, Inc. | Vendors | Current Client |
| Seminole | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| Shoals Technologies Group, LLC | Top 30 Creditors | Current Client |
| Siemens | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| Siemens Industry Inc | Vendors | Current Client |
| SiriusPoint America Insurance Company | Surety & Letters of Credit-Issuers | Current Client |
| SMBC | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| Societe Generale | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| Sol Systems | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| Southern Current LLC | Surety & Letters of Credit-Beneficiaries | Current Client |
| Standard Chartered | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| Starbucks Corporation | Counterparty | Current Client |
| Starr Indemnity & Liability Company | Insurance | Former Client |
| Sumitomo Mitsui Banking Corporation | Surety & Letters of Credit-Beneficiaries | Current Client |
| Sumitomo Mitsui Finance | Vendors | Current Client |
| Swiss Re Corporate Solutions Capacity Insurance Corporation | Insurance | Former Client |
| Tetra Tech, Inc. | Vendors | Current Client |

| Matched Entity | Relationship to Debtors | Relationship to L&W[1] |
|---|---|---|
| The Bank of Nova Scotia | Surety & Letters of Credit-Beneficiaries | Current Client |
| The Canadian Imperial Bank of Commerce, New York Branch | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| The Carlyle Group Inc. | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| The Hartford | Vendors | Former Client |
| TRC Environmental Corporation | Vendors | Current Client |
| Truist Bank | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| U.S. Bancorp | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| UCB | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| US Bank | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| Verizon Wireless | Vendors | Current Client |
| Walmart | Counterparty | Current Client |
| Webbank | Banks/Lender/UCC Lien Parties/Administrative Agents | Current Client |
| West Florida Fence | Vendors | Current Client |
| WEX Inc | Vendors | Current Client |
| Wilmington Trust, National Association | Vendors | Current Client |
| Z Bank AG, New York Branch | Surety & Letters of Credit-Issuers | Current Client |
| Zurich American Insurance Company | Insurance | Current Client |