**Exhibit B**

**Retention Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

```
------------------------------------------------------  x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
PINE GATE RENEWABLES, LLC, et al.,                      :    Case No. 25-90669 (CML)
                                                        :
         Debtors[1]                                     :    (Jointly Administered)
                                                        :
------------------------------------------------------  x
```

**DECLARATION OF JUDITH HALL,
CHIEF LEGAL OFFICER AND GENERAL COUNSEL OF PINE GATE
RENEWABLES, LLC, IN SUPPORT OF DEBTORS' APPLICATION
FOR ENTRY OF AN ORDER AUTHORIZING EMPLOYMENT AND
RETENTION OF LATHAM & WATKINS LLP AS BANKRUPTCY
<u>CO-COUNSEL EFFECTIVE AS OF THE PETITION DATE</u>**

I, Judith Hall, declare as follows:

1. I am over the age of eighteen, am authorized to submit this declaration, and am competent to testify on the matters contained herein.

2. I am the Chief Legal Officer and General Counsel of Pine Gate Renewables, LLC (collectively with its debtor affiliates in the above-captioned chapter 11 cases, the "***Debtors***" or the "***Company***"). In this capacity, I am familiar with the Debtors' day-to-day operations, business, financial affairs and books and records. As part of my responsibilities, I am involved with the supervision of outside counsel and with the monitoring and control of legal costs.

3. I submit this declaration (the "***Retention Declaration***") in support of the *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Latham &*

---

[1] A complete list of each of the Debtors in these chapter 11 cases (the "***Chapter 11 Cases***") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/PGR. The Debtors' mailing address for the purposes of the Chapter 11 Cases is 130 Roberts Street, Asheville, North Carolina 28801.

*Watkins LLP as Bankruptcy Co-Counsel Effective as of the Petition Date* (the "**Application**").[2] Except as otherwise noted, all facts in this Retention Declaration are based on my personal knowledge of the matters set forth herein, information gathered from my review of relevant documents, and information supplied to me by other members of the Debtors' management and the Debtors' advisors.

## THE DEBTORS' SELECTION OF COUNSEL

4.  The Debtors recognize that a comprehensive review process is necessary when selecting and managing chapter 11 counsel to ensure that bankruptcy professionals are subject to the same client-driven market forces, scrutiny, and accountability as professionals in non-bankruptcy engagements.

5.  Before selecting L&W to serve as their attorneys prior to and in the Chapter 11 Cases, the Debtors considered, among other things, another potential firm to provide restructuring related services and L&W's prepetition role in advising the Debtors with respect to various restructuring and contingency planning issues, including both potential in-court and out-of-court strategies. The Debtors chose L&W based upon its reputation and experience in the restructuring field generally and upon the Debtors' particular circumstances, including the complexity of the contemplated restructuring.

6.  Since being retained, the Debtors and L&W have worked together closely in an effort to address the Debtors' financial circumstances, including by engaging in negotiations with the Debtors' key stakeholders regarding the Debtors' capital structure and restructuring options and assisting the Debtors with preparing the Chapter 11 Cases. As a result, L&W has become

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

familiar with the Debtors' businesses and capital structure, and many of the legal issues that may arise in the context of the Chapter 11 Cases.

7. L&W thus possesses an in-depth knowledge of the Debtors' business affairs and capital structure and has gained insight into many of the legal issues that might arise in the context of the Chapter 11 Cases.

8. For the reasons set forth above, I believe that L&W is both well-qualified and uniquely able to represent the Debtors in the Chapter 11 Cases. Thus, the Debtors decided to continue to retain L&W as the Debtors' bankruptcy co-counsel during the Chapter 11 Cases.

## **PROFESSIONAL COMPENSATION**

9. In my capacity as Chief Legal Officer and General Counsel, I am involved in the Debtors' retention and supervision of certain outside professional services firms, including the professionals proposed to be retained in the Chapter 11 Cases.

10. Prior to the engagement of L&W, I approved L&W's standard billing rates and the material terms of the engagement. Based on the Debtors' evaluation of another law firm prior to retaining L&W, I can confirm that L&W's rates and terms are comparable to those of other comparably skilled professionals. Additionally, L&W has informed the Debtors that its rates for bankruptcy representations are comparable to the rates it charges for non-bankruptcy representations.

11. I am responsible for reviewing the invoices submitted by L&W and can confirm that the rates L&W charged the Debtors in the prepetition period are consistent with the rates L&W will charge the Debtors in the postpetition period other than (a) the adjustments described in the Application and the Parlen Declaration; and (b) a postpetition 50% discount applied to rates charged for non-working travel time.

3

**COST SUPERVISION**

12.     The Debtors recognize that it is their responsibility to monitor closely the billing practices of their counsel to ensure the fees and expenses paid by the Debtors' estates remain consistent with the Debtors' expectations and the exigencies of the Chapter 11 Cases.  The Debtors will continue to review invoices that L&W submits during the Chapter 11 Cases.

13.     Pursuant to 28 U.S.C. § 1746, to the best of my knowledge, information and belief, and after reasonable inquiry, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 20, 2025

*/s/ Judith Hall*
Name: Judith Hall
Title: Chief Legal Officer and General Counsel