## EXHIBIT B

**Engagement Letter**

*[See attached.]*



|   |   |
|---|---|
|   | HUNTON ANDREWS KURTH LLP<br>600 TRAVIS STREET<br>SUITE 4200<br>HOUSTON, TX 77002<br><br>TEL  713-220-4200<br>FAX  713-220-4285<br><br>TAD DAVIDSON<br>DIRECT DIAL: 713-220-3810<br>EMAIL: taddavidson@hunton.com |

September 9, 2025

FILE NO: 129350.0000001

**PRIVILEGED AND CONFIDENTIAL**
<u>**ATTORNEY-CLIENT COMMUNICATION**</u>

Pine Gate Renewables, LLC
130 Roberts Street
Asheville, North Carolina 28801

Attn:  Judith Hall
    Chief Legal Officer & General Counsel

<u>Engagement of Hunton Andrews Kurth LLP</u>

Dear Ms. Hall:

Hunton Andrews Kurth LLP ("Firm") thanks you for the opportunity to represent Pine Gate Renewables, LLC and the Affiliates[1] (collectively, "Pine Gate" or the "Client").  This letter and the accompanying Standard Terms of Engagement will establish the terms of the Firm's representation.

<u>The Client</u>

For purposes of this engagement, the Firm will represent the Client through duly authorized constituents of the Client.  You will be the Firm's primary contact unless the Firm is notified otherwise in writing by the Client.  By representing the Client, neither the Firm nor the individuals who act on its behalf represent any individual client contact, or any other constituent or affiliated persons or entities, such as parents, subsidiaries, affiliates, managers, members, portfolio companies, employees, officers, directors, shareholders, or partners of the Client, unless the Firm separately enters into a written engagement agreement with such other person or entity.

---

[1] The "Affiliates" are the entities identifies on Schedule 1 hereto that file voluntary petitions for relief under chapter 11 of title 11 of the Unites States Code.

# HUNTON

Pine Gate
September 9, 2025
Page 2

Scope of Engagement

The Firm has been asked by Pine Gate to represent Pine Gate in connection with its restructuring options (the "Matter"). We understand that for the Matter: (i) we will act as sole counsel with respect to the subset of the Affiliates identified on Schedule 2 hereto, and (ii) we will act as co-counsel with Latham & Watkins LLP to Pine Gate, except with respect to the subset of the Affiliates identified on Schedule 2 hereto, and we will endeavor not to duplicate services. Please advise if this does not accurately reflect your understanding about the scope of the Firm's services to be provided to the Client. We will perform all services normally and reasonably associated with this type of engagement that are consistent with applicable law and professional rules. The Firm will provide legal representation only and will not provide business, investment, or accounting advice, even if related to the Matter.

Unless terminated earlier by the Firm or the Client, the Firm's representation on the Matter will conclude when the Firm completes the scope of engagement and not later than the date on which it sends its final invoice for services on the Matter. Whether upon completion of the Matter or termination of the representation by the Firm or the Client, the Firm will thereafter have no further obligation to monitor the interests, rights, or property of the Client or advise the Client with respect to the Matter or with respect to changes in the laws or regulations that could have an impact upon the interests, rights, property or liabilities of the Client relating to the Matter.

In the event that the Firm is asked to represent the Client in connection with new or additional matters or projects and the Firm agrees to do so after checking for conflicts of interest, this letter and the accompanying Standard Terms of Engagement will govern unless the Client and the Firm agree otherwise in writing.

Staffing, Fees, and Billing Arrangements

I will coordinate the legal services for the Firm's representation of the Client in the Matter. The ranges of hourly rates for the persons I expect to work with me on this Matter are noted below. The Firm may reasonably adjust these hourly rates periodically to reflect new market conditions and to recognize individual changes such as promotions, increased experience, and seniority:

| Title | Range of Hourly Rates (2025) |
|---|---|
| Partners | $1,100.00 - $1,510.00 |
| Associates | $690.00 - $995.00 |

# HUNTON

Pine Gate
September 9, 2025
Page 3

The Firm's goal is to maintain continuity of the legal team; however, the Firm can make no guarantees against the potential for changes. I will consult with you should the Firm need to make changes in the senior legal team.

It is understood that the Client will pay the Firm for fees incurred based on the applicable hourly rates, as well as expenses reasonably incurred in connection with the Firm's representation in the Matter. The Firm will bill the Client for fees and expenses on a monthly basis and the Firm's invoices will be due and payable upon receipt.

The Firm requires that the Client pay the Firm an "evergreen" advance payment retainer in the amount of $250,000.00 immediately upon signing this Engagement Letter. The Firm may, in its discretion, either hold the advance payment until completion of the Matter or apply it against any unpaid and overdue invoices from time to time. If the Firm applies any amounts to invoices, the Firm may request an additional advance deposit prior to conducting future work. Upon completion of the Firm's representation, any balance in the advance deposit will be returned to the Client after any outstanding fees and costs are paid.

Conflicts of Interest

The Firm depends on the Client to identify, now and as the representation progresses, persons or entities whose interests may be involved, at issue in or affected by this representation, including parties that may be adverse to the Client. As the Firm is requested to expand the scope of this Matter with respect to advice and actions regarding third parties, the Firm will conduct a further search of its database for such third parties.

The Firm has conducted an initial search of its database. Based on the information provided, the Firm has discovered no conflicts and knows of no other interests, including those of the Firm or its lawyers, that will materially and adversely affect the Firm's ability to exercise independent professional judgment for the Client in this representation.

Other Client Representations and Potential Future Conflicts

As a large, international law firm with many offices and lawyers, the Firm represents, and in the future will represent, many other clients. Some clients may be direct competitors of the Client or otherwise may have business or legal interests that are contrary to the interests of the Client. Professional rules applicable to lawyers define conflicts of interest for lawyers and set forth circumstances in which client consent is needed to engage in a legal representation against or involving another current or past Firm client. Those circumstances can vary by jurisdiction.

We are accepting this engagement with the mutual understanding that our representation of the Client will not preclude my Firm from accepting an engagement from a new or existing client,

# HUNTON

Pine Gate
September 9, 2025
Page 4

including, but not limited to, transactions, litigation or other matters that involve, and may be adverse to the Client. However, we will not accept an engagement that is directly adverse to the Client if the matter is substantially related to the subject matter of the Firm's representation of the Client or would impair the confidentiality of proprietary, sensitive or otherwise confidential information communications made to us by the Client. It is understood that firm attorneys representing the Client will not represent other clients adverse to the Client while the Client is an active client of the Firm.

In other words, we request that the Client confirm that (1) no engagement that we have undertaken or may undertake on behalf of the Client will be asserted by the Client either as a conflict of interest with respect to, or as a basis to preclude, challenge or otherwise disqualify the Firm from, any current or future representation of any client in any matter, including without limitation any representations in negotiations, transactions, counseling or litigation adverse to the Client, as long as that other matter is not substantially related to any of the Firm's engagements on behalf of the Client, (2) the Client hereby waives any conflict of interest that exists or might be asserted to exist and any other basis that might be asserted to preclude, challenge or otherwise disqualify the Firm in any representation of any other client with respect to any such matter, (3) the Client has been advised by the Firm, and has had the opportunity to consult with other counsel, with respect to the terms and conditions of these provisions and its prospective waiver, (4) the Client's consent to these provisions is both voluntary and fully informed, and (5) the Client intends for its consent to be effective and fully enforceable, and to be relied upon by the Firm. Please indicate your agreement to this understanding by signing this letter below.

The Client may wish to consult with other counsel with respect to giving this prospective consent.

Communications

Unless you tell us otherwise, we will send all correspondence and statements for services related to this representation to you. We will depend on you to let us know if the Client is not receiving information or responses in a timely manner. We understand unless advised otherwise that we may communicate concerning this matter by fax, cell phone, e-mail, or letter. As additional protection for e-mail communications, the firm can work with you to encrypt e-mail messages using TLS/SSL and/or opportunistic TLS protocols. If you wish to pursue this option, please let us know in writing.

Texas State Bar Disclosure

The State Bar of Texas requires that we disclose the following information to our clients:

# HUNTON

Pine Gate
September 9, 2025
Page 5

The State Bar investigates and prosecutes professional misconduct committed by Texas attorneys. Although not every complaint against or dispute with a lawyer involves professional misconduct, the State Bar Office of General Counsel will provide you with information about how to file a complaint. For more information, you may call 1-800-932-1900. This is a toll-free call.

Complete Terms of Engagement

This letter and the attached Standard Terms of Engagement constitute the entire terms of the Firm's engagement with the Client. The terms may not be amended except in a mutually agreed writing.

The Firm will not be bound by outside counsel policies, billing policies or other client-generated terms as an amendment to this engagement agreement, unless and until accepted in writing by the Firm.

The Firm asks that the Client sign and return this letter in the space provided below with an advance payment of $250,000.00. Nevertheless, the Client may indicate agreement to these terms by instructing the Firm to begin work on this matter.

We appreciate the opportunity to represent Pine Gate.

Very truly yours,

Tad Davidson

# HUNTON

Pine Gate
September 9, 2025
Page 6

**Agreed** by or with authority on behalf of Pine Gate Renewables, LLC and the Affiliates

Signature: *Judith Hall*
—Signed by: ED92CDF02738443...

Printed Name: Judith Hall

Full Title: Chief Legal Officer & General Counsel

City and State: _____

Date: 9/16/2025

Enclosures:
  Hunton Andrews Kurth LLP "Standard Terms of Engagement"
  Schedule 1 (Identifying the "Affiliates")

# HUNTON ANDREWS KURTH LLP
## STANDARD TERMS OF ENGAGEMENT

**FEES**.  Unless we agree in the engagement letter to alternate fee arrangements, we will bill for our services at the firm's applicable published hourly rates in effect at the time we render the services.  Those rates are based on the fair value for the services we render after taking into consideration many factors, including but not limited to:  the complexity or novelty of the work performed; the seniority, experience, practice area and location of the lawyers, paralegals or law clerks performing the work; the time period within which the work is required to be completed; the likelihood that the engagement will preclude our acceptance of other employment; the number of hours required to perform the work; the nature and length of our professional relationship with the client; the results obtained; and the fees charged for similar services in the relevant geographic or subject matter market.  We have established hourly rates (using the foregoing factors) for lawyers, paralegals, law clerks, and other staff timekeepers.  We adjust those base rates periodically, in light of the factors enumerated above, as well as cost of living and market considerations.

**BILLS AND STATEMENTS**.  Unless other arrangements are made, we render monthly bills for fees, expenses and charges. We typically prepare bills for each legal matter we handle. We may also send a monthly statement of account, which details any unpaid bills.

**PAYMENT**.   Our bills are due and payable upon receipt. Failure to pay bills promptly may result in temporary or permanent cessation of service.  Payment of bills should be made in U.S. dollars or other agreed upon foreign currency, by wire transfer or in checks or drafts payable to Hunton Andrews Kurth LLP.  Please note the date and identification number of the bill being paid, and return the remittance copy of our bill with your payment.

If our bills are not paid within 30 days of the invoice date the client agrees to pay an interest charge on outstanding balances at an interest rate of one and one-half percent (1.5%) per month, or the maximum interest rate allowed by law, whichever is less, from the date due until paid.  The client agrees to pay such interest on the outstanding balance in addition to the balance of fees and expenses due.

In the event the client fails to pay when due all amounts owed us, we will have the right to retain settlement proceeds received on behalf of client or recover the outstanding balance of fees and expenses and interest, as provided above, and all attorneys' fees incurred to collect these amounts.  Such attorneys' fees will include payment for the time and expenses of any firm lawyers incurred in collection effort as well as fees and expenses of any outside counsel hired to collect the amounts due.

**RESPONSES TO AUDITORS' INQUIRIES**.  We are frequently asked to provide information to auditing firms regarding legal matters of our clients.  We respond to those inquiries with the same level of care and professionalism that we use to handle the client's other legal work and will charge for these services at the same rates.  When an auditing firm requests information on the client's behalf, that request will be deemed to be the client's consent for us to disclose that information to that firm.

**DISBURSEMENTS AND CHARGES**.  In addition to payment of our fees, the client agrees to pay expenses incurred by us in connection with the representation.  Such expenses may include long distance telephone calls, photocopying charges, travel expenses, couriers, filing fees, costs of subpoenas and depositions, and other costs and expenses advanced on our client's behalf.  We manage our own telephone network, printing and document duplication services.  We generally use our in-house printing and document duplicating services rather than third party services, due to timing and confidentiality concerns, unless the client requests otherwise.  We set our charges for these services based upon our fully burdened cost of providing them to the client.

Before proceeding to incur expenses from an outside vendor in excess of $1,500, we will seek your approval.  We do not intend to make any profit on such expenses, and we will pass them on to you based as closely on our costs as possible.  We may, however, receive certain benefits from having incurred certain costs, such as benefits accorded in connection with travel expenditures (i.e., frequent flyer points).  Those benefits will be retained by the firm or the individual to whom they were awarded without credit to the client.

In certain instances, we may employ the services of affiliated entities on behalf of our clients.  Cognicion LLC is a wholly-owned subsidiary of Hunton Andrews Kurth LLP. The work performed by Cognicion LLC on behalf of the firm's clients is billed at competitive rates that may not reflect our cost.  When engaged, Cognicion LLC services will appear as a disbursement on client bills. The same applies to services rendered by other entities affiliated with Hunton Andrews Kurth such as Turnstone Investigative Services.

**TRAVEL**.  We generally record the time spent traveling while performing work in furtherance of the client's engagement.  Time spent in travel on behalf of one client while working on a matter for another client, will be billed to the other client; we do not double-bill time.  We book air travel at coach rates unless otherwise previously approved by the client or unless the air travel is transoceanic or overnight, in which case we generally book business or comparable class.  Bookings for travel arrangements are generally made through an in-house travel service, and the expenses charged to the client for travel include a transaction fee for each booking.  Discounts applicable to particular travel purchases may be available through use of this in-house travel service and we pass them on to the client in our charges.

**TERMS OF ENGAGEMENT**.  The client or Hunton Andrews Kurth may terminate the representation for any reason by written notice, subject on our part to applicable rules of professional conduct.  In the event we terminate the engagement, we will take such steps as are reasonably practicable to protect the client's interests in this matter, and, if the client so requests, we will suggest possible successor counsel and provide such counsel with material the client has provided us.

Upon the termination of our engagement, the client will pay within 30 days for all services rendered and disbursements and other charges paid or incurred in connection with our engagement.  If the client terminates our engagement or if Hunton Andrews Kurth terminates the engagement in accordance with the following paragraph, the client will also pay our fees and expenses in connection with any transition of the client's work to successor counsel.

If the client fails to honor the terms of the engagement, to cooperate, or to follow our advice on a material matter that would or could, in our view, render our continued representation unlawful or unethical, Hunton Andrews Kurth may withdraw from the representation. If we elect to withdraw, the client will take all steps necessary to free us of any obligation to perform further services, including the execution of any documents or pleadings necessary to complete our withdrawal.

Unless previously terminated or other arrangements are made, Hunton Andrews Kurth's representation will terminate upon our sending the client our final invoice for services rendered. Unless we agree otherwise, we will have no continuing obligation to advise the client with respect to future legal developments once this matter concludes.

**RECORD RETENTION**. We will maintain necessary documents relating to this matter in our client files. If we receive no guidance from the client, we will employ the following procedure when a matter concludes:

1. Upon closure of the matter, any original documents that the client has provided to us will be returned.

2. Upon expiration of our normal retention period for this kind of matter, we will notify the client by mail at the client's last known address that the retention period has run, and seek the client's guidance on disposition of the file.

3. If we receive a response from the client within 30 days, we will follow the client's instructions for disposition of the file. If those instructions require substantial handling of the file, or continued retention of it, we will charge our normal fees for such procedures.

4. If we do not receive a response from the client within the 30-day period, the file will be destroyed pursuant to our normal procedure.

At the conclusion of a matter, it is the client's obligation to tell us which, if any, documents in our files that it wishes to receive. Electronic records relating to this matter will be made available to the client, if requested, and to the extent they are still easily accessible.

## Schedule 1

(List of the Affiliates)

| |
|---|
| ACT Power Services Holding Company Guarantor, LLC |
| ACT Power Services Holding Company, LLC |
| ACT Power Services, LLC |
| ACT WTB Project Holdco, LLC |
| Alabaster Solar, LLC |
| Amphion Solar, LLC (fka Blue Heron Solar, LLC) |
| Anchors Aweigh Solar, LLC |
| Andromeda Solar, LLC |
| Baffin Bay Storage, LLC f/k/a Baffin Bay Solar. LLC |
| Banjo Solar, LLC |
| Barksdale Branch Solar, LLC |
| Bayou Solar, LLC |
| Beacon Solar, LLC (fka Fowl Solar, LLC) |
| Bear Creek Solar, LLC |
| Beaver Bayou LLC |
| Bedlam Solar, LLC |
| Bell Song Solar, LLC |
| Berrien Solar, LLC |
| BF Dev Holdco Pledgor, LLC |
| BF Dev Holdco, LLC |
| Black Swamp Solar, LLC |
| Blue Granite Solar, LLC |
| Blue Hen Storage, LLC |
| Blue Moon Solar, LLC |
| Blue Ridge Power Holding Company, LLC |
| Blue Ridge Power, LLC |
| Brown Rabbit Solar, LLC fka Rutherford Solar, LLC |
| Broxton Solar, LLC fka Woodbury Solar, LLC fka Kolomoki Solar, LLC |
| BRP Construction, Inc. |
| BRP HBC Guarantor, LLC |
| BRP HBC Holdco, LLC |
| Buffalo Grass Solar, LLC (fka Sunspiration Solar, LLC) |
| Bush Knob Solar, LLC |

| |
|---|
| Caelum Solar, LLC |
| Camelot Solar, LLC |
| Camelot Storage, LLC |
| Carolina Wren Solar, LLC |
| Cascade Dev Holdco, LLC |
| Cascade NTP Holdco, LLC (fka Cascade Bo |
| Cascade Pledgor, LLC |
| Cassia Solar, LLC |
| Catalina Solar Borrower, LLC (fka Grande Holdco Borrower III, LLC) |
| Catalina Solar Holdings, LLC |
| Chicory Solar, LLC (fka Le Printemps Solar, LLC) |
| Claxton Solar Project, LLC |
| Clovelly Solar, LLC |
| Clovis Storage, LLC fka Clovis Solar, LLC |
| Cochran Storage, LLC |
| Corvus Solar, LLC |
| Coxton Lake Solar, LLC |
| Coyote Prowl Solar, LLC |
| Crossvine Solar, LLC |
| Dalumi Fund 1, LLC |
| Dalumi Holdco 1, LLC |
| Dalumi Manager 1, LLC |
| Desert Willow Solar, LLC |
| Drawhorn Solar, LLC |
| Dwiggins Place LLC |
| Emerson Solar, LLC (fka Adonis Blue Solar, LLC) |
| Evans Solar, LLC |
| Fairgrounds Solar, LLC |
| Falling Feather Solar, LLC |
| Flycatcher Solar, LLC |
| Flywheel Solar, LLC |
| Foley Solar, LLC fka Hecate Energy Foley LLC |
| FP 2021 Dev Holdco, LLC |
| Freight Line Solar, LLC (fka Argonite Solar, LLC) |
| GA Solar 5, LLC (Old Hickory Project) |
| Gateway Solar, LLC |
| GH Pledge Borrower, LLC f/k/a EC EBL Borrower, LLC |

| |
|---|
| Grande Holdco Borrower II, LLC |
| Grande Holdco Borrower, LLC |
| Grande Holdco, LLC |
| Grapefruit Solar LLC f/k/a Zeta Solar, LLC |
| Gray Fox Solar, LLC |
| Hawkeye Solar, LLC |
| Hawkins Energy LLC |
| Heartland Solar LLC |
| Heath Storage, LLC |
| Hematite Solar, LLC |
| Ho-Fel Solar, LLC |
| Hook Storage, LLC |
| House Solar, LLC |
| Infinity Storage, LLC |
| Java Solar, LLC (fka Angler Solar, LLC) |
| Jefferson Solar, LLC |
| Journey Solar, LLC |
| Juniper Creek Renewables, LLC |
| Keystone Crest Solar, LLC |
| Kingfisher Solar, LLC (fka Zinnia Solar, LLC) |
| Knotty Pine Solar, LLC |
| Lake Solar, LLC |
| Lavender Solar LLC |
| Liberty Solar, LLC |
| Limewood Bell Renewables LLC |
| Linden Solar, LLC |
| Little Bluestem Solar, LLC |
| Long Bridge Solar LLC |
| Longleaf  Solar, LLC fka Longleaf Pine, LLC |
| Lotus Solar, LLC |
| Macon County Solar Project, LLC |
| Magenta Solar LLC |
| Magnolia Solar Development LLC |
| Mallard Solar, LLC |
| Mariette Solar, LLC |
| Mesquite Solar, LLC |
| Midland-Wiregrass Solar Project, LLC |
| Monarch Energy LLC |
| Monterey Solar, LLC |
| Moon Glow Solar, LLC |

| |
|---|
| Morgan Solar, LLC |
| Napier Storage, LLC |
| NPA 2023 Holdco, LLC |
| NPA PGR 2022 Sponsor Holdco, LLC |
| NPA PGR Blocker Holdco, LLC |
| NPA Polaris DevCo Holdco, LLC (fka PGR 2023 Holdco 6, LLC) |
| NPA Polaris DevCo Pledgor, LLC (fka PGR 2022 Lessee 6, LLC) |
| NPA Polaris OpCo Holdco, LLC (fka PGR 2023 Lessor 6, LLC) |
| Old Hayneville Solar, LLC (fka Hecate Energy Old Hayneville LLC) |
| Osprey Solar, LLC |
| Oxbow Solar, LLC |
| Panther Creek Solar, LLC f/k/a Indian Lake Solar, LLC |
| Parker Branch Solar, LLC |
| Peanut Solar, LLC |
| Pearl Solar LLC |
| Pelham Solar, LLC (fka North Haverbrook Solar, LLC) |
| PG Dev Carver Holdco, LLC |
| PGC Solar Holdings Holdco I, LLC |
| PGC Solar Holdings Holdco II, LLC |
| PGC Solar Holdings I Managing Member, LLC |
| PGC Solar Holdings I, LLC |
| PGD Blue Ridge Power Holdings, LLC |
| PGR 2020 Fund 7, LLC |
| PGR 2020 Fund 8, LLC |
| PGR 2020 Lessor 7, LLC |
| PGR 2020 Manager 7, LLC |
| PGR 2020 Manager 8, LLC |
| PGR 2021 Fund 1, LLC |
| PGR 2021 Fund 11, LLC |
| PGR 2021 Fund 12, LLC (Cabin Creek) |
| PGR 2021 Fund 13, LLC (Sonny) |
| PGR 2021 Fund 15, LLC |
| PGR 2021 Fund 17, LLC (Eastover) |
| PGR 2021 Fund 18, LLC (Landrace) |
| PGR 2021 Fund 19, LLC (Allora) |
| PGR 2021 Fund 2, LLC |
| PGR 2021 Fund 3, LLC |

| |
|---|
| PGR 2021 Fund 4, LLC (Schoolhouse, Stratford, Viaduct) |
| PGR 2021 Fund 5, LLC |
| PGR 2021 Fund 6, LLC |
| PGR 2021 Fund 7, LLC |
| PGR 2021 Fund 8, LLC |
| PGR 2021 Fund 9, LLC (Bulldog) |
| PGR 2021 Holdco 11, LLC |
| PGR 2021 Holdco 12, LLC (Cabin Creek) |
| PGR 2021 Holdco 13, LLC |
| PGR 2021 Holdco 15, LLC |
| PGR 2021 Holdco 17, LLC (Eastover) |
| PGR 2021 Holdco 18, LLC (Landrace) |
| PGR 2021 Holdco 19, LLC (Allora) |
| PGR 2021 Holdco 4, LLC (Schoolhouse, Viaduct, Stratford) |
| PGR 2021 Holdco 9, LLC |
| PGR 2021 Manager 1, LLC |
| PGR 2021 Manager 11, LLC |
| PGR 2021 Manager 12, LLC (Cabin Creek) |
| PGR 2021 Manager 13, LLC (Sonny) |
| PGR 2021 Manager 15, LLC |
| PGR 2021 Manager 17, LLC (Eastover) |
| PGR 2021 Manager 18, LLC (Landrace) |
| PGR 2021 Manager 19, LLC |
| PGR 2021 Manager 2, LLC |
| PGR 2021 Manager 4, LLC (Viaduct, Schoolhouse, Stratford) |
| PGR 2021 Manager 5, LLC |
| PGR 2021 Manager 6, LLC |
| PGR 2021 Manager 7, LLC |
| PGR 2021 Manager 8, LLC |
| PGR 2021 Manager 9, LLC (Bulldog) |
| PGR 2022 Fund 1, LLC (Virginia Line) |
| PGR 2022 Fund 2, LLC |
| PGR 2022 Fund 4, LLC |
| PGR 2022 Fund 5, LLC (MS) |
| PGR 2022 Fund 8, LLC (Porter) |
| PGR 2022 Fund 9, LLC |
| PGR 2022 Holdco 1, LLC (VL) |
| PGR 2022 Holdco 2, LLC |
| PGR 2022 Holdco 8, LLC (Porter) |

| |
|---|
| PGR 2022 Holdco 9, LLC |
| PGR 2022 Manager 1, LLC (VL) |
| PGR 2022 Manager 2, LLC (PH, C, EN, Thigpen) |
| PGR 2022 Manager 4, LLC |
| PGR 2022 Manager 5, LLC (MS) |
| PGR 2022 Manager 8, LLC (Porter) |
| PGR 2022 Manager 9, LLC |
| PGR 2022 Sponsor Holdco, LLC |
| PGR 2023 Fund 1, LLC |
| PGR 2023 Fund 6, LLC |
| PGR 2023 Holdco 1, LLC |
| PGR 2023 Manager 1, LLC |
| PGR 2024 Sponsor Holdco, LLC (f/k/a PGR Blocker, LLC) |
| PGR Blocker Holdco, LLC |
| PGR Blue Ridge Power Holdings, LLC fka PGR Blue Ridge Holdco, LLC |
| PGR Carver Holdco, LLC |
| PGR CC Affiliate Purchaser LLC |
| PGR Fund A, LLC |
| PGR Fund B, LLC |
| PGR Fund C, LLC |
| PGR Fund D, LLC |
| PGR Fund E, LLC |
| PGR Fund F, LLC |
| PGR Fund G, LLC |
| PGR Fund H, LLC |
| PGR Fund I, LLC |
| PGR Fund K, LLC (Novel 1-5) |
| PGR Fund L, LLC |
| PGR Fund M, LLC |
| PGR Fund O, LLC |
| PGR Fund P, LLC |
| PGR Holdco GP, LLC |
| PGR Holdco, LP (fka PGR Holdco, LLC) |
| PGR ITC Holdco, LLC |
| PGR Longleaf Holdco, LLC |
| PGR Manager A, LLC |
| PGR Manager B, LLC |
| PGR Manager C, LLC |
| PGR Manager D, LLC |
| PGR Manager E, LLC |

| |
|---|
| PGR Manager F, LLC |
| PGR Manager G, LLC |
| PGR Manager H, LLC |
| PGR Manager I, LLC |
| PGR Manager K, LLC |
| PGR Manager L, LLC |
| PGR Manager M, LLC |
| PGR Manager O, LLC |
| PGR Manager P, LLC |
| PGR MS Affiliate Purchaser LLC |
| PGR Procurement, LLC |
| PGR Signature Fund 1 Manager, LLC |
| PGR Silver Holdco, LLC |
| PGR Wind DevCo, LLC |
| PGR Wind, LLC |
| Piccolo Solar, LLC |
| Pine Gate Asset Management, LLC |
| Pine Gate Assets, LLC (f/k/a Pine Gate Infrastructure Assets, LLC) |
| Pine Gate Carver Holdings, LLC |
| Pine Gate Dev Holdco, LLC |
| Pine Gate Development, LLC |
| Pine Gate Energy Capital, LLC |
| Pine Gate EPC, LLC |
| Pine Gate Fund Management, LLC |
| Pine Gate Renewables, LLC |
| Pinto Solar, LLC (fka Golden Solar, LLC, fka Sashay Solar, LLC) |
| Polaris DevCo Borrower B, LLC |
| Polaris DevCo Pledgor B, LLC |
| Polaris OpCo Borrower A, LLC |
| Polaris OpCo Pledgor A, LLC |
| Promise Solar, LLC |
| Purple Cat Storage, LLC |
| PW Blocker Holdco, LLC |
| PW Revolver Borrower, LLC |
| Quaker Creek Farm Solar, LLC |
| Quayside Solar, LLC |
| Rainbow Solar, LLC |
| Rebecca Solar, LLC  fka Moultrie Solar, LLC fka Middleton Solar, LLC |
| Rio Lago Solar, LLC (fka Montague Solar, LLC) |

| |
|---|
| Roan Solar, LLC |
| Sagebrush Solar, LLC |
| Salt Solar LLC |
| Sandersville Solar, LLC |
| Sandhills Solar, LLC |
| SCE Project Holdings, LLC |
| Shamrock Solar, LLC |
| Signature USB Fund 9, LLC |
| Signature USB Manager 9, LLC |
| Silver Pine Energy Holdings, LLC |
| Silverthorn Solar, LLC |
| Sirius DevCo Borrower, LLC |
| Sirius DevCo Pledgor, LLC |
| Solheim Solar, LLC f/k/a Emblaze Solar, LLC |
| Splendid Glow Solar, LLC |
| Stargaze Solar, LLC |
| Sundance Solar, LLC |
| Sunstone Solar 1, LLC |
| Sunstone Solar 2, LLC |
| Sunstone Solar 3, LLC |
| Sunstone Solar 4, LLC |
| Sunstone Solar 5, LLC |
| Sunstone Solar 6, LLC |
| Sunstone Solar, LLC fka Echo Solar, LLC fka Bombing Range Solar I, LLC |
| Susana Storage, LLC |
| Swiftwater Solar, LLC |
| Tarvos Solar, LLC |
| Themisto Solar, LLC |
| Tordillo Creek Solar, LLC (fka Cibolo Solar, LLC) |
| Trent River Holdco, LLC |
| Twin Oaks Solar, LLC (fka Karol Solar II, LLC) |
| USB Signature Fund 1 Sponsor, LLC |
| USB Signature Fund 9, LLC |
| Vero Solar, LLC |
| Vista Solar, LLC |
| Wild Horse Solar, LLC |
| Wild Indigo Solar, LLC |
| Wildflower Solar, LLC (fka Golden Dewdrop Solar, LLC) |

| |
|---|
| Winterberry Solar, LLC |
| Wolf Pit Branch Solar, LLC |
| Wood Duck Solar, LLC |
| Yellow Bear Storage, LLC |
| Zephyr Solar, LLC |
| Zeus Solar, LLC |

## Schedule 2

(Affiliates for Which the Firm Will Act as Sole Counsel)

| |
|---|
| Polaris DevCo Pledgor A, LLC |
| Polaris DevCo Borrower A, LLC |
| Polaris OpCo Pledgor A, LLC |
| Polaris OpCo Borrower A, LLC |
| Polaris OpCo Holdco A, LLC |
| East Atmore Solar, LLC - fka Hecate Energy East Atmore LLC |
| Gransolar Texas One, LLC |
| BT Jungmann, LLC |
| Polaris DevCo Pledgor B, LLC |
| Polaris DevCo Borrower B, LLC |
| Polaris OpCo Pledgor B, LLC |
| Polaris OpCo Borrower B, LLC |
| Polaris OpCo Holdco B, LLC |
| Old Hayneville Solar, LLC - fka Hecate Energy Old Hayneville LLC |
| Limewood Bell Renewables, LLC |
| Rio Lago Solar, LLC - fka Montague Solar, LLC |