<u>**Exhibit A**</u>

**Rajcevich Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

---------------------------------------------------------- x
                    :

In re:                     :    Chapter 11
                    :

PINE GATE RENEWABLES, LLC, *et al.*,   :    Case No. 25-90669 (CML)
                    :

          Debtors.[5]      :    (Jointly Administered)
                    :

---------------------------------------------------------- x

**DECLARATION OF MARK RAJCEVICH**
**IN SUPPORT OF THE DEBTORS' APPLICATION  FOR**
**ENTRY OF AN ORDER AUTHORIZING THE  (I) RETENTION**
**AND EMPLOYMENT OF ALVAREZ & MARSAL NORTH AMERICA, LLC**
**(II) DESIGNATION OF MARK RAJCEVICH AS CHIEF RESTRUCTURING**
**OFFICER, (III) PROVISION OF ADDITIONAL PERSONNEL FOR DEBTORS, EACH**
**<u>EFFECTIVE AS OF THE PETITION DATE, AND (IV) GRANTING RELATED RELIEF</u>**

       I, Mark Rajcevich, make this declaration (this "Declaration") pursuant to 28 U.S.C. § 1746, and state:

       1.      I am a Managing Director with Alvarez & Marsal North America, LLC (together with employees of its professional service provider affiliates (all of which are wholly-owned by its parent company and employees), its wholly-owned subsidiaries and independent contractors, "***A&M***"), a restructuring advisory services firm with numerous offices throughout the world.  I submit this declaration on behalf of A&M (the "***Declaration***") in support of the *Debtors' Application for Entry of an Order Authorizing the (I) Retention and Employment of Alvarez & Marsal North America, LLC, (II) Designation  of Mark Rajcevich as Chief Restructuring Officer, (III) Provision of Additional Personnel for Debtors, each Effective as of the Petition Date, and (IV) Granting Related Relief* (the

---

[5]    A complete list of each of the Debtors in these chapter 11 cases (the "***Chapter 11 Cases***") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/PGR.  The Debtors' mailing address for the purposes of the Chapter 11 Cases is 130 Roberts Street, Asheville, North Carolina 28801.

"*Application*")[6] on the terms and conditions set forth in the Engagement Letter, which is attached to the Order as Exhibit 1. This Declaration is being submitted in connection with the Application. Unless otherwise stated in this Declaration, I have personal knowledge of the matters set forth herein.[7]

### Disinterestedness and Eligibility

2.      A&M, together with its affiliates (the "*Firm*") utilizes certain procedures (the "*Firm Procedures*") to determine A&M's relationships, if any, to parties that may have a connection to any of the Debtors in the Chapter 11 Cases. In implementing the Firm Procedures, the following actions were taken to identify parties that may have connections to the Debtors and to determine the Firm's relationship with such parties:

(a)      A&M requested and obtained from the Debtors extensive lists of interested parties and significant creditors (the "*Potential Parties in Interest*").[8] The list of Potential Parties in Interest which A&M reviewed is annexed hereto as Schedule A. The Potential Parties in Interest reviewed include, among others, [the Debtors and their non-filing affiliates, prepetition and proposed post-petition lenders, current and former officers and directors, potential officers and directors, significant unsecured creditors of the Debtors (on a consolidated basis), significant competitors, parties holding ownership interests in the Debtors and various professionals related to the Engagement.

(b)      A&M then compared the names of each of the Potential Parties in Interest to the names in the master electronic database of the Firm's current and former clients (the "*Client Database*"). The Client Database generally includes the name of each client of A&M, the name of each party who is or was known to be adverse to such client of the Firm in connection with the matter in which the Firm is representing such client, the name of each party that has, or has had, a substantial role with regard to the subject matter of the Firm's retention, and the names of Engagement Personnel who are or were primarily responsible for matters for such clients.

(c)      An email was issued to all Firm professionals requesting disclosure of information regarding:  (i) any known personal connections between the

---

[6]   Capitalized terms used but not defined herein have the meanings given to such terms in the Application.

[7]   Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at A&M and are based on information provided by such professionals.

[8]   As may be necessary, A&M will supplement this Declaration if it becomes aware of a relationship that may adversely affect A&M's retention in these cases or would otherwise require disclosure.

respondent and/or the Firm on the one hand, and certain significant Potential Parties in Interest or the Debtors, on the other hand;[9] (ii) any known connection or representation by the respondent and/or the Firm of any of those Potential Parties in Interest in matters relating to the Debtors; and (iii) any other conflict or reason why the Firm may be unable to represent the Debtors.

(d)     Known connections between former or recent clients of the Firm and the Potential Parties in Interest were compiled for purposes of preparing this Declaration. These connections are listed in <u>Schedule B</u> annexed hereto.

3.      As a result of the Firm Procedures, I have thus far ascertained that, except as may be set forth herein, upon information and belief, if retained, A&M:

(a)     is not a creditor of the Debtors (including by reason of unpaid fees for prepetition services)[10] or an equity security holder of the Debtors;

(b)     is not and has not been, within 2 years before the date of the filing of the petition, a director, officer (other than by virtue of A&M employees serving in the roles as Engagement Personnel (pre and post petition) as described in the Application), or an employee of the Debtors; and

(c)     does not have any interest materially adverse to the interests of the Debtors' estates, or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

4.      As can be expected with respect to any international professional services firm such as the Firm, the Firm provides services to many clients with interests in the Chapter 11 Cases.  To the best of my knowledge, except as indicated below, the Firm's services for such clients do not relate to the Chapter 11 Cases.

5.      In addition to the relationships disclosed on Schedule B, I note the following:

---

[9]     In reviewing its records and the relationships of its professionals, A&M did not seek information as to whether any Firm personnel or member of his/her immediate family: (a) indirectly owns, through a public mutual fund or through partnerships in which certain A&M personnel have invested but as to which such professionals have no control over or knowledge of investment decisions, securities of the Debtors or any other party in interest, or (b) has engaged in any ordinary course consumer transaction with any party in interest. If any such relationship does exist, I do not believe it would impact A&M's disinterestedness or otherwise give rise to a finding that A&M holds or represents an interest adverse to the Debtors' estates.

[10]    *See* paragraph 11 below.

(a)   Alvarez & Marsal Inc. ("**A&M Inc**."), an entity controlled by Bryan Marsal and Antonio Alvarez II, is the majority owner of Alvarez & Marsal Holdings, LLC ("**A&M Holdings**"). A&M Holdings is the sole owner of A&M. Messer's Marsal and Alvarez comprise the Board of Managers of A&M Holdings and two of the Board of Managers of A&M. Messer's Marsal and Alvarez, together with A&M Inc., indirectly control a significant interest in the general partner of A&M Capital which consists of various funds (the "**A&M Capital Funds**"). Also, certain A&M employees have invested in limited partnership interests in the A&M Capital Funds and, indirectly, their general partners and, from time to time, A&M and/or its professional service provider affiliates provide services to the A&M Capital Funds. The investments of the A&M Capital Funds are private equity investments in companies (all of whom are unrelated to the Debtors and the Chapter 11 Cases).

(b)   Kirkland & Ellis LLP ("**K&E**") currently represents A&M and/or its affiliates in matters unrelated to the Debtors and the Chapter 11 Cases. In addition to K&E's representations of certain A&M affiliates (including A&M Inc., A&M Capital and the A&M Capital Funds), certain partners or other persons or entities associated with K&E ("**K&E Persons**") have invested in the A&M Capital Funds. Each K&E Person that has invested in the A&M Capital Funds holds less than one percent of the A&M Capital Funds. K&E also retains Alvarez & Marsal Corporate Performance Improvement, LLC ("**A&M CPI**"), an affiliate of A&M, from time to time for administrative services unrelated to the Debtors or the Chapter 11 Cases. Certain former K&E attorneys are currently employed by A&M.

(c)   JPMorgan Chase Bank, N.A., together with certain of its affiliates (collectively, "**JPMC**") are Potential Parties in Interest. Under a credit facility (the "**Credit Facility**") to A&M's parent company A&M Holdings, JPMC is a lender and the syndication agent and one of the joint lead arrangers and joint book runners. JPMC receives certain customary and negotiated fees and reimbursement of expenses in connection with its roles under the Credit Facility.

(d)   A&M's affiliate, Alvarez & Marsal Valuation Services, LLC, previously provided valuation services to the Debtors and certain non-debtor affiliates. These engagements are all complete

(e)   A&M and its affiliates currently represent, and in the past have represented, certain of the Debtors' customers and/or certain of their subsidiaries, affiliates, and employees (collectively, the "**Customers**"), on a variety of matters. A&M's current and prior representations of the Customers have been in matters unrelated to

4

the Debtors or the Chapter 11 Cases. A&M has not represented, and will not represent, the Customers in connection with any matter in the Chapter 11 Cases during the pendency of the Chapter 11 Cases. I do not believe that A&M's current or prior representation of the Customers precludes A&M from meeting the disinterestedness standard under the Bankruptcy Code.

6. Certain Potential Parties in Interest have provided, and in some cases continue to provide, services to A&M. I do not believe that any such connections would compromise A&M's ability to effectively represent the Debtors.

7. Certain Potential Parties in Interest in the Chapter 11 Cases or their affiliates or subsidiaries are, were, or could be, from time to time, members or parties related to members of an ad hoc group or official creditors' committees that engaged A&M in matters unrelated to the Chapter 11 Cases. In such instances, A&M only provided services to, or currently provides services to the committee or group. A&M does not and will not represent any of these parties in connection with the Chapter 11 Cases in their individual capacities.

8. A&M and its affiliates are advisors and crisis managers providing services and advice in many areas, including restructuring and distressed debt. As part of its diverse practice, A&M appears in numerous cases, proceedings, and transactions involving many different law firms, accountants, investment bankers, and financial consultants, some of whom may represent claimants and parties in interest in the Chapter 11 Cases. Further, A&M has in the past, and may in the future, be represented by various attorneys and law firms, some of whom may be involved in the Chapter 11 Cases. In addition, A&M has been in the past, and likely will be in the future, engaged in matters unrelated to the Debtors or the Chapter 11 Cases in which it works with or in opposition to other professionals involved in the Chapter 11 Cases. Professionals retained in the Chapter 11 Cases might have referred work to A&M or vice versa. To the best of my

knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, none of these business relationships constitute interests adverse to the Debtors' estates.

9.    From time to time, A&M professionals and employees personally directly acquire a debt or equity security of a company which may be or become one of the Debtors, their creditors, or other parties in interest in the Chapter 11 Cases.  A&M has long had a policy prohibiting its personnel from knowingly transacting in any security while in possession of material, non-public information about the issuing company, including such information learned in connection with their work at A&M.  A&M therefore does not believe that any such investments present a conflict of interest.

10.    Further, as part of its diverse practice, the Firm appears in numerous cases and proceedings, and participates in transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who represent claimants and parties-in-interest in the Chapter 11 Cases. Further, the Firm has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of which may be involved in these proceedings. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Debtors in matters upon which the Firm is to be employed, and none are in connection with these cases.

11.    If any new material relevant facts or relationships are discovered or arise, A&M will promptly file a supplemental declaration.

**<u>Compensation</u>**

12.    The compensation structure described in the Application and set forth in the Engagement Letter is consistent with and typical of compensation arrangements A&M and other

comparable firms that render similar services under similar circumstances entered into. I believe that the compensation structure is reasonable, market-based, and designed to compensate A&M fairly for its work and to cover fixed and routine overhead expenses.

13.     Pursuant to the Engagement Letter, A&M received a retainer in the total amount of $250,000 from the Debtors (the "***Retainer***") in connection with preparing for and conducting the filing of the Chapter 11 Cases. According to A&M's books and records, during the 90-day period prior to the Petition Date, the Debtors paid A&M $16,381,578.39 in the aggregate for professional services performed and expenses incurred, including the Retainer and advanced payments. It is my understanding that the Debtors do not owe A&M any sums for prepetition services. Further, I understand that Debtors erroneously paid $1,044,094.00 to A&M after the Petition Date, and A&M will promptly return such amount to the Debtors.

14.     Subject to Court approval of the Application and in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, applicable U.S. Trustee guidelines, and the Local Rules for this Court, A&M will seek from the Debtors payment for compensation on an hourly basis and reimbursement of actual and necessary expenses incurred by A&M. A&M's customary hourly rates as charged in bankruptcy and non-bankruptcy matters of this type by the professionals assigned to this engagement are outlined in the Application. These hourly rates are adjusted annually.

15.     To the best of my knowledge, (i) no commitments have been made or received by A&M with respect to compensation or payment in connection with these cases other than in accordance with applicable provisions of the Bankruptcy Code and the Bankruptcy Rules, and (ii) A&M has no agreement with any other entity to share with such entity any compensation received by A&M in connection with the Chapter 11 Cases.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: November 20, 2025     Alvarez & Marsal North America, LLC


By:   */s/ Mark Rajcevich*   
Name:  Mark Rajcevich
Title:   Managing Director

**Schedule A**

[List of Potential Parties in Interest][1]

---

[1]    Pursuant to the Creditor Matrix Order [Docket No. 117], the Debtors were "authorized, but not directed, to redact all personally identifiable information of Individuals or any other natural person on … documents filed with the Court."  Creditor Matrix Order, ¶ 3.  Accordingly, this Schedule A redacts the names of individuals identified, except certain individuals whose identities have been publicly disclosed through other filings in the Chapter 11 Case.  Parties in interest may, in accordance with the Creditor Matrix Order, request an unredacted version of this Schedule A by following the procedures set forth in the Creditor Matrix Order.  *See id.*

**Bankruptcy Judges**
Chief Judge Eduardo V. Rodriguez
Judge Alfredo R Pérez
Judge Christopher M. Lopez
Judge Jeffrey P. Norman
Judge Marvin Isgur

**Bankruptcy Professional – Retained**
Alvarez and Marsal
Hunton Andrews Kurth LLP
Joele Frank
Latham & Watkins
Lazard
Omni Agent Solutions

**Banks/Lender/UCC Lien**
**Parties/Administrative Agents**
Amazon Treasury Cash Management
Avana
Banco Bilbao Vizcaya Argentaria, New
    York Branch
Banco Santander, S.A., New York Branch
Bayerische Landesbank, New York Branch
BayernLB Holding AG
Bid Administrator LLC
Blackstone Inc.
Brookfield Asset Management Ltd.
C T Corporation System
C. Jackson Horne DBA Charles E. Horne
Canadian Solar (USA) Inc.
Capital Bank, N.A.
Carlyle Global Credit Investment
    Management L.L.C
Caterpillar Financial Services Corporation
Celtic
Churchill Renewables Energy Finance LLC
CIT Bank
CIT Bank, N.A., as Collateral Agent
CITI BANK
City National Bank
CoBank
Corporation Service Company
Corporation Service Company, as
    Representative
Crestmark

Crestmark, A Division of Metabank,
    National Association
De Lage Landen Financial Services, Inc.
Deutsche Bank
Deutsche Bank Trust Company Americas
Enhanced Capital
Everlasting Resources, LLC
Fifth Third Bancorp
First Financial Holdings, LLC
First Solar, Inc.
First-Citizens Bank & Trust Company
FNB Equipment Finance
FP Solar Development I LLC
Fundamental
Fundamental Advisors LP
Name on File
GC PGR Holdco, LLC
Generate Lending, LLC
GreatAmerica Financial Services
    Corporation
Greenprint Capital Management LLC
JP Morgan Chase
Komatsu Financial Limited Partnership
Kubota Credit Corporation, U.S.A.
Live Oak Bank
Live Oak Banking Company
Lloyds
Macquarie
Marsh McLennan Agency
Mativ Holdings, Inc.
Midland States Bank
Mitsubishi UFJ Financial Group, Inc.
MMA 2021 Dev Holdco
Moorhead Brothers, Inc.
Morgan Stanley
MPC FED CI Energy Fund III LLC
    (Monarch)
MPC FED Lantana Solar
MUFG
MUFG Bank, Ltd.
MUFG Union Bank, N.A.
National Bank of Canada
Nextracker LLC DBA Nextracker Inc.
Norddeutsche Landesbank- Girozentrale
Norddeutsche Landesbank, New York
    (Nord)

Pathward Financial, Inc.
Pathward, National Association
Pinnacle Bank
Red Stone
RES America Developments Inc.
Santander
Seminole
Siemens
Singlepoint / US Bank
SMBC
Societe Generale
Sol Systems
Solar Construction Lending, LLC
Solar Development Lending, LLC
SolCap
SolCap + Monarch
Standard Chartered
Sumitomo Mitsui Finance & Leasing Co.,
    Ltd.
The Canadian Imperial Bank of Commerce,
    New York Branch
The Carlyle Group Inc.
Torys LLP
Truist Bank
U.S. Bank National Association
United Community Bank (UCB)
US Bank
WebBank
West Town Bank & Trust
Western Equipment Finance
Wilmington Trust, National Association
Zions Bancorporation, N.A.
Zions Bank

**<u>Debtors</u>**
BF Dev Holdco Pledgor, LLC
BF Dev Holdco, LLC
Blue Northern Power, LLC
Blue Ridge Power Holding Company, LLC
Blue Ridge Power, LLC
Blue Ridge Solar, LLC
BRP Construction, Inc.
BRP HBC Guarantor, LLC
BRP HBC Holdco, LLC
Cascade Dev Holdco, LLC
Cascade NTP Holdco, LLC

Cascade Pledgor, LLC
Catalina Solar Borrower, LLC
Catalina Solar Holdings, LLC
FP 2021 Dev Holdco, LLC
GA Solar 5, LLC
GH Pledge Borrower, LLC
Grande Holdco Borrower II, LLC
Grande Holdco Borrower, LLC
Grande Holdco, LLC
Limewood Bell Renewables LLC
Lotus Solar, LLC
Magnolia Solar Development LLC
NPA 2023 Holdco, LLC
NPA PGR Blocker Holdco, LLC
NPA Polaris DevCo Holdco, LLC
NPA Polaris DevCo Pledgor, LLC
NPA Polaris OpCo Holdco, LLC
Old Hayneville Solar, LLC
PG Dev Carver Holdco, LLC
PGC Solar Holdings Holdco I, LLC
PGC Solar Holdings Holdco II, LLC
PGC Solar Holdings I Managing Member,
    LLC
PGC Solar Holdings I, LLC
PGR 2020 Lessor 7, LLC
PGR 2021 Fund 13, LLC
PGR 2021 Fund 17, LLC
PGR 2021 Fund 18, LLC
PGR 2021 Fund 4, LLC
PGR 2021 Fund 9, LLC
PGR 2021 Holdco 11, LLC
PGR 2021 Holdco 12, LLC
PGR 2021 Holdco 13, LLC
PGR 2021 Holdco 15, LLC
PGR 2021 Holdco 17, LLC
PGR 2021 Holdco 18, LLC
PGR 2021 Holdco 19, LLC
PGR 2021 Holdco 4, LLC
PGR 2021 Holdco 9, LLC
PGR 2021 Manager 13, LLC
PGR 2021 Manager 17, LLC
PGR 2021 Manager 18, LLC
PGR 2021 Manager 4, LLC
PGR 2021 Manager 9, LLC
PGR 2022 Fund 1, LLC
PGR 2022 Fund 2, LLC

PGR 2022 Fund 4, LLC
PGR 2022 Fund 5, LLC
PGR 2022 Fund 8, LLC
PGR 2022 Fund 9, LLC
PGR 2022 Holdco 1, LLC
PGR 2022 Holdco 2, LLC
PGR 2022 Holdco 8, LLC
PGR 2022 Holdco 9, LLC
PGR 2022 Manager 1, LLC
PGR 2022 Manager 2, LLC
PGR 2022 Manager 4, LLC
PGR 2022 Manager 5, LLC
PGR 2022 Manager 8, LLC
PGR 2022 Manager 9, LLC
PGR 2022 Sponsor Holdco, LLC
PGR 2023 Fund 1, LLC
PGR 2023 Fund 6, LLC
PGR 2023 Holdco 1, LLC
PGR 2023 Lessee 6, LLC
PGR 2023 Manager 1, LLC
PGR 2023 Manager 6, LLC
PGR 2024 Sponsor Holdco, LLC
PGR Blocker Holdco, LLC
PGR Blue Ridge Power Holdings, LLC
PGR Carver Holdco, LLC
PGR CC Affiliate Purchaser LLC
PGR Guarantor, LLC
PGR Holdco GP, LLC
PGR Holdco, LP
PGR MS Affiliate Purchaser LLC
PGR Procurement, LLC
PGR Signature Fund 1 Manager, LLC
Pine Gate Asset Management, LLC
Pine Gate Assets, LLC
Pine Gate Carver Holdings, LLC
Pine Gate Dev Holdco, LLC
Pine Gate Development, LLC
Pine Gate Energy Capital, LLC
Pine Gate EPC, LLC
Pine Gate Fund Management, LLC
Pine Gate O&M, LLC
Pine Gate Renewables, LLC
Polaris DevCo Borrower A, LLC
Polaris DevCo Borrower B, LLC
Polaris DevCo Pledgor A, LLC
Polaris DevCo Pledgor B, LLC

Polaris OpCo Borrower B, LLC
Polaris OpCo Pledgor A, LLC
Polaris OpCo Pledgor B, LLC
PW Blocker Holdco, LLC
PW Revolver Borrower, LLC
Rio Lago Solar, LLC
Solar Carver 1, LLC
Solar Carver 3, LLC
Stowe Solar, LLC
Sunstone Solar 1, LLC
Sunstone Solar 2, LLC
Sunstone Solar 3, LLC
Sunstone Solar 4, LLC
Sunstone Solar 5, LLC
Sunstone Solar 6, LLC
Sunstone Solar, LLC
West River Solar, LLC

**Director/Officer**
Arden, Todd
Bartels, Patrick
Besherse, Chaye
Bielenberg, Aaron
Catt, Benjamin
Dunbar, Chris
Goldman, Neal
Hall, Judith
Holland, Michael
Lloyd, Clint
North, Phil
Ortega, James
Ortiz, Rick
Osmars, Kim
Ramu, Laxman
Ross, Jeffrey
Sanders, David
Saxon, Jonathan
Shem, Raymond
Smith, Steve
Stein, Douglas
Transier, Bill
Wartell, Michael
Weber, Bru
White, Martin
Zinman, Jonathan

**Insurance**

ACE American Insurance Company
AFCO Premium Credit LLC
AIG Mergers and Acquisitions Insurance
    Group
AIG Specialty Insurance Company
ALBUS
Allianz Global Risks US Insurance
    Company
Allianz Underwriters Insurance Company
Allied World Assurance Company (U.S.)
    Inc.
Ambridge Partners LLC
AmTrust EXEC
Amwins Insurance Brokerage LLC
Amwins Insurance Brokerage of Georgia
Aon Risk Services Northeast, Inc.
Arch Specialty Insurance Company
Archer Transactional
Ascot Underwriting Limited
ASQ Underwriting
Aviva Insurance Company
AXIS Surplus Insurance Company
Balance Partners, LLC
Beazley Insurance Company, Inc.
Berkshire Hathaway Specialty Insurance
    Company
Birch Risk Advisors
BlueChip Underwriting Services LLC
Brit Syndicates Limited
CFC Underwriting Limited
Chubb
Chubb Custom Insurance Company
Chubb Financial Lines
Chubb North American Claims
Chubb Property Claims
Claims Manager Of National Claims
    Services
CNA Claims Reporting
Continental Casualty Company
Convex Insurance UK Ltd
CRC Insurance Services Inc
DUAL Commercial LLC
DUAL Transactional Risk
Endurance American Specialty Insurance
    Company

Ethos Specialty Insurance Services
Euclid Transactional, LLC
Evanston Insurance Company
Everest Indemnity Insurance Company
Everest National Insurance Company
Evergreen Resources, LLC - Structured
    Investments Team
Falcon Claims Services
Firstar Development, LLC
Fortegra Specialty Insurance Company
Fusion Specialty Americas Insurance
    Services LLC Excess Tax Indemnity
Gallagher Bassett
Gemini Insurance Company
General Security Indemnity Company of
    Arizona
Great American E&S Insurance Company
Hartford Fire Insurance Company
HDI Global Specialty SE
Hiscox Insurance Company Inc.
Homeland Insurance Company of New York
Houston Specialty Insurance Company
Howden
Hudson Insurance Company
Illinois Union Insurance Company
Lexington Insurance Company
Liberty Mutual Insurance Europe SE
Liberty Surplus Insurance Corporation
Liberty Surplus Insurance Corporation (A
    New Hampshire Stock Insurance
    Company)
Lloyd's America
Lloyds of London
Lloyd's Syndicate
Markel International Insurance Company
    Limited
Marsh Specialty
Marsh USA LLC
Mosaic Americas Insurance Services LLC
Munich Re Syndicate
National Union Fire Insurance Co Pittsburgh
    PA
Navigators Specialty Insurance Co
Old Republic Union Insurance Company
Palms Insurance Company
Partnerre Ireland Insurance DAC

Power Energy Risk
QBE Specialty Insurance Company
QBE UK Limited
Resilience Cyber Insurance Solutions
Roche Freedman LLP
RP Underwriting, Inc.
RSG Insurance Services of Canada Limited
RSG Underwriting Managers, LLC
Ryan Transactional Risk
Starr Indemnity & Liability Company
Starr Surplus Lines Insurance Company
Swiss Re Corporate Solutions Capacity
    Insurance Corporation
Talbot Specialty Insurance Services Inc.
The Burlington Insurance Company
The Princeton Excess and Surplus Lines
    Insurance Company
Themis Capital LLP
Travelers Excess & Surplus Lines Company
U.S. Bancorp Community Development
    Corporation
United Specialty Insurance Company
VALE Insurance Services, LLC
Venture Underwriters LLC
Volante International Limited
Volante Specialty Risk, LLC
Wesco Insurance Company
Westchester Surplus Lines Insurance Co
Westfield Specialty Insurance Company
Westfield Specialty LTD
Zurich American Insurance Company
Zurich Excess Select Insurance Policy

**Known Affiliates – JV**
Ace High Solar, LLC
ACT Power Services Holding Company
    Guarantor, LLC
ACT Power Services Holding Company,
    LLC
ACT Power Services, LLC
ACT WTB Project Holdco, LLC
Agate Solar, LLC
Alabaster Solar, LLC
Alabaster Storage LLC
Alight Solar, LLC
Allora Solar, LLC

ALLUVIAL POWER LLC
Alpha Value Solar, LLC
Althea Solar LLC
Amaryllis Solar, LLC
Amazonite Solar, LLC
Amethyst Solar, LLC
Amphion Solar, LLC (fka Blue Heron Solar,
    LLC)
Amphion Storage, LLC
Anchors Aweigh Solar, LLC
Andromeda Solar, LLC
Apex Solar, LLC (fka Pruitt Solar 1, LLC)
Appalachian Data Center, LLC
Aquadale Solar, LLC
Ark Solar, LLC
Aster Solar, LLC
Atkinson Solar II, LLC
Autumn Sage Storage, LLC
Ayars Solar, LLC fka Ayers Solar, LLC
    (req. to be dissolved rec.)
BACK BAY SOLAR, LLC
Badlands Solar, LLC
Baffin Bay Storage, LLC f/k/a Baffin Bay
    Solar. LLC
Baltzer Solar, LLC
Banjo Solar, LLC
Banner Solar, LLC
Barberry Solar, LLC
Barksdale Branch Solar, LLC
Barnwell Solar, LLC
Bay Laurel Solar, LLC
Bayou Solar, LLC
Beacon Solar, LLC (fka Fowl Solar, LLC)
Bear Claw Solar, LLC
Bear Creek Solar, LLC
Beaver Bayou LLC
Beaver Creek Solar, LLC
Beaver Point Solar, LLC
Bedlam Solar, LLC
Bee Balm Solar, LLC
Bell Song Solar, LLC
Belle Storage, LLC
Bergamot Solar, LLC
Berrien Solar, LLC
Beulah Solar, LLC
Bigham Solar, LLC

Bighorn Solar, LLC
Billings Solar, LLC
Birch Solar, LLC
Black Lab Solar, LLC
Black Swamp Solar, LLC
Bladenboro Farm 2, LLC - Fund F
Blanco Creek Solar, LLC
Blue Granite Solar, LLC
Blue Hen Storage, LLC
Blue Jacket Storage, LLC
Blue Moon Solar, LLC
Blue Ridge Infrastructure, LLC
Blue Ridge Power
Blue Ridge Solar, LLC fka Greeley Solar,
    LLC (Project Entity)
Blue Topaz Solar, LLC
Bluegrass Solar, LLC
Bolo Solar, LLC
Bonefish Solar, LLC
BRE NC Solar 3, LLC
Breezeway Solar, LLC
Brick City Solar, LLC
Brightwood Solar LLC
Broadway Road Solar, LLC
Brown Rabbit Solar, LLC fka Rutherford
    Solar, LLC
Broxton Solar, LLC fka Woodbury Solar,
    LLC fka Kolomoki Solar, LLC
Bruni Solar, LLC
Brush Creek Solar, LLC
BT Jungmann, LLC
Bucktail Solar, LLC
Buffalo Grass Solar, LLC (fka Sunspiration
    Solar, LLC)
Bulldog Solar, LLC
Bush Knob Solar, LLC
Buttercup Solar, LLC
Cabin Creek Solar, LLC fka Flat Top Solar,
    LLC
Cactus Wren Solar, LLC
Caelum Solar, LLC
Caleana Solar, LLC
Calico Storage, LLC
Callisto Solar, LLC
Camellia Solar, LLC
Camelot Solar, LLC

Camelot Storage, LLC
Cameron Solar II, LLC
Cane Creek Solar, LLC
Cardinal Solar, LLC
Carnelian Solar, LLC
Carolina Wren Solar, LLC
Carpenter Storage, LLC
Cash Solar, LLC
Caspian Solar, LLC
Cassia Solar, LLC
Catalina Solar, LLC (fka Aquarius Solar,
    LLC)
Cathcart Solar, LLC fka Dan River Solar,
    LLC
Cavalier Storage, LLC
Cavalry Solar, LLC
Cedar Elm Solar, LLC
Cedar Grove Solar, LLC
Celestine Solar, LLC
Centerfield Cooper Solar, LLC
Champion Solar, LLC - Fund D
Chelios Solar, LLC
Cherry Tree Solar, LLC
Chicory Solar, LLC (fka Le Printemps
    Solar, LLC)
Chowan Jehu Road Solar, LLC
Circinus Solar, LLC
Citrine Solar, LLC
Clarksbury Solar, LLC
Claxton Solar Project, LLC
Clear Sky Storage 1, LLC
Clear Spring Branch Solar, LLC
Clipper Solar, LLC
Clovelly Solar, LLC
Clovis Storage, LLC fka Clovis Solar, LLC
CL-Viaduct LLC
Cobalt Solar, LLC
Cochran Storage, LLC
Collett Solar, LLC
Columbiana Solar, LLC
Coogee Solar, LLC
Cool Breeze Solar, LLC
Cool Breeze Storage, LLC
Copperwood Solar, LLC
Corvus Solar, LLC
Coxton Lake Solar, LLC

Coyote Prowl Solar, LLC
Coyote Prowl Storage, LLC
Crepe Myrtle Solar, LLC
Crescent Solar, LLC f/k/a Cresent Solar, LLC
Crossvine Solar, LLC
Cubera Solar, LLC
Dalumi Fund 1, LLC
Dalumi Holdco 1, LLC
Dalumi Lessee 1, LLC
Dalumi Lessor 1, LLC
Dalumi Manager 1, LLC
Damselfly Solar, LLC
Danielson Pike Solar, LLC
Dark Star Solar, LLC
Darlington Solar, LLC
Day Tripper Storage, LLC (fka Day Tripper Solar, LLC)
DAYBREAK DEVELOPMENT SERVICES LLC
Dayglow Solar, LLC
Daylily Solar, LLC
De Tilla Solar, LLC
Deep Dish Solar, LLC
Desert Solitaire Solar, LLC
Desert Willow Solar, LLC
Dew Drop Solar, LLC
Diadem Solar, LLC
Digeronimo Storage, LLC
Dobra Solar, LLC
Donich Farms Solar, LLC
Drawhorn Solar, LLC
Drift Creek Solar, LLC
Driftwood Solar, LLC
Dwarf Lake Solar, LLC
Dwiggins Place LLC
Earthshine Solar, LLC
East Atmore Solar, LLC fka Hecate Energy East Atmore LLC
Eastover Solar, LLC
Eclipse Solar, LLC
Elevate Solar, LLC
Emerson Solar, LLC (fka Adonis Blue Solar, LLC)
Erhardt Solar, LLC

ESA Albemarle NC, LLC fka ESA Silver Mine, LLC
ESA Four Oaks 2 NC LLC
ESA Hamlet NC LLC
Estrella Solar, LLC
Evans Solar, LLC
Excalibur Solar, LLC
Fable Solar, LLC
Fairgrounds Solar, LLC
Falling Feather Solar, LLC
Falling Feather Storage, LLC
Fathom Storage, LLC
FCM RESOURCES, LLC
Ferguson Solar, LLC
Fiddlehead Solar, LLC
Fieldmouse Solar, LLC
Filo Solar, LLC
Firewheel Tech, LLC
First Rate Solar, LLC
Fishtrap Solar, LLC
Flat Water Solar, LLC
Flycatcher Solar, LLC
Flywheel Solar, LLC
Foley Solar, LLC fka Hecate Energy Foley LLC
Forsythia Solar, LLC
Founder Solar, LLC
Four Craters Solar, LLC
Foxglove Solar, LLC
Freedom Solar, LLC - Fund C
Freight Line Solar, LLC (fka Argonite Solar, LLC)
Fresh Air Energy XI, LLC
Fresh Air Energy XLI, LLC
Fresh Air Energy XXIII, LLC
Fresh Air Energy XXXII, LLC
Fresh Air Energy XXXVII, LLC
Gateway Solar, LLC
Ginseng Solar, LLC
Gleaming Solar, LLC
Glisten Solar, LLC
Glover Creek Solar, LLC
Goldenseal Solar, LLC
Goldilocks Solar, LLC
Gransolar Texas One, LLC
Grapefruit Solar LLC f/k/a Zeta Solar, LLC

Graphite Solar, LLC
Gray Fox Solar, LLC
Great Lake Solar, LLC
Great River Solar, LLC
Greenrock Solar, LLC
Grethel Solar, LLC
Grissom Solar, LLC
Gunsight Solar, LLC (fka Blue Ridge Solar, LLC fka Wix Solar, LLC)
Hail State Solar, LLC
Haley Solar, LLC - Fund D
Hallam Solar, LLC
Hampton Solar I, LLC
Happy Lake Solar, LLC
Harkey Solar, LLC
Hawkeye Solar, LLC
Hawkins Energy LLC
Hawthorn Blossom Storage, LLC
Hazel Green Solar, LLC
HCE Moore I, LLC
Heartland Solar LLC
Heath Storage, LLC
Hematite Solar, LLC
Herkimer Solar, LLC
Hesper Solar, LLC
High Street Solar, LLC
Highest Power Solar, LLC
Hightower Solar, LLC
Ho-Fel Solar, LLC
Home Team Solar, LLC
Honeycrisp Solar LLC
Honeysuckle Solar, LLC
Hook Storage, LLC
House Solar, LLC
Ibis Solar, LLC
Illuminate Solar, LLC
Infinity Storage, LLC
Ironwood Storage, LLC
IRRADIANT FINANCIAL SERVICES, LLC
Jasper Storage, LLC
Jasper Tech, LLC
Java Solar, LLC (fka Angler Solar, LLC)
Jefferson Solar, LLC
Journey Solar, LLC
Julia Solar LLC

Juniper Creek Renewables, LLC
Juniper Flats Solar, LLC
Juniper Solar, LLC (fka Golden Solar II, LLC)
Kalkaska Solar, LLC
Kalliope Storage, LLC
Kami Solar, LLC
Keystone Crest Solar, LLC
Kingfisher Solar, LLC (fka Zinnia Solar, LLC)
Knotty Pine Solar, LLC
La Vida Storage, LLC
Landrace Holdings, LLC
Lane Solar Farm, LLC
LAUREL CREEK HOLDINGS II, LLC
Lavender Solar LLC
Leatherwood Solar, LLC (fka Snapdragon Solar, LLC - TX formed entity]
Liberty Solar, LLC
Lick Creek Solar, LLC (fka Walnut Cove Solar, LLC
Lighthorse Solar, LLC
Lincoln Electric Storage, LLC
Linden Solar, LLC
Lindsey Storage, LLC
Little Bluestem Solar, LLC
Logan Solar, LLC
Loge Storage. LLC
Long Bridge Solar, LLC
LONGLEAF HOLDINGS COMPANY, LLC
LONGLEAF INTERMEDIATE HOLDINGS COMPANY, LLC
Longleaf Solar, LLC fka Longleaf Pine, LLC
Macon County Solar Project, LLC
Magenta Solar LLC
Magpie Storage, LLC
Mallard Solar, LLC
Mantia Storage, LLC
Marbleberry Solar LLC
Mariette Solar, LLC
Marquardt Storage, LLC
Mas Storage, LLC
Mesquite Solar, LLC
Midland-Wiregrass Solar Project, LLC

Millers Chapel Solar Farm, LLC
Minke Solar, LLC
Mistletoe Solar, LLC
Mitchell Solar and Storage, LLC
MMA 2021 Dev Holdco, LLC
Mockingbird Solar, LLC
Mohea Solar Energy Center, LLC
Monarch Energy LLC
Monterey Solar, LLC
Montgomery Solar, LLC
Moon Glow Solar, LLC
Moonshot Solar, LLC
Moonstone Solar, LLC
Moose Solar, LLC
Moosetrack Solar, LLC
Morgan Solar, LLC
Morning Glory Solar, LLC
Morven Solar, LLC
Napier Storage, LLC
Natural State Solar, LLC
Nighthawk Solar, LLC
NorWest Energy 14, LLC - Fund C
NorWest Energy 7, LLC - Fund D
NPA PGR 2022 Sponsor Holdco, LLC
Nykaza Storage, LLC
Oakwood Solar Farm, LLC
Odyssey Solar, LLC
Oklahoma Rose Solar, LLC
Oklahoma Rose Storage LLC
Old River Solar, LLC
Old Train Solar, LLC
Olin Creek Farm Solar, LLC
Opal Solar, LLC
Ophir Solar, LLC
Orange Blossom Solar, LLC
Orange Otter Storage, LLC
Orangeburg County Solar Project, LLC
Orchard Solar, LLC
OSD Main Street Solar, LLC
OSLH, LLC
Osprey Solar, LLC
Outshine Solar, LLC
Overman Solar, LLC
Oxbow Solar, LLC
Paddlefish Storage, LLC
Page Solar Farm, LLC

Palmer Circle Solar, LLC
Panther Creek Solar, LLC f/k/a Indian Lake
    Solar, LLC
Paradise Solar, LLC
Parker Branch Solar, LLC
Peanut Solar, LLC
Pearl Solar LLC
Pegasus Solar, LLC
Pelham Solar, LLC (fka North Haverbrook
    Solar, LLC)
Pennyroyal Solar, LLC
Peony Solar, LLC - Fund G
Peregrine Solar, LLC
Peridot Solar, LLC
Perquimans Solar, LLC
Persimmon Solar, LLC
PGD Blue Ridge Power Holdings, LLC
PGR 2020 Fund 7, LLC
PGR 2020 Fund 8, LLC
PGR 2020 Fund 9, LLC (fka PGR
    SIGNATURE FUND 10, LLC)
PGR 2020 Lessee 7, LLC
PGR 2020 Lessee 8, LLC (Sugar)
PGR 2020 Lessee 9, LLC (fka PGR
    SIGNATURE LESSEE 10, LLC)
PGR 2020 Lessor 8, LLC (Sugar)
PGR 2020 Lessor 9, LLC (FKA PGR
    Signature Lessor 10, LLC)
PGR 2020 Manager 7, LLC
PGR 2020 Manager 8, LLC
PGR 2020 Manager 9, LLC (fka PGR
    SIGNATURE MANAGER 10, LLC)
PGR 2021 Fund 1, LLC
PGR 2021 Fund 11, LLC
PGR 2021 Fund 12, LLC (Cabin Creek)
PGR 2021 Fund 15, LLC
PGR 2021 Fund 19, LLC (Allora)
PGR 2021 Fund 2, LLC
PGR 2021 Fund 3, LLC
PGR 2021 Fund 5, LLC
PGR 2021 Fund 6, LLC
PGR 2021 Fund 7, LLC
PGR 2021 Fund 8, LLC
PGR 2021 Lessee 1, LLC
PGR 2021 Lessee 11, LLC
PGR 2021 Lessee 12, LLC (Cabin Creek)

PGR 2021 Lessee 13, LLC (Sonny)
PGR 2021 Lessee 15, LLC
PGR 2021 Lessee 17, LLC (Eastover)
PGR 2021 Lessee 18, LLC (Landrace)
PGR 2021 Lessee 19, LLC (Allora)
PGR 2021 Lessee 2, LLC
PGR 2021 Lessee 20, LLC
PGR 2021 Lessee 21, LLC
PGR 2021 Lessee 3, LLC (Brightwood,
    Broadway, Wyse Fork)
PGR 2021 Lessee 4 School House, LLC
PGR 2021 Lessee 4 Stratford, LLC fka PGR
    2021 Lessee 4, LLC
PGR 2021 Lessee 4 Viaduct, LLC
PGR 2021 Lessee 5, LLC
PGR 2021 Lessee 6, LLC (High Shoals)
PGR 2021 Lessee 7, LLC
PGR 2021 Lessee 8, LLC
PGR 2021 Lessee 9, LLC (Buldog)
PGR 2021 Lessor 1, LLC
PGR 2021 Lessor 11, LLC
PGR 2021 Lessor 12, LLC (Cabin Creek)
PGR 2021 Lessor 13, LLC (Sonny)
PGR 2021 Lessor 15, LLC
PGR 2021 Lessor 17, LLC (Eastover)
PGR 2021 Lessor 18, LLC (Landrace)
PGR 2021 Lessor 19, LLC (Allora)
PGR 2021 Lessor 2, LLC
PGR 2021 Lessor 20, LLC
PGR 2021 Lessor 21, LLC
PGR 2021 Lessor 3, LLC (Brightwood,
    Broadway, Wyse Fork)
PGR 2021 Lessor 4 School House, LLC
PGR 2021 Lessor 4 Stratford, LLC (fka
    PGR 2021 Lessor 4, LLC)
PGR 2021 Lessor 4 Viaduct, LLC
PGR 2021 Lessor 5, LLC
PGR 2021 Lessor 6, LLC (High Shoals)
PGR 2021 Lessor 7, LLC
PGR 2021 Lessor 8, LLC
PGR 2021 Lessor 9, LLC (Bulldog)
PGR 2021 Manager 1, LLC
PGR 2021 Manager 11, LLC
PGR 2021 Manager 12, LLC (Cabin Creek)
PGR 2021 Manager 15, LLC
PGR 2021 Manager 19, LLC

PGR 2021 Manager 2, LLC
PGR 2021 Manager 20, LLC
PGR 2021 Manager 21, LLC
PGR 2021 Manager 3, LLC
PGR 2021 Manager 5, LLC
PGR 2021 Manager 6, LLC
PGR 2021 Manager 7, LLC
PGR 2021 Manager 8, LLC
PGR 2022 Fund 3, LLC (Marley)
PGR 2022 Fund 6, LLC (Wolf Pit Branch)
PGR 2022 Fund 7, LLC
PGR 2022 Holdco 4, LLC
PGR 2022 Holdco 5, LLC
PGR 2022 Lessee 1, LLC (VL)
PGR 2022 Lessee 2, LLC (PH, C, EN,
    Thigpen)
PGR 2022 Lessee 3, LLC (Marley)
PGR 2022 Lessee 4, LLC
PGR 2022 Lessee 5, LLC (MS)
PGR 2022 Lessee 7, LLC
PGR 2022 Lessee 8, LLC (Porter)
PGR 2022 Lessee 9, LLC
PGR 2022 Lessor 1, LLC (VL)
PGR 2022 Lessor 2, LLC (PH, C, EN,
    Thigpen)
PGR 2022 Lessor 3, LLC (Marley)
PGR 2022 Lessor 4, LLC
PGR 2022 Lessor 5, LLC (MS)
PGR 2022 Lessor 6, LLC (Wolf Pit)
PGR 2022 Lessor 7, LLC
PGR 2022 Lessor 8, LLC (Porter)
PGR 2022 Lessor 9, LLC
PGR 2022 Manager 3, LLC (Marley)
PGR 2022 Manager 6, LLC (Wolf Pit
    Branch)
PGR 2022 Manager 7, LLC
PGR 2023 Fund 2, LLC
PGR 2023 Fund 3, LLC f/k/a PGR 2021
    Fund 10, LLC
PGR 2023 Fund 4, LLC f/k/a PGR 2021
    Fund 14, LLC (Two Hearted)
PGR 2023 Fund 5, LLC f/k/a PGR 2021
    Fund 16, LLC (West River)
PGR 2023 Holdco 2, LLC
PGR 2023 Holdco 3, LLC
PGR 2023 Holdco 4, LLC (Two Hearted)

PGR 2023 Holdco 5, LLC f/k/a PGR 2021
   Holdco 16, LLC (West River)
PGR 2023 Lessee 1, LLC
PGR 2023 Lessee 2, LLC
PGR 2023 Lessee 3, LLC f/k/a PGR 2021
   Lessee 10, LLC
PGR 2023 Lessee 4, LLC f/k/a PGR 2021
   Lessee 14, LLC (Two Hearted)
PGR 2023 Lessee 5, LLC f/k/a PGR 2021
   Lessee 16, LLC (West River)
PGR 2023 Lessor 1, LLC
PGR 2023 Lessor 2, LLC
PGR 2023 Lessor 3, LLC f/k/a PGR 2021
   Lessor 10, LLC
PGR 2023 Lessor 4, LLC f/k/a PGR 2021
   Lessor 14, LLC (Two Hearted)
PGR 2023 Lessor 5, LLC f/k/a PGR 2021
   Lessor 16, LLC (West River)
PGR 2023 Manager 2, LLC
PGR 2023 Manager 3, LLC f/k/a PGR 2021
   Manager 10, LLC
PGR 2023 Manager 4, LLC f/k/a PGR 2021
   Manager 14, LLC (Two Hearted)
PGR 2023 Manager 5, LLC f/k/a PGR 2021
   Manager 16, LLC (West River)
PGR ESA JV Holdco, LLC
PGR Fund A, LLC
PGR Fund B, LLC
PGR Fund C, LLC
PGR Fund D, LLC
PGR Fund E, LLC
PGR Fund F, LLC
PGR Fund G, LLC
PGR Fund H, LLC
PGR Fund I, LLC
PGR Fund K, LLC (Novel 1-5)
PGR Fund L, LLC
PGR Fund M, LLC
PGR Fund O, LLC
PGR Fund P, LLC
PGR ITC Holdco, LLC
PGR Lessee A, LLC
PGR Lessee B, LLC
PGR Lessee C, LLC
PGR Lessee D, LLC
PGR Lessee E, LLC

PGR Lessee F, LLC
PGR Lessee G, LLC
PGR Lessee H, LLC
PGR Lessee I, LLC
PGR Lessee K, LLC
PGR Lessee L, LLC
PGR Lessee M, LLC
PGR Lessee O, LLC
PGR Lessor A, LLC
PGR Lessor B, LLC
PGR Lessor C, LLC
PGR Lessor D, LLC
PGR Lessor E, LLC
PGR Lessor F, LLC
PGR Lessor G, LLC
PGR Lessor H, LLC
PGR Lessor I, LLC
PGR Lessor K, LLC
PGR Lessor L, LLC
PGR Lessor M, LLC
PGR Lessor O, LLC
PGR Lessor P, LLC
PGR Longleaf Holdco, LLC
PGR Main Street Holdco, LLC
PGR Manager A, LLC
PGR Manager B, LLC
PGR Manager C, LLC
PGR Manager D, LLC
PGR Manager E, LLC
PGR Manager F, LLC
PGR Manager G, LLC
PGR Manager H, LLC
PGR Manager I, LLC
PGR Manager K, LLC
PGR Manager L, LLC
PGR Manager M, LLC
PGR Manager O, LLC
PGR Manager P, LLC
PGR PJM 2022, LLC fka PGR 2021 Fund
   20, LLC
PGR Project Affiliates Holdco, LLC
PGR Project Holdings, LLC
PGR Signature Fund 1, LLC
PGR Signature Fund 2 Manager, LLC
PGR Signature Fund 2, LLC
PGR Silver Holdco, LLC

PGR TX 1, LLC fka PGR 2021 Fund 21, LLC
PGR Wind DevCo, LLC
PGR Wind, LLC
Pheasant Solar, LLC
Phobos Solar, LLC (fka Ron Waters Solar, LLC fka Prospect Solar 2, LLC)
Piccolo Solar, LLC
Pika Solar, LLC
Pine Gate Market Guarantor, LLC
Pine Gate Mid-Atlantic, LLC
Pine Gate Mid-Continental, LLC
Pine Gate New Markets, LLC
Pine Gate Real Estate, LLC
Pine Valley Solar Farm, LLC
Pink Panda Storage, LLC
Pinto Solar, LLC (fka Golden Solar, LLC, fka Sashay Solar, LLC)
Piping Plover Solar, LLC
Polaris DevCo Borrower C, LLC
Polaris DevCo Pledgor C, LLC
Polaris OpCo Borrower A, LLC
Polaris OpCo Borrower C, LLC
Polaris OpCo Holdco A, LLC
Polaris OpCo Holdco B, LLC
Polaris OpCo Holdco C, LLC
Polaris OpCo Pledgor C, LLC
Ponderosa Pine Storage, LLC
Ponytail Solar LLC
Porter Solar, LLC fka Lantana Solar, LLC
Prairie Agate Solar, LLC
Prairie Rose Solar, LLC
Primrose Solar, LLC
Promise Solar, LLC
Pronghorn Solar, LLC
Purple Cat Storage, LLC
Quaker Creek Farm Solar, LLC
Quarter Horse Farm, LLC
Quayside Solar, LLC
Quiver River Solar, LLC
Raccoon Run Solar, LLC
Radiant Rock Solar, LLC
Rainbow Solar, LLC
Ramses Solar, LLC
Rankin Solar Center, LLC

Rebecca Solar, LLC fka Moultrie Solar, LLC fka Middleton Solar, LLC
Red Hills Solar LLC
Reedy Solar, LLC
Revolution Solar, LLC
Rhythm Solar, LLC
Richardson Solar LLC
Riding Hood Solar, LLC fka Wolf Solar, LLC
Rise and Shine Solar, LLC
Roan Solar, LLC
Robin Solar, LLC
Rock Fish Solar, LLC
Rockhill Storage, LLC
Rose Solar, LLC
Royal Solar, LLC
Royalton Solar, LLC
Runnymede Solar, LLC fka Eli Branch Solar, LLC
Sadiebrook Solar, LLC
Sage Pine Dev Holdco, LLC (fka Slash Pine Dev Holdco, LLC)
Sagebrush Solar, LLC
Salt Creek Solar, LLC
Salt Solar LLC
Saluda Solar II, LLC
Sandbar Storage, LLC
Sanderson Solar, LLC
Sandersville Solar, LLC
Sandhills Solar, LLC
Sandy Solar, LLC (fka Trotman Road Solar, LLC fka Shiloh Sandy Hook Solar, LLC)
Satellite Solar, LLC
Saw Solar, LLC
Sawtell Solar, LLC
Saylor Solar, LLC
SCE Project Holdings, LLC
Scotch Bonnet Solar, LLC
Seabass Solar, LLC
Seaspray Solar, LLC
Sego Lily Storage, LLC
Selena Solar, LLC
Shamrock Solar, LLC
Shamrock Storage, LLC
Sheep Solar, LLC - Fund C

Shell Solar, LLC
Shenandoah Solar, LLC
Shiloh Hwy 1108 Solar, LLC
Shining Penny Solar, LLC
Signature USB Fund 9, LLC
Signature USB Lessee 9, LLC
Signature USB Lessee 9B, LLC
Signature USB Lessor 9, LLC
Signature USB Lessor 9B, LLC
Signature USB Manager 9, LLC
Silver Creek Intermediate, LLC
Silver Pine Energy Holdings, LLC
Silverbell Solar, LLC
Silverbell Storage, LLC
Silverthorn Solar, LLC
Silverthorn Storage, LLC
Silverton Solar, LLC - Fund C
Sirin Solar, LLC
Sirius DevCo Borrower 2, LLC
Sirius DevCo Borrower, LLC
Sirius DevCo Pledgor 2, LLC
Sirius DevCo Pledgor, LLC
Sirius OpCo Borrower 2, LLC
Sirius OpCo Borrower, LLC
Sirius OpCo Holdco 2, LLC
Sirius Opco Holdco, LLC
Sirius OpCo Pledgor 2, LLC
Sirius OpCo Pledgor, LLC
Sisal Solar, LLC
Skyway Solar, LLC
Snapdragon Solar, LLC
Snow Angel Solar, LLC
SolarCulture, LLC
Solheim Solar, LLC f/k/a Emblaze Solar, LLC
Solstice Solar, LLC
Soluga Farms IV LLC
Sonny Solar, LLC
Southern Current One, LLC
Southwick Solar Farm, LLC
SP Solar 1, LLC
SP Solar 5, LLC
SP Solar 6, LLC
SP Solar 7, LLC
SP Solar 8, LLC
Splendid Glow Solar, LLC

Spring Hope Solar 3, LLC
St. Matthews Solar, LLC
Stanly Solar, LLC
Star Garnet Solar, LLC
Stargaze Solar, LLC
Stargaze Storage LLC
Steelhead Solar, LLC
Stingray Solar, LLC
Stratford Solar Center, LLC
Suffolk Solar, LLC
Sugar Solar, LLC fka Sinclair Solar, LLC fkaCraven Solar, LLC
Sugarbowl Solar, LLC (fka Coreopsis Solar, LLC)
Sun Farm VIII, LLC
Sundance Solar, LLC
Sunflower Solar LLC
Sunrise Solar, LLC
Sunshine Acres Solar, LLC
Susana Storage, LLC
Swallowtail Solar, LLC
Swamp Fox Solar, LLC
Swiftwater Solar, LLC
Talisheek Solar, LLC
Tarvos Solar, LLC
Tarvos Storage, LLC
Teal Rooster Storage, LLC
Themisto Solar, LLC
Thigpen Farms Solar, LLC
Thinking Tree Solar, LLC
Three Bridge Farm, LLC
Titaness Solar, LLC
Tordillo Creek Solar, LLC (fka Cibolo Solar, LLC)
Tourmaline Solar, LLC
Trailblazer Solar, LLC
Traveling Light Solar, LLC
Trent River Holdco, LLC
Trent River Solar Mile Lessee, LLC (merged w/ fka PGR Lessee P, LLC)
Trent River Solar, LLC
Tucker Solar, LLC
Turquoise Solar, LLC
TWE Bowman Solar Project, LLC - Fund L
Twin Oaks Solar, LLC (fka Karol Solar II, LLC)

Two Hearted Solar, LLC fka Smith Solar,
    LLC fka Prospect Solar 1, LLC
Umber Nittany Storage, LLC
UN-School House LLC
USB Signature Fund 1 Sponsor, LLC
Vero Solar, LLC
Vesta Solar, LLC
Virginia Line Solar, LLC
Vista Solar, LLC
Vivid Ray Solar, LLC
Walleye Solar LLC
Warrenton Solar 1, LLC
West Lancaster Storage, LLC
Western Branch Solar, LLC
Whelk Solar, LLC
Whimbrel Solar, LLC
Whippoorwill Solar, LLC
Whiskey Lessee, LLC
Whiskey Lessor, LLC
Whiskey Managing Member, LLC
Whiskey Solar, LLC
White Spruce Solar, LLC
Wild Horse Solar, LLC
Wild Indigo Solar, LLC
Wildflower Solar, LLC (fka Golden
    Dewdrop Solar, LLC)
Windy Acres Solar, LLC
Winged Dove Storage, LLC fka Palomas
    Solar, LLC
Winterberry Solar, LLC
Wishbone Storage, LLC
Wishing Well Solar, LLC
Withrow Storage, LLC
Wolf Pit Branch Solar, LLC
Wolf Solar, LLC
Wood Duck Solar, LLC
Woodbridge Solar, LLC
Woodfields Solar, LLC
Woodley Solar, LLC
Woodline Solar, LLC - Fund D
Worth Solar, LLC fka Sasser Solar 2, LLC
Wright Solar, LLC
Wyse Fork Solar Farm, LLC
Yellow Bear Storage, LLC
Zenith Solar, LLC
Zephyr Solar, LLC

Zeus Solar, LLC

**Litigation**
151 Aggregate, LLC
All-Phase Power & Controls, Inc
Name on File
Andres Boger of Boger Family Trust
Andy Garcia as Trustee of Boger Family
    Trust
Name on File
Birch Creek Development, LLC
    Headquarters
Bottom Line Equipment, LLC
Name on File
Name on File
Champion Defense Shooting Complex, LLC
Champion Defense, LLC
Champion Sportsman's Club, LLC
Coronal Project Development, LLC
Creed's Lake, Inc.
Name on File
Name on File
Cypress Creek Solutions, LLC
Davis Engineering & Surveying LLC
Name on File
ESA Renewables
Eunice Boger of Boger Family Trust
Evergreen Working Capital
G.A.P Restoration Services
G.A.P. Restoration Services, LLC
Great Midwest Insurance Company
Green River Engineering & Consulting, Inc.
Greenrise Technologies, LLC
Holocene Finance
Houston Heavy Machinery, LLC
JMC Equipment, LLC
Meridian Renewable Energy, LLC
Name on File
Name on File
Name on File
Name on File
Name on File
Name on File
Nevels Properties, LLC
Novel Energy Solutions, LLC
Name on File

14

Name on File
PT Corporation, Inc.
Name on File
Name on File
Silicon Ranch Corporation
SR EPC, LLC
The Hanover Insurance Company.
Name on File
Name on File
Name on File

**Significant Equity Holder**
Catt, Benjamin
Dunbar, Chris
Generate Capital
Healthcare of Ontario Pension Plan
Luster, James
Shem, Raymond

**Surety & Letters of Credit – Beneficiaries**
151 Aggregate, LLC
AEP Texas Inc.
Alabama Department of Transportation
Alabama Licensing Board for General
    Contractors
Alabama Power Company
Alton Post Office Solar, LLC
Amazon Energy LLC
Ameren Illinois Company DBA Ameren
    Illinois
Apple Energy, LLC
Arevon Energy, Inc.
Blue Moon Energy LLC
Bottom Line Equipment, LLC
Branch Solar, LLC
Brazos Electric Power Cooperative, Inc.
Byrne Solar, LLC
California Contractors State License Board
Catalina Solar, LLC
Central Texas Stone and Aggregate, LLC
Cherokee County, SC
Chesterfield County, SC
City of Suffolk
Commonwealth Edison Company
Commonwealth of Pennsylvania
    Department of Transportation

Commonwealth of Virginia
Consumers Energy Company
Contractors Bonding and Insurance
    Company
County of Isle of Wight, Virginia
Court of Common Pleas, Lexington County,
    SC
CP Energy Marketing (US) Inc.
Danville Farm, LLC
Department of Community Development,
    Charles City County
Department of Transportation, An Agency
    of the State of North Carolina
Deschutes County, A Political Subdivision
    of the State of Oregon
Deutsche Bank Trust Company Americas
Dominion Energy South Carolina, Inc.
Dominion Energy Virginia
Duke Energy Business Services LLC
Duke Energy Carolinas, LLC
Duke Energy Corporation
Duke Energy Progress, LLC
Duke University
Electric Transmission Texas, LLC
Florence County, South Carolina
Florida Construction Industry Licensing
    Board
Foxglove Solar Project, LLC
Franklin County, CA
Fresh Air Energy XXXVII, LLC
G.A.P Restoration Services, LLC
Gaston County
Georgia Power Company
Granville County
Greenwood County
Guadalupe Valley Electric Cooperative, Inc.
Guilford County
Hackett Bonds & Insurance Services
Halifax County Solar LLC
Horry County
Houston Heavy Machinery, LLC
Irradiant Partners, LP
Isle of Wight County
JMC Equipment, LLC
Jones County
Jones Farm Lane Solar, LLC

15

Keydet Solar Center, LLC
Lightfoot Solar, LLC
Limewood Bell Renewables LLC
Lone Star Solar, LLC
LSR Equipment Enterprises, LLC
Maryland Solar LLC
Meta Platforms, Inc
MidAmerican Energy Company
Midcontinent Independent System Operator, Inc.
Mississippi Power Company
Moonshot Solar, LLC
MUFG Bank, Ltd.
MUFG Union Bank, N.A.
Mundra Solar PV Limited
Mustang Rental Services
Nextracker LLC
Nickel Rock, LLC
North Carolina Department of Transportation
North Carolina Electric Membership Corporation
Northhampton County, North Carolina
Oiva Hannula & Sons Inc
Old Hayneville Solar, LLC
Oncor Electric Delivery Company LLC
Platteview Solar, LLC
Polmer LLC
Porter Solar LLC
Portland General Electric Company
PT Corporation, Inc.
Public Service Company of New Mexico
REV Drill Sales and Rentals, Inc.
Rio Lago Solar, LLC
Roth East Side, LLC
Sanford/Lee County Planning & Development Department
Sentry Electrical Group, Inc.
Shipsterns Solar, LLC
Sidecat LLC
South Carolina Department of Transportation (SCDOT)
South Carolina Electric & Gas Company
South Carolina Public Service Authority
Southern Company Services, Inc.
Southern Current LLC

Southwest Power Pool, Inc.
State of Arizona
State of Arkansas
State of Mississippi
State of Oregon
State of South Carolina, Department of Transportation
State of Tennessee, Department of Commerce and Insurance, Board for Licensing Contractors
Surbrook Solar, LLC
The State of Oklahoma, Ex Rel. Construction Industries Board
Town of Carver
Town of Cumberland
Traxplus
Tri-State Drilling, LLC
Tri-State Generation and Transmission Association, Inc.
Umatilla Electric Cooperative Association
Vietnam Sunerqy Joint Stock Company
Virginia Electric and Power Company
Virginia Electric and Power Company, A Virginia Public Service Corporation
Willford Solar, LLC
Wilmington Trust National Association
Windy Acres Farm, LLC
Yadkin County
Yamhill County

**<u>Surety & Letters of Credit – Issuers</u>**
Aon Risk Insurance Services West, Inc.
Aon Risk Services Northeast, Inc
Arch Insurance Company
Argonaut Insurance Company
Ascot Surety & Casualty Company
Atlantic Specialty Insurance Company
Australia and New Zealand Banking Group Limited
AXIS Insurance Company
Banco Bilbao Vizcaya Argentaria S.A.
Bank of America NA
BBVA, S.A.
CoBank, ACB
Constellation NewEnergy, Inc.
Continental Indemnity Company

Credit Agricole Corporate and Investment
   Bank
Great American Insurance Company
Liberty Mutual Insurance Company
Lloyds Bank Corporate Markets PLC
Markel Insurance Company
Marsh
National Bank of Canada, New York Branch
Nationwide Mutual Insurance Company
Pennsylvania Insurance Company
Philadelphia Indemnity Insurance Company
PJM Interconnection, L.L.C.
PJM Settlement, Inc.
RLI Insurance Company
SiriusPoint America Insurance Company
Societe Generale
Sumitomo Mitsui Banking Corporation
SureTec Insurance Company
Swiss Re Corporate Solutions America
   Insurance Corporation
Swiss Re International SE, Niederlassung
The Bank of Nova Scotia
The Hanover Insurance Company
Travelers Casualty and Surety Company of
   America
U.S. Bank National Association
United States Fire Insurance Company
Westchester Fire Insurance Company
XL Specialty Insurance Company
Z Bank AG, New York Branch

**Taxing Authority / Governmental /
Regulatory Agencies**
Banera County Tax Assessor-Collector
Guadalupe County Tax Office
Isle of Wight County
Milam County Tax Assessor-Collector
Mississippi Department of Revenue
Orange Country, North Carolina
Tax Appraisal District of Bell County
Town of Carver
Yadkin County Tax Collector (NC)

**Top 30 Creditors**
Aerotek, Inc.

APA Solar, LLC
Array Tech Inc
Aubrey Silvey Enterprises, Inc.
DC Solar Solutions, LLC
Directional Services, Inc.
Fall Line Construction
Gwinnups Restoration and Environmental
   Service Inc
JB Electric and Solar LLC
Lonestar Electric Supply
LPL Solar, LLC
M.J. Electric, LLC
Nextracker LLC
OMCO Solar LLC
Origis USA, LLC
PACK Power LLC
Power Construction JR
Sacramento Drilling, Inc.
Shoals Technologies Group, LLC
Skyline Steel LLC
Soltec Tracker, Inc.
SR EPC, LLC and Silicon Ranch
   Corporation
Sungrow USA Corporation
Terrasmart, Inc.
The Boldt Company
TSEA Energy
United Rentals
Waaree Solar Americas Inc
West Florida Fence
WHC, LLC

**U.S. Trustee Office**
Epstein, Kevin M.
Jimenez, Andrew
Sall, Millie Aponte
Thomas, Aubrey
Travis, C. Ross
Wright, Gary

**Utilities**
AT&T
Capital Waste Services LLC
CenturyLink QC
Charter Communications
City of Asheville

City of Kinston
CompostNow Inc.
Dominion Energy North Carolina, Inc.
Dominion Energy South Carolina, Inc.
Duke Energy Progress
Edgefield County Water and Sewer
    Authority (SC)
ERC Broadband
Fayetteville Public Water Commission
GFL Environmental Inc.
Laurens County Water and Sewer
    Commission
O & B Water Supply Corporation
Republic Services
Spectrum Business
Verizon Wireless

**Vendors**
2Bros Resources, LLC
Abacus (Embruse Spend)
Adaptive Construction Solutions, Inc.
Aderis Energy LLC
ADP, Inc.
AEP Texas, Inc.
Aerotek, Inc.
AFCO Credit Corporation
Alabama Department of Revenue
Alliance Clean Energy, Inc.
Allied Resources Technical Consultants,
    Inc.
All-Phase Power & Controls, Inc
Ally Payment Processing Center
Amazon Energy, LLC
American Clean Power Assoc (ACPA)
American Energy Action
American Wire Group, LLC
ANS Geo Inc
Aon Risk Insurance Services West Inc
APA Solar, LLC
Array Tech, Inc.
Arteche USA Inc
Artex Risk Solutions Inc.
Aspen Investments, Inc
AT&T
Atwell, LLC
Aubrey Silvey Enterprises, Inc.

Azora America, LLC
Baker Botts LLP
Banco Santander, S.A.
Bandera County Tax Office
Bandera Electric Cooperative, Inc.
Bandera ISD Education Foundation
Barrow & Barrow, PA
Bechtel Infrastructure and Power Corp
Beitzel Corporation
Belltown Power Texas 2, LLC
Birch Risk Advisors, LLC
Blanchard Machinery Company
Blanco Tackabery & Matamoros, P.A.
Blue Cross & Blue Shield NC
Bonham Public Relations LLC
Bonneville Power Administration
Booth & Associates, LLC
Bora Power LLC
Bradley Arant Boult Cummings LLP
Brent Scarbrough & Company, Inc.
Brookfield Power US Asset Management
    LLC
Burr & Forman, LLP
C&C Land Services, LLC
Cambria Co Assoc for Blind & Handicapped
Campbell Oil Company
Canadian Solar (USA), Inc.
Cantsink Manufacturing, LLC
Captura Solar LLC
Carlyle Investment Management, LLC
Carolina Solar Services, LLC
Carolina Sunrock LLC
Carter Machinery Co. Inc.
Caterpillar Financial Services Corp
CDW Direct LLC
Chicago Title Insurance Company (NY)
CIT Bank
City Electric Supply Company
Civil Design Concepts, PA
CNC Safety, LLC
Conductor Power LLC
C-Phase Services, LLC
Cypress Creek Solutions LLC
Davey Resource Group, Inc.
DC Solar Solutions, LLC
Delaware Life Insurance Company

Delta Dental of North Carolina
Deutsche Bank Trust Company Americas
Directional Services, Inc.
Dis-Tran Package Substations Engineering
Dis-Tran Packaged Substations, LLC
DNV GreenPowerMonitor USA Inc.
Dominion Energy South Carolina, Inc.
Don Borneke Construction, Inc.
Double K Holdings, LLC
Draw Enterprises, Inc.
Dudley Land Company
Duke Energy Progress
Duke University
Duncan Road LLC
East Carolina Commercial Services LLC
Eastern Group, LLC
Eastern Site Services LLC
ECS Southeast, LLP
Electrical Power Products Inc
Elevated Staffing Support, LLC
Elgin Power Solutions
EMA Electromechanics, Inc.
Emburse, Inc.
Encompass Services, LLC
EnerNex LLC
Enertis Solar, Inc.
Enhancement Solutions, Inc.
Entergy Services, LLC
Enterprise FM Trust
Environmental Consulting & Technology
    Inc
Environmental Solutions & Innovations Inc
Enviroscience, Inc.
Epperson Farms, LLC
Ethos Specialty Insurance Services LLC
ETI Energy Tools LLC
Fall Line Construction LLC
FCI
Fiix
First American Title Insurance Company
First Community Title, LLC
First Financial Holdings, LLC
Ford Credit
Fortress Fencing, LLC
Forvis Mazars, LLP
Name on File

FTC Solar Inc
Full Tilt Logistics, LLC
Fundamental Partners IV LP
Fundamental Renewables, LLC
G&S Fence and Deck, LLC
Gallagher Evelius & Jones LLP
GameChange Solar Corp
GE Grid Solutions, LLC
Generate Capital, PBC
Genesis 360 LLC
Geo-Hydro Engineers, Inc
Georgia Transmission Corporation
GE-Prolec Transformers, Inc.
GexPro
Gibson Dunn & Crutcher LLP
Gill Drilling Services Inc
Givler Engineering
Grant Thornton Advisors LLC
Great Bay Renewables Management LLC
Great Lakes Petroleum Co
Greenburg Traurig LLP
Greenrise Technologies LLC
Gregory Poole Equipment Company
GroundWork Renewables Inc
Gwinnups Restoration and Environmental
    Service Inc
Hanwha Q Cells USA, Corp
HardHat Workforce Solutions, LLC
Hartford Life and Accident Insurance
    Company
HASI Foley, LLC
HASI Old Hayneville, LLC
HCC Life Insurance Company
HDR Engineering, Inc. of the Carolinas
Healthcare Of Ontario Pension Plan
    (HOOPP)
Heavy Construction Systems Specialists
    LLC
Hecate Energy Group, LLC
Highmark Resources
Hilco Transport, Inc
Hitachi Energy USA Inc.
Huron Consulting Services, LLC
Husch Blackwell LLP
Hydro Green Erosion Control LLC
Hypower, LLC

IFS North America Inc
J. E. Oswalt & Sons Heavy Hauling & Rigging, Inc
JB Electric and Solar LLC
JB Group of LA, LLC
JH Stewart Family, LLC
Jones Borregos Ltd.
Jones Power, LLC
Jones Walker LLP
JST Power Equipment, Inc.
Juniper Development Partners, LLC
K2 Renew NW LLC
Karamtara Engineering Pvt Limited
Kazmarek Mowrey Cloud Laseter LLP
K-Co Enterprises, Inc
Kerr Consulting
Kimley-Horn and Associates, Inc.
Kirkland & Ellis LLP
Kubota Credit Corporation USA
Kubota Credit-Lease Corp, USA
Kutak Rock LLP
Landscape Design of Goldsboro, Inc
Liberty, LLC
Locke Lord LLP
Logistics Plus, Inc.
Lone Mountain Ranch, LLC
Lonestar Electric Supply
Lott & Searcy, LLP
LPL Solar, LLC
LS Electric America Inc.
Luck Stone Corporation
M.D. Henry Co., Inc.
M.G. Dyess, LLC
M.J. Electric, LLC
Mars Transformers, LLC
Marsh Engineering Services
Marsh USA Inc
Martin Marietta Materials, Inc.
McDermott Will & Emery LLP
Merit SI Technologies, LLC
Name on File
Name on File
Midland Equipment Financial
Milbank LLP
Millennium Insurance Company, Ltd.
Minnesota Native Landscapes Inc

MISO Energy
Mississippi Department of Revenue
Moore & Van Allen PLLC
Moorhead Brothers, Inc.
MUFG Bank Ltd
Mundra Solar Energy Limited
Mundra Solar PV Limited
Muth Electric, Inc.
National Bank of Canada
NC Concrete Service LLC
Nebraska Hydroseeding
Needham Farm, LLC
NEI Electric Power Engineering, Inc.
Neumiller Farms Inc.
Nextracker LLC
nFront Consulting LLC
NoBull Energy LLC
Nolan Transportation Group, LLC
Nor-Cal Controls ES, Inc.
Norddeutsche Landesbank, New York
Norton Rose Fulbright US LLP
NPA 2023 Holdco LLC
NQS D and B LLC
Ocean Blue NMB, LLC
Old Hayneville Solar, LLC
Old Republic National Title Insurance Company
OMCO Solar LLC
One Source Freight, LLC
Oracle America, Inc.
Origis USA, LLC
Orrick Herrington & Sutcliffe LLP
Owens Realty Services
P9 GCP Houston I-10
PACK Power LLC
Paco Steel & Engineering Corp.
Parker Poe Adams & Bernstein LLP
Paul Hastings LLP
Peckar & Abramson, P.C.
Peeler Four Star Holdings, LLC
PGAM
PGOM
PGR ITC
PGR Procurement
PGRenew
Piedmont, LLC

Pinnacle Bank
PJM Interconnection LLC
Power Construction G Inc
Power Construction JR
Power Engineers Incorporated
Pralar USA, Inc.
PraXel Utility Services
Principal Life Insurance Company
Probity Group LLC
Procore Technologies, Inc.
ProFoam, LLC
Pro-Vigil, Inc.
Pure Power Contractors LLC
Pure Power Engineering, Inc.
PureEnergy Renewable Solutions LLC
PW Revolver Borrower
PWC US Business Advisory LPP
QBI Solutions
QT Corporation
R Crofters LLP
Raleigh Marriott City Center
Raymond Arvell Jungmann
Renew Safety Solutions LLC
Renewable Energy Integration Group, LLC
RES America Developments, Inc.
Resa Service, LLC
REV Renewables
Rio Lago Solar, LLC
Robert Half Inc.
Robert Half International
Rohl Global Networks LP
RSM US LLP
RTS Solar Works LLC
Sacks Surveying & Mapping PC
Sacramento Drilling, Inc.
Sage Supply LLC
Salesforce.com, Inc.
SAM Surveying And Mapping, LLC
Shackelford Construction & Hauling LLC
Shad C Shaw Family Trust
Shermco Industries, Inc
Shoals Technologies Group, LLC
Siemens Industry Inc
Silver Creek Energy, LLC
Site Construction Solutions
Skyline Steel LLC

SMA America, LLC
Societe Generale
Solar Cuts LLC
Solforce Solutions LLC
SOLogistics LLC
Soltec Tracker, Inc.
South Texas Electric Cooperative Inc
Southeastern Excavating & Land Clearing
Southern Company Services, Inc
Southern Turf Farm LLC
Southwest Power Pool, Inc.
Staffing Support Solutions, LLC
Standard Chartered Bank
Stanley Construction Company, Inc.
Stewart Title Guaranty Company
Stoel Rives LLP
Substation Enterprises, Inc.
Sumitomo Mitsui Banking Corp, NY
    (SMBC)
Sumitomo Mitsui Finance
Summit Electric Supply Co., Inc.
Sunbelt Equipment Marketing, Inc.
Sunbelt Rentals, Inc
Sungrow USA Corporation
SWCA, Incorporated
Techline, Inc.
Terabase Energy, Inc.
Terracon Consultants, Inc.
Terrasmart, Inc.
Tetra Tech, Inc.
The Boldt Company
The Community Foundation of Western
    North Carolina
The Erosion Company, LLC
The Hartford
The Omni Grove Park Inn
Timmons Group Inc
TMEIC Corporation Americas
TRC Environmental Corporation
Trimark Associates Inc.
TSEA Energy
Ulteig Engineers Inc
Umatilla Electric Cooperative Association
United Rentals
Utility Engineering, LLC
UtilityPower, LLC

Valmont Industries Inc.
Veritas Logistics, LLC
Verizon Wireless
Vernon Ave Investments LLC
Vertex, Inc.
Vertical Walls Inc
VFP, Inc.
Vietnam Sunergy Joint Stock Company
Virginia Transformer Corp
Vision Directional Drilling, Inc.
Voltage, LLC
Vulcan Construction Materials, LLC
Waaree Solar Americas Inc
Wake Stone Corporation
WECS Renewables
WEG Transformers USA, LLC
Weisiger Group Inc. DBA Carolina CAT
Wesco Distribution, Inc.
West Florida Fence
Western Land Services
Westervelt Company, The
WEX Inc
WHC, LLC
Willscot Mobile Mini
Wilmington Trust, National Association
Wind Turbine & Energy Cables Corp
Winston & Strawn, LLP
Wofford Streamworks LLC
Woodlands Energy Renewables, LLC
Zions Bancorporation, National Assoc.

**Schedule B**

[Potential connections or related parties]

**Current and Former Clients of A&M and/or its Affiliates** [1]

Abacus (Now Emburse Spend)
ACE American Insurance Company
ADP, Inc. (ACH)
Aerotek, Inc.
AIG Specialty Insurance Company
Alabama Power Company
Allianz Global Risks US Insurance Company
Allied World Assurance Company (U.S.) Inc.
Alluvial Power
Ally Payment Processing Center
AM Trust Exec
Amazon Treasury Cash Management
Aon Risk Services Northeast, Inc.
Arch Insurance Company
Array Tech Inc
Arteche USA Inc
Artex Risk Solutions Inc.
Ascot Surety & Casualty Company
ASQ Underwriting
AT&T
Atlantic Specialty Insurance Company
Australia and New Zealand Banking Group Limited
Aviva Insurance Company
Axis Insurance Company
Azora America, LLC
Balance Partners, LLC
Bank of Nova Scotia, The
Bayerische Landesbank, New York
BBVA, S.A.
Beazley Insurance Company, Inc.
Berkshire Hathaway Specialty Insurance Company
Blackstone Inc.
BlueChip Underwriting Services LLC
Blue Cross & Blue Shield NC
Boldt Company, The
Brit Syndicates Limited
Brookfield Asset Management Ltd
Burlington Insurance Company, The

Canadian Imperial Bank of Commerce, New York Branch, The
Canadian Solar (USA), Inc.
Capital Waste Services LLC
Carlyle Investment Management, LLC
Caterpillar Financial Services Corp
Celtic
Centurylink QC
CFC Underwriting Limited
Charter Communications
Chicago Title Insurance Company (NY)
Churchill Renewables Energy Finance LLC
CIT Bank
Citibank
City National Bank
CNA Claims Reporting
Cobank
Continental Casualty Company
Continental Indemnity Company
Convex Insurance UK LTD
Coronal Project Development, LLC
Corporation Service Company
CP Energy
CRC Insurance Services Inc
Credit Agricole Corporate and Investment Bank
Crestmark
Cypress Creek Solutions, LLC
De Lage Landen Financial Services, Inc.
Delta Dental of North Carolina
Deutsche Bank Trust Company Americas
Dual Commercial LLC
DUAL Transactional Risk
Duke Energy Business Services LLC
Duke University
Emburse Inc.
Endurance American Specialty Insurance Company
Enertis Solar, Inc
Enhanced Capital
Entergy Services, LLC
Evergreen Resources, LLC - Structured Investments Team

---

[1] A&M and/ or an affiliate is currently providing or has previously provided certain consulting or interim management services to these parties or their affiliates (including equity holders and joint venture parties) or, with respect to those parties that are investment funds or trusts, to their portfolio or asset managers or their affiliates in wholly unrelated matters.

Environmental Consulting & Technology Inc
Ethos Specialty Insurance Services
Euclid Transactional, LLC
Everest Indemnity Insurance Company
Fifth Third Bancorp
First American Title Insurance Company
Firstar Development, LLC
First-Citizens Bank & Trust Company
First Financial Holdings, LLC
FNB Equipment Finance
Foley Solar, LLC fka Hecate Energy Foley LLC
Ford Credit
Fundamental
Fusion Specialty Americas Insurance Services LLC Excess Tax Indemnity
Gallagher Bassett
GE Grid Solutions, LLC
Gemini Insurance Company
General Security Indemnity Company of Arizona
Generate Capital
Georgia Power Company
GFL Environmental Inc.
Grant Thornton Advisors LLC
Great American Insurance Company
Greenburg Traurig LLP
Greenprint Capital Management LLC
Hanover Insurance Company, The
Hanwha Q Cells USA, Corp
Hartford, The
HCC Life Insurance Company
HDI Global Specialty SE
HDR Engineering, Inc. of the Carolinas
Healthcare of Ontario Pension Plan
Heavy Construction Systems Specialists LLC
Hiscox Insurance Company Inc.
Hitachi Energy USA Inc
Houston Specialty Insurance Company
Howden
Hudson Insurance Company
Hunton Andrews Kurth LLP
Huron Consulting Services, LLC
Husch Blackwell LLP

IFS North America Inc.
Illinois Union Insurance Company
Irradiant Partners, LP
Joele Frank
John Hancock
JP Morgan Chase
Juniper Development Partners, LLC
Kirkland & Ellis LLP
Lazard
Lexington Insurance Company
Liberty Surplus Insurance Corporation
Lincoln Electric Storage, LLC
Live Oak Bank
Lloyds Bank Corporate Markets Plc
Lloyds of London
Logistics Plus, Inc.
Lone Star Solar LLC
Macquarie
Markel Insurance Company
Marsh USA LLC
Martin Marietta Materials, Inc.
Mativ Holdings, Inc.
Meta Platforms, Inc.
Midcontinent Independent System Operator, Inc.
Moore & Van Allen PLLC
Morgan Stanley
Mosaic Americas Insurance Services LLC
MPC FED CI Energy Fund III LLC (Monarch)
MUFG Bank, Ltd
Munich Re Syndicate
Mustang Rental Services
National Bank of Canada, New York Branch
National Union Fire Insurance Co Pittsburgh PA
Nationwide Mutual Insurance Company
Navigators Specialty Insurance Co
Norddeutsche Landesbank, New York (Nord)
Old Republic National Title Insurance Company
Oncor Electric Delivery Company LLC
Oracle America, Inc.
Origis USA, LLC
Palms Insurance Company

PartnerRe Ireland Insurance DAC
Pathward Financial, Inc
Pennsylvania Insurance Company
Philadelphia Indemnity Insurance Company
Princeton Excess and Surplus Lines, The
    Insurance Company
Principal Life Insurance Company
Probity Group LLC
Procore Technologies, Inc.
PWC US Business Advisory LPP
QBE Specialty Insurance Company
Raleigh Marriott City Center
Republic Services
REV Renewables
Robert Half International
RP Underwriting, Inc.
RSG Insurance Services of Canada Limited
Ryan Transactional Risk
Salesforce.com, Inc.
Santander
Shermco Industries, Inc
Shoals Technologies Group, LLC
Siemens
Silicon Ranch Corporation
Singlepoint / US Bank
Societe Generale
Sol Systems
Solar Development Lending, LLC
SolCap
Standard Chartered
Starr Surplus Lines Insurance Company
Stewart Title Guaranty Company 4853
Sumitomo Mitsui Banking Corporation
Swiss Re Corporate Solutions America
    Insurance Corporation
Talbot Specialty Insurance Services Inc.
Tetra Tech, Inc.
Travelers Excess & Surplus Lines Company
Trent River Solar Mile Lessee, LLC
    (merged w/ fka PGR Lessee P, LLC)
Trimark Associates Inc.

Truist Bank
TSEA Energy
United Community Bank (UCB)
United Rentals
United States Fire Insurance Company
US Bank
VALE Insurance Services, LLC
Valmont Industries Inc.
Verizon Wireless
Vertex Inc.
Volante International Limited
Wesco Insurance Company
West Town Bank & Trust
Westfield Specialty Insurance Company
Wex, Inc.
WHC, LLC
Wilmington Trust National Association
Winston & Strawn, LLP
XL Specialty Insurance Company
Zions Bancorporation, National Assoc.
Zurich American Insurance Company

**Board Members[2]**
Arden, Todd
Bartels, Patrick
Goldman, Neal
Holland, Michael
Transier, Bill
Wartell, Michael

**Government and Regulatory[3]**
Commonwealth of Pennsylvania
    Department of Transportation
Commonwealth of Virginia
State of Arizona
State of Arkansas
State of Mississippi
State of Oregon

---

[2] These parties or their affiliates are board members
of other clients or former clients of A&M or their
affiliates in wholly unrelated matters.

[3] A&M and/or an affiliate is currently providing or
has provided certain consulting or interim
management services to these government entities or
regulatory agencies in wholly unrelated matters.