## EXHIBIT A

**Cowan Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

```
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
PINE GATE RENEWABLES, LLC, et al.,                      :   Case No. 25-90669 (CML)
                                                        :
            Debtors[1]                                  :   (Jointly Administered)
                                                        :
------------------------------------------------------- x
```

## DECLARATION OF
## TYLER COWAN IN SUPPORT OF THE DEBTORS'
## APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING
## THE RETENTION AND EMPLOYMENT OF LAZARD FRÈRES
## & CO. LLC AS INVESTMENT BANKER TO THE DEBTORS AND
## DEBTORS IN POSSESSION, EFFECTIVE AS OF THE PETITION DATE

I, Tyler Cowan, pursuant to 28 U.S.C. § 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.     I am Global Head of and a Managing Director in the Restructuring & Liability Management Group at Lazard Frères & Co. LLC ("*Lazard*"), the primary U.S. operating subsidiary of a preeminent international financial advisory and asset management firm founded in 1848, which has its principal office at 30 Rockefeller Plaza, New York, New York 10012.  I am authorized to execute this declaration (the "*Declaration*") on behalf of Lazard and in support of the application (the "*Application*")[2] of the Debtors for authority to retain and employ Lazard as

---

[1]     A complete list of each of the Debtors in these chapter 11 cases (the "*Chapter 11 Cases*") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/PGR.  The Debtors' mailing address for the purposes of the Chapter 11 Cases is 130 Roberts Street, Asheville, North Carolina 28801.

[2]     Capitalized terms used, but not otherwise defined herein, shall have the meaning ascribed to such terms in the Application.

their investment banker in the Chapter 11 Cases, as of the Petition Date.  Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.[3]  Lazard, together with its predecessors and affiliates, has been advising clients around the world for over 175 years. Lazard has dedicated professionals who provide restructuring services to its clients.

2.     The current managing directors, directors, vice presidents, associates, and analysts of Lazard have extensive experience working with financially troubled companies and creditors thereof in complex financial restructurings, both out-of-court and in chapter 11 proceedings. Lazard and its principals have been involved as advisors to debtors, creditors, equity constituencies and government agencies in numerous reorganization cases.  Since 1990, Lazard's professionals have been involved in over 500 restructurings, representing over $1 trillion in debtor assets.

3.     Lazard was retained by the Debtors pursuant to the Original Engagement Letter dated as of June 23, 2025, as amended and superseded by the Engagement Letter dated as of August 1, 2025 and the Indemnification Letter, dated August 27, 2021,[4] copies of which are annexed to the Proposed Order as **Exhibit 1** and **Exhibit 2**, respectively.

4.     The Debtors and Lazard negotiated the Fee and Expense Structure to function as and be an interrelated, integrated unit, in correspondence with Lazard's services, which Lazard renders not in parts, but as a whole.  It would be contrary to the intention of Lazard and the Debtors for any isolated component of the entire Fee and Expense Structure to be treated as sufficient consideration for any isolated portion of Lazard's services.  Instead, the Debtors and Lazard intend

---

[3]     Certain disclosures herein relate to matters within the personal knowledge of other professionals at Lazard and are based on information provided by them.

[4]     Furthermore, Lazard was already intimately familiar with the Debtors and their operations prior to 2025, having initially been engaged by the Debtors on August 27, 2021 to explore a possible financing or sale transaction, and of which, the Indemnification Letter executed therein remains in full force and effect.

that Lazard's services be considered and be compensated by the Fee and Expense Structure in its entirety.

5.      Since being retained by the Debtors in June 2025, Lazard has advised and assisted the Debtors in connection with among other things, (a) evaluating strategic and financial alternatives to improve the Debtors' capital structure, liquidity and overall financial position; (b) assisting the Debtors in marketing its assets, business units, and the entire Pine Gate business; and (c) negotiating terms and conditions of financings and related transactions, including the debtor-in-possession financing approved by the Court on an interim basis.  *See* Interim DIP Order [Docket No. 132].  In providing the foregoing and other prepetition services, Lazard has worked closely with the Debtors' management team and their advisors, and has become well-acquainted with the Debtors' capital structure, liquidity needs, and business operations.

6.      In connection with its proposed retention by the Debtors in the Chapter 11 Cases, Lazard obtained from the Debtors and/or their counsel the names of individuals and entities that may be parties-in-interest in the Chapter 11 Cases (the "***Potential Parties in Interest***").  The categories of the Potential Parties in Interest are listed on **Schedule 1**, annexed hereto.  Lazard then compared the names of the Potential Parties in Interest with the names of entities that have entered into engagement agreements with Lazard in the last three years.  To the extent that this inquiry revealed that any of the Potential Parties in Interest (or their apparent affiliates or entities that Lazard believes to be affiliates, as the case may be) entered into any such engagement agreements with Lazard within the last three years, such parties are listed on **Schedule 2** annexed hereto other than as set forth herein.  To the best of my knowledge and belief, Lazard's representation of each entity listed on **Schedule 2** (or their apparent affiliates or entities that Lazard believes to be affiliates, as the case may be) was or is only on matters that are unrelated to the

Debtors and the Chapter 11 Cases. In addition, Lazard has, since August 2021, represented Debtor Pine Gate Renewables, LLC with respect to an equity and capital raise transaction that closed in 2022 and since then, continued dialogue with Debtor Pine Gate Renewables, LLC on possible alternatives transactions leading up to execution of the Engagement Letter and these Chapter 11 Cases. Other than as set forth herein or as listed on **Schedule 2**, I am unaware of any investment banking engagements of Lazard by the Potential Parties in Interest within the last three years. Given the size of Lazard and the breadth of Lazard's client base, however, it is possible that despite the

good-faith efforts described herein Lazard may now or in the future be retained by one or more of the Potential Parties in Interest in unrelated matters without my knowledge. To the extent that Lazard discovers or enters into any new, engagement agreement with Potential Parties in Interest, I will supplement this Declaration.

7.      In addition to the parties listed on **Schedule 2**, Lazard may also represent, or may have represented, affiliates, equity holders or sponsors of Potential Parties in Interest and Lazard may have worked with, continue to work with, have or had mutual clients with, been represented by and/or advised certain accounting and law firms that are Potential Parties in Interest (and, in the case of law firms, may have entered into engagement agreements in which the law firm was named as client although the work was performed for a mutual client of Lazard's and the applicable law firm). Lazard may also represent, or may have represented in the past, committees or groups of lenders or creditors in connection with certain restructuring or refinancing engagements, which committees or groups may include, or have included, entities that are Potential Parties in Interest. Certain of the Potential Parties in Interest may also be vendors and/or have other non-investment banking relationships with Lazard.

8.     Although Lazard has researched the Potential Parties in Interest list, the Debtors may have customers, creditors, competitors, and other parties that are not included as Potential Parties in Interest and with whom Lazard may maintain business relationships.

9.     In addition, as of the date hereof, Lazard and its affiliates have approximately 3,000 employees worldwide.  It is possible that certain of Lazard's and its affiliates' respective directors, officers, and employees may have had in the past, may currently have, or may in the future have connections to (a) the Debtors, (b) Potential Parties in Interest in the Chapter 11 Cases, or (c) funds or other investment vehicles that may own debt or securities of the Debtors or other Potential Parties in Interest.

10.    Lazard does not hold any debt or equity securities of the Debtors.  Lazard's financial advisory affiliates (the "*Financial Advisory Affiliates*") also do not hold any debt or equity securities of the Debtors and are not engaged to advise any Potential Party in Interest in connection with the Chapter 11 Cases.  In addition, Lazard maintains a conflicts clearance system to ensure that any new or potential engagement by a creditor, competitor or other interested party, in each case in connection with the Chapter 11 Cases, would not be approved to move forward so as to ensure that no other Financial Advisory Affiliates of Lazard will be engaged to advise any other party in connection with the Chapter 11 Cases.

11.    Lazard is wholly-owned by Lazard Group LLC, which is the primary holding company subsidiary of Lazard, Inc., a public company listed on the NYSE (together, Lazard Group LLC and Lazard Inc., the "*Parent Entities*").  Lazard is a separate legal entity and is an SEC- and FINRA-regulated broker-dealer business of the Parent Entities. Additionally, Lazard has certain asset management affiliates, including Lazard Asset Management LLC ("*LAM*"), Lazard Frères Gestion SAS ("*LFG*") and Edgewater HoldCo LLC ("*Edgewater*", and collectively, the "*Asset

*Management Affiliates*").  Lazard, however, is the only entity being retained by the Debtors, and no employees of the Parent Entities or any other affiliates of Lazard (including the Financial Advisory Affiliates and the Asset Management Affiliates) will be engaged to advise any other party in the Chapter 11 Cases.[5]

12.     Lazard hereby confirms that its Parent Entities have not entered into engagement agreements with the Potential Parties in Interest (or their apparent affiliates or entities that Lazard believes to be affiliates, as the case may be) within the last three years.  Also, no Parent Entity has a relationship with the Debtors of which I am aware after due inquiry.

13.     As noted, Lazard also has Asset Management Affiliates.  Although Lazard receives payments from the Asset Management Affiliates generated by their respective business operations, each of the Asset Management Affiliates is operated as a separate and distinct affiliate and is separated from Lazard's businesses.  As part of their regular business operations, LAM and LFG may act as investment advisor for or trade securities (including in discretionary client accounts, and through the operation of hedge funds and mutual funds, in which cases investment decisions are made by LAM or LFG), including on behalf of creditors, equity holders or other parties in interest in the Chapter 11 Cases, and Lazard or its respective affiliates, managing directors and employees.  Some of these LAM or LFG accounts and funds may have held, may now hold, or may in the future hold debt or equity securities of the Debtors or the Debtors' creditors, equity holders, or other parties in interest in the Chapter 11 Cases, and LAM or LFG may have relationships with such parties.  Furthermore, some of the investment funds managed by Edgewater may have held, may now hold or may in the future hold debt or equity securities of the Debtors or

---

[5]     A member of the board of directors of Lazard's parent company, Lazard, Inc., is also a member of the board of directors of Verizon Wireless listed under the category "Vendors" and disclosed on Schedule 2.

the Debtors' creditors, equity holders, or other parties in interest in the Chapter 11 Cases. Additionally, the Debtors, their creditors, equity holders, or other parties in interest in the Chapter 11 Cases, and Lazard or its affiliates, managing directors, and employees, may be investors in investment funds that are managed by Edgewater.

14.     The Asset Management Affiliates are not involved in this engagement of Lazard in any capacity.  Moreover, Lazard has in place compliance procedures to ensure that (i) no third-party confidential or non-public information received by Lazard and/or the Financial Advisory Affiliates has been or will be available to employees of the Asset Management Affiliates, and (ii) no third-party confidential or non-public information received by the Asset Management Affiliates has been or will be available to employees of Lazard and/or the Financial Advisory Affiliates.  These procedures consist of, among other things.

    (a)    no shared or common spaces between Lazard and the Financial Advisory Affiliates, on the one hand, and the Asset Management Affiliates, on the other hand;

    (b)    keycard restricted access between Lazard and Financial Advisory Affiliates spaces, on the one hand, and Asset Management Affiliates spaces, on the other hand; and

    (c)    system-administered email and file restrictions that (i) generally prevent emails and sharing of files between employees of Lazard and the Financial Advisory Affiliates, on the one hand, and Asset Management Affiliates employees, on the other hand, and (ii) capture emails that are transmitted between those groups for review by Lazard's legal and compliance department.

15.     Lazard and all of its direct and indirect affiliates, including the Financial Advisory Affiliates and Asset Management Affiliates, are ultimately owned directly or indirectly by the Parent Entities.  However, the Asset Management Affiliates are operated separately from Lazard and the Financial Advisory Affiliates.  Additionally, other than members of certain "control groups" such as compliance, legal and IT and members of senior management, who are tasked with, among other things, general management responsibilities or supervising and monitoring the

various businesses' compliance with the aforementioned information barriers and/or other policies and procedures of Lazard, no officer, director or employee of Lazard, on the one hand, is an officer, director or employee of the operating entities in the Asset Management Affiliates, on the other hand.

16.     In addition to the procedures described in paragraph 14 above regarding the separation of Lazard and/or the Financial Advisory Affiliates and the Asset Management Affiliates, policies applicable to employees of Lazard and the Financial Advisory Affiliates include a "need to know" policy regarding the handling of sensitive information. Lazard professionals receive training with respect to such information barrier procedures and are required to periodically re-affirm their knowledge of and compliance with such policies and procedures.

17.     During the 90-day period prior to the Petition Date, Lazard was paid in the ordinary course certain fees and expense reimbursements. Specifically, Lazard was paid $14,500,00.00 in fees and $22,320.91 in expenses to Lazard in accordance with the Engagement Letter. As of the Petition Date, no other amounts were due and payable to Lazard under the Engagement Letter. Accordingly, Lazard is not a prepetition creditor of the Debtors.

18.     Based upon the foregoing and except as otherwise set forth herein, to the best of my knowledge, information, and belief, I believe Lazard is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, in that Lazard and its professional personnel: (i) are not creditors, equity securities holders or insiders of the Debtors; (ii) are not and were not, within two years before the filing of the Chapter 11 Cases, directors, officers, or employees of the Debtors; and (iii) do not have an interest materially adverse to the interest of the Debtors' estates or of any class of creditors

or equity security holders, by reason of any direct or indirect relationship to, connection with or interest in, the Debtors.

19.     As part of Lazard's diverse business, Lazard appears or may appear in cases, proceedings, and transactions involving attorneys, accountants, investment bankers, and financial consultants, some of which may represent claimants and Potential Parties in Interest in the Chapter 11 Cases.  Further, Lazard (including its Professionals prior to their employment with the Firm) has in the past, and may in the future, be represented by several attorneys and law firms in the legal community, some of whom may be involved in the Chapter 11 Cases.  In addition, Lazard (including its Professionals prior to their employment with the Firm) has in the past and will likely in the future be working with or against other professionals involved in the Chapter 11 Cases in matters unrelated to the Chapter 11 Cases. To the best of my knowledge, none of these relationships relate to the Debtors or the Chapter 11 Cases nor constitute interests materially adverse to the Debtors' estates with respect to the services to be performed pursuant to the Engagement Letter.

20.     Except as otherwise disclosed herein, Lazard has not been retained to assist any entity or person other than the Debtors on matters relating to, or in connection with, the Chapter 11 Cases.  If the Court approves the proposed retention and employment of Lazard by the Debtors, Lazard will not accept any engagement or perform any services in relation to the Chapter 11 Cases for any entity or person other than the Debtors.  Lazard will, however, continue to provide professional services to entities or persons that may be creditors of the Debtors or Potential Parties in Interest in this case or their affiliates; *provided, however*, that such services do not directly relate to the Debtors and the Chapter 11 Cases.

21.     Lazard has not shared or agreed to share any compensation to be paid by the Debtors with any other person, other than principals and employees of Lazard, in accordance with section 504 of the Bankruptcy Code.

22.     The Indemnification Letter includes standard and customary terms contained in Lazard's engagement letters both in and outside of bankruptcy cases.  Based on my experience in the market for investment banking services, the Indemnification Letter is similar to the indemnification provisions in engagement letters of other similarly situated investment banking firms in engagements both in and outside of bankruptcy.

23.     In connection with the Chapter 11 Cases, Lazard will file applications with this Court, which will include time records setting forth, in a summary format, a description of the services rendered by each professional and the amount of time spent on each date by each such individual in rendering services on behalf of the Debtors.  Lazard does not ordinarily maintain contemporaneous time records in one-tenth-hour (0.10) increments or provide or conform to a schedule of hourly rates for its professionals.  Lazard proposes to file time records in half-hour (0.50) increments.  Lazard also will maintain detailed records of any actual and necessary costs and expenses incurred in connection with the services discussed above.

24.     Lazard will work closely with the Debtors and their other advisors in an effort to prevent unnecessary duplication of efforts in the course of advising the Debtors.  Rather than resulting in any extra expense to the Debtors' estates, I believe that the efficient coordination by the Debtors of efforts by the Debtors' professionals will add to the progress and effective administration of the Chapter 11 Cases.

[*Remainder of page intentionally left blank.*]

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on:  November 20, 2025
New York City, New York

_/s/ Tyler Cowan_
Tyler Cowan
Global Head of Restructuring & Liability Management
Lazard Frères & Co. LLC

**<u>SCHEDULE 1</u>**[1]

**<u>Potential Parties in Interest</u>**[2]

*[See attached.]*

---

[1]    Pursuant to the Creditor Matrix Order [Docket No. 117], the Debtors were "authorized, but not directed, to redact all personally identifiable information of Individuals or any other natural person on … documents filed with the Court." Creditor Matrix Order, ¶ 3. Accordingly, this Schedule 1 redacts the names of individuals identified, except certain individuals whose identities have been publicly disclosed through other filings in the Chapter 11 Case. Parties in interest may, in accordance with the Creditor Matrix Order, request an unredacted version of this Schedule 1 by following the procedures set forth in the Creditor Matrix Order. *See id.*

[2]    This list (and the categories contained herein) are for purposes of a conflicts check and should not be relied upon by any party as a list of creditors or for any other purpose. As listing a party once allows our conflicts specialists to run a check on such party, we have attempted to remove duplicate entries where possible. Accordingly, a party that otherwise would fall under multiple categories is likely to be listed under only one category.

1.  <u>**DEBTORS**</u>

BF DEV HOLDCO PLEDGOR, LLC

BF DEV HOLDCO, LLC

BLUE NORTHERN POWER, LLC

BLUE RIDGE POWER HOLDING
COMPANY, LLC

BLUE RIDGE POWER, LLC

BLUE RIDGE SOLAR, LLC

BRP CONSTRUCTION, INC.

BRP HBC GUARANTOR, LLC

BRP HBC HOLDCO, LLC

CASCADE DEV HOLDCO, LLC

CASCADE NTP HOLDCO, LLC

CASCADE PLEDGOR, LLC

CATALINA SOLAR BORROWER, LLC

CATALINA SOLAR HOLDINGS, LLC

FP 2021 DEV HOLDCO, LLC

GA SOLAR 5, LLC

GH PLEDGE BORROWER, LLC

GRANDE HOLDCO BORROWER II, LLC

GRANDE HOLDCO BORROWER, LLC

GRANDE HOLDCO, LLC

LIMEWOOD BELL RENEWABLES LLC

LOTUS SOLAR, LLC

MAGNOLIA SOLAR DEVELOPMENT LLC

NPA 2023 HOLDCO, LLC

NPA PGR BLOCKER HOLDCO, LLC

NPA POLARIS DEVCO HOLDCO, LLC

NPA POLARIS DEVCO PLEDGOR, LLC

NPA POLARIS OPCO HOLDCO, LLC

OLD HAYNEVILLE SOLAR, LLC

PG DEV CARVER HOLDCO, LLC

PGC SOLAR HOLDINGS HOLDCO I, LLC

PGC SOLAR HOLDINGS HOLDCO II, LLC

PGC SOLAR HOLDINGS I MANAGING
MEMBER, LLC

PGC SOLAR HOLDINGS I, LLC

PGR 2020 LESSOR 7, LLC

PGR 2021 FUND 13, LLC

PGR 2021 FUND 17, LLC

PGR 2021 FUND 18, LLC

PGR 2021 FUND 4, LLC

PGR 2021 FUND 9, LLC

PGR 2021 HOLDCO 11, LLC

PGR 2021 HOLDCO 12, LLC

PGR 2021 HOLDCO 13, LLC

PGR 2021 HOLDCO 15, LLC

PGR 2021 HOLDCO 17, LLC

PGR 2021 HOLDCO 18, LLC

PGR 2021 HOLDCO 19, LLC

PGR 2021 HOLDCO 4, LLC

PGR 2021 HOLDCO 9, LLC

PGR 2021 MANAGER 13, LLC

PGR 2021 MANAGER 17, LLC

PGR 2021 MANAGER 18, LLC

PGR 2021 MANAGER 4, LLC

PGR 2021 MANAGER 9, LLC

PGR 2022 FUND 1, LLC

PGR 2022 FUND 2, LLC

PGR 2022 FUND 4, LLC

PGR 2022 FUND 5, LLC

PGR 2022 FUND 8, LLC

PGR 2022 FUND 9, LLC

PGR 2022 HOLDCO 1, LLC

PGR 2022 HOLDCO 2, LLC

PGR 2022 HOLDCO 8, LLC

PGR 2022 HOLDCO 9, LLC

PGR 2022 MANAGER 1, LLC

PGR 2022 MANAGER 2, LLC

PGR 2022 MANAGER 4, LLC

PGR 2022 MANAGER 5, LLC

PGR 2022 MANAGER 8, LLC

PGR 2022 MANAGER 9, LLC

PGR 2022 SPONSOR HOLDCO, LLC

PGR 2023 FUND 1, LLC

PGR 2023 FUND 6, LLC

PGR 2023 HOLDCO 1, LLC

PGR 2023 LESSEE 6, LLC

PGR 2023 MANAGER 1, LLC

PGR 2023 MANAGER 6, LLC

PGR 2024 SPONSOR HOLDCO, LLC

PGR BLOCKER HOLDCO, LLC

PGR BLUE RIDGE POWER HOLDINGS, LLC

PGR CARVER HOLDCO, LLC

PGR CC AFFILIATE PURCHASER LLC

PGR HOLDCO GP, LLC

PGR HOLDCO, LP

PGR MS AFFILIATE PURCHASER LLC

PGR PROCUREMENT, LLC

PGR SIGNATURE FUND 1 MANAGER, LLC

PINE GATE ASSET MANAGEMENT, LLC

PINE GATE ASSETS, LLC

PINE GATE CARVER HOLDINGS, LLC

PINE GATE DEV HOLDCO, LLC

PINE GATE DEVELOPMENT, LLC

PINE GATE ENERGY CAPITAL, LLC

PINE GATE EPC, LLC

PINE GATE FUND MANAGEMENT, LLC

PINE GATE O&M, LLC

PINE GATE RENEWABLES, LLC

POLARIS DEVCO BORROWER A, LLC

POLARIS DEVCO BORROWER B, LLC

POLARIS DEVCO PLEDGOR A, LLC

POLARIS DEVCO PLEDGOR B, LLC

POLARIS OPCO BORROWER B, LLC

POLARIS OPCO PLEDGOR A, LLC

POLARIS OPCO PLEDGOR B, LLC

PW BLOCKER HOLDCO, LLC

PW REVOLVER BORROWER, LLC

RIO LAGO SOLAR, LLC

SOLAR CARVER 1, LLC

SOLAR CARVER 3, LLC

STOWE SOLAR, LLC

SUNSTONE SOLAR 1, LLC

SUNSTONE SOLAR 2, LLC

SUNSTONE SOLAR 3, LLC

SUNSTONE SOLAR 4, LLC

SUNSTONE SOLAR 5, LLC

SUNSTONE SOLAR 6, LLC

SUNSTONE SOLAR, LLC

WEST RIVER SOLAR, LLC

PGR GUARANTOR, LLC

## 2.   NON-DEBTOR AFFILIATES

ACE HIGH SOLAR, LLC

ACT POWER SERVICES HOLDING COMPANY GUARANTOR, LLC

ACT POWER SERVICES HOLDING COMPANY, LLC

ACT POWER SERVICES, LLC

ACT WTB PROJECT HOLDCO, LLC

2

AGATE SOLAR, LLC

ALABASTER SOLAR, LLC

ALABASTER STORAGE LLC

ALIGHT SOLAR, LLC

ALLORA SOLAR, LLC

ALLUVIAL POWER LLC

ALPHA VALUE SOLAR, LLC

ALTHEA SOLAR LLC

AMARYLLIS SOLAR, LLC

AMAZONITE SOLAR, LLC

AMETHYST SOLAR, LLC

AMPHION SOLAR, LLC (FKA BLUE HERON SOLAR, LLC)

AMPHION STORAGE, LLC

ANCHORS AWEIGH SOLAR, LLC

ANDROMEDA SOLAR, LLC

APEX SOLAR, LLC (FKA PRUITT SOLAR 1, LLC)

APPALACHIAN DATA CENTER, LLC

AQUADALE SOLAR, LLC

ARK SOLAR, LLC

ASTER SOLAR, LLC

ATKINSON SOLAR II, LLC

AUTUMN SAGE STORAGE, LLC

AYARS SOLAR, LLC FKA AYERS SOLAR, LLC (REQ. TO BE DISSOLVED REC.)

BACK BAY SOLAR, LLC

BADLANDS SOLAR, LLC

BAFFIN BAY STORAGE, LLC F/K/A BAFFIN BAY SOLAR. LLC

BALTZER SOLAR, LLC

BANJO SOLAR, LLC

BANNER SOLAR, LLC

BARBERRY SOLAR, LLC

BARKSDALE BRANCH SOLAR, LLC

BARNWELL SOLAR, LLC

BAY LAUREL SOLAR, LLC

BAYOU SOLAR, LLC

BEACON SOLAR, LLC (FKA FOWL SOLAR, LLC)

BEAR CLAW SOLAR, LLC

BEAR CREEK SOLAR, LLC

BEAVER BAYOU LLC

BEAVER CREEK SOLAR, LLC

BEAVER POINT SOLAR, LLC

BEDLAM SOLAR, LLC

BEE BALM SOLAR, LLC

BELL SONG SOLAR, LLC

BELLE STORAGE, LLC

BERGAMOT SOLAR, LLC

BERRIEN SOLAR, LLC

BEULAH SOLAR, LLC

BIGHAM SOLAR, LLC

BIGHORN SOLAR, LLC

BILLINGS SOLAR, LLC

BIRCH SOLAR, LLC

BLACK LAB SOLAR, LLC

BLACK SWAMP SOLAR, LLC

BLADENBORO FARM 2, LLC - FUND F

BLANCO CREEK SOLAR, LLC

BLUE GRANITE SOLAR, LLC

BLUE HEN STORAGE, LLC

BLUE JACKET STORAGE, LLC

BLUE MOON SOLAR, LLC

BLUE RIDGE INFRASTRUCTURE, LLC

BLUE RIDGE POWER

BLUE RIDGE SOLAR, LLC FKA GREELEY SOLAR, LLC (PROJECT ENTITY)

BLUE TOPAZ SOLAR, LLC

BLUEGRASS SOLAR, LLC

BOLO SOLAR, LLC

BONEFISH  SOLAR, LLC

BRE NC SOLAR 3, LLC

BREEZEWAY SOLAR, LLC

BRICK CITY SOLAR, LLC

BRIGHTWOOD SOLAR LLC

BROADWAY ROAD SOLAR, LLC

BROWN RABBIT SOLAR, LLC FKA RUTHERFORD SOLAR, LLC

BROXTON SOLAR, LLC FKA WOODBURY SOLAR, LLC FKA KOLOMOKI SOLAR, LLC

BRUNI SOLAR, LLC

BRUSH CREEK SOLAR, LLC

BT JUNGMANN, LLC

BUCKTAIL SOLAR, LLC

BUFFALO GRASS SOLAR, LLC (FKA SUNSPIRATION SOLAR, LLC)

BULLDOG SOLAR, LLC

BUSH KNOB SOLAR, LLC

BUTTERCUP SOLAR, LLC

CABIN CREEK SOLAR, LLC FKA FLAT TOP SOLAR, LLC

CACTUS WREN SOLAR, LLC

CAELUM SOLAR, LLC

CALEANA SOLAR, LLC

CALICO STORAGE, LLC

CALLISTO SOLAR, LLC

CAMELLIA SOLAR, LLC

CAMELOT SOLAR, LLC

CAMELOT STORAGE, LLC

CAMERON SOLAR II, LLC

CANE CREEK SOLAR, LLC

CARDINAL SOLAR, LLC

CARNELIAN SOLAR, LLC

CAROLINA WREN SOLAR, LLC

CARPENTER STORAGE, LLC

CASH SOLAR, LLC

CASPIAN SOLAR, LLC

CASSIA SOLAR, LLC

CATALINA SOLAR, LLC (FKA AQUARIUS SOLAR, LLC)

CATHCART SOLAR, LLC FKA DAN RIVER SOLAR, LLC

CAVALIER STORAGE, LLC

CAVALRY SOLAR, LLC

CEDAR ELM SOLAR, LLC

CEDAR GROVE SOLAR, LLC

CELESTINE SOLAR, LLC

CENTERFIELD COOPER SOLAR, LLC

CHAMPION SOLAR, LLC - FUND D

CHELIOS SOLAR, LLC

CHERRY TREE SOLAR, LLC

CHICORY SOLAR, LLC (FKA LE PRINTEMPS SOLAR, LLC)

CHOWAN JEHU ROAD SOLAR, LLC

CIRCINUS SOLAR, LLC

CITRINE SOLAR, LLC

CLARKSBURY SOLAR, LLC

CLAXTON SOLAR PROJECT, LLC

CLEAR SKY STORAGE 1, LLC

CLEAR SPRING BRANCH SOLAR, LLC

CLIPPER SOLAR, LLC

CLOVELLY SOLAR, LLC

CLOVIS STORAGE, LLC FKA CLOVIS SOLAR, LLC

CL-VIADUCT LLC

COBALT SOLAR, LLC

COCHRAN STORAGE, LLC

COLLETT SOLAR, LLC

COLUMBIANA SOLAR, LLC

COOGEE SOLAR, LLC

COOL BREEZE SOLAR, LLC

COOL BREEZE STORAGE, LLC

COPPERWOOD SOLAR, LLC

CORVUS SOLAR, LLC

COXTON LAKE SOLAR, LLC

COYOTE PROWL SOLAR, LLC

COYOTE PROWL STORAGE, LLC

CREPE MYRTLE SOLAR, LLC

CRESCENT SOLAR, LLC F/K/A CRESENT SOLAR, LLC

CROSSVINE SOLAR, LLC

CUBERA SOLAR, LLC

DALUMI FUND 1, LLC

DALUMI HOLDCO 1, LLC

DALUMI LESSEE 1, LLC

DALUMI LESSOR 1, LLC

DALUMI MANAGER 1, LLC

DAMSELFLY SOLAR, LLC

DANIELSON PIKE SOLAR, LLC

DARK STAR SOLAR, LLC

DARLINGTON SOLAR, LLC

DAY TRIPPER STORAGE, LLC (FKA DAY TRIPPER SOLAR, LLC)

DAYBREAK DEVELOPMENT SERVICES LLC

DAYGLOW SOLAR, LLC

DAYLILY SOLAR, LLC

DE TILLA SOLAR, LLC

DEEP DISH SOLAR, LLC

DESERT SOLITAIRE SOLAR, LLC

DESERT WILLOW SOLAR, LLC

DEW DROP SOLAR, LLC

DIADEM SOLAR, LLC

DIGERONIMO STORAGE, LLC

DOBRA SOLAR, LLC

DONICH FARMS SOLAR, LLC

DRAWHORN SOLAR, LLC

DRIFT CREEK SOLAR, LLC

DRIFTWOOD SOLAR, LLC

DWARF LAKE SOLAR, LLC

DWIGGINS PLACE LLC

EARTHSHINE SOLAR, LLC

EAST ATMORE SOLAR, LLC FKA HECATE ENERGY EAST ATMORE LLC

EASTOVER SOLAR, LLC

ECLIPSE SOLAR, LLC

ELEVATE SOLAR, LLC

EMERSON SOLAR, LLC (FKA ADONIS BLUE SOLAR, LLC)

ERHARDT SOLAR, LLC

ESA ALBEMARLE NC, LLC FKA ESA SILVER MINE, LLC

ESA FOUR OAKS 2 NC LLC

ESA HAMLET NC LLC

ESTRELLA SOLAR, LLC

EVANS SOLAR, LLC

EXCALIBUR SOLAR, LLC

FABLE SOLAR, LLC

FAIRGROUNDS SOLAR, LLC

FALLING FEATHER SOLAR, LLC

FALLING FEATHER STORAGE, LLC

FATHOM STORAGE, LLC

FCM RESOURCES, LLC

FERGUSON SOLAR, LLC

FIDDLEHEAD SOLAR, LLC

FIELDMOUSE SOLAR, LLC

FILO SOLAR, LLC

FIREWHEEL TECH, LLC

FIRST RATE SOLAR, LLC

FISHTRAP SOLAR, LLC

FLAT WATER SOLAR, LLC

FLYCATCHER SOLAR, LLC

FLYWHEEL SOLAR, LLC

FOLEY SOLAR, LLC FKA HECATE ENERGY FOLEY LLC

FORSYTHIA SOLAR, LLC

FOUNDER SOLAR, LLC

FOUR CRATERS SOLAR, LLC

FOXGLOVE SOLAR, LLC

FREEDOM SOLAR, LLC - FUND C

FREIGHT LINE SOLAR, LLC (FKA ARGONITE SOLAR, LLC)

FRESH AIR ENERGY XI, LLC

FRESH AIR ENERGY XLI, LLC

FRESH AIR ENERGY XXIII, LLC

FRESH AIR ENERGY XXXII, LLC

FRESH AIR ENERGY XXXVII, LLC

GATEWAY SOLAR, LLC

GINSENG SOLAR, LLC

GLEAMING SOLAR, LLC

GLISTEN SOLAR, LLC

GLOVER CREEK SOLAR, LLC

GOLDENSEAL SOLAR, LLC

GOLDILOCKS SOLAR, LLC

GRANSOLAR TEXAS ONE, LLC

GRAPEFRUIT SOLAR LLC F/K/A ZETA SOLAR, LLC

GRAPHITE SOLAR, LLC

GRAY FOX SOLAR, LLC

GREAT LAKE SOLAR, LLC

GREAT RIVER SOLAR, LLC

GREENROCK SOLAR, LLC

GRETHEL SOLAR, LLC

GRISSOM SOLAR, LLC

GUNSIGHT SOLAR, LLC (FKA BLUE RIDGE SOLAR, LLC FKA WIX SOLAR, LLC)

HAIL STATE SOLAR, LLC

HALEY SOLAR, LLC - FUND D

HALLAM SOLAR, LLC

HAMPTON SOLAR I, LLC

HAPPY LAKE SOLAR, LLC

HARKEY SOLAR, LLC

HAWKEYE SOLAR, LLC

HAWKINS ENERGY LLC

HAWTHORN BLOSSOM STORAGE, LLC

HAZEL GREEN SOLAR, LLC

HCE MOORE I, LLC

HEARTLAND SOLAR LLC

HEATH STORAGE, LLC

HEMATITE SOLAR, LLC

HERKIMER SOLAR, LLC

HESPER SOLAR, LLC

HIGH STREET SOLAR, LLC

HIGHEST POWER SOLAR, LLC

HIGHTOWER SOLAR, LLC

HO-FEL SOLAR, LLC

HOME TEAM SOLAR, LLC

HONEYCRISP SOLAR LLC

HONEYSUCKLE SOLAR, LLC

HOOK STORAGE, LLC

HOUSE SOLAR, LLC

IBIS SOLAR, LLC

ILLUMINATE SOLAR, LLC

INFINITY STORAGE, LLC

IRONWOOD STORAGE, LLC

IRRADIANT FINANCIAL SERVICES, LLC

JASPER STORAGE, LLC

JASPER TECH, LLC

JAVA SOLAR, LLC (FKA ANGLER SOLAR, LLC)

JEFFERSON SOLAR, LLC

JOURNEY SOLAR, LLC

JULIA SOLAR LLC

JUNIPER CREEK RENEWABLES, LLC

JUNIPER FLATS SOLAR, LLC

JUNIPER SOLAR, LLC (FKA GOLDEN SOLAR II, LLC)

KALKASKA SOLAR, LLC

KALLIOPE SOLAR, LLC

KAMI SOLAR, LLC

KEYSTONE CREST SOLAR, LLC

KINGFISHER SOLAR, LLC (FKA ZINNIA SOLAR, LLC)

KNOTTY PINE SOLAR, LLC

LA VIDA STORAGE, LLC

LANDRACE HOLDINGS, LLC

LANE SOLAR FARM, LLC

LAUREL CREEK HOLDINGS II, LLC

LAVENDER SOLAR LLC

LEATHERWOOD SOLAR, LLC (FKA SNAPDRAGON SOLAR, LLC - TX FORMED ENTITY]

LIBERTY SOLAR, LLC

LICK CREEK SOLAR, LLC (FKA WALNUT COVE SOLAR, LLC

LIGHTHORSE SOLAR, LLC

LINCOLN ELECTRIC STORAGE, LLC

LINCOLN ELECTRIC STORAGE, LLC

LINDEN SOLAR, LLC

LINDSEY STORAGE, LLC

LITTLE BLUESTEM SOLAR, LLC

LOGAN SOLAR, LLC

LOGE STORAGE. LLC

LONG BRIDGE SOLAR LLC

LONGLEAF  SOLAR, LLC FKA LONGLEAF PINE, LLC

LONGLEAF HOLDINGS COMPANY, LLC

LONGLEAF INTERMEDIATE HOLDINGS COMPANY, LLC

MACON COUNTY SOLAR PROJECT, LLC

MAGENTA SOLAR LLC

MAGPIE STORAGE, LLC

MALLARD SOLAR, LLC

MANTIA STORAGE, LLC

MARBLEBERRY SOLAR LLC

MARIETTE SOLAR, LLC

MARQUARDT STORAGE, LLC

MAS STORAGE, LLC

MESQUITE SOLAR, LLC

MIDLAND-WIREGRASS SOLAR PROJECT, LLC

MILLERS CHAPEL SOLAR FARM, LLC

MINKE SOLAR, LLC

MISTLETOE SOLAR, LLC

MITCHELL SOLAR AND STORAGE, LLC

MMA 2021 DEV HOLDCO, LLC

MOCKINGBIRD SOLAR, LLC

MOHEA SOLAR ENERGY CENTER, LLC

MONARCH ENERGY LLC

MONTEREY SOLAR, LLC

MONTGOMERY SOLAR, LLC

MOON GLOW SOLAR, LLC

MOONSHOT SOLAR, LLC

MOONSTONE SOLAR, LLC

MOOSE SOLAR, LLC

MOOSETRACK SOLAR, LLC

MORGAN SOLAR, LLC

MORNING GLORY SOLAR, LLC

MORVEN SOLAR, LLC

NAPIER STORAGE, LLC

NATURAL STATE SOLAR, LLC

NIGHTHAWK  SOLAR, LLC

NORWEST ENERGY 14, LLC - FUND C

NORWEST ENERGY 7, LLC - FUND D

NPA PGR 2022 SPONSOR HOLDCO, LLC

NYKAZA STORAGE, LLC

OAKWOOD SOLAR FARM, LLC

ODYSSEY SOLAR, LLC

OKLAHOMA ROSE SOLAR, LLC

OKLAHOMA ROSE STORAGE LLC

OLD RIVER SOLAR, LLC

OLD TRAIN SOLAR, LLC

OLIN CREEK FARM SOLAR, LLC

OPAL SOLAR, LLC

OPHIR SOLAR, LLC

ORANGE BLOSSOM SOLAR, LLC

ORANGE OTTER STORAGE, LLC

ORANGEBURG COUNTY SOLAR PROJECT, LLC

ORCHARD SOLAR, LLC

OSD MAIN STREET SOLAR, LLC

OSLH, LLC

OSPREY SOLAR, LLC

OUTSHINE SOLAR, LLC

OVERMAN SOLAR, LLC

OXBOW SOLAR, LLC

PADDLEFISH STORAGE, LLC

PAGE SOLAR FARM, LLC

PALMER CIRCLE SOLAR, LLC

PANTHER CREEK SOLAR, LLC F/K/A INDIAN LAKE SOLAR, LLC

PARADISE SOLAR, LLC

PARKER BRANCH SOLAR, LLC

PEANUT SOLAR, LLC

PEARL SOLAR LLC

PEGASUS SOLAR, LLC

PELHAM SOLAR, LLC (FKA NORTH HAVERBROOK SOLAR, LLC)

PENNYROYAL SOLAR, LLC

PEONY SOLAR, LLC - FUND G

PEREGRINE SOLAR, LLC

PERIDOT SOLAR, LLC

PERQUIMANS SOLAR, LLC

PERSIMMON SOLAR, LLC

PGD BLUE RIDGE POWER HOLDINGS, LLC

PGR 2020 FUND 7, LLC

PGR 2020 FUND 8, LLC

PGR 2020 FUND 9, LLC (FKA PGR SIGNATURE FUND 10, LLC)

PGR 2020 LESSEE 7, LLC

PGR 2020 LESSEE 8, LLC (SUGAR)

PGR 2020 LESSEE 9, LLC (FKA PGR SIGNATURE LESSEE 10, LLC)

PGR 2020 LESSOR 8, LLC (SUGAR)

PGR 2020 LESSOR 9, LLC (FKA PGR SIGNATURE LESSOR 10, LLC)

PGR 2020 MANAGER 7, LLC

PGR 2020 MANAGER 8, LLC

PGR 2020 MANAGER 9, LLC (FKA PGR SIGNATURE MANAGER 10, LLC)

PGR 2021 FUND 1, LLC

PGR 2021 FUND 11, LLC

PGR 2021 FUND 12, LLC (CABIN CREEK)

PGR 2021 FUND 15, LLC

PGR 2021 FUND 19, LLC (ALLORA)

PGR 2021 FUND 2, LLC

PGR 2021 FUND 3, LLC

PGR 2021 FUND 5, LLC

PGR 2021 FUND 6, LLC

PGR 2021 FUND 7, LLC

PGR 2021 FUND 8, LLC

PGR 2021 LESSEE 1, LLC

PGR 2021 LESSEE 11, LLC

PGR 2021 LESSEE 12, LLC (CABIN CREEK)

PGR 2021 LESSEE 13, LLC (SONNY)

PGR 2021 LESSEE 15, LLC

PGR 2021 LESSEE 17, LLC (EASTOVER)

PGR 2021 LESSEE 18, LLC (LANDRACE)

PGR 2021 LESSEE 19, LLC (ALLORA)

PGR 2021 LESSEE 2, LLC

PGR 2021 LESSEE 20, LLC

PGR 2021 LESSEE 21, LLC

PGR 2021 LESSEE 3, LLC (BRIGHTWOOD, BROADWAY, WYSE FORK)

PGR 2021 LESSEE 4 SCHOOL HOUSE, LLC

PGR 2021 LESSEE 4 STRATFORD, LLC FKA PGR 2021 LESSEE 4, LLC

PGR 2021 LESSEE 4 VIADUCT, LLC

PGR 2021 LESSEE 5, LLC

PGR 2021 LESSEE 6, LLC (HIGH SHOALS)

PGR 2021 LESSEE 7, LLC

PGR 2021 LESSEE 8, LLC

PGR 2021 LESSEE 9, LLC (BULDOG)

PGR 2021 LESSOR 1, LLC

PGR 2021 LESSOR 11, LLC

PGR 2021 LESSOR 12, LLC (CABIN CREEK)

PGR 2021 LESSOR 13, LLC (SONNY)

PGR 2021 LESSOR 15, LLC

PGR 2021 LESSOR 17, LLC (EASTOVER)

PGR 2021 LESSOR 18, LLC (LANDRACE)

PGR 2021 LESSOR 19, LLC (ALLORA)

PGR 2021 LESSOR 2, LLC

PGR 2021 LESSOR 20, LLC

PGR 2021 LESSOR 21, LLC

PGR 2021 LESSOR 3, LLC (BRIGHTWOOD, BROADWAY, WYSE FORK)

PGR 2021 LESSOR 4 SCHOOL HOUSE, LLC

PGR 2021 LESSOR 4 STRATFORD, LLC (FKA PGR 2021 LESSOR 4, LLC)

PGR 2021 LESSOR 4 VIADUCT, LLC

PGR 2021 LESSOR 5, LLC

PGR 2021 LESSOR 6, LLC (HIGH SHOALS)

PGR 2021 LESSOR 7, LLC

PGR 2021 LESSOR 8, LLC

PGR 2021 LESSOR 9, LLC (BULLDOG)

PGR 2021 MANAGER 1, LLC

PGR 2021 MANAGER 11, LLC

PGR 2021 MANAGER 12, LLC (CABIN CREEK)

PGR 2021 MANAGER 15, LLC

PGR 2021 MANAGER 19, LLC

PGR 2021 MANAGER 2, LLC

PGR 2021 MANAGER 20, LLC

PGR 2021 MANAGER 21, LLC

PGR 2021 MANAGER 3, LLC

PGR 2021 MANAGER 5, LLC

PGR 2021 MANAGER 6, LLC

PGR 2021 MANAGER 7, LLC

PGR 2021 MANAGER 8, LLC

PGR 2022 FUND 3, LLC (MARLEY)

PGR 2022 FUND 6, LLC (WOLF PIT BRANCH)

PGR 2022 FUND 7, LLC

PGR 2022 HOLDCO 4, LLC

PGR 2022 HOLDCO 5, LLC

PGR 2022 LESSEE 1, LLC (VL)

PGR 2022 LESSEE 2, LLC (PH, C, EN, THIGPEN)

PGR 2022 LESSEE 3, LLC (MARLEY)

PGR 2022 LESSEE 4, LLC

PGR 2022 LESSEE 5, LLC (MS)

PGR 2022 LESSEE 7, LLC

PGR 2022 LESSEE 8, LLC (PORTER)

PGR 2022 LESSEE 9, LLC

PGR 2022 LESSOR 1, LLC (VL)

PGR 2022 LESSOR 2, LLC (PH, C, EN, THIGPEN)

PGR 2022 LESSOR 3, LLC (MARLEY)

PGR 2022 LESSOR 4, LLC

PGR 2022 LESSOR 5, LLC (MS)

PGR 2022 LESSOR 6, LLC (WOLF PIT)

PGR 2022 LESSOR 7, LLC

PGR 2022 LESSOR 8, LLC (PORTER)

PGR 2022 LESSOR 9, LLC

PGR 2022 MANAGER 3, LLC (MARLEY)

PGR 2022 MANAGER 6, LLC (WOLF PIT BRANCH)

PGR 2022 MANAGER 7, LLC

PGR 2023 FUND 2, LLC

PGR 2023 FUND 3, LLC F/K/A PGR 2021 FUND 10, LLC

PGR 2023 FUND 4, LLC F/K/A PGR 2021 FUND 14, LLC (TWO HEARTED)

PGR 2023 FUND 5, LLC F/K/A PGR 2021 FUND 16, LLC (WEST RIVER)

PGR 2023 HOLDCO 2, LLC

PGR 2023 HOLDCO 3 LLC

PGR 2023 HOLDCO 4, LLC (TWO HEARTED)

PGR 2023 HOLDCO 5, LLC F/K/A PGR 2021 HOLDCO 16, LLC (WEST RIVER)

PGR 2023 LESSEE 1, LLC

PGR 2023 LESSEE 2, LLC

PGR 2023 LESSEE 3, LLC F/K/A PGR 2021 LESSEE 10, LLC

PGR 2023 LESSEE 4, LLC F/K/A PGR 2021 LESSEE 14, LLC (TWO HEARTED)

PGR 2023 LESSEE 5, LLC F/K/A PGR 2021 LESSEE 16, LLC (WEST RIVER)

PGR 2023 LESSOR 1, LLC

PGR 2023 LESSOR 2, LLC

PGR 2023 LESSOR 3, LLC F/K/A PGR 2021 LESSOR 10, LLC

PGR 2023 LESSOR 4, LLC F/K/A PGR 2021 LESSOR 14, LLC (TWO HEARTED)

PGR 2023 LESSOR 5, LLC F/K/A PGR 2021 LESSOR 16, LLC (WEST RIVER)

PGR 2023 MANAGER 2, LLC

PGR 2023 MANAGER 3, LLC F/K/A PGR 2021 MANAGER 10, LLC

PGR 2023 MANAGER 4, LLC F/K/A PGR 2021 MANAGER 14, LLC (TWO HEARTED)

PGR 2023 MANAGER 5, LLC F/K/A PGR 2021 MANAGER 16, LLC (WEST RIVER)

PGR ESA JV HOLDCO, LLC

PGR FUND A, LLC

PGR FUND B, LLC

PGR FUND C, LLC

PGR FUND D, LLC

PGR FUND E, LLC

PGR FUND F, LLC

PGR FUND G, LLC

PGR FUND H, LLC

PGR FUND I, LLC

PGR FUND K, LLC (NOVEL 1-5)

PGR FUND L, LLC

PGR FUND M, LLC

PGR FUND O, LLC

PGR FUND P, LLC

PGR ITC HOLDCO, LLC

PGR LESSEE A, LLC

PGR LESSEE B, LLC

PGR LESSEE C, LLC

PGR LESSEE D, LLC

PGR LESSEE E, LLC

PGR LESSEE F, LLC

PGR LESSEE G, LLC

PGR LESSEE H, LLC

PGR LESSEE I, LLC

PGR LESSEE K, LLC

PGR LESSEE L, LLC

PGR LESSEE M, LLC

PGR LESSEE O, LLC

PGR LESSOR A, LLC

PGR LESSOR B, LLC

PGR LESSOR C, LLC

PGR LESSOR D, LLC

PGR LESSOR E, LLC

PGR LESSOR F, LLC

PGR LESSOR G, LLC

PGR LESSOR H, LLC

PGR LESSOR I, LLC

PGR LESSOR K, LLC

PGR LESSOR L, LLC

PGR LESSOR M, LLC

PGR LESSOR O, LLC

PGR LESSOR P, LLC

PGR LONGLEAF HOLDCO, LLC

PGR MAIN STREET HOLDCO, LLC

PGR MANAGER A, LLC

PGR MANAGER B, LLC

PGR MANAGER C, LLC

PGR MANAGER D, LLC

PGR MANAGER E, LLC

PGR MANAGER F, LLC

PGR MANAGER G, LLC

PGR MANAGER H, LLC

PGR MANAGER I, LLC

PGR MANAGER K, LLC

PGR MANAGER L, LLC

PGR MANAGER M, LLC

PGR MANAGER O, LLC

PGR MANAGER P, LLC

PGR PJM 2022, LLC FKA PGR 2021 FUND 20, LLC

PGR PROJECT AFFILIATES HOLDCO, LLC

PGR PROJECT HOLDINGS, LLC

PGR SIGNATURE FUND 1, LLC

PGR SIGNATURE FUND 2 MANAGER, LLC

PGR SIGNATURE FUND 2, LLC

PGR SILVER HOLDCO, LLC

PGR TX 1, LLC FKA PGR 2021 FUND 21, LLC

PGR WIND DEVCO, LLC

PGR WIND, LLC

PHEASANT SOLAR, LLC

PHOBOS SOLAR, LLC (FKA RON WATERS SOLAR, LLC FKA PROSPECT SOLAR 2, LLC)

PICCOLO SOLAR, LLC

PIKA SOLAR, LLC

PINE GATE MARKET GUARANTOR, LLC

PINE GATE MID-ATLANTIC, LLC

PINE GATE MID-CONTINENTAL, LLC

PINE GATE NEW MARKETS, LLC

PINE GATE REAL ESTATE, LLC

PINE VALLEY SOLAR FARM, LLC

PINK PANDA STORAGE, LLC

PINTO SOLAR, LLC (FKA GOLDEN SOLAR, LLC, FKA SASHAY SOLAR, LLC)

PIPING PLOVER SOLAR, LLC

POLARIS DEVCO BORROWER C, LLC

POLARIS DEVCO PLEDGOR C, LLC

POLARIS OPCO BORROWER A, LLC

POLARIS OPCO BORROWER C, LLC

POLARIS OPCO HOLDCO A, LLC

POLARIS OPCO HOLDCO B, LLC

POLARIS OPCO HOLDCO C, LLC

POLARIS OPCO PLEDGOR C, LLC

PONDEROSA PINE STORAGE, LLC

PONYTAIL SOLAR LLC

PORTER SOLAR, LLC FKA LANTANA SOLAR, LLC

PRAIRIE AGATE SOLAR, LLC

PRAIRIE ROSE SOLAR, LLC

PRIMROSE SOLAR, LLC

PROMISE SOLAR, LLC

PRONGHORN SOLAR, LLC

PURPLE CAT STORAGE, LLC

QUAKER CREEK FARM SOLAR, LLC

QUARTER HORSE FARM, LLC

QUAYSIDE SOLAR, LLC

QUIVER RIVER SOLAR, LLC

RACCOON RUN SOLAR, LLC

RADIANT ROCK SOLAR, LLC

RAINBOW SOLAR, LLC

RAMSES SOLAR, LLC

RANKIN SOLAR CENTER, LLC

REBECCA SOLAR, LLC  FKA MOULTRIE SOLAR, LLC FKA MIDDLETON SOLAR, LLC

RED HILLS SOLAR LLC

REEDY SOLAR, LLC

REVOLUTION SOLAR, LLC

RHYTHM SOLAR, LLC

RICHARDSON SOLAR LLC

RIDING HOOD SOLAR, LLC FKA WOLF SOLAR, LLC

RISE AND SHINE SOLAR, LLC

ROAN SOLAR, LLC

ROBIN SOLAR, LLC

ROCK FISH SOLAR, LLC

ROCKHILL STORAGE, LLC

ROSE SOLAR, LLC

ROYAL SOLAR, LLC

ROYALTON SOLAR, LLC

RUNNYMEDE SOLAR, LLC FKA ELI BRANCH SOLAR, LLC

SADIEBROOK SOLAR, LLC

SAGE PINE DEV HOLDCO, LLC (FKA SLASH PINE DEV HOLDCO, LLC)

SAGEBRUSH SOLAR, LLC

SALT CREEK SOLAR, LLC

SALT SOLAR LLC

SALUDA SOLAR II, LLC

SANDBAR STORAGE, LLC

SANDERSON SOLAR, LLC

SANDERSVILLE SOLAR, LLC

SANDHILLS SOLAR, LLC

SANDY SOLAR, LLC (FKA TROTMAN ROAD SOLAR, LLC FKA SHILOH SANDY HOOK SOLAR, LLC)

SATELLITE SOLAR, LLC

SAW SOLAR, LLC

SAWTELL SOLAR, LLC

SAYLOR SOLAR, LLC

SCE PROJECT HOLDINGS, LLC

SCOTCH BONNET SOLAR, LLC

SEABASS SOLAR, LLC

SEASPRAY SOLAR, LLC

SEGO LILY STORAGE, LLC

SELENA SOLAR, LLC

SHAMROCK SOLAR, LLC

SHAMROCK STORAGE, LLC

SHEEP SOLAR, LLC - FUND C

SHELL SOLAR, LLC

SHENANDOAH SOLAR, LLC

SHILOH HWY 1108 SOLAR, LLC

SHINING PENNY SOLAR, LLC

SIGNATURE USB FUND 9, LLC

SIGNATURE USB LESSEE 9, LLC

SIGNATURE USB LESSEE 9B, LLC

SIGNATURE USB LESSOR 9, LLC

SIGNATURE USB LESSOR 9B, LLC

SIGNATURE USB MANAGER 9, LLC

SILVER CREEK INTERMEDIATE, LLC

SILVER PINE ENERGY HOLDINGS, LLC

SILVERBELL SOLAR, LLC

SILVERBELL STORAGE, LLC

SILVERTHORN SOLAR, LLC

SILVERTHORN STORAGE, LLC

SILVERTON SOLAR, LLC - FUND C

SIRIN SOLAR, LLC

SIRIUS DEVCO BORROWER 2, LLC

SIRIUS DEVCO BORROWER, LLC

SIRIUS DEVCO PLEDGOR 2, LLC

SIRIUS DEVCO PLEDGOR, LLC

SIRIUS OPCO BORROWER 2, LLC

SIRIUS OPCO BORROWER, LLC

SIRIUS OPCO HOLDCO 2, LLC

SIRIUS OPCO HOLDCO, LLC

SIRIUS OPCO PLEDGOR 2, LLC

SIRIUS OPCO PLEDGOR, LLC

SISAL SOLAR, LLC

SKYWAY SOLAR, LLC

SNAPDRAGON SOLAR, LLC

SNOW ANGEL SOLAR, LLC

SOLARCULTURE, LLC

SOLHEIM SOLAR, LLC F/K/A EMBLAZE SOLAR, LLC

SOLSTICE SOLAR, LLC

SOLUGA FARMS IV LLC

SONNY SOLAR, LLC

SOUTHERN CURRENT ONE, LLC

SOUTHWICK SOLAR FARM, LLC

SP SOLAR 1, LLC

SP SOLAR 5, LLC

SP SOLAR 6, LLC

SP SOLAR 7, LLC

SP SOLAR 8, LLC

SPLENDID GLOW SOLAR, LLC

SPRING HOPE SOLAR 3, LLC

ST. MATTHEWS SOLAR, LLC

STANLY SOLAR, LLC

STAR GARNET SOLAR, LLC

STARGAZE SOLAR, LLC

STARGAZE STORAGE LLC

STEELHEAD SOLAR, LLC

STINGRAY SOLAR, LLC

STRATFORD SOLAR CENTER, LLC

SUFFOLK SOLAR, LLC

SUGAR SOLAR, LLC FKA SINCLAIR SOLAR, LLC FKACRAVEN SOLAR, LLC

SUGARBOWL SOLAR, LLC (FKA COREOPSIS SOLAR, LLC)

SUN FARM VIII, LLC

SUNDANCE SOLAR, LLC

SUNFLOWER SOLAR LLC

SUNRISE SOLAR, LLC

SUNSHINE ACRES SOLAR, LLC

SUSANA STORAGE, LLC

SWALLOWTAIL SOLAR, LLC

SWAMP FOX SOLAR, LLC

SWIFTWATER SOLAR, LLC

TALISHEEK SOLAR, LLC

TARVOS SOLAR, LLC

TARVOS STORAGE, LLC

TEAL ROOSTER STORAGE, LLC

THEMISTO SOLAR, LLC

THIGPEN FARMS SOLAR, LLC

THINKING TREE SOLAR, LLC

THREE BRIDGE FARM, LLC

13

TITANESS SOLAR, LLC

TORDILLO CREEK SOLAR, LLC (FKA CIBOLO SOLAR, LLC)

TOURMALINE SOLAR, LLC

TRAILBLAZER SOLAR, LLC

TRAVELING LIGHT SOLAR, LLC

TRENT RIVER HOLDCO, LLC

TRENT RIVER SOLAR MILE LESSEE, LLC (MERGED W/ FKA PGR LESSEE P, LLC)

TRENT RIVER SOLAR, LLC

TUCKER SOLAR, LLC

TURQUOISE SOLAR, LLC

TWE BOWMAN SOLAR PROJECT, LLC - FUND L

TWIN OAKS SOLAR, LLC (FKA KAROL SOLAR II, LLC)

TWO HEARTED SOLAR, LLC FKA SMITH SOLAR, LLC FKA PROSPECT SOLAR 1, LLC

UMBER NITTANY STORAGE, LLC

UN-SCHOOL HOUSE LLC

USB SIGNATURE FUND 1 SPONSOR, LLC

VERO SOLAR, LLC

VESTA SOLAR, LLC

VIRGINIA LINE SOLAR, LLC

VISTA SOLAR, LLC

VIVID RAY SOLAR, LLC

WALLEYE SOLAR LLC - NEED TO RENAME OR DISSOLVE

WARRENTON SOLAR 1, LLC

WEST LANCASTER STORAGE, LLC

WESTERN BRANCH SOLAR, LLC

WHELK SOLAR, LLC

WHIMBREL SOLAR, LLC

WHIPPOORWILL SOLAR, LLC

WHISKEY LESSEE, LLC

WHISKEY LESSOR, LLC

WHISKEY MANAGING MEMBER, LLC

WHISKEY SOLAR, LLC

WHITE SPRUCE SOLAR, LLC

WILD HORSE SOLAR, LLC

WILD INDIGO SOLAR, LLC

WILDFLOWER SOLAR, LLC (FKA GOLDEN DEWDROP SOLAR, LLC)

WINDY ACRES SOLAR, LLC

WINGED DOVE STORAGE, LLC FKA PALOMAS SOLAR, LLC

WINTERBERRY SOLAR, LLC

WISHBONE STORAGE, LLC

WISHING WELL SOLAR, LLC

WITHROW STORAGE, LLC

WOLF PIT BRANCH SOLAR, LLC

WOLF SOLAR, LLC

WOOD DUCK SOLAR, LLC

WOODBRIDGE SOLAR, LLC

WOODFIELDS SOLAR, LLC

WOODLEY SOLAR, LLC

WOODLINE SOLAR, LLC - FUND D

WORTH SOLAR, LLC FKA SASSER SOLAR 2, LLC

WRIGHT SOLAR, LLC

WYSE FORK SOLAR FARM, LLC

YELLOW BEAR STORAGE, LLC

ZENITH SOLAR, LLC

ZEPHYR SOLAR, LLC

ZEUS SOLAR, LLC

JOHN HANCOCK

**3.    DEBTORS' RESTRUCTURING AND OTHER SIGNIFICANT PROFESSIONALS**

ALVAREZ AND MARSAL

HUNTON ANDREWS KURTH LLP

JOELE FRANK

LATHAM & WATKINS

LAZARD

OMNI AGENT SOLUTIONS

**4.    SIGNIFICANT EQUITY HOLDERS[3]**

BENJAMIN CATT

CHRIS DUNBAR

GENERATE CAPITAL

HEALTHCARE OF ONTARIO PENSION PLAN

JAMES LUSTER

RAYMOND SHEM

**5.    CURRENT AND FORMER OFFICERS AND DIRECTORS (UP TO 3 YEARS)**

ZINMAN, JONATHAN

AARON BIELENBERG

AARON BIELENBERG

BARTELS, PATRICK

BEN CATT

BENJAMIN CATT

BILL TRANSIER

BRU WEBER

CHAYE BESHERSE

CHRIS DUNBAR

CHRIS DUNBAR

CLINT LLOYD

DAVID SANDERS

DOUGLAS STEIN

JAMES ORTEGA

JEFFREY ROSS

JONATHAN SAXON

JUDITH HALL

KIM OSMARS

LAXMAN RAMU

MARTIN WHITE

MICHAEL HOLLAND

NEAL GOLDMAN

PHIL NORTH

RAY SHEM

RAYMOND SHEM

RICK ORTIZ

STEVE SMITH

TODD ARDEN

WARTELL, MICHAEL

---

[3]    For purposes of this list, major equity holders are considered to be persons or entities who held in excess of 1% of the Debtors' equity securities as of the Petition Date.

**6.     TOP 30 UNSECURED CREDITORS**

AEROTEK, INC.

APA SOLAR, LLC

ARRAY TECH INC

AUBREY SILVEY ENTERPRISES, INC.

DC SOLAR SOLUTIONS, LLC

DIRECTIONAL SERVICES, INC.

FALL LINE CONSTRUCTION

GWINNUPS RESTORATION AND ENVIRONMENTAL SERVICE INC

JB ELECTRIC AND SOLAR LLC

LONESTAR ELECTRIC SUPPLY

LPL SOLAR, LLC

M.J. ELECTRIC, LLC

NEXTRACKER LLC

OMCO SOLAR LLC

ORIGIS USA, LLC

PACK POWER LLC

POWER CONSTRUCTION JR

SACRAMENTO DRILLING, INC.

SHOALS TECHNOLOGIES GROUP, LLC

SKYLINE STEEL LLC

SOLTEC TRACKER, INC.

SR EPC, LLC AND SILICON RANCH CORPORATION

SUNGROW USA CORPORATION

TERRASMART, INC.

THE BOLDT COMPANY

TSEA ENERGY

UNITED RENTALS

WAAREE SOLAR AMERICAS INC

WEST FLORIDA FENCE

WHC, LLC

**7.     MAJOR SUPPLIERS AND VENDORS**

1984 COFFMAN RD LLC

2BROS RESOURCES, LLC

2CAMS ICE DELIVERY LLC

3 CO. RANCHES, LLC

360LEARNING INC

66 EXPRESS

66 EXPRESS OUTSIDE THE BELTWAY

6AM CITY INC

704GAMES COMPANY

724 LAND COMPANY INC.

A & L ENGRAVING, LLC

A FRESH POTTI BY FOSTER LLC

A TO Z CONTRACTING

A&B INTEGRATORS LLC

A&B PORTABLE TOILETS, INC

A&S INVESTMENTS, LLC

A-1 ASPHALT SEALING & REPAIR INC.

A-1 SUPPLY COMPANY

AAA HEATING & AIR LLC

AAA MOBILE STORAGE INC

ABACUS

ABB, INC.

ABERNETHY, SUSAN G.

NAME ON FILE

ABSOLUTE PIPELINE INTEGRITY, LLC

ABYSA

ACCELALPHA, INC.

ACCU-FORM POLYMERS, INC

ACE HYDROSEEDING, INC.

ACE-UP, INC.

ACM PROPERTIES, LLC

ACT COMMODITIES INC.

ACT POWER

ACT POWER SERVICES, LLC

ACTION MECHANICAL INC

ACUMEN INTERNATIONAL MEDIA LTD

ADA CONSULTING GROUP

ADAMS AND REESE LLP

ADAPTIVE CONSTRUCTION SOLUTIONS, INC.

ADAPTIVE CONSTRUCTION SOLUTIONS, INC.

AD-CENTIVES WEST, INC.

NAME ON FILE

ADERIS ENERGY, LLC

ADOBE INC.

ADOHI GEORGIA HOLDINGS I LLC

ADP, INC.

ADP, INC. (ACH)

ADP, INC. (AUTODRAFT)

NAME ON FILE

ADT COMMERCIAL LLC

ADVANCE LAND AND TIMBER, LLC

ADVANCED AUTO PARTS

ADVANCED BUSINESS EQUIPMENT

ADVANCED CONCRETE CUTTING & CORING USA, LLC

ADVANCED GROUNDING CONCEPTS

ADVANCED SYSTEMS FOR POWER ENGINEERING

AEGIS ENVIRONMENTAL , LLC

AEP TEXAS, INC.

AEROTEK, INC.

AFCO CREDIT CORPORATION

AFFILIATED TRIBES OF NORTHWEST INDIANS

AHA! LABS INC.

AIG SPECIALTY INSURANCE COMPANY

AIKEN ELECTRIC COOPERATIVE, INC.

AIRGAS INC

AIRVENT EXTERIORS INC.

AKIN & SON INC.

ALABAMA DEPARTMENT OF REVENUE

NAME ON FILE

ALBRECHT CONSULTANTS, LLC

ALCO ELECTRIC, INC.

NAME ON FILE

NAME ON FILE

ALERT MEDIA, INC.

NAME ON FILE

NAME ON FILE

ALFORD LAW FIRM P. A.

NAME ON FILE

ALLEGRA IMAGE360 ASHEVILLE

ALLEGRO DEVELOPMENT CORPORATION

ALLEN COUNTY (INDIANA)

NAME ON FILE

ALLIANCE CLEAN ENERGY, INC.

ALLIED RESOURCES TECHNICAL CONSULTANTS, INC.

ALLIED WHOLESALE ELECTRICAL SUPPLY, INC.

ALLISON WOODS FAMILY LIMITED PARTNERSHIP

ALL-PHASE POWER & CONTROLS, INC

ALLSTATE CORPORATE SERVICES CORP.

ALLY BANK

ALLY FINANCIAL

ALLY PAYMENT PROCESSING CENTER

ALMO FARM ANSTALT, LTD.

17

ALPHA COMMODITIES, INC.

ALSO ENERGY INC.

ALTRUM HONORS

ALTUS GROUP U.S. INC.

ALVAREZ & MARSAL NORTH AMERICA, LLC

ALVAREZ & MARSEL

AMAZON CAPITAL SERVICES, INC.

AMAZON ENERGY, LLC

NAME ON FILE

AMBIUS

AMBIUS

AMERICAN ARBITRATION ASSOCIATION, INC.

AMERICAN CITY BUSINESS JOURNALS, INC.

AMERICAN CLEAN POWER ASSOC (ACPA)

AMERICAN ENERGY ACTION

AMERICAN FARM GROUP, INC.

AMERICAN FINANCIAL CREDIT SERVICES

AMERICAN SAFETY UTILITY CORPORATION

AMERICAN SOCIETY OF SAFETY PROFESSIONALS

AMERICAN SOLAR GRAZING ASSOCIATION, INC

AMERICAN WELDING & GAS INC

AMERICAN WIRE GROUP, LLC

AMERICANS FOR A CLEAN ENERGY GRID

AMERIGAS PROPANE LP

AMERITAS LIFE INSURANCE CORP.

AMUR EQUIPMENT FINANCE, INC.

ANDERSON OPTIMIZATION, LLC

NAME ON FILE

ANEMOMETRY SPECIALISTS, INC.

ANEW TRANSPORT, LLC

ANGELL 2 FAMILY LIMITED PARTNERSHIP

ANIXTER INC

ANNE EASTLAND HOWDESHELL FAMILY TRUST

ANNE EASTLAND HOWDESHELL REVOCABLE LIVING TRUST

ANS GEO INC

ANSON CHAMBER OF COMMERCE

NAME ON FILE

NAME ON FILE

ANTHONY TIMBERLANDS, INC.

NAME ON FILE

NAME ON FILE

AON CONSULTING INC

AON RISK INSURANCE SERVICES WEST INC

APA SOLAR, LLC

APEX PORK, LLC

APPLIED CURIOSITY LAB

APTTUS CORPORATION

APX, INC.

ARAG LLC

ARBOR PRO OF VIRGINIA LLC

ARC3 GASES INC

ARCHER COUNTY CLERK

ARCHER RANCH HOLDING, LLC

ARCHER TECHNOLOGIES LLC

ARCPOINT LABS OF ENC

NAME ON FILE

A-RENT TEST EQUIPMENT LLC

ARIZONA DEPARTMENT OF REVENUE

ARIZONA PUBLIC SERVICE CO / APS

ARIZONA REGISTRAR OF CONTRACTORS

ARKANSAS COUNTY CIRCUIT CLERKS OFFICE (AR)

ARKANSAS TEACHER RETIREMENT SYSTEM

ARM GROUP LLC

ARRAY TECH INC

ARRAY TECH, INC.

ART OF FACTS

ARTECHE USA INC

ARTEX RISK SOLUTIONS INC.

NAME ON FILE

ASCENTIUM CAPITAL

ASH CREEK FOREST MANAGEMENT, LLC

ASHBURN TURNER COUNTY CHAMBER OF COMMERCE

ASHEVILLE AREA CHAMBER OF COMMERCE (NC)

ASHEVILLE ART MUSEUM ASSOCIATION INC.

ASHEVILLE CITY SCHOOLS

ASHEVILLE CITY SCHOOLS FOUNDATION

ASHEVILLE CREATIVE ARTS

ASHEVILLE DOWNTOWN ASSOCIATION INC

ASHEVILLE FIRE PROTECTION CO., INC

ASHEVILLE FM

ASHEVILLE GREENWORKS INC.

ASHEVILLE HIGH DEBATE BOOSTER CLUB

ASHEVILLE PLAYS

ASHEVILLE PROMO LLC

ASHEVILLE ROOFING, LLC

ASHEVILLE TOURISTS BASEBALL CLUB

ASKIN CONSTRUCTION LLC

ASPEN INVESTMENTS, INC

ASSOCIATED SUBSTATION ENGINEERING, INC.

ASSURANCE DATA, INC.

ASTRO WELDING & FABRICATING, INC.

ASTROS FOUNDATION

AT&T (5014)

AT&T (5019)

AT&T (5019)

AT&T (5019)

AT&T (6463)

AT&T CORP

ATASCOSA COUNTY CLERK (TX)

ATERRA SOLUTIONS, LLC

NAME ON FILE

ATLANTIC & SOUTHERN EQUIPMENT, LLC

ATLANTIC COUNCIL

ATLAS SURVEYING INC

ATLAS TECHNICAL CONSULTANTS LLC

ATS LOGISTICS

ATTALA STEEL INDUSTRIES, LLC

ATWELL, LLC

NAME ON FILE

AUBREY SILVEY ENTERPRISES, INC.

NAME ON FILE

AUTODESK, INC.

NAME ON FILE

NAME ON FILE

AVETTA LLC

AVISTA CORPORATION

AVRA PLANTATION, INC.

NAME ON FILE

AZORA AMERICA, LLC

AZTEC ENGINEERING GROUP, INC.

B CLEAN LLC

B D HOLT CO

B&B PORTA JONS LLC

B&T HOLDING CO OF AIKEN, LLC

BADGER DAYLIGHTING CORP.

BADGER SPORTS BOOSTERS

BAI GROUP LLC

BAILEY COUNTY (TX)

BAIRD HOLM LLP

BAKER BOTTS LLP

BAKER LIVING TRUST

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWTIZ, PC

BAKERS GENERAL MAINTENANCE LLC

BALCH & BINGHAM LLP

BALDWIN COUNTY (AL)

BALLENTINE ASSOCIATES, P.A.

BANCO SANTANDER, S.A.

BANDERA ATHLETIC FACILITIES IMPROVEMENT TEAM

BANDERA COUNTY (TX)

BANDERA COUNTY JR LIVESTOCK SHOW ASSOCIATION

BANDERA COUNTY TAX OFFICE

BANDERA ELECTRIC COOPERATIVE, INC.

BANDERA FIRE AND RESCUE

BANDERA ISD EDUCATION FOUNDATION

BANDERA PRO RODEO ASSOCIATION

BANK OF AMERICA

BAR V HOLDINGS LLC

BARBARA A GILLILAND IRR INC

NAME ON FILE

NAME ON FILE

NAME ON FILE

BARDCO, INC.

NAME ON FILE

NAME ON FILE

BARNHILLS SERVICES INC

BARRETT MACHINE, INC.

BARROW & BARROW, PA

NAME ON FILE

BATES ELECTRIC, LLC

NAME ON FILE

NAME ON FILE

BAU OREGON, INC.

BAUMAN AG LLC

NAME ON FILE

NAME ON FILE

NAME ON FILE

BAYKAL PARTNERS LTD

BBB INDUSTRIES LLC

BBP FARM PARTNERSHIP

BDO USA LLP

BEALS AND THOMAS, INC.

BECHTEL INFRASTRUCTURE AND POWER CORP

BECHTEL INFRASTRUCTURE AND POWER CORP

BEDFORD COUNTY RECORDER (PA)

BEDFORD FARM BUREAU COOPERATIVE ASSOCIATION

BEITZEL CORPORATION

BELIEVING PROPERTIES

NAME ON FILE

BELL COUNTY (TX)

BELL COUNTY WATER WELL SERVICE, LLC

BELL COUNTY YOUTH FAIR & LIVESTOCK SHOW & RODEO

BELLINGER PARTS GROUP INC.

BELL'S SEED STORE

BELLTOWN POWER TEXAS 2, LLC

BELTON AREA CHAMBER OF COMMERCE

BEN F. VAUGHAN III REVOCABLE LIVING TRUST

NAME ON FILE

BENJAMIN LOGAN ATHLETIC BOOSTERS

NAME ON FILE

BENNY BROWN TRUCKING, LLC

BENTLEY SYSTEMS, INCORPORATED

BERG LAND & CATTLE, LLC

BERRIEN COUNTY REGISTER OF DEEDS (GA)

BESPOKE ENGINEERING LLC

BETA LAND SERVICES LLC

NAME ON FILE

BHK ENTERPRISES, LLC

BHM FARMS LLC

BIC ELECTRIC LLC

NAME ON FILE

BICI FITNESS, LLC

BIG BOOM DESIGN INC

BIG BROTHERS BIG SISTERS OF WNC

BIGHAM FARMS

BIGHAM, TANNER, & FOSTER

NAME ON FILE

BILL KING RANCH LLC

BILLY & PAMELA WATKINS FAMILY TRUST

NAME ON FILE

NAME ON FILE

NAME ON FILE

BIRCH CREEK DEVELOPMENT, LLC

BIRCH RISK ADVISORS, LLC

BIRDMAN FARMS LLC

BIRKHOLZ & ASSOCIATES LLC

NAME ON FILE

BJJ PROPERTIES, LLC

BJS SERVICE GROUP INC.

BLACK HILLS PORTABLES INC

BLACK'S TIRE SERVICE, INC.

BLANCETT LAND & CATTLE, LLC

BLANCHARD MACHINERY COMPANY

BLANCHARD PROPERTIES, LLC

BLANCO TACKABERY & MATAMOROS, P.A.

BLEECKER CHRYSLER

BLEW & ASSOCIATES PA

BLUE CROSS & BLUE SHIELD NC

BLUE CROSS BLUE SHIELD OF NORTH
CAROLINA

BLUE CROSS BLUE SHIELD OF NORTH
CAROLINA

BLUE CROSS NC

BLUE GRASS ENERGY COOPERATIVE
CORPORATION

BLUE HERON, LLC

BLUE RIDGE PRIDE

BLUE RIDGE PUBLIC RADIO

BLUE RIDGE SANITATION SERVICES, LLC

BLUE SOLAR PANELS LLC

NAME ON FILE

BLUEALLY TECHNOLOGY SOLUTIONS LLC

BLUEARROW TELEMATICS, INC.

BLUECAT LAND ACQUISITION LLC

BMC HOLDING, LLC

BOARDMAN CHAMBER OF COMMERCE

BOBBY TAYLOR OIL CO., INC.

BOBCAT OF FAYETTEVILLE

BODEC ELECTRIC

NAME ON FILE

NAME ON FILE

BONHAM PUBLIC RELATIONS LLC

BONNEVILLE POWER ADMINISTRATION

BONOMOLO, WILLIAM TRAVIS

BOOKSAMILLION.COM

BOOMI, LP

BOONE CONSULTING, LLC

BOOTH & ASSOCIATES, LLC

BORA POWER LLC

BORDER STATES INDUSTRIES, INC.

NAME ON FILE

BOSQUE 4-H PROGRAM

BOSQUE COUNTY (TX)

NAME ON FILE

NAME ON FILE

NAME ON FILE

BOYD COMPANY

BR CONCRETE INC.

BRADLEY ARANT BOULT CUMMINGS LLP

NAME ON FILE

NAME ON FILE

BRANDSAFWAY SOLUTIONS, LLC

NAME ON FILE

BRAZOS ELECTRIC POWER COOPERATIVE, INC.

BREITGRID, LLC

NAME ON FILE

BRENT SCARBROUGH & COMPANY, INC.

BREX INC

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

BRIGHTIDEA, INC.

NAME ON FILE

BROCK UPHAM YOST & STRIEBER, PLLC

BROCROFT KENNELS, LTD.

BRODNAN & BUDD, LLC

BROOKFIELD POWER US ASSET MANAGEMENT LLC

BROOKS ENGINEERING LLC

NAME ON FILE

NAME ON FILE

NAME ON FILE

BROWN & BROWN RS INSURANCE SERVICES, LLC

BROWN CERTIFIED TRUCKING LLC

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

BRUCE AIR FILTER COMPANY

NAME ON FILE

BTB CONTRACTING INC

BUBBA'S WATER TRUCK SERVICE INC

BUCHANAN INGERSOLL & ROONEY

BUCK BRANCH FARMS, LLC

BUCKSPORT WATER SYSTEM, INC.

NAME ON FILE

BUENA FE LLC

BUILDING & EARTH SCIENCES INC

NAME ON FILE

BULLOCK BENNETT AND ASSOCIATES LLC

NAME ON FILE

BUNCOMBE COUNTY PLANNING AND DEVELOPMENT

BUNCOMBE COUNTY TAX COLLECTIONS

BUNCOMBE COUNTY TAX COLLECTIONS (NC)

BURCH HARLAN COMPANY, INC.

NAME ON FILE

NAME ON FILE

BURKE COUNTY (GA)

BURNDY AMERICAS INC.

BURNLEY'S PORTABLE TOILETS

BURNS & MCDONNELL

BURR & FORMAN, LLP

BUSBAR FINANCIAL MEDIA, LLC (DBA PEAKLOAD)

BUSINESS NORTH CAROLINA

NAME ON FILE

BUTLER SNOW LLP

BUTZEL LONG, A PROFESSIONAL CORPORATION

NAME ON FILE

C & R LAND RESOURCES LLC

C&C LAND SERVICES, LLC

CACT ENERGY DEVELOPMENT LLC

CACTUS RANCH LLC

CADD MICROSYSTEMS INC

CADEN LEVERETT & DERICK LAW FIRM
INJURY LAWYERS, PC

CAHILL GORDON & REINDEL LLP

CAINE & WEINER COMPANY

CALDWELL-CROUCH FAMILY TRUST

CALHOUN COUNTY (SC)

CAMBRIA CO ASSOC FOR BLIND &
HANDICAPPED

CAMBRIA HOTEL DOWNTOWN ASHEVILLE

CAMERON CHAMBER OF COMMERCE (TX)

CAMERON ISD SCHOLARSHIP FOUNDATION
INC

NAME ON FILE

CAMILLA CHAMBER OF COMMERCE (GA)

CAMPBELL OIL COMPANY

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

CANADIAN COUNTY (OK)

CANADIAN SOLAR (USA), INC.

CANTEEN

CANTSINK MANUFACTURING, LLC

CANVA US, INC.

CAPE FEAR COLLISION & BODY REPAIR

CAPE FEAR VEGETATION MANAGEMENT
LLC

CAPITAL RESOURCES LLC

CAPITAL WASTE SERVICES LLC

CAPTURA SOLAR LLC

NAME ON FILE

CARBON REDUCTION CAPITAL, LLC

CARENOW URGENT CARE

NAME ON FILE

NAME ON FILE

CARLYLE INVESTMENT MANAGEMENT,
LLC

NAME ON FILE

NAME ON FILE

NAME ON FILE

CAROLINA AGRI-POWER, LLC

CAROLINA CONDITIONS LLC

CAROLINA ICE COMPANY INC

CAROLINA MOBILE STORAGE, LLC

CAROLINA POWER & SIGNALIZATION, INC

CAROLINA SOLAR SERVICES, LLC

CAROLINA SPECIALTY ENGINEERING, PC

CAROLINA SUN INVESTMENTS LLC

CAROLINA SUNROCK LLC

CAROLINACONNECT

CAROLINAS CLEAN ENERGY BUSINESS
ASSOC

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

CARTER MACHINERY CO. INC.

NAME ON FILE

NAME ON FILE

NAME ON FILE

CARTHAGE TIMBERLANDS LA LP

CARVER DARDEN KORETZKY TESSIER FINN

CASA OF MILAM COUNTY

NAME ON FILE

CASTLE ENERGY GROUP, LLC

CASWELL COUNTY INSPECTIONS

CASWELL COUNTY TAX OFFICE

CATALINA ENERGY CAPITAL, INC.

CATALINA SOLAR LLC

CATERPILLAR FINANCIAL SERVICES CORP

NAME ON FILE

NAME ON FILE

CAVNESS SERVICES LLC

CBMWII, LLC

CCH INCORPORATED

CCS

CDW CORPORATION

CDW DIRECT LLC, CDW DIRECT

CEAD FARMS, LLC

CEC FACILITIES GROUP, LLC

NAME ON FILE

CELLHIRE USA, LLC

CENTER FOR ENERGY EDUCATION

CENTER FOR INTERNET SECURITY, INC

CENTRAL BALDWIN CHAMBER OF COMMERCE (AL)

CENTRAL CHILDREN'S HOME OF NC

CENTRAL FLORIDA EXPRESSWAY AUTHORITY

CENTRAL MAINE POWER COMPANY

CENTRAL TEXAS YOUTH FAIR

CENTURYLINK QC

CERTIFIED LABORATORIES DIVISION

CF SOLAR, LLC

CH & HJ ALTHOF FAMILY TRUST

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

CHANDLER CONCRETE CO., INC.

CHARLENE A. GERNON REVOCABLE TRUST

NAME ON FILE

CHARLES AND ONEITA DAGGETT FARM LLC

NAME ON FILE

CHARLES C HEINSZ SR ESTATE

CHARLES CITY COUNTY

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

CHARLES RIVER ASSOCIATES

NAME ON FILE

CHARLESTON'S RIGGING & MARINE HARDWARE

CHARTER COMMUNICATIONS

CHARTER LANDING, INC.

CHARTER UP, LLC

CHASE AUTO

CHECKR

CHESAPEAKE EXPRESSWAY

CHESTERFIELD COUNTY (SC)

CHESTERFIELD COUNTY RURAL WATER CO INC (SC)

CHESTERFIELD COUNTY TREASURER (SC)

CHESTERFIELD SWCD

CHICAGO TITLE COMPANY, LLC (NC)

CHICAGO TITLE INSURANCE COMPANY (DC)

CHICAGO TITLE INSURANCE COMPANY (GA)

CHICAGO TITLE INSURANCE COMPANY (NY)

CHICAGO TITLE INSURANCE COMPANY (PA)

CHICAGO TITLE INSURANCE COMPANY (VA)

CHINT POWER SYSTEMS AMERICA CO

CHOICE HOTELS DIRECT PAY

CHRIS HALL FARMS, INC.

CHRISTENSEN LAW GROUP

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

CHURCHILL RENEWABLES ENERGY FINANCE LLC

CINCO ENERGY MANAGEMENT GROUP LLC

CINCO ENERGY MANAGEMENT GROUP LLC

NAME ON FILE

CINDY LOU MANCUSO FAMILY INVESTMENTS LP

CINTAS CORPORATION

CINTAS CORPORATION NO. 2

CIRCLE D FARM

CIRCUIT BREAKER GUYS, LLC

CISION US INC

CIT BANK

CITY ELECTRIC SUPPLY COMPANY

CITY ELECTRIC SUPPLY COMPANY

CITY OF ASHEVILLE

CITY OF CHARLOTTE

CITY OF CHESAPEAKE PHOTOSAFE CHESAPEAKE

CITY OF DETROIT

CITY OF EDMONTON

CITY OF FOLEY (AL)

CITY OF KINSTON

CITY OF MONTGOMERY (AL)

CITY OF WARNER ROBINS

CITY OF WRENS SCHOOL ZONE SAFETY PROGRAM

CIVIL DESIGN CONCEPTS, PA

CLARION COUNTY (PA)

CLARK COMMUNICATIONS

CLARKE COUNTY PROBATE COURT (AL)

NAME ON FILE

CLASSIC EVENT RENTAL, INC.

CLAY COUNTY

CLC LODGING

CLEAN BURN SERVICES

CLEAN CUT IMAGE LAWN & LANDSCAPE INC.

CLEAN ENERGY ASSOCIATES, LLC

CLEAN ENERGY BUYERS ASSOCIATION

CLEAN ENERGY COUNSEL, LLP

CLEAN GRID ASSOCIATION

CLEAN POWER RESEARCH, LLC

CLEAN TX FOUNDATION INC.

CLEANLEAF ENERGY, LLC

CLEANUP CONTAINERS

CLEAR CLOUD NETWORKS LLC

CLEARPOINT CONSULTING ENGINEERS, P.A.

CLERMONT COUNTY (OH)

CLEVELAND COUNTY (NC)

CLEVELAND COUNTY TAX COLLECTOR

CLEVELAND COUNTY WATER (NC)

CLEVELAND III, THOMAS H.

NAME ON FILE

CLIMATE CHANGE MEDIA LIMITED

CLIMECO LLC

CNC SAFETY, LLC

COAST ELECTRIC POWER ASSOCIATION

COAST PAY

COASTAL ENVIRONMENTAL SERVICES OF LA, LLC

COASTCONNECT

COBB LAND LIMITED PARTNERSHIP

CODETWO SP. Z.O.O. S.P.K.

COFFEE COUNTY, GEORGIA

COGENCY GLOBAL, INC.

COGENCY GLOBAL, INC.

COGENT RENEWABLES, LLC

COHNREZNICK ADVISORY LLC

NAME ON FILE

NAME ON FILE

COLLIERS ENGINEERING & DESIGN CT PC

COLONIAL CONSTRUCTION MATERIALS, INC.

COLONY HARDWARE

COLONY TIRE CORPORATION

COLORADO DEPARTMENT OF LABOR AND EMPLOYMENT

COLORADO DEPT OF LABOR & EMPLOYMENT

COLORADO SOLAR & STORAGE ASSOCIATION

COLTON GROOME FINANCIAL ADVISORS, LLC

COLTON GROOME FINANCIAL ADVISORS, LLC

COLUMBIA BASIN ELECTRIC COOPERATIVE INC

COMMISSIONER OF TAXATION AND FINANCE

COMMISSIONERS OF QUEEN ANNE'S COUNTY

COMMITTEE TO ELECT BRUCE WILLIAMSON, INC.

COMMITTEE TO ELECT TREY RHODES

COMMONWEALTH OF MASSACHUSETTS

COMMUNITY RENEWABLE ENERGY ASSOCATION

COMPORIUM INC.

COMPOSTNOW INC.

COMPTROLLER OF MARYLAND

CONCAST, INC.

CONCOURSE LAKESIDE I & II LLC

CONCRETE PIPE & PRECAST, LLC

CONDUCTOR POWER LLC

CONEWAGO NORTH RIDGE PARTNERS LP

CONNECTOR 2000 ASSOCIATION

CONNECTWISE LLC

CONNEY SAFETY PRODUCTS, LLC

NAME ON FILE

CONSERVATION VOTERS OF SOUTH CAROLINA

CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC

CONSULTING ENGINEERS GROUP, INC.

CONSUMERS CONCRETE CORPORATION

CONTERRA ULTRA BROADBAND HOLDINGS INC

CONTINENTAL FARMING CORPORATION

CONTRACTORS POWER AND LIGHT CO.

CONTROL ALT DIGITAL, LLC

COOKE RENTALS OF MOUNT AIRY, NC, INC

COOPER POWER SYSTEMS LLC

COOSA CONSULTING CORPORATION

COPADO, INC.

COPPER LEAF MANAGEMENT, LLC

CORBIN LAWNCARE, LANDSCAPING, & FIREWOOD LLC

CORCORAN IP LAW PLLC

NAME ON FILE

CORE & MAIN LP

CORE LAND & TITLE INC

CORELOGIC SPATIAL SOLUTIONS

NAME ON FILE

CORNERSTONE BUSINESS ADVISORS

CORNERSTONE GOVERNMENT AFFAIRS INC

CORPORATE CONNECTION LLC

CORPORATION SERVICE CO/CSC

NAME ON FILE

COSCO SHIPPING LINES CO LTD

COUNTRY CLUB OF ASHEVILLE

COUNTY OF ALAMANCE (NC)

COUNTY OF BLADEN (NC)

COUNTY OF BOYLE (KY)

COUNTY OF CASWELL (NC)

COUNTY OF FREDERICK INSPECTION DIVISION

COUNTY OF JEFFERSON (OR)

COUNTY OF LEXINGTON (SC)

COUNTY OF MONTGOMERY (NC)

COUNTY OF MOORE (NC)

COUNTY OF MORROW (OR)

COUNTY OF ORANGEBURG (SC)

COUNTY OF ORANGEBURG (SC)

COUNTY OF RICHMOND (NC)

COUNTY OF YADKIN (NC)

COUNTY WIDE SEPTIC, LLC

COURTNEE HAMILTON

COURTNEY & ASSOCIATES PC

COURTNEY & ASSOCIATES PC

NAME ON FILE

C-PHASE SERVICES, LLC

CPP INCORPORATED

CRANE & RIGGING CORPORATION

CRANFILL SUMNER LLP

NAME ON FILE

CRAWFORD ELECTRIC SUPPLY CO INC

CREATIVE RENEWABLE SOLUTIONS LLC

CREWS TRANSPORT, INC.

CROIXSTONE CONSULTING, LLC

CROSS COUNTRY INFRASTRUCTURE SERVICES USA

CROSSFIRE RISK SOLUTIONS, LLC

CROWE & DUNLEVY PC

CROWN LIFT TRUCKS

NAME ON FILE

NAME ON FILE

CRYSTAL FLASH, INC.

CRYSTAL SPRINGS (TX)

CRYSTAL SPRINGS-102 CLT

CSX TRANSPORTATION, INC.

CTS CLEANING SYSTEMS INC

CU 1, LLC

CULLIGAN OF OMAHA

NAME ON FILE

CULTURE AMP INC.

CUMBERLAND COUNTY TAX COLLECTOR (NC)

CUMBERLAND SEPTIC SERVICE INC.

CUMBERLAND TRACTOR KUBOTA OF FAYETTEVILLE

CUMMINGS WESTLAKE LLC

CURB APPEAL OF CAPE FEAR INC.

CURRITUCK COUNTY TAX DEPARTMENT

CURRITUCK SAND COMPANY

CURTIS CONSTRUCTION COMPANY, INC.

NAME ON FILE

CVENT, INC.

CYBERGRANTS, LLC

CYPRESS CREEK RENEWABLES LLC

CYPRESS CREEK SOLUTIONS LLC

CYPRESS ENERGY PARTNERS, LLC

D & L SURVEYING, LLC(VV02730)

D & R HEATING AND AIR INC

NAME ON FILE

NAME ON FILE

27

NAME ON FILE

DAI MANAGEMENT CONSULTANTS, INC.

DAKM PROPERTIES, LLC

NAME ON FILE

DALRYMPLE, ELIZABETH

DANIEL & JOANN STAHLER TRUST

NAME ON FILE

NAME ON FILE

NAME ON FILE

DARLINGTON COUNTY CLERK OF COURT (SC)

DARLINGTON COUNTY TAX COLLECTOR (SC)

DARLINGTON COUNTY TREASURER (SC)

DARR ANGELL LIVING TRUST

NAME ON FILE

DASH9

DAT SOLUTIONS, LLC

DATACOM LLC

DATAPATTERN, LLC

DAUM & SONS, INC

DAVEY RESOURCE GROUP, INC.

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

DAVID FREEMAN FARMS, LLC

DAVID JOHN KILPATRICK II

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

DAVIDSON FARMS LLC

DAVIS ENGINEERING & SURVEYING, LLC

DAVIS GRAHAM & STUBBS LLP

DAVIS METAL WORKS, LLC

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

DB CALDWELL FAMILY TRUST

DC SOLAR SOLUTIONS, LLC

DE LAGE LANDEN FINANCIAL SERVICES, INC.

NAME ON FILE

NAME ON FILE

DEBRA KITCHENS TRUST

NAME ON FILE

DECKER FORD INC.

DEFY SECURITY, LLC

NAME ON FILE

DEHN, INC.

DELAWARE DEPARTMENT OF TRANSPORTATION

DELAWARE LIFE INSURANCE COMPANY

DELL MARKETING LP

DELMARVA POWER

DELOITTE & TOUCHE LLP

DELOITTE TAX LLP

DELTA DENTAL OF NORTH CAROLINA

DELTA ELECTRICAL STAFFING, INC

DELTA INDUSTRIES

DELUXE

DENNIS & DONNA REICH FAMILY, LLLP

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

DENOWATTS SOLAR LLC

DENTONS US LLP

DERNER FENCING LLC

DESKTOP DISPOSAL

DEUTSCHE BANK TRUST COMPANY AMERICAS

DEVELOPMENT AUTHORITY OF WASHINGTON COUNTY

DEWITT COUNTY CLERK (TX)

DEX IMAGING, LLC

DEXIAN SIGNATURE CONSULTANTS

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

DICKINSON WRIGHT PLLC

NAME ON FILE

DIEPHOLZ FORD LINCOLN

DIRECT SOLAR SERVICES, LLC

DIRECTIONAL SERVICES, INC.

DIRECTIONAL TECHNOLOGY SOLUTIONS LLC

DIS-TRAN PACKAGE SUBSTATIONS ENGINEERING

DIS-TRAN PACKAGED SUBSTATIONS, LLC

NAME ON FILE

DMC POWER, INC.

DNV ENERGY USA INC

DNV GREENPOWERMONITOR USA INC.

DOBLE ENGINEERING COMPANY

DOCUSIGN, INC.

DODSON PEST CONTROL

DOELEGAL, INC.

DOI - BUREAU OF LAND MANAGEMENT

DOMINION BOULEVARD VETERANS BRIDGE

DOMINION ENERGY NORTH CAROLINA

DOMINION ENERGY NORTH CAROLINA (ONLINE)

DOMINION ENERGY SOUTH CAROLINA, INC.

DOMINION ENERGY SOUTH CAROLINA, INC. (ONLINE)

DOMINION ENERGY SOUTH CAROLINA, INC. (WIRE)

DOMINION ENERGY VIRGINIA

DON BORNEKE CONSTRUCTION, INC.

NAME ON FILE

DONNIS E. ALLEN CREDIT TRUST

NAME ON FILE

NAME ON FILE

DORSETT HEATING & AIR CONDITIONING INC

DORSEY AND WHITNEY LLP

DOT X O MEG, LLC

DOUBLE A FIREWOOD INC

DOUBLE K HOLDINGS, LLC

DOUBLEON RANCH LLC

DOUGLAS EXPLOSIVE SERVICES LLC

NAME ON FILE

DOW JONES & COMPANY, INC.

DOWN EAST PROTECTION SYSTEMS

DOYLE FAMILY LLC

DPS LAND SERVICES, LLC

DRAPER FAMILY PARTNERSHIP

DRAW ENTERPRISES, INC.

DRAWBOARD PTY. LIMITED

DRIVEERT

DRONE NERDS INC

DSLRPROS

DUBOSE STEEL

DUCHARME, MCMILLEN & ASSOCIATES, INC.

DUDLEY LAND COMPANY

DUFOUR CONAPINSKI HA LLP

DUKE ENERGY DBA DUKE ENERGY CAROLINAS

DUKE ENERGY PROGRESS

DUKE ENERGY PROGRESS (ACH)

DUKE ENERGY PROGRESS (ONLINE)

DUKE ENERGY PROGRESS (WIRE) 0020

DUKE UNIVERSITY

DULLES GREENWAY

DUNCAN ROAD LLC

DUNCAN WEINBERG GENZER & PEMBROKE, P.C.

DUNCAN-PARNELL, INC

DUNKLIN COUNTY (MO)

NAME ON FILE

DUPLIN COUNTY (NC)

DUPLIN COUNTY REGISTER OF DEEDS (NC)

NAME ON FILE

DUTTON & ASSOCIATES LLC

DW1

NAME ON FILE

NAME ON FILE

NAME ON FILE

DYNAPOWER COMPANY LLC

E A MATHIS COMPANY INC

E CLARK & MARY ANN JENKINS TRUST

E&E NEWS

E.A.S.E.

E3 CONSULTING SERVICES, LLC

E-470 PUBLIC HIGHWAY AUTHORITY

EAGLE ENERGY, LLC

NAME ON FILE

EARTH NETWORKS INC.

EAST BAPTIST CHURCH

EAST CAROLINA COMMERCIAL SERVICES LLC

EAST END TOWING

EAST MISSISSIPPI ELECTRIC POWER

NAME ON FILE

EASTERN GROUP, LLC

EASTERN SITE SERVICES LLC

EASTERN SUPPLY, INC.

EASTWOOD HOLDINGS LLC

EB&R LLC

ECNS GLOBAL CONSULTANTS, PLLC

ECS MID-ATLANTIC, LLC

ECS SOUTHWEST, LLP

EDDINS LAND LLC

NAME ON FILE

EDGEFIELD COUNTY WATER AND SEWER AUTHORITY (SC)

EDINBURG CHAMBER OF COMMERCE

EDJE CONSULTING, LLC

NAME ON FILE

NAME ON FILE

EDWARDS GREENVILLE, INC

EDWARDS PROPERTIES LTD

EDWARDS, INC.

EHRMAN PLUMBING LLC

EI8HTY8, LLC

NAME ON FILE

ELECTRIC POWER ENGINEERS INC

ELECTRIC POWER SYSTEMS INT, INC

ELECTRIC RELIABILITY COUNCIL OF TEXAS (ERCOT)

ELECTRIC RELIABILITY COUNCIL OF TEXAS (ERCOT) (PORTAL)

ELECTRIC RELIABILITY COUNCIL OF TEXAS (ERCOT) (WIRE)

ELECTRIC SUPPLY OF TAMPA LLC

ELECTRICAL POWER PRODUCTS INC

ELEVATED STAFFING SUPPORT, LLC

ELGIN POWER SOLUTIONS

NAME ON FILE

ELK COUNTY REGISTER OF DEEDS (KS)

ELLENDER LAW FIRM, APLC

NAME ON FILE

ELVIS SERVICE COMPANY, INC

EMA ELECTROMECHANICS, INC.

EMAILGISTICS CORP.

EMBURSE, INC.

NAME ON FILE

NAME ON FILE

EMN70 ROTH IRA LLC

ENCOMPASS SERVICES, LLC

NAME ON FILE

NAME ON FILE

ENERGY AND ENVIRONMENTAL ECONOMICS INC

ENERGY GPS, LLC

ENERGY RENEWAL PARTNERS LLC

ENERGY SYSTEMS INTEGRATION GROUP

ENERNEX LLC

ENERTIS SOLAR, INC.

ENFIELD ENERGY LLC

ENGTAL LLC

ENHANCEMENT SOLUTIONS, INC.

ENTERGY SERVICES, LLC

ENTERPRISE FM TRUST

ENVERUS, INC.

ENVIRO SERVICES RENTAL LLC

ENVIRONMENTAL CONSULTING & TECHNOLOGY INC

ENVIRONMENTAL DESIGN & RESEARCH

ENVIRONMENTAL RESOURCES MANAGEMENT

ENVIRONMENTAL SOLUTIONS & INNOVATIONS INC

ENVIRONMENTAL SYSTEMS RESEARCH INSTITUE, INC

ENVIROSCIENCE, INC.

ENVOY GLOBAL INC

EO MARTIN LAND CO

EOS ENERGY ENTERPRISES, INC.

EPC SERVICES COMPANY

EPIGNOSIS LLC

EPPERSON FARMS, LLC

EPTURA INC

EQ RESEARCH LLC

EQUIPMENTSHARE.COM INC.

EQUIPMENTWATCH

EQUIX INFRASTRUCTURE, INC.

ER FARMS

ERC BROADBAND

NAME ON FILE

NAME ON FILE

NAME ON FILE

ERIE COUNTY RECORDERS OFFICE (OH)

ERISAPROS, LLCS

ERM NC, INC.

ERMCO INC

ERSG US HOLDINGS INC.

ESCHS SEPTIC SERVICE INC.

NAME ON FILE

ESL FARMS, LC

ESRI INC.

ESSENTIAL CORROSION PROTECTION

31

ESTANCIA ROTARY CLUB

ESTHER S MORGAN TRUSTEE

ETAP

ETHOS SPECIALTY INSURANCE SERVICES LLC

ETI ENERGY TOOLS LLC

EUCHEE CREEK PALLETT CO

NAME ON FILE

EUCLID TRANSACTIONAL LLC

NAME ON FILE

NAME ON FILE

EVANS COUNTY RECORDER OF DEEDS (GA)

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

EVAPAR INC

NAME ON FILE

EVERGREEN LAWN MAINTENANCE, INC.

EVERGREEN SPRING BUSINESS

EVERNORTH HEALTH, INC.

EVERON, LLC

EVERSHEDS SUTHERLAND (US) LLP

EXCEL DOCUMENT SOLUTIONS, INC.

EXCEL EXCAVATION GROUP LLC

EXPRESS LANES

EZ-SPOT-UR, INC.

F.N.B. EQUIPMENT FINANCE

F5 SOLUTIONS LLC

NAME ON FILE

FALCON DRILLING COMPANY, LLC

FALKORE RESOURCE GROUP LLC

FALL LINE CONSTRUCTION LLC

FARMERS RURAL ELECTRIC COOPERATIVE

FARMERS UNION COOP ASSOCIATION

FARMLAND RESERVE

NAME ON FILE

NAME ON FILE

FAST GRID, LLC

FASTENAL COMPANY

FASTMARKETS GLOBAL LIMITED

FASTMED PC

FASTSIGNS NATIONAL ADVERTISING COUNCIL

FAULKNER LAND COMPANY LLC

FAYETTEVILLE BASEBALL CLUB, LLC

FAYETTEVILLE PUBLIC WATER COMMISSION

FAYETTEVILLE SHRINE CLUB

FAYETTEVILLE STEEL

FCI

FCM SERVICES, LLC

FDOT

FDRSAFETY, LLC

FEDERAL EXPRESS

FEDEX FREIGHT

FENTON, JOHN

FERGUSON ENTERPRISES, LLC

FERNDALE ELECTRIC CO., INC

NAME ON FILE

FIDELITY NATIONAL TITLE COMPANY (CA)

FIDELITY NATIONAL TITLE INSURANCE CO (GA)

FIDELITY NATIONAL TITLE INSURANCE CO (GA)

FIDELITY NATIONAL TITLE INSURANCE CO (KY)

FIDELITY NATIONAL TITLE INSURANCE CO (VA)

FIDELITY NATIONAL TITLE INSURANCE CO (VA) 6209

FIFTH THIRD CREDIT CARD - BRP

FIIX

NAME ON FILE

FILSINGER ENERGY PARTNERS, INC.

FILTER SPECIALTY INC

FIMER RENEWABLE ENERGY SOLUTIONS LLC

FIND GREAT PEOPLE, LLC

FINGERPRINT PROMOTIONS

FIRE & RISK ALLIANCE, LLC

FIRMEX CORP

FIRST AMERICAN TITLE INSURANCE CO - MA

FIRST AMERICAN TITLE INSURANCE COMPANY (40000)

FIRST COMMUNITY TITLE, LLC

FIRST FINANCIAL HOLDINGS, LLC

FIRST NATIONAL BANK OF SANDOVAL

FIRST STATE BANK

NAME ON FILE

FISHTRAP NATURE CONSERVANCY INC

FITZGERALD EXCAVATING & CONSTRUCTION, INC.

FIVE BAR FARMS GENERAL PARTNERSHIP

FIVE WELLS OF HAMILTON COUNTY, LLC

FLATWOODS TIMBER LLC

FLEET RESPONSE

NAME ON FILE

FLEUR DE RIZ, LLC

FLEXRACK BY QCELLS LLC

FLIPNODE LLC

FLISK LLC

FLOODACE, LLC

FMC GLOBALSAT INC.

FMLASOURCE, INC.

FOLEY & LARDNER LLP

FOOD EXPERIENCE, INC.

FORD CREDIT

FORD OF UNIONTOWN

FORD PRO

FORM & FUNCTION ARCHITECTURE, PC

FORMASSEMBLY, INC.

FORTRESS FENCING, LLC

FORVIS MAZARS, LLP

FOSS RECYCLING, INC.

FOX ENERGY STRATEGIES, LLC

FOX ROTHSCHILD LLP

FP 2021 DEV HLDCO

FPI AGRIBUSINESS, INC.

FPI COLORADO, LLC

NAME ON FILE

FRANKLIN COUNTY TAX COLLECTOR

NAME ON FILE

FREDRIKSON & BYRON P.A.

FRENCH BROAD LAWN AND LANDSCAPING INC.

FRENCH BROAD RIVER ACADEMY, INC.

FRESHWORKS INC.

FRIENDS OF THE MUSEUM OF NATURAL SCIENCES

FRONTIER TIMES MUSEUM

FROST BROWN TODD LLC

FTC SOLAR INC

FULL TILT LOGISTICS, LLC

FUNDAMENTAL PARTNERS IV LP

FUNDAMENTAL RENEWABLES, LLC

FUNDAMENTAL RENEWABLES, LLC (INCOME)

FUNDAMENTAL RENEWABLES, LLC (REPAYMENT)

FUSABLE

G & W ELECTRIC COMPANY

G AND L FARM, LLC

G J MECHERLE TRUST UNDER WILL

G&G WELDING SERVICE

G&L AG PROPERTIES LLC

G&S FENCE AND DECK, LLC

G2 ENTERPRISE SOLUTIONS LLC

GABEL ASSOCIATES INC

GALLAGHER BENEFIT SERVICES INC

GALLAGHER EVELIUS & JONES LLP

GALLENTINE PRICE AMERICAN LEGION POST 131

GALLOWAY & LYNDALL LLP

GAMECHANGE SOLAR CORP

GARDNER BROS, LLC

GARTNER, INC.

NAME ON FILE

GASKINS ENTERPRISES LLLP

GBR INTERCONNECTION 2 LLC

GE GRID SOLUTIONS, LLC

GE VERNOVA INTERNATIONAL LLC

GEMINI TITAN, LLC

GENERATE CAPITAL, PBC

GENESIS 360 LLC

GENTRY HEATING, INC.

GENTRY LOCKE RAKES & MOORE LLP

GEO-HYDRO ENGINEERS, INC

NAME ON FILE

NAME ON FILE

GEORGE W. MOROSANI & ASSOCIATES

NAME ON FILE

GEORGIA CHAMBER OF COMMERCE

GEORGIA DEPARTMENT OF REVENUE

GEORGIA POWER COMPANY

GEORGIA POWER COMPANY (5461)

GEORGIA TRANSMISSION CORPORATION

GEOSYNTEC CONSULTANTS, INC.

GE-PROLEC TRANSFORMERS, INC.

NAME ON FILE

GEXA ENERGY LP

GEXPRO

GFL ENVIRONMENTAL INC.

GGP TOPAZ FARMS LLC

GIBSON DUNN & CRUTCHER LLP

GILL & GILL SC

GILL DRILLING SERVICES INC.

GILL SECURITY SYSTEMS, INC.

GILLESPIE PARTNERS LTD

GITHUB, INC.

GIVEPOWER FOUNDATION

GIVLER ENGINEERING

GLEN'S WELDING

GLOBALIZATION PARTNERS, LLC

GM FINANCIAL

GOETZ GIRLS FARM LLC

GOLDSBORO MILLING COMPANY, INC.

GOOD STEWARD CONSULTING, LLC

GOODELL, LLC

GORDON BROTHERS ASSET ADVISORS LLC

GORDON COUNTY TAX COMMISSIONER

GOVERNMENT OF THE DISTRICT OF COLUMBIA

GOVERNMENTAL AFFAIRS LLC

GPRS

NAME ON FILE

GRANGER WASTE SERVICES, INC.

GRANT THORNTON ADVISORS LLC

GRANTLIN FABRICATION LLC

GRAY MECHANICAL CONTRACTORS LLC

GRAYROBINSON, P.A.

GRAYSCALE LABS, INC.

GRE ASHEVILLE OWNER, LLC

GREAT BAY RENEWABLES MANAGEMENT LLC

GREAT LAKES PETROLEUM CO

GREATAMERICA FINANCIAL SERVICES CORP

GREEN RESOURCE LLC

GREEN RIVER ENGINEERING & CONSULTING

GREEN ROCKET SECURITY INC

GREEN THUMB LAWN & LANDSCAPE LLC

GREENBRIDGE ENERGY TALENT PARTNERS LTD

GREENBURG TRAURIG LLP

GREENE COUNTY JUDGE OF PROBATE (AL)

GREENHOUSE SOFTWARE, INC

GREENRISE TECHNOLOGIES LLC

GREENWOOD COUNTY (SC)

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

GREGORY POOLE EQUIPMENT COMPANY

GRID STRATEGIES LLC

GRIDPOWER SOLUTIONS LLC

GRIDSECURITY INC

GRIEB FARMS, INC

GRL MANAGEMENT GROUP INC

GROESBECK CHAMBER OF COMMERCE

GROTON LAND COMPANY INC

GROUNDWORK RENEWABLES INC

GRT UTILICORP INC

GUADALUPE COUNTY 4-H COUNCIL

GUADALUPE COUNTY, TEXAS

GUADALUPE VALLEY ELECTRIC COOPERATIVE INC

GUARANTEED SUPPLY COMPANY

GUIDELINE RK, LLC

GUILDFORD COUNTY TAX DEPARTMENT

GUILFORD COUNTY (NC)

GUILFORD COUNTY PLANNING AND DEVELOPMENT

GWINNUPS RESTORATION AND ENVIRONMENTAL SERVICE INC

H&E EQUIPMENT SERVICES, INC

H.E. LONG FAMILY, LLC

HAIR & SONS INC

HALIFAX COUNTY (VA)

HALIFAX ELECTRIC MEMBERSHIP CORPORATION

HALIFAX ELECTRIC MEMBERSHIP CORPORATION

HALL ESTILL, ATTORNEYS AT LAW

HALL FLETCHER PTO

HANCOCK COUNTY SCHOOL DISTRICT (MS)

HANCOCK COUNTY TAX COLLECTOR (MS)

NAME ON FILE

NAME ON FILE

HANNON ARMSTRONG CAPITAL LLC

HANWHA Q CELLS USA, CORP

HARDHAT WORKFORCE SOLUTIONS, LLC

HARDIN COUNTY CHAMBER & BUSINESS ALLIANCE (OH)

HARDIN COUNTY RECORDER (OH)

HARGROVE, LLC

HARMAN BROTHERS ICE, LLC

HARNETT COUNTY TAX DEPARTMENT (NC)

HARRISON COUNTY PLANNING & COMMUNITY DEVELOPMENT

HARRISON COUNTY WATER ASSOCIATION

HARRISVILLE BUSINESS CENTER LLC

HART ELECTRIC MEMBERSHIP CORPORATION

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

HARVEY & JOHN LTD

HASI EAST ATMORE, LLC

HASI FOLEY, LLC

HASI OLD HAYNEVILLE, LLC

HASKELL COUNTY CLERK

HAYNSWORTH SINKLER BOYD, PA

HAYWOOD PARK HOTEL

HCC LIFE INSURANCE COMPANY

HCG LLC

HCJ, INCORPORATED

HCTRA - VIOLATIONS

HDR ENGINEERING, INC. OF THE CAROLINAS

HEAVY CONSTRUCTION SYSTEMS SPECIALISTS LLC

HECATE ENERGY GROUP, LLC

HEIDELBERG MATERIALS SOUTHEAST AGG LLC

HELAMAN TAIT

HELEN RAY TRUST FBO TRACI CROSSLAND

HELEN RAY TRUST FBO WS OWEN

HELLMUTH & JOHNSON, PLLC

HENCO NORTH

HENEMIER LAND LLC

HENKELS & MCCOY INC.

NAME ON FILE

HEPPNER BOOSTER CLUB INC

HEPPNER CHAMBER OF COMMERCE (OR)

NAME ON FILE

HEYL, ROYSTER, VOELKER & ALLEN, P.C.

HGRS TRUCK AND TRAILER SALES INC

HGS, LLC

HIGH CREEK WILDLIFE CONTROL

HIGH VOLTAGE SPECIALISTS, INC.

HIGHLAND COUNTRY CLUB INC.

HIGHMARK RESOURCES

HILCO TRANSPORT, INC

HILLMAN BROTHERS

NAME ON FILE

HINKLE CONTRACTING COMPANY LLC

HIRERIGHT, LLC

HITACHI ENERGY USA INC.

HK1 LLC

HMG FAMILY LLLP

HO-FEL LLC

HOFER LAW, LLC

HOLLAND & KNIGHT, LLP

HOLT ENVIRONMENTS

HOOK & HOOK PLLC

HOOPP

HOPE MILLS SAW & MOWER

HOPEWELL LAND, LLC

HORIZON SUPPLY COMPANY

HORNE BROTHERS COMMUNICATIONS INC

HORRIGAN FARMS, INC

HORRY COUNTY TREASURER

HORTON SUPPLY COMPANY

HSA BANK

HSI WORKPLACE COMPLIANCE SOLUTIONS INC

HUBBARD PIPE & SUPPLY

HUGH GILLIS, JR.

HUKSEFLUXUSA INC

HULSEY MEDIA INC

NAME ON FILE

HURON CONSULTING SERVICES, LLC

HURON COUNTY COMMUNITY LIBRARY

HURRICANE FENCE CO

HUSCH BLACKWELL LLP

HYDRO GREEN EROSION CONTROL LLC

HYPOWER, LLC

IBS ELECTRONICS INC

ICE US OTC COMMODITY MARKETS, LLC

IDI SERVICES, INC.

IFS NORTH AMERICA INC

ILLINOIS DEPARTMENT OF REVENUE

ILLINOIS POWER AGENCY

ILLINOIS TOLLWAY

IMC INC

INDEPENDENT CATTLEMAN'S ASSOCIATION OF TEXAS

INDUCTIVE AUTOMATION LLC

INDUSTRIAL POWER, INC.

INDUSTRIOUS NYC 1411 BROADWAY

INDUSTRIOUS RAL 555 FAYETTEVILLE LLC

INFOCAST

INGENIOUSIO, INC.

INNOVANT PUBLIC RELATIONS, LLC

INSPIRE PLANNER, INC.

INSTANT SHADE LANDSCAPE, INC

INSTRUMENT MANUFACTURING COMPANY

INTELLIRENT

INTERMOUNTAIN ELECTRIC INC

INTERNAL REVENUE SERVICE CENTER

INTERNATIONAL MINUTE PRESS

INTERSTATE WELDING & STEEL SUPPLY

INTERWEST ENERGY ALLIANCE

INTOO, LLC

INTRALINKS INC

IOMER INTERNET SOLUTIONS, INC.

IONE EDUCATION FOUNDATION

IRON WILL MOBILE VETERINARY SERVICES PC

IRWIN COUNTY RECORDER OF DEEDS (GA)

ISLE OF WIGHT CHAMBER OF COMMERCE

ISLE OF WIGHT CHRISTIAN OUTREACH PROGRAM, INC.

ISLE OF WIGHT CIRCUIT COURT

ISLE OF WIGHT COUNTY

ISN SOFTWARE CORPORATION

ISO-CAL NORTH AMERICA LLC

ISOTROL USA LLC

J & J PORTAPOTTY INC

J & M FARMS, LP

J&L PECANS LLC

J. E. OSWALT & SONS HEAVY HAULING & RIGGING, INC

J. FRANK AND ASSOCIATES, LLC

J. RANCK ELECTRIC, INC.

J.M. HENDLEY FARMS

NAME ON FILE

NAME ON FILE

JACKSON LEWIS PC

JACOB RICE ENGINEERING, LLC

NAME ON FILE

NAME ON FILE

JAMES & MARILYN SUE BIDWELL

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

JAMES KRASINSKI TRUCKING & EXCAVATING

NAME ON FILE

NAME ON FILE

NAME ON FILE

JAMES RIVER COMPANIES LLC

NAME ON FILE

JAMES TRADING COMPANY OF ROSEBORO, INC.

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

JANUS ASSOCIATES, INC. DBA BHS

JARCO SUPPLY

NAME ON FILE

JASON KIESER FARMS

NAME ON FILE

JAY'S OIL & PROPANE, INC.

JB ELECTRIC AND SOLAR LLC

JB GROUP OF LA, LLC

JDH CORROSION CONSULTANTS, INC.

NAME ON FILE

NAME ON FILE

JEAN L WENESS TRUST

NAME ON FILE

JEFFERSON ENERGY COOPERATIVE

NAME ON FILE

NAME ON FILE

JENNIEGARY LLC

NAME ON FILE

JENNIFER SUSAN STASNY SPECIAL NEEDS TRUST

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

JEU LLC

JEWELL JIMMERSON NATURAL RESOURCES LAW LLC

JF ELECTRIC INC

JGH II INC.

JH STEWART FAMILY, LLC

NAME ON FILE

NAME ON FILE

JIM HOGG COUNTY

JLO GROUP LLLP

JM TEST SYSTEMS, LLC

JO ANNE HEINSZ ESTATE

NAME ON FILE

NAME ON FILE

JOBOT, LLC

NAME ON FILE

JOE ETHERIDGE ET AL PTR

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

JOHN HOWLE

JOHN MAYERS ESTATE

NAME ON FILE

NAME ON FILE

JOHN SALINE LIVING TRUST

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

JOHN'S RV LLC

JOHNSON CONTROLS SECURITY SOLUTIONS, LLC

JOHNSON COUNTY (GA)

JOHNSTON COUNTY (OK)

JOLMA UTILITIES LLC

NAME ON FILE

| | |
|---|---|
| NAME ON FILE | NAME ON FILE |
| NAME ON FILE | KARNES ELECTRIC COOPERATIVE INC. |
| JONES BORREGOS LTD. | NAME ON FILE |
| JONES COUNTY CLERK (TX) | KAZ SURVEYING, INC |
| JONES COUNTY CLERK (TX) | KAZMAREK MOWREY CLOUD LASETER LLP |
| JONES POWER, LLC | KB CUT LLC |
| JONES WALKER LLP | K-CO ENTERPRISES, INC |
| JONS TO GO | KEEPER SECURITY, INC |
| JORDAN MILL FARMS, LLC | NAME ON FILE |
| JORDAN TWO, LLC | NAME ON FILE |
| NAME ON FILE | NAME ON FILE |
| JOSEPH D. JOLIFF - TRUSTEE | KEM CONTRACTOR SERVICES LLC |
| JOSEPH RAYE STASNY TRUST | NAME ON FILE |
| NAME ON FILE | NAME ON FILE |
| NAME ON FILE | NAME ON FILE |
| JPMORGAN CHASE BANK, N.A. | NAME ON FILE |
| NAME ON FILE | NAME ON FILE |
| JST POWER EQUIPMENT, INC. | KENTON LIONS CLUB |
| NAME ON FILE | KENTUCKY DEPARTMENT OF REVENUE |
| JUNIPER DEVELOPMENT PARTNERS, LLC | KENTUCKY STATE TREASURER |
| NAME ON FILE | KERR CONSULTING |
| JVE ENGINEERING INC | KERTEC, LLC |
| JWC ENVIRONMENTAL, LLC | KIMLEY-HORN AND ASSOCIATES, INC. |
| K AND F LLC | KINGS FIRE & SAFETY |
| K2 RENEW NW LLC | KINNEY COUNTY TEXAS COUNTY CLERK |
| KAIRIT PLACE, LLC | KIRBY RISK CORPORATION |
| NAME ON FILE | KIRBY-SMITH MACHINERY, INC. |
| KANDJI, INC. | NAME ON FILE |
| KANSAS TURNPIKE AUTHORITY | KIRKLAND & ELLIS LLP |
| KARAMTARA ENGINEERING PVT LIMITED | KISKI REALTY COMPANY, INC. |
| NAME ON FILE | NAME ON FILE |
| NAME ON FILE | KIWANIS CLUB OF ASHEVILLE |
| NAME ON FILE | KLEINFELDER, INC. |
| NAME ON FILE | KNOWBE4 INC |
| NAME ON FILE | KOMATSU FINANCIAL |

KOR FINANCIAL, INC.

KRIEG DEVAULT LLP

NAME ON FILE

KUBOTA CREDIT CORPORATION USA

KUBOTA CREDIT-LEASE CORP, USA

KUDOS INC

KUTAK ROCK LLP

KVA INC.

KYRIBA CORP

L & E WILSON FAMILY LP

NAME ON FILE

LAFAYETTE FORD, INC.

LAIL ELECTRIC SERVICE, INC.

LAMBS LAWN SERVICE AND LANDSCAPING, LLC

LANDGATE CORP

LANDSCAPE DESIGN OF GOLDSBORO, INC

NAME ON FILE

LANE FARMS INC.

LAREDO CHAMBER OF COMMERCE

NAME ON FILE

NAME ON FILE

NAME ON FILE

LATHAM & WATKINS, LLP

NAME ON FILE

LAURENS COUNTY WATER AND SEWER COMMISSION

LAURENS ELECTRIC COOPERATIVE, INC.

LAWSON PRODUCTS, INC.

LCPTRACKER, INC.

LD ACQUISITION COMPANY 15, LLC

LD ACQUISITION COMPANY 18 LLC

LEDWELL & SON ENTERPRISES, INC.

NAME ON FILE

LEE ELECTRICAL CONSTRUCTION, LLC

LEGALSHIELD

LEIDOS ENGINEERING, LLC

LEK INVESTMENTS, LLC

LENOVO INC

LEVEL 3 FINANCING, INC (LUMEN)

LEVITT & NEEDLEMAN, P.C.

NAME ON FILE

LEXINGTON COMMUNITY DEVELOPMENT GROUP

LHI GROUP INC

LIBERTY CORE CONSULTANTS, LLC

LIBERTY SHIELD SECURITY LLC

LIBERTY, LLC

LIERLEY FARMS LLC

LIFTONE LLC

LIG CONSULTANTS

LIMESTONE COUNTY FAIR ASSOCIATION

LINCOLN COUNTY OFFICE OF TAX ADMINISTRATOR

NAME ON FILE

NAME ON FILE

LINDER INDUSTRIAL MACHINERY COMPANY

LINDER TURF AND TRACTOR

LINDSAY PRECAST, LLC

LINE EQUIPMENT SALES

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP

LINKEDIN CORPORATION

LINKLATERS LLP

LINKSQUARES, INC.

NAME ON FILE

NAME ON FILE

LITERA

LITTLE ELM VALLEY WSC

LIVE OAK BANKING COMPANY

LM FABRICATION & COATING LLC

LOADSMART, INC.

LOCKE LORD LLP

LOGISTICS PLUS, INC.

LONE CREEK CATTLE COMPANY

LONE CREEK LAND COMPANY

LONE ELK, LLC

LONE MOUNTAIN RANCH, LLC

LONESTAR ELECTRIC SUPPLY

LONGBAY RENEWABLES LLC

LONQUIST ENGINEERING, LLC

LORMAN EDUCATION SERVICES

LORRAINE STEVENS

LOT SIXTEEN

LOTT & SEARCY, LLP (ACH)

LOTT & SEARCY, LLP (WIRE)

LOWER BRUSHY CREEK WCID

LOWNDES COUNTY RECORDER OF DEEDS (GA)

LPL SOLAR, LLC

LS ELECTRIC AMERICA INC.

LS TIMBER FARM, LLC

NAME ON FILE

LUCK STONE CORPORATION

NAME ON FILE

NAME ON FILE

LUMENUSWORKS LLC

LUMICITY ILLINOIS, LLC

LUMINATE, LLC

LYLE MACHINERY CO.

LYNCH MURPHY MCLANE LLP

NAME ON FILE

M & J PERKINS TRUST

NAME ON FILE

M. MOORE PROPERTIES LLC

M.D. HENRY CO., INC.

M.G. DYESS, LLC

M.J. ELECTRIC, LLC

MACABACUS

MAC-O-CHEE FARMS, LP

MAD MAD WORLD LLC

MADISON COUNTY CHANCERY CLERK (MS)

NAME ON FILE

MAJOR, LINDSEY & AFRICA, LLC

MANATT, PHELPS & PHILLIPS, LLP

MANGUM ECONOMICS

NAME ON FILE

MARCH EQUIPMENT INC

NAME ON FILE

NAME ON FILE

MARENGO COUNTY JUDGE OF PROBATE (AL)

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

MAROUS & COMPANY

MARS TRANSFORMERS, LLC

MARSH ENGINEERING SERVICES

MARSH USA INC

NAME ON FILE

MARSHALL & MARSHALL PROPERTIES LLC

NAME ON FILE

MART INDEPENDENT SCHOOL DISTRICT

MARTENSEN IP

NAME ON FILE

41

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

MARTIN MARIETTA MATERIALS, INC.

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

MARYLAND DEPT OF ASSESSMENTS AND TAXATION

MARYLAND PUBLIC UTILITY SECTION

MARYLAND TRANSPORTATION AUTHORITY

MASSEY REVOCABLE TRUST

MATERIAL SALES COMPANY

MATHENY PROPERTY LLC

NAME ON FILE

NAME ON FILE

MATTHEWS SANITATION SERVICES, LLC

MAVIRO CORP

MAX FORD LLC

NAME ON FILE

MAX MOTORS II, LLC

MAYBERRY METAL STRUCTURES LLC

MAYER BROWN LLP

MAYNARD NEXSEN PC

MCAFEE & TAFT, A PROFESSIONAL CORP

MCCALL-THOMAS ENGINEERING CO., INC

MCDERMOTT WILL & EMERY LLP

MCDONALD FAMILY FARMS LLC

MCDONALD LUMBER CO, INC.

MCGRAW-MAHON PA

MCILVAINE LAND COMPANY, LTD.

MCKIE FORD INC.

MCKIM & CREED, INC.

MCLEOD COUNTY GOVERNMENT CENTER

MCNICHOLS COMPANY

MDR AMARILLO, LLC

MECKLENBURG COUNTY (NC)

MECO INC OF FLORENCE

NAME ON FILE

NAME ON FILE

MEGGER

NAME ON FILE

MELTWATER NEWS US INC.

MEMORY ROCK FARM

MENAINFOSEC, INC.

MERCER COUNTY (PA)

MERGERMARKET LIMITED

MERIDIAN CHAMBER OF COMMERCE

MERIT SI TECHNOLOGIES, LLC

NAME ON FILE

MERTECH ENGINEERING SERVICES LLC

NAME ON FILE

META GEOMATICS PLLC

METALCRAFTERS, BARNES

METECH RECYCLING, INC.

METEOLOGICA S.A.

METRO WIRE & CABLE CO. - ATLANTA

METROPOLITAN LIFE INSURANCE COMPANY

MEXIA AREA CHAMBER OF COMMERCE

MEYER CAPEL, A PROFESSIONAL CORPORATION

MH LEASING LLC

MI LLC

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

MICROSOFT CORPORATION

MID ATLANTIC POWER & EQUIPMENT COMPANY, INC.

MIDAMERICAN ENERGY COMPANY

MID-CAROLINA ELECTRIC COOPERATIVE

MIDLAND EQUIPMENT FINANCIAL

MIDWEST CONSTRUCTION SERVICES INC.

NAME ON FILE

MIKE WADE IRRV GIFT TRUST

MILAM COUNTY JR LIVESTOCK ASSOCIATION

MILAM COUNTY TAX OFFICE (TX)

MILAM COUNTY TEXAS

MILBANK LLP

NAME ON FILE

MILLENNIUM INSURANCE COMPANY, LTD.

MILLER & MARTIN PLLC

MINNESOTA NATIVE LANDSCAPES, INC.

MISO ENERGY

MISSISSIPPI DEPARTMENT OF REVENUE

MISSISSIPPI POWER COMPANY

MISSOURI OFFICE OF STATE WIDE ELECTRICAL CONTRACTORS

MJOBTIME CORPORATION

MN8 ENERGY OPERATING COMPANY LLC

MOBILE MINI, INC

MOBILE MODULAR PORTABLE STORAGE

MODRALL SPERLING ROEHL HARRIS & SISK, P.A.

MODRALL SPERLING ROEHL HARRIS & SISK, P.A.

NAME ON FILE

NAME ON FILE

MONARCH VEGETATION SERVICES, INC.

MONTAGUE FENCING LLC

MONTGOMERY COUNTY DEPT OF PROPERTY TAX (NC)

MONTGOMERY COUNTY REGISTER OF DEEDS (NC)

MONTGOMERY COUNTY REVENUE COMMISSIONER (AL)

MONTGOMERY COUNTY, OHIO

MONTROSE ENVIRONMENTAL SOLUTIONS

MOORE & VAN ALLEN PLLC

MOORE COUNTY TAX DEPARTMENT (NC)

MOORE, CLARKE, DUVALL & RODGERS, P.C.

MOORHEAD BROTHERS, INC.

MORRIS JAMES LLP

MORROW COUNTY FAIR

MORROW COUNTY GRAIN GROWERS, INC

MORTON RANCH REALTY LLC

MORTON RANCH SN LLC

MOSAIC ENERGY, LLC

MOSES FENCES AND CONSTRUCTION

MOTUS, LLC

MOWER COUNTY (MN)

MPL LAW FIRM, LLP

43

M-RETS, INC

MUDD BRUCHHAUS & KEATING, LLC

MUFG BANK LTD

MUFG BANK LTD (0191)

MUNDRA SOLAR ENERGY LIMITED

MUNDRA SOLAR PV LIMITED

MUNICIPAL ELECTRIC AUTHORITY OF
GEORGIA (MEAG)

MUSTANG TECHNOLOGIES

MUTH ELECTRIC, INC.

MWF IV TEXARKANA, LLC

NANTAHALA OUTDOOR CENTER

NAPA AUTO PARTS

NATIONAL ARBOR DAY FOUNDATION

NATIONAL BANK OF CANADA

NATIONAL NETWORK SERVICES

NAVEX GLOBAL, INC.

NAYAK CORPORATION, INC.

NC CONCRETE SERVICE LLC

NC QUICK PASS

NC STATE UNIVERSITY

NC SUSTAINABLE ENERGY ASSOCIATION

NCDEMLR - EROSION AND SEDIMENTATION
CONTROL

NCDEQ DEMLR STORMWATER

NCDOT

NEBRASKA HYDROSEEDING

NEEDHAM FARM, LLC

NEI ELECTRIC POWER ENGINEERING

NEI ELECTRIC POWER ENGINEERING, INC.

NELSON MULLINS RILEY & SCARBOROUGH,
LLP

NETWORK PERCEPTION INC.

NETWORK SOUTH INC.

NEUMILLER FARMS INC.

NEVADA COUNTY CIRCUIT COURT
ARKANSAS

NEVADA DEPARTMENT OF TAXATION

NEW HAMPSHIRE DEPARTMENT OF
REVENUE ADMIN

NEW LIFE REPAIR II INC

NEW MEXICO CHAMBER OF COMMERCE

NEW MEXICO INDEPENDENT POWER
PRODUCERS

NEW MEXICO INDEPENDENT POWER
PRODUCERS

NEW MEXICO STATE LAND OFFICE

NEW MEXICO TAXATION AND REVENUE
DEPARTMENT

NEW PROJECT MEDIA INC

NEW YORK DEPARTMENT OF
CORPORATIONS STATE RECORDS AND
UNIFORM COMMERCIAL CODE

NEWKIRK ELECTRIC ASSOCIATES INC

NEXT GENERATION LANDSCAPING LLC

NEXTRACKER LLC

NFRONT CONSULTING LLC

NICE & FRESH CLEANERS, LLC

NAME ON FILE

NIPPC

NISSAN

NJ E-Z PASS

NJH FARM LLC

NO VENDOR

NOBULL ENERGY LLC

NOLAN COUNTY CLERK (TX)

NOLAN TRANSPORTATION GROUP, LLC

NOR-CAL CONTROLS ES, INC.

NORDDEUTSCHE LANDESBANK, NEW YORK

NORDIC TEXARKANA LLC

NORTH ASHEVILLE LITTLE LEAGUE

NORTH CAROLINA DEPARTMENT OF MOTOR VEHICLES

NORTH CAROLINA DEPARTMENT OF REVENUE

NORTH TEXAS TOLLWAY AUTHORITY

NORTHEAST LUBRICANTS LTD

NORTHERN WOODSCAPING INC

NORTHLINE UTILITIES LLC

NORTHSIDE FORD

NORTON ROSE FULBRIGHT US LLP

NOSSAMAN LP

NOVASOURCE POWER OPCO INC

NOVOGRADAC & COMPANY LLP

NPA 2023 HOLDCO LLC

NQS D AND B LLC

NUTRIEN AG SOLUTIONS, INC

NUTTER & ASSOCIATES, INC.

NV5 CONSULTANTS, INC.

O & B WATER SUPPLY CORPORATION

OAK VALLEY PLANTATION LLC

OAKLEY ELEMENTARY PTO

OCEAN BLUE NMB, LLC

ODP BUSINESS SOLUTIONS, LLC

OEL WORLDWIDE INDUSTRIES

OFFICE DEPOT LLC

OFFICE ENVIRONMENTS INC

OGLEETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

OHIO ATTORNEY GENERAL

OHIO BUREAU OF WORKER'S COMPENSATION

OHIO CONSTRUCTION INDUSTRY LICENSING BOARD

OHIO HI-POINT JSVD

OHIO TURNPIKE

OKLAHOMA CONSTRUCTION INDUSTRIES BOARD

OLD REPUBLIC NATIONAL TITLE INSURANCE CO (TX)

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY

OLIVE HILL WELDING AND FABRICATION INC.

NAME ON FILE

OMCO SOLAR LLC

O'MELVENY & MYERS, LLP

NAME ON FILE

ONCOR ELECTRIC DELIVERY

ONE SOURCE FREIGHT, LLC

ONECAUSE INC

ONEMONROE

ONSIGHT TECHNOLOGY INC

ONSLOW COUNTY REGISTER OF DEEDS (NC)

OPEN WATER

OPENAI L.L.C.

OPENDOORS OF ASHEVILLE

OPTERRA SOLUTIONS

OPTIV ENERGY INC.

ORACLE AMERICA, INC.

ORANGE COUNTY (NC)

ORANGEBURG COUNTY BROADBAND (SC)

OREGON DEPARTMENT OF ENERGY

OREGON DEPARTMENT OF REVENUE

OREGON SOLAR + STORAGE INDUSTRIES ASSOC

O'RIELLY & ROCHE, LLP

ORIGIS USA, LLC

ORKIN, LLC

ORRICK HERRINGTON & SUTCLIFFE LLP

ORTHOLIVE MEDICAL GROUP, INC.

NAME ON FILE

OSHA PENALTY COLLECTION

OTA PLATEPAY

OTT HYDROMET CORP

OURPEOPLE, INC.

OVID TOWNSHIP-BRANCH COUNTY (MI)

OWENS REALTY SERVICES

OZZIES, INC

P & K FARMS

P3SP LLC

P9 GCP HOUSTON I-10

PA TURNPIKE TOLL BY PLATE

PACIFIC POWER

PACK POWER LLC

PACK RAT HAULING

PACO STEEL & ENGINEERING CORP.

PAIRSOFT

PALLADIN TECHNOLOGIES LLC

PAM - GSRVP

PAM - VA DOT

NAME ON FILE

NAME ON FILE

PAMLICO TAX COLLECTOR

PAPE-DAWSON CONSULTING ENGINEERS, LLC

PARIS RIVER CORPORATION

PARISH TRACTOR COMPANY, LLC

PARKER OIL COMPANY INC.

PARKER POE ADAMS & BERNSTEIN LLP

PATCH MY PC, LLC

PATHWARD N.A. (METABANK) (CRESTMARK) (3380)

NAME ON FILE

NAME ON FILE

NAME ON FILE

PATRICK ENGINEERING INC

NAME ON FILE

NAME ON FILE

PAUL HASTINGS LLP

PAUL HUFFMAN REVOCABLE TRUST

NAME ON FILE

PEARCE SERVICES, LLC

PECKAR & ABRAMSON P.C

PEELER FOUR STAR HOLDINGS, LLC

PENDLETON PROPERTIES INC

PENDLETON ROUND-UP ASSOCIATION

PEPSI BOTTLING VENTURES, LLC

PERCHERON PROFESSIONAL SERVICES, LLC

PERFORMANCE BATTERY SALES LLC

PERRY COUNTY (IL)

NAME ON FILE

PETER FOX INVESTMENTS, LTD.

PETR RADCHISHIN DBA CAROLINA DUMP TRUCKING INC

PFAHLERT CREATIVE LABS

PGAM

PGEPC

PGOM

PGR ITC

PGR PROCUREMENT

PGRENEW

PHELPS FARM

PHELPS LEASING LC

PHILADELPHIA SECURITY PRODUCTS, INC.

PHILIP MEYER, PLLC

PHOENIX WETUMPKA INDUSTRIAL INVESTORS LLC

PHOTOVOLTAICS CALIFORNIA

PI BERLIN NORTH AMERICA, LLC

PICKIT

PICTOMETRY INTERNATIONAL CORP.

PIEDMONT HEAVY CIVIL

PIEDMONT WASTE MANAGEMENT, LLC

PIEDMONT, LLC

PILOT ENVIRONMENTAL, INC.

PINNACLE BANK

PIPELINE INTELLIGENCE CO. INC

PIPES FARMS INC.

PIPES PARTNERSHIP

PISGAH LEGAL SERVICES

PITNEY BOWES

PIVOTPOINT WNC

PJM INTERCONNECTION LLC (ACH)

PJM INTERCONNECTION LLC (WIRE)

PJM SETTLEMENT INC

PLANGRID, INC.

PLATEPASS LLC

PNM ELECTRIC SERVICES

POCAHONTAS PARKWAY

POLITICO LLC

POLSINELLI PC

POMONA SUPPLY COMPANY

PORTABULL FUEL SERVICE LLC

PORTLAND GENERAL ELECTRIC COMPANY

POWER BRIEF LLC

POWER CONSTRUCTION G INC

POWER CONSTRUCTION JR

POWER ELECTRONICS USA, INC

POWER ENGINEERING SERVICES

POWER ENGINEERS INCORPORATED

POWER FACTORS LLC

POWER PRODUCTS AND SOLUTIONS LLC

POWERGEM, LLC

POWERHOUSE RECYCLING INC

POWERMARKET

POWERTECH ENGINEERING, LLC

PRAGMATEK CONSULTING GROUP LTD

PRALAR USA, INC.

PRAXEL UTILITY SERVICES

PRECISION TREE SERVICE

PREMIER CHEMICAL SOLUTIONS

PREMIER COMMUNICATIONS

PREMIER CONCRETE PRODUCTS, INC.

PREMIER INDUSTRIES CORPORATION

PREMIUM CONSULTING AND COMMISSIONING, LLC

PRESCOTT LAND & TIMBER COMPANY, INC.

PRINCIPAL LIFE INSURANCE COMPANY

PRINCIPAL LIFE INSURANCE COMPANY

PROBITY GROUP LLC

PROCORE TECHNOLOGIES, INC.

PROFESSIONAL HYDROSEEDING

PROFOAM, LLC

PROJECT 658 INC

PROJECT RESOURCES GROUP INC

PROPERTY TAX ASSOCIATES, INC

PROSTAR SERVICES INC

PRO-VIGIL, INC.

PUBLIC WORKS COMPLIANCE ADVISORS, INC.

PUCKETT MACHINERY COMPANY

PUGET SOUND ENERGY, INC.

PUNCHWORK, PLC

PURCELL ELECTRIC CO INC

PURE POWER CONTRACTORS, LLC

PURE POWER ENGINEERING, INC.

PUREENERGY RENEWABLE SOLUTIONS LLC

PV DAS LLC

PVCASE UAB

PVPALLET, INC.

PVSAFE LLC

PW REVOLVER BORROWER

PWC US BUSINESS ADVISORY LPP

QBE INSURANCE CORPORATION

QBE SPECIALTY INSURANCE CO

QBI SOLUTIONS

QE SOLAR LLC

QSTS RANCH PARTNERSHIP, LTD.

QT CORPORATION

QUALITY EQUIPMENT, LLC

QUALTRICS, LLC

QUENCH USA, INC.

QUESTYME USA, INC.

QUIGLEY & COMPANY LLC

R & D ASSOCIATES OF PEMBROKE, INC.

R & J CONSTRUCTION, INC.

R CROFTERS LLP

R.W. ENGINEERING & SURVEYING, INC.

RABCO INC. OF NC

NAME ON FILE

RADIAN GENERATION LLC

RADWELL INTERNATIONAL LLC

RALEIGH MARRIOTT CITY CENTER

RALEIGH-DURHAM RUBBER & GASKET CO., INC.

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

RAPPAHANNOCK ELECTRIC COOPERATIVE

RAPTOR MAPS INC

NAME ON FILE

READYREFRESH

REAL ESTATE PORTAL USA LLC

NAME ON FILE

RECEIVABLE MANAGEMENT CORPORATION

RED CAP INDUSTRIAL, LLC

RED GATE SOFTWARE LIMITED

REED ICE, INC.

REEL SHARP LAND CARE

REESE'S HAULING

REGISTERED AGENT SOLUTIONS, INC.

REGISTRATION ELECTRIC SUPPLY CO INC

RELX, INC.

RENEW SAFETY SOLUTIONS LLC

RENEWA I, LLC

RENEWABLE DEVELOPMENT PARTNERS LLC

RENEWABLE ENERGY INTEGRATION GROUP, LLC

RENEWABLE ENERGY SOURCE SOLUTIONS

RENEWABLES FORWARD, INC.

RENUSA, CORP

REPUBLIC SERVICES

REPUBLIC SERVICES OF NORTH CAROLINA, LLC

RES AMERICA DEVELOPMENTS, INC.

RESA POWER LLC

RESA SERVICE, LLC

RESCOM ELECTRIC LLC

RETC LLC

REUTERS NEW & MEDIA LIMITED

REV RENEWABLES

REVAMP ENGINEERING, INC.

REX GALE SULLINGER

REYNOLDS LOGISTICS  INC

RHODE ISLAND DIVISION OF TAXATION

RHODE ISLAND ENERGY

RIB SOFTWARE NORTH AMERICA, INC

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

RICHMOND TRAFFIC CONTROL, INC.

NAME ON FILE

RIDGERUNNER CONTAINER, LLC

NAME ON FILE

RINGCENTRAL, INC.

RIO LAGO SOLAR, LLC

RIO NUECES RANCH, INC.

RISE RENEWABLE ENERGY LLC

RIVERLINK

RIVERNET CONNECT

RIVERSIDE RISK ADVISORS, LLC

RIVIERA UTILITIES

RK CONSULTING IT SOLUTIONS LLC

RLC ENGINEERING

RMA TOLL PROCESSING

RMUS

RNWBL LLC

ROBB NARUM

ROBCO LOTT, LLC

NAME ON FILE

ROBERT E RAMMING LIVING TRUST

ROBERT HALF INC.

ROBERT HALF INTERNATIONAL

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

ROBERTSON COUNTY TEXAS COUNTY CLERK

ROBESON COUNTY TAX COLLECTOR (NC)

ROBISON CONTRACTING INC

ROCK ISLAND COUNTY (IL)

ROCKING N. FARMS

ROCKY TOP CATERING

NAME ON FILE

ROGER AND PATRICIA CUNNINGHAM TRUST

NAME ON FILE

ROHL GLOBAL NETWORKS LP

NAME ON FILE

RONALD MCDONALD HOUSE OF TEMPLE, TX

ROOSEVELT COUNTY (NM)

ROSE CREEK 62012 LLC

ROSE LAW GROUP PC

ROSEDALE HOLDING COMPANY I LLC

NAME ON FILE

ROWAN COUNTY TAX COLLECTOR (NC)

NAME ON FILE

RSM US LLP

RTS SOLAR WORKS LLC

RUMPKE OF KENTUCKY INC

RUSK COUNTY, WI

NAME ON FILE

NAME ON FILE

RUTHERFORD COUNTY TAX OFFICE (NC)

NAME ON FILE

NAME ON FILE

RYAN LLC

S D MYERS LLC

S&M CABLE CONTRACTORS, INC.

S&ME, INC.

S&P GLOBAL MARKET INTELLIGENCE INC

S&S ELECTRICAL INSPECTIONS LLC

S&S FARM LIMITED PARTNERSHIP

SACKS SURVEYING & MAPPING PC

SACRAMENTO DRILLING, INC.

SADDLE CLUB FARMS CORPORATION

SAFETY MANAGEMENT SYSTEMS, INC

SAFETYTEST & EQUIPMENT CO., INC

SAGE CAPITAL INVESTMENTS, LLC

SAGE SUPPLY LLC

SALARY.COM LLC

SALESFORCE.COM, INC.

SALINE FARMS, INC.

SALINE GRAIN, LLC

SALINE TRUCKING

SALUDA COUNTY (SC)

SALUDA COUNTY TREASURER (SC)

NAME ON FILE

SAM SURVEYING AND MAPPING, LLC

NAME ON FILE

NAME ON FILE

SAMUEL KNIGHT CORPORATION

SANDMAN & ASSOCIATES CONSULTING, INC

SANGER LAW PC

SANTA FE COUNTY 4-H

SANTEE COOPER (ONLINE)

SANTEE COOPER (WIRE)

SANTIAM SUNBIM JV LLC

NAME ON FILE

SATTERFIELD ELECTRICAL & HVAC LLC

SAUNDERS COUNTY PLANNING & ZONING

SB LAND LLC

SBPM PARTNERS LLC

SCENIC MOTORS INC FORD LINCOLN

SCHNEIDER ELECTRIC SOLAR INVERTERS USA INC

SCHWARDT FAMILY FARM TRUST

SCHWEITZER ENGINEERING LABORATORIES, INC.

SCIOS CONSULTING, INC

NAME ON FILE

NAME ON FILE

NAME ON FILE

SCOTT SERVICE COMPANY

SCOTTS BLUFF COUNTY (NE)

SCOTTY'S CONTRACTING & STONE, LLC

SCOUT LAND CONSULTANTS

SD DEPARTMENT OF REVENUE

NAME ON FILE

SEBASTIAN COUNTY (AR)

SEBESTA, INC.

SECRETARIAT ADVISORS LLC

SEGUIN AREA CHAMBER OF COMMERCE

SEGUIN EDUCATION FOUNDATION

SEYFARTH SHAW LLP

SFG SOLAR, LLC

SGURRENERGY PVT LTD

SHACKELFORD CONSTRUCTION & HAULING LLC

SHAD C SHAW FAMILY TRUST

SHARPE CO., INC.

NAME ON FILE

SHEPPARD MULLIN RICHTER & HAMPTON LLP

SHERMCO INDUSTRIES, INC

SHOALS TECHNOLOGIES GROUP, LLC

SHORE BROTHERS DAIRY

SHORE PROPERTIES INC

SHRED-IT USA

SIDEBOTHAM SUBSTATION SERVICES PLLC

SIDES FAMILY TRUST / JOHNNY D SIDES

SIDLEY AUSTIN LLP

SIEMENS ENERGY, INC.

SIEMENS GAMESA RENEWABLE ENERGY INC

SIEMENS INDUSTRY INC

SIERRA AIR INC

SIGNATURE RELOCATION, INC.

SIGNUM ENERGY ANALYTICS LLC

SILVER CREEK ENERGY, LLC

NAME ON FILE

SIMMONS & BROWN PLLC

SIMPLECLINIC, PLLC

SIMPLIFILE

SIMS CRANE & EQUIPMENT CO.

SITE CONSTRUCTION SOLUTIONS

SITE CONTROL INFRASTRUCTURE NA LLC

SITE SUPPLY INC

SITECH CHESAPEAKE LLC

SITECH PRECISION

SKYELINE REAL ESTATE, LLC

SKYLINE STEEL LLC

SLATE ROCK FR LLC

SLIDELL INDEPENDANT SCHOOL DISTRICT

SMA AMERICA, LLC

SMARTSHEET INC.

SMITH RANCH MERIDIAN, LLC

SMITH ROSE FINLEY PC

SNAPPY

SND LLC

SNOW'S LANDSCAPING AND LAWN CARE, INC.

SNS ELECTRIC INC

SOCIETE GENERALE

SOCORRO COUNTY CLERKS (NM)

SOCOTEC ADVISORY LLC

SOL SYSTEMS LLC

SOLAND LLC

SOLAR AGRICULTURAL SERVICES INC

SOLAR CUTS LLC

SOLAR ENERGY INDUSTRIES ASSOCIATION, INC.

SOLAR ENERGY TRADE SHOWS LLC

SOLAR MEDIA LTD.

SOLAR PILE USA

SOLAR SUPPORT

SOLFORCE SOLUTIONS LLC

SOLOGISTICS LLC

SOLTEC TRACKER, INC.

SOTERRA LLC

SOUNDTRACE INC

SOURGUM WASTE

SOUTH BALDWIN CHAMBER OF COMMERCE

SOUTH CAROLINA CONTRACTORS LICENSING BOARD

SOUTH CAROLINA DEPARTMENT OF REVENUE

SOUTH CENTRAL RURAL TEL COOPERATIVE

SOUTH TEXAS ELECTRIC COOPERATIVE INC

SOUTH TEXAS RENEWABLES, LLC

SOUTHEASTERN CRANE SERVICES LLC

SOUTHEASTERN ELECTRIC LLC

SOUTHEASTERN EXCAVATING & LAND CLEARING

SOUTHEASTERN TRANSFORMER COMPANY

SOUTHERN ALARM & SECURITY

SOUTHERN COMPANY SERVICES, INC

SOUTHERN CONNECTOR

SOUTHERN RENEWABLE ENERGY ASSOCIATION

SOUTHERN TIRE MART, LLC

SOUTHERN TRADESMEN SERVICE GROUP LLC

SOUTHERN TURF FARM LLC

SOUTHSIDE ICE LLC

SOUTHWAY CRANE & RIGGING-COLUMBIA, LLC

SOUTHWEST CREDIT-NTTA

SOUTHWEST POWER POOL, INC.

SPARK SYSTEMS INC

SPARROW LAW GROUP LLP

SPECIAL SECURITY PATROL LLC

SPECIALIZED CONCRETE, INC.

SPECTRUM BUSINESS

SPECTRUM ENTERPRISE

SPENCER OGDEN INC

SPICEWOOD FARM, LLC

SPOT TRACKER, LLC

SR, CLYDE MORAN

ST. LOUIS TAG CO., INC.

STACY ZEMLICKA

STAFFING SUPPORT SOLUTIONS, LLC

STAHL SEWELL CHAVARRIA FRIEND & COHEN LLP

STANCE: RISK

STANDARD CHARTERED BANK

STANLEY CONSTRUCTION COMPANY, INC.

STANLY COUNTY TAX COLLECTOR (NC)

STANTEC CONSULTING SERVICES INC

STATE OF CALIFORNIA FRANCHISE TAX BOARD

STATE OF NEW JERSEY DEPARTMENT OF LABOR & WORKFORCE DEVELOPMENT

STATE OF OREGON EMPLOYMENT DEPARTMENT

STATE OF WASHINGTON- DEPARTMENT OF REVENUE

STATE ROAD AND TOLLWAY AUTHORITY (GA)

STEED CLEARING GRADING PAVING

STEEL BUILDING AND STRUCTURES INC

STEELCASE FINANCIAL SERVICES, INC

NAME ON FILE

STERLING COUNTY (TX)

NAME ON FILE

STEWART TITLE & SETTLEMENT SERVICES INC

STEWART TITLE GUARANTY COMPANY 4846

STEWART TITLE GUARANTY COMPANY 4853

STEWART TITLE GUARANTY COMPANY TX 4853

STOEL RIVES LLP

STOIC ENERGY, LLC

STOKES COUNTY TAX COLLECTOR (NC)

STRATEGIC ECONOMIC RESEARCH, LLC

STRONG FAMILY, LLC

STRONG SERVICES LLC

STUTSMAN COUNTY (ND)

SUBBERT PUMPING LLC

SUBSTATION ENTERPRISES, INC.

SUGAR HOLLOW SOLAR INC

SULLIVAN & WORCESTER LLP

SUMITOMO MITSUI BANKING CORP, NY (SMBC)

SUMITOMO MITSUI FINANCE

SUMMIT DESIGN AND ENGINEERING SERVICES, INC.

SUMMIT ELECTRIC SUPPLY CO., INC.

SUMMIT FUNDING GROUP

SUNBELT EQUIPMENT MARKETING, INC.

SUNBELT RENTALS, INC

SUNBOLT

SUNFLOWER COUNTY (MS)

SUNGROW USA CORPORATION

SUNSET RIDGE LANDSCAPES INC

SUNSHINE EQUIPMENT SERVICES LLC

SUPERIOR PLUS PROPANE

SUPERNA ENERGY

SUPERVISION

SURVEYING & MAPPING, LLC

SURVEYING SOLUTIONS, INC.

NAME ON FILE

NAME ON FILE

NAME ON FILE

SWANN MACHINE & SUPPLY CORP

SWCA, INCORPORATED

NAME ON FILE

NAME ON FILE

SYSO LLC

T & R ELECTRIC SUPPLY CO., INC

T.P. HOWARD'S PLUMBING CO., INC.

TAB SERVICE COMPANY

TABORS CARAMANIS RUDKEVICH, INC

TALENT DOMO, LLC

TALL TIMBER & CAPITAL, LLC

TANNER MARTIN

TATTNALL COUNTY CLERK OF SUPERIOR COURT (GA)

TAYLOR COUNTY CLERK (TX)

TAYLOR'S EQUIPMENT REPAIR, INC.

TE CONNECTIVITY CORPORATION

TEAMSESCO

TECHLINE, INC.

TEMPLE CHAMBER OF COMMERCE

TENASKA POWER SERVICES CO.

TENNESEIA

TENNESSEE DEPARTMENT OF REVENUE

TERABASE ENERGY, INC.

NAME ON FILE

TERMINIX NO. 157, INC.

TERRACE RIDGE FARM, LLC

TERRACON CONSULTANTS, INC.

TERRASMART, INC.

TERREPOWER LLC

TEST EQUIPMENT DEPOT

TETRA TECH, INC.

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

TEXAS SOLAR POWER ASSOC

TFORCE FREIGHT

TGRC INC

THE ADVANCED POWER ALLIANCE

THE BIG EZS LLC

THE BOLDT COMPANY

THE BOUNTIFUL CITIES PROJECT, INC.

THE COMMUNITY FOUNDATION OF WESTERN NORTH CAROLINA

THE ELECTRONIC OFFICE OF ASHEVILLE INC

THE EROSION COMPANY, LLC

THE GARRITY GROUP PUBLIC RELATIONS, LLC

THE HARTFORD

THE HOME CITY ICE COMPANY

THE JONES GROUP, LLC

THE KELLY FULGHUM GST TRUST

THE LRE FOUNDATION

THE OMNI GROVE PARK INN

THE THRASHER GROUP NORTH CAROLINA, INC.

THE UNDERSTORY INITIATIVE

NAME ON FILE

THOMAS C. REED GST TRUST

NAME ON FILE

NAME ON FILE

THOMPSON CLEANING COMPANY

THOMPSON RANCH LAND, LLC

THOMSON REUTERS TAX & ACCOUNTING INC.

THORNDALE 5554 RANCH, LLC

THORNDIKE LANDING, LLC

THREE POINTS LAND LLC

THROCKMORTON COUNTY CLERKS OFFICE (TX)

NAME ON FILE

TIMMONS GROUP INC

NAME ON FILE

NAME ON FILE

NAME ON FILE

TIRE SOLUTIONS, INC.

TLG OPERATIONS LLC

TMEIC CORPORATION AMERICAS

T-MOBILE

TNT NURSERY INC

NAME ON FILE

NAME ON FILE

TOM BEARD'S PEST CONTROL LLC

NAME ON FILE

TOMMY HILLMAN FARMS INC

NAME ON FILE

TOTAL BORING SOLUTIONS, LLC

TOWN OF CARVER

TOWN OF WOODFIN, NC

NAME ON FILE

TRACI CROSSLAND GIFT TRUST

NAME ON FILE

TRALIANT OPERATING, LLC

TRANSCAT INC.

TRANSCO ENERGY LLC

TRC ENGINEERS INC.

TRC ENVIRONMENTAL CORPORATION

TREASURER ISLE OF WIGHT COUNTY (VA)

TREASURER OF VIRGINIA

TREASURER STATE OF OHIO ELECTRICAL CONTRACTOR LICENSE

TREASURER, FREDERICK COUNTY (VA)

TRI COUNTY CARPENTRY

TRIAD RECYCLING & CONTAINER SERVICES

TRICOLINK

TRI-COUNTY ELECTRIC COOPERATIVE, INC. (SC)

TRIMARK ASSOCIATES, INC.

TRIMBLE INC

TRIO INVESTORS OF ASHEVILLE, LLC

TRI-STATE GENERATION & TRANSMISSION ASSOC

TROUP CUNNINGHAM

TROUTMAN PEPPER LOCKE, LLP

TRUECONTEXT INC

TRUIST

TRUNDL INC.

TS LOUISIANA II LP

TSEA ENERGY

TSJ CONSTRUCTION LLC

TURLEY ASSOCIATES, INC.

TURNER COUNTY (GA)

TURNER COUNTY DEVELOPMENT AUTHORITY

TURNER REALTY CO.

TURNER TRUST FBO WILLIAM LARKIN CHAPMAN

TYBA ENERGY INC

TYNDALE ENTERPRISES, INC.

NAME ON FILE

UES PROFESSIONAL SOLUTIONS 29 INC

ULINE, INC.

ULTEIG ENGINEERS INC

UMATILLA ELECTRIC COOPERATIVE ASSOCIATION

UMATILLA ELECTRIC COOPERATIVE ASSOCIATION

UNIMACTS GLOBAL LLC

UNION TOWNSHIP

UNITED RENTALS

UNITED RENTALS (NORTH AMERICA), INC

UNITED SITE SERVICES INC

UNLIMITED GREEN INC.

UPS

UPSTATE CONTAINERS LLC

URW LLC

US WASTE INDUSTRIES

USA WASTE MANAGEMENT

UTAH STATE TAX COMMISSION

UTILITY ENGINEERING, LLC

UTILITYPOWER, LLC

VA TOLL PAYMENT PROCESSING CENTER

VACUWORX GLOBAL, LLC

VALLEY ICE LLC

VALMONT INDUSTRIES INC.

VALMONT NEWMARK, INC.

VANASSE HANGEN BRUSTLIN, INC.

VANTEC ELECTRIC LLC

VARNELL'S CUSTOM HAULING, INC.

VAUGHN INDUSTRIES LLC

VELOS IOT USA INC.

VENANGO COUNTY (PA)

NAME ON FILE

VERIFIED LABEL & PRINT INC

VERITAS LOGISTICS, LLC

VERIZON WIRELESS

VERMEER ALL ROADS

VERNON AVE INVESTMENTS LLC

VERSATILE ON-SITE LABORATORY TESTING SERVICES, LLC

VERTEX, INC.

VERTICAL HOMES

VERTICAL WALLS INC

VFP, INC.

VICTORY POWERLINE SERVICES, LLC

VIETNAM SUNERGY JOINT STOCK COMPANY

VIKING MAT COMPANY

NAME ON FILE

VIRGINIA DEPARTMENT OF TAXATION

NAME ON FILE

NAME ON FILE

VIRGINIA TRANSFORMER CORP

VISION DIRECTIONAL DRILLING, INC.

VOLTAGE, LLC

VULCAN CONSTRUCTION MATERIALS, LLC

W GEOTECHNICAL AND TESTING, INC

NAME ON FILE

W.O. GRUBB STEEL ERECTION, INC.

WAAREE SOLAR AMERICAS INC

WAAREE SOLAR AMERICAS INC

WAGERNER WELL SERVICE LLC

WAKE COUNTY TAX ADMINISTRATION

WAKE STONE CORPORATION

WALKER AUTOMOTIVE SUPPLY, INC.

WALL RECYCLING LLC

WALLACE E MILLER FAMILY PARTNERSHIP LP

WANDA S BENTON

WASHINGTON COUNTY CHAMBER (GA)

WASHINGTON COUNTY RECORDER OF DEEDS (GA)

WASHINGTON ELECTRIC MEMBERSHIP CORP

WASTE MANAGEMENT OF VIRGINIA, INC

WASTECORP PUMPS LLC

WATERPALLETS.COM LLC

WATKINS & EAGER PLLC

WATONWAN COUNTY (MN)

WAUKESHA-PEARCE INDUSTRIES, LLC

WB BOWMAN, LLC

WEATHERGUIDANCE LLC

WEATHERS FARMS, INC.

WEAVER ELECTRIC, INC

WEBB COUNTY CLERK'S OFFICE (TX)

WECS RENEWABLES

WEF (WESTERN EQUIPMENT FINANCE)

WEG TRANSFORMERS USA, LLC

WEISIGER GROUP INC. DBA CAROLINA CAT

WELLS FARGO BANK, N.A.

WENDOL R DECKER

WESCO DISTRIBUTION, INC.

NAME ON FILE

WEST FLORIDA FENCE

WEST VIRGINIA PARKWAYS AUTHORITY

WESTERN AREA POWER ADMINISTRATION

WESTERN ECOSYSTEMS TECHNOLOGY INC

WESTERN LAND SERVICES

WESTERVELT COMPANY, THE

WESTWOOD PROFESSIONAL SERVICES INC

WETLAND STUDIES AND SOLUTIONS, INC.

WEX INC

WFC ENTERPRISES, LLC

WG WELLES IV

WGM, LLC

WHC, LLC

WHITE CAP, LP

WHITE'S CANYON MOTORS

NAME ON FILE

WHITT LAW FIRM, LLC

WHITWORTH FARMS LIMITED PARTNERSHIP

WICHITA COUNTY CLERK

WIELECHOWSKI & FULLER PC

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

WILLIAM E GROVES CONSTRUCTION LLC

NAME ON FILE

WILLIAM J. DOHERTY RANCH LLC

WILLIAM JOHNSON, INC

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

NAME ON FILE

WILLIAM SHURDEN OWEN GIFT TRUST

NAME ON FILE

NAME ON FILE

WILLIAMS FIRE SPRINKLER COMPANY, INC.

NAME ON FILE

WILMINGTON TRUST, NATIONAL ASSOCIATION

WILSON COUNTY TAX COLLECTOR

WILSON SONSINI GOODRICH AND ROSATI, PC

WIND TURBINE & ENERGY CABLES CORP

WINSTON & STRAWN, LLP

NAME ON FILE

WISCONSIN DEPARTMENT OF REVENUE

WISE ELECTRIC COOPERATIVE INC.

WLOS-TV

WM CORPORATE SERVICES, INC.

WNCW ACCOUNTS RECEIVABLE

WOFFORD STREAMWORKS LLC

WOMACK ELECTRIC & SUPPLY CO, INC.

WOOD MACKENZIE INC.

WOODBINE FARMS INC

WOODFIN SANITARY WATER AND SEWER DISTRICT

WOODLANDS ENERGY RENEWABLES, LLC

WOODS AITKEN LLP

WORKLEAP PLATFORM, INC.

WORLD ELECTRIC SUPPLY LLC

WORLDWIDE EXPRESS

WREGIS

WRIGHT, LINDSEY & JENNINGS LLP

WRISE

WSB & ASSOCIATES INC

WSI - NORTH DAKOTA WORKFORCE SAFETY & INSURANCE

YADKIN COUNTY TAX COLLECTOR (NC)

YAK MAT LLC

YES ENERGY LLC

YORK COUNTY (PA)

YOUNG, FOX & COLEMAN LTD.

NAME ON FILE

NAME ON FILE

ZAIDEE COX OZMENT DEWEESE LIVING TRUST

ZEITVIEW

ZENSAI US INC

ZERO-EMISSION GRID, LLC

ZIONS BANCORPORATION, NATIONAL ASSOC.

ZIRRUS

ZT SUPPLY

## 8.    DEBTORS' BANKS AND OTHER BANKING PARTIES

AMAZON TREASURY CASH MANAGEMENT

NAME ON FILE

AVANA

BANCO BILBAO VIZCAYA ARGENTARIA, NEW YORK BRANCH

BANCO SANTANDER, S.A., NEW YORK BRANCH

BAYERISCHE LANDESBANK, NEW YORK BRANCH

BAYERNLB HOLDING AG

BID ADMINISTRATOR LLC

BLACKSTONE

BROOKFIELD ASSET MANAGEMENT LTD.

C T CORPORATION SYSTEM

C. JACKSON HORNE DBA CHARLES E. HORNE

CANADIAN SOLAR (USA) INC.

CAPITAL BANK, N.A.

CARLYLE GLOBAL CREDIT INVESTMENT MANAGEMENT L.L.C

CATERPILLAR FINANCIAL SERVICES CORPORATION

CELTIC

CHURCHILL

CIT BANK, N.A., AS COLLATERAL AGENT

CITI BANK

CITY NATIONAL BANK

COBANK

CORPORATION SERVICE COMPANY

CORPORATION SERVICE COMPANY, AS REPRESENTATIVE

CRESTMARK

CRESTMARK, A DIVISION OF METABANK, NATIONAL ASSOCIATION

DE LAGE LANDEN FINANCIAL SERVICES, INC.

DEUTSCHE BANK

DEUTSCHE BANK TRUST COMPANY AMERICAS

ENHANCED CAPITAL

EVERLASTING RESOURCES, LLC

FIFTH THIRD BANCORP

FIRST FINANCIAL HOLDINGS, LLC

FIRST SOLAR, INC.

FIRST-CITIZENS BANK & TRUST COMPANY

FNB EQUIPMENT FINANCE

FP SOLAR DEVELOPMENT I LLC

FUNDAMENTAL

FUNDAMENTAL ADVISORS LP

GC PGR HOLDCO, LLC

GENERATE LENDING, LLC

GREATAMERICA FINANCIAL SERVICES CORPORATION

GREENPRINT

JP MORGAN CHASE

KOMATSU FINANCIAL LIMITED PARTNERSHIP

KUBOTA CREDIT CORPORATION, U.S.A.

LIVE OAK BANK

LIVE OAK BANKING COMPANY

LLOYDS

MAQUARIE

MATIV HOLDINGS, INC.

MIDLAND STATES BANK

MITSUBISHI UFJ FINANCIAL GROUP, INC.

MMA

MONARCH

MOORHEAD BROTHERS, INC.

MORGAN STANLEY

MPC FED LANTANA SOLAR

MUFG

MUFG BANK, LTD.

MUFG UNION BANK, N.A.

NBC

NEXTRACKER LLC DBA NEXTRACKER INC.

NORD

NORDDEUTSCHE LANDESBANK-GIROZENTRALE

PATHWARD FINANCIAL, INC.

PATHWARD, NATIONAL ASSOCIATION

PINNACLE

RED STONE

RES AMERICA DEVELOPMENTS INC.

SANTANDER

SEMINOLE

SIEMENS

SINGLEPOINT / US BANK

SMBC

SOCIETE GENERALE

SOL SYSTEMS

SOLAR DEVELOPMENT LENDING, LLC

SOLCAP

SOLCAP + MONARCH

STANDARD CHARTERED

SUMITOMO MITSUI FINANCE & LEASING CO., LTD.

THE CANADIAN IMPERIAL BANK OF COMMERCE, NEW YORK BRANCH

THE CARLYLE GROUP INC.

TORYS LLP

TRUIST BANK

U.S. BANK NATIONAL ASSOCATION

UCB

US BANK

WEBBANK

WELLS FARGO BANK, N.A.

WEST TOWN BANK & TRUST

WESTERN EQUIPMENT FINANCE

WILMINGTON TRUST, NATIONAL ASSOCIATION

ZIONS

ZIONS BANCORPORATION, N.A.

9.   **INSURANCE PARTIES**

ACE AMERICAN INSURANCE COMPANY

AFCO PREMIUM CREDIT LLC

AIG MERGERS AND ACQUISITIONS INSURANCE GROUP

AIG SPECIALTY INSURANCE COMPANY

AIG-MERGERS & ACQUISITIONS INSURANCE GROUP -FINANCIAL LINES

ALBUS

ALLIANZ GLOBAL RISKS US INSURANCE COMPANY

ALLIANZ UNDERWRITERS INSURANCE COMPANY

ALLIED WORLD ASSURANCE COMPANY (U.S.) INC.

AM TRUST EXEC

AMBRIDGE PARTNERS LLC

AMWINS INSURANCE BROKERAGE LLC

AMWINS INSURANCE BROKERAGE OF GEORGIA

AON RISK SERVICES NORTHEAST, INC.

ARCH SPECIALTY INSURANCE COMPANY

ARCHER TRANSACTIONAL

ASCOT UNDERWRITING LIMITED

ASQ UNDERWRITING

AVIVA INSURANCE COMPANY

AXIS SURPLUS INSURANCE COMPANY

BALANCE PARTNERS, LLC

BEAZLEY INSURANCE COMPANY, INC.

BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY

BIRCH RISK ADVISORS

BLUECHIP UNDERWRITING SERVICES LLC

BRIT SYNDICATES LIMITED

CFC UNDERWRITING LIMITED

CHUBB

CHUBB CUSTOM INSURANCE COMPANY

CHUBB FINANCIAL LINES

CHUBB NORTH AMERICAN CLAIMS

CHUBB PROPERTY CLAIMS

CLAIMS MANAGER OF NATIONAL CLAIMS SERVICES

CNA CLAIMS REPORTING

CONTINENTAL CASUALTY COMPANY

CONVEX INSURANCE UK LTD

CRC INSURANCE SERVICES INC

DUAL COMMERCIAL LLC

DUAL TRANSACTIONAL RISK

ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY

ETHOS SPECIALTY INSURANCE SERVICES

EUCLID TRANSACTIONAL, LLC

EVANSTON INSURANCE COMPANY

EVEREST INDEMNITY INSURANCE COMPANY

EVEREST NATIONAL INSURANCE COMPANY

EVERGREEN RESOURCES, LLC - STRUCTURED INVESTMENTS TEAM

FALCON CLAIMS SERVICES

FIRSTAR DEVELOPMENT, LLC

FORTEGRA SPECIALTY INSURANCE COMPANY

FUSION SPECIALTY AMERICAS INSURANCE SERVICES LLC

FUSION SPECIALTY AMERICAS INSURANCE SERVICES LLC EXCESS TAX INDEMNITY

GALLAGHER BASSETT

GEMINI INSURANCE COMPANY

GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA

GREAT AMERICAN E&S INSURANCE COMPANY

HARTFORD FIRE INSURANCE COMPANY

HDI GLOBAL SPECIALTY SE

HISCOX INSURANCE COMPANY INC.

HOMELAND INSURANCE COMPANY OF NEW YORK

HOUSTON SPECIALTY INSURANCE COMPANY

HOWDEN

HUDSON INSURANCE COMPANY

ILLINOIS UNION INSURANCE COMPANY

LEXINGTON INSURANCE COMPANY

LIBERTY MUTUAL INSURANCE EUROPE SE

LIBERTY SURPLUS INSURANCE CORPORATION

LIBERTY SURPLUS INSURANCE CORPORATION, (A NEW HAMPSHIRE STOCK INSURANCE COMPANY)

LLOYD'S AMERICA

LLOYDS OF LONDON

LLOYD'S SYNDICATE

MARKEL INTERNATIONAL INSURANCE COMPANY LIMITED

MARSH SPECIALTY

MARSH USA LLC

MOSAIC AMERICAS INSURANCE SERVICES LLC

NATIONAL UNION FIRE INSURANCE CO PITTSBURGH PA

NAVIGATORS SPECIALTY INSURANCE CO

OLD REPUBLIC UNION INSURANCE COMPANY

PALMS INSURANCE COMPANY

PARTNERRE IRELAND INSURANCE DAC

POWER ENERGY RISK

QBE SPECIALTY INSURANCE COMPANY

QBE UK LIMITED

RESILIENCE CYBER INSURANCE SOLUTIONS

ROCHE FREEDMAN LLP

RP UNDERWRITING, INC.

RSG INSURANCE SERVICES OF CANADA LIMITE

RSG UNDERWRITING MANAGERS, LLC

RYAN TRANSACTIONAL RISK

STARR INDEMNITY & LIABILITY
COMPANY

STARR SURPLUS LINES INSURANCE
COMPANY

SWISS RE CORPORATE SOLUTIONS
CAPACITY INSURANCE CORPORATION

TALBOT SPECIALTY INSURANCE
SERVICES INC.

THE BURLINGTON INSURANCE
COMPANY

THE PRINCETON EXCESS AND SURPLUS
LINES INSURANCE COMPANY

THEMIS CAPITAL LLP

TRAVELERS EXCESS & SURPLUS LINES
COMPANY

U.S. BANCORP COMMUNITY
DEVELOPMENT CORPORATION

UNITED SPECIALTY INSURANCE
COMPANY

VALE INSURANCE SERVICES, LLC

VENTURE UNDERWRITERS LLC

VOLANTE INTERNATIONAL LIMITED

VOLANTE SPECIALTY RISK, LLC

WESCO INSURANCE COMPANY

WESTCHESTER SURPLUS LINES
INSURANCE CO

WESTFIELD SPECIALTY INSURANCE
COMPANY

WESTFIELD SPECIALTY LTD

ZURICH AMERICAN INSURANCE
COMPANY

ZURICH EXCESS SELECT INSURANCE
POLICY

MUNICH RE SYNDICATE

## 10.  SURETY & LETTERS OF CREDIT BENEFICIARIES

151 AGGREGATE, LLC

AEP TEXAS INC.

ALABAMA DEPARTMENT OF
TRANSPORTATION

ALABAMA LICENSING BOARD FOR
GENERAL CONTRACTORS

ALABAMA POWER COMPANY

ALABAMA POWER COMPANY

ALTON POST OFFICE SOLAR, LLC

AMAZON ENERGY LLC

AMEREN ILLINOIS COMPANY DBA
AMEREN ILLINOIS

APPLE ENERGY LLC

APPLE ENERGY, LLC

AREVON ENERGY, INC.

BLUE MOON ENERGY LLC

BOTTOM LINE EQUIPMENT, LLC

BRANCH SOLAR, LLC

BRAZOS ELECTRIC POWER
COOPERATIVE, INC.

BYRNE SOLAR, LLC

CALIFORNIA CONTRACTORS STATE
LICENSE BOARD

CATALINA SOLAR, LLC

CENTRAL TEXAS STONE AND
AGGREGATE, LLC

CHEROKEE COUNTY, SC

CHESTERFIELD COUNTY, SC

CITY OF SUFFOLK

COMMONWEALTH EDISON COMPANY

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF TRANSPORATION

COMMONWEALTH OF VIRGINIA

CONSUMERS ENERGY COMPANY

CONTRACTORS BONDING AND INSURANCE COMPANY

COUNTY OF ISLE OF WIGHT, VIRGINIA

COURT OF COMMON PLEAS, LEXINGTON COUNTY, SC

CP ENERGY MARKETING (US) INC.

DANVILLE FARM, LLC

DEPARTMENT OF COMMUNITY DEVELOPMENT, CHARLES CITY COUNTY

DEPARTMENT OF TRANSPORTATION, AN AGENCY OF THE STATE OF NORTH CAROLINA

DESCHUTES COUNTY, A POLITICAL SUBDIVISION OF THE STATE OF OREGON

DEUTSCHE BANK TRUST COMPANY AMERICAS

DOMINION ENERGY SOUTH CAROLINA, INC.

DOMINION ENERGY VIRGINIA

DUKE ENERGY BUSINESS SERVICES LLC

DUKE ENERGY CAROLINAS, LLC

DUKE ENERGY CORPORATION

DUKE ENERGY PROGRESS, LLC

DUKE UNIVERSITY

ELECTRIC TRANSMISSION TEXAS, LLC

FLORENCE COUNTY, SOUTH CAROLINA

FLORIDA CONSTRUCTION INDUSTRY LICENSING BOARD

FOXGLOVE SOLAR PROJECT, LLC

FRANKLIN COUNTY, CA

FRESH AIR ENERGY XXXVII, LLC

G.A.P RESTORATION SERVICES, LLC

GASTON COUNTY

GEORGIA POWER COMPANY

GRANVILLE COUNTY

GREENWOOD COUNTY

GUADALUPE VALLEY ELECTRIC COOPERATIVE, INC.

GUILFORD COUNTY

HACKETT BONDS & INSURANCE SERVICES

HALIFAX COUNTY SOLAR LLC

HORRY COUNTY

HOUSTON HEAVY MACHINERY, LLC

IRRADIANT PARTNERS, LP

ISLE OF WIGHT COUNTY

JMC EQUIPMENT, LLC

JONES COUNTY

JONES FARM LANE SOLAR, LLC

KEYDET SOLAR CENTER, LLC

LIGHTFOOT SOLAR, LLC

LIMEWOOD BELL RENEWABLES LLC

LONE STAR SOLAR, LLC

LSR EQUIPMENT ENTERPRISES, LLC

MARYLAND SOLAR LLC

META PLATFORMS, INC.

MIDAMERICAN ENERGY COMPANY

MIDCONTINENT INDEPENDENT SYSTEM OPERATOR, INC.

MISSISSIPPI POWER COMPANY

MOONSHOT SOLAR, LLC

MUFG BANK, LTD.

MUFG BANK, LTD., AS ADMINISTRATIVE AGENT

MUFG UNION BANK, N.A.

MUNDRA SOLAR PV LIMITED

MUSTANG RENTAL SERVICES

NEXTRACKER LLC

NICKEL ROCK, LLC

NORTH CAROLINA DEPARTMENT OF TRANSPORTATION

NORTH CAROLINA ELECTRIC
MEMBERSHIP CORPORATION

NORTHHAMPTON COUNTY, NORTH
CAROLINA

OIVA HANNULA & SONS INC

ONCOR ELECTRIC DELIVERY COMPANY
LLC

PLATTEVIEW SOLAR, LLC

PLATTEVIEW SOLAR, LLC

POLMER LLC

PORTER SOLAR LLC

PORTLAND GENERAL ELECTRIC
COMPANY

PT CORPORATION, INC.

PUBLIC SERIVCE COMPANY OF NEW
MEXICO

REV DRILL SALES AND RENTALS, INC.

RIO LAGO SOLAR, LLC

ROTH EAST SIDE, LLC

SANFORD/LEE COUNTY PLANNING &
DEVELOPMENT DEPARTMENT

SENTRY ELECTRICAL GROUP, INC.

SHIPSTERNS SOLAR, LLC

SIDECAT LLC

SOUTH CAROLINA DEPARTMENT OF
TRANSPORTATION (SCDOT)

SOUTH CAROLINA ELECTRIC & GAS
COMPANY

SOUTH CAROLINA PUBLIC SERVICE
AUTHORITY

SOUTHERN COMPANY SERVICES, INC.

SOUTHERN CURRENT LLC

SOUTHWEST POWER POOL, INC.

STATE OF ARIZONA

STATE OF ARKANSAS

STATE OF MISSISSIPPI

STATE OF OREGON

STATE OF SOUTH CAROLINA,
DEPARTMENT OF TRANSPORTATION

STATE OF TENNESSEE, DEPARTMENT OF
COMMERCE AND INSURANCE, BOARD
FOR LICENSING CONTRACTORS

SURBROOK SOLAR, LLC

THE STATE OF OKLAHOMA, EX REL.
CONSTRUCTION INDUSTRIES BOARD

TOWN OF CARVER

TOWN OF CUMBERLAND

TRAXPLUS

TRI-STATE DRILLING, LLC

TRI-STATE GENERATION AND
TRANSMISSION ASSOCIATION, INC.

UMATILLA ELECTRIC COOPERATIVE

UMATILLA ELECTRIC COOPERATIVE
ASSOCIATION

VIETNAM SUNERQY JOINT STOCK
COMPANY

VIRGINIA ELECTRIC AND POWER
COMPANY

VIRGINIA ELECTRIC AND POWER
COMPANY, A VIRGINIA PUBLIC SERVICE
CORPORATION

WILLFORD SOLAR, LLC

WILMINGTON TRUST NATIONAL
ASSOCIATION

WINDY ACRES FARM, LLC

YADKIN COUNTY

YAMHILL COUNTY

## 11.  SURETY & LETTERS OF CREDIT ISSUERS

AON RISK INSURANCE SERVICES WEST,
INC.

AON RISK SERVICES NORTHEAST, INC

ARCH INSURANCE COMPANY

ARGONAUT INSURANCE COMPANY

ASCOT SURETY & CASUALTY COMPANY

ATLANTIC SPECIALTY INSURANCE COMPANY

AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED

AXIS INSURANCE COMPANY

BANCO BILBAO VIZCAYA ARGENTARIA S.A.

BANK OF AMERICA NA

BBVA, S.A.

COBANK, ACB

CONSTELLATION NEWENERGY, INC.

CONTINENTAL INDEMNITY COMPANY

CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK

GREAT AMERICAN INSURANCE COMPANY

LIBERTY MUTUAL INSURANCE COMPANY

LLOYDS BANK CORPORATE MARKETS PLC

MARKEL INSURANCE COMPANY

MARSH

NATIONAL BANK OF CANADA, NEW YORK BRANCH

NATIONWIDE MUTUAL INSURANCE COMPANY

PENNSYLVANIA INSURANCE COMPANY

PHILADELPHIA INDEMNITY INSURANCE COMPANY

PJM INTERCONNECTION, L.L.C.

PJM SETTLEMENT, INC.

RLI INSURANCE COMPANY

SIRIUSPOINT AMERICA INSURANCE COMPANY

SOCIETE GENERALE

SUMITOMO MITSUI BANKING CORPORATION

SURETEC INSURANCE COMPANY

SWISS RE CORPORATE SOLUTIONS AMERICA INSURANCE CORPORATION

SWISS RE INTERNATIONAL SE, NIEDERLASSUNG

THE BANK OF NOVA SCOTIA

THE HANOVER INSURANCE COMPANY

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

U.S. BANK NATIONAL ASSOCIATION

UNITED STATES FIRE INSURANCE COMPANY

WESTCHESTER FIRE INSURANCE COMPANY

XL SPECIALTY INSURANCE COMPANY

Z BANK AG, NEW YORK BRANCH

## 12. **UTILITIES**

AT&T

CAPITAL WASTE SERVICES LLC

CENTURYLINK QC

CHARTER COMMUNICATIONS

CITY OF ASHEVILLE

CITY OF KINSTON

COMPOSTNOW INC.

DOMINION ENERGY NORTH CAROLINA, INC.

DOMINION ENERGY SOUTH CAROLINA, INC.

DUKE ENERGY PROGRESS

EDGEFIELD COUNTY WATER AND SEWER AUTHORITY (SC)

ERC BROADBAND

FAYETTEVILLE PUBLIC WATER COMMISSION

GFL ENVIRONMENTAL INC.

SPECTRUM BUSINESS

LAURENS COUNTY WATER AND SEWER COMISSION

VERIZON WIRELESS

O & B WATER SUPPLY CORPORATION

REPUBLIC SERVICES

**13.** **UNITED STATES BANKRUPTCY JUDGES FOR THE SOUTHERN DISTRICT OF TEXAS**

CHIEF JUDGE EDUARDO V. RODRIGUEZ

JUDGE JEFFREY P. NORMAN

JUDGE ALFREDO R PÉREZ

JUDGE MARVIN ISGUR

JUDGE CHRISTOPHER M. LOPEZ

**14.** **UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF TEXAS (AND KEY STAFF MEMBERS)**

AUBREY THOMAS

KEVIN M. EPSTEIN

GARY WRIGHT

MILLIE APONTE SALL

JIMENEZ, ANDREW

TRAVIS, C. ROSS

## 15. ADVERSE PARTIES IN LITIGATION, ADMINISTRATIVE PROCEEDINGS, AND OTHER LEGAL OR REGULATORY MATTERS

151 AGGREGATE, LLC

ALLISON SHILHAB

ALL-PHASE POWER & CONTROLS, INC

AMANDA MILLER

AMASON, JUSTIN

ANDRES BOGER OF BOGER FAMILY TRUST

ANDY GARCIA AS TRUSTEE OF BOGER FAMILY TRUST

BESHEARS, TYLER

BIRCH CREEK DEVELOPMENT, LLC HEADQUARTERS

BOTTOM LINE EQUIPMENT, LLC

BREELAND, RONALD

BRYAN NEFF

BRYAN NEFF AND LAURIE NEFF

CHAMPION DEFENSE SHOOTING COMPLEX, LLC

CHAMPION DEFENSE, LLC

CHAMPION SPORTSMAN'S CLUB, LLC

CHRISTOPHER WADDELL

CORONAL PROJECT DEVELOPMENT, LLC

CREED'S LAKE, INC.

CYPRESS CREEK SOLUTIONS, LLC

DANNY TINDAL

DAVIS ENGINEERING & SURVEYING LLC

ELLIOT, BARBARA TIDDY

ESA RENEWABLES

EUNICE BOGER OF BOGER FAMILY TRUST

EVERGREEN WORKING CAPITAL

G.A.P RESTORATION SERVICES

G.A.P. RESTORATION SERVICES, LLC

GREAT MIDWEST INSURANCE COMPANY

GREEN RIVER ENGINEERING & CONSULTING, INC.

GREENRISE TECHNOLOGIES, LLC

HOLOCENE FINANCE

HOUSTON HEAVY MACHINERY, LLC

JMC EQUIPMENT, LLC

JOSHUA MILLER

JULIE A MILLS

LAURIE NEFF

LORETTA NEUMANN

LUKE SCHILHAB

MERIDIAN RENEWABLE ENERGY, LLC

MIRIAM WADDELL

NATALIE CHRISTINE CUSTER

NEVELS PROPERTIES, LLC

NOVEL ENERGY SOLUTIONS, LLC

O'BANYON WOOTSEN CUSTER

O'BANYON WOOTSEN CUSTER AND NATALIE CHRISTINE CUSTER

PATTI LYNN WIATREK FKA PATTI LYNN BROWN

PT CORPORATION, INC.

SILICON RANCH CORPORATION

SR EPC, LLC

THE HANOVER INSURANCE COMPANY.

## 16.   GOVERNMENT AUTHORITIES AND TAX COLLECTORS

ARIZONA SECRETARY OF STATE

ARKANSAS SECRETARY OF STATE

BALDWIN COUNTY REVENUE COMMISSIONER

BANERA COUNTY TAX ASSESSOR-COLLECTOR

BRAZORIA COUNTY TAX ASSESSOR/COLLECTOR

BUNCOMBE COUNTY ASSESSOR

CALHOUN COUNTY ASSESSOR

CALIFORNIA FRANCHISE TAX BOARD

CASWELL COUNTY ASSESSOR

CHARLES CITY ASSESSOR

CITY OF MONTGOMERY

CLARKE COUNTY ASSESSOR

CLEVELAND COUNTY ASSESSOR

COLORADO SECRETARY OF STATE

CUMBERLAND COUNTY ASSESSOR

CURRITUCK COUNTY TAX ASSESSOR

DELAWARE SECRETARY OF STATE

DENTON COUNTY APPRAISER

DENTON COUNTY TAX ASSESSOR COLLECTOR

ELBERT COUNTY ASSESSOR

FLORIDA SECRETARY OF STATE

FREDERICK COUNTY ASSESSOR

GEORGETOWN COUNTY ASSESSOR

GEORGIA SECRETARY OF STATE

GUADALUPE COUNTY TAX OFFICE

GUILFORD COUNTY ASSESSOR

HALIFAX COUNTY ASSESSOR

IDAHO SECRETARY OF STATE

ILLINOIS SECRETARY OF STATE

ISLE OF WIGHT COUNTY

KANSAS SECRETARY OF STATE

KENTUCKY SECRETARY OF STATE

LAURENS COUNTY ASSESSOR

LEE COUNTY ASSESSOR

LENOIR COUNTY TAX DEPT

LEXINGTON COUNTY ASSESSOR

LOUISIANA SECRETARY OF STATE

MARION COUNTY TAX COLLECTOR

MARYLAND SECRETARY OF STATE

MASSACHUSETTS SECRETARY OF STATE

MECKLENBURG COUNTY

MICHIGAN SECRETARY OF STATE

MILAM COUNTY TAX ASSESSOR-COLLECTOR

MINNESOTA SECRETARY OF STATE

MISSISSIPPI DEPARTMENT OF REVENUE

MISSISSIPPI SECRETARY OF STATE

MISSOURI SECRETARY OF STATE

MONTGOMERY COUNTY DEPT OF PROPERTY TAX

MONTGOMERY COUNTY REVENUE COMMISSIONER

NASH COUNTY ASSESSOR

NEBRASKA DEPARTMENT OF REVENUE

NEBRASKA SECRETARY OF STATE

NEW HAMPSHIRE DEPARTMENT OF
REVENUE ADMINISTRATION

NEW JERSEY SECRETARY OF STATE

NEW MEXICO SECRETARY OF STATE

NEW YORK SECRETARY OF STATE

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE

NORTH CAROLINA SECRETARY OF
STATE

NORTH DAKOTA SECRETARY OF STATE

NORTHAMPTON COUNTY TAX
DEPARTMENT

OHIO SECRETARY OF STATE

OKLAHOMA SECRETARY OF STATE

ORANGE COUNTRY, NORTH CAROLINA

OREGON SECRETARY OF STATE

PENNSYLVANIA DEPARTMENT OF
REVENUE

PENNSYLVANIA SECRETARY OF STATE

RHODE ISLAND DIVISION OF TAX

RHODE ISLAND SECRETARY OF STATE

SALUDA COUNTY TREASURER

SAUNDERS COUNTY TREASURER

SOUTH CAROLINA SECRETARY OF
STATE

STOKES COUNTY TAX COLLECTOR

TAX APPRAISAL DISTRICT OF BELL
COUNTY

TEXAS COMPTROLLER

TEXAS SECRETARY OF STATE

TOWN OF CARVER

UTAH SECRETARY OF STATE

VIRGINIA DEPARTMENT OF TAXATION

VIRGINIA SECRETARY OF STATE

WAKE COUNTY ASSESSOR

WALLER COUNTY TAX OFFICE

WARREN COUNTY ASSESSOR

WASHINGTON SECRETARY OF STATE

WEBB COUNTY TAX ASSESSOR-
COLLECTOR

WEST VIRGINIA SECRETARY OF STATE

WYOMING SECRETARY OF STATE

YADKIN COUNTY ASSESSOR

YADKIN COUNTY TAX COLLECTOR (NC)

## **SCHEDULE 2**

### **Engagements with Potential Parties of Interest**

## SCHEDULE 2

### Engagements with Potential Parties in Interest

AVIVA INSURANCE COMPANY

ACCELALPHA, INC.

ADVANCED BUSINESS EQUIPMENT

AFCO CREDIT CORPORATION

AFCO PREMIUM CREDIT LLC

AIG MERGERS AND ACQUISITIONS INSURANCE GROUP

AIG SPECIALTY INSURANCE COMPANY

AIG SPECIALTY INSURANCE COMPANY

AIG-MERGERS & ACQUISITIONS INSURANCE GROUP - FINANCIAL LINES

ALLIANZ GLOBAL RISKS US INSURANCE COMPANY

ALLIANZ UNDERWRITERS INSURANCE COMPANY

AMAZON CAPITAL SERVICES, INC.

AMAZON TREASURY CASH MANAGEMENT

AON CONSULTING INC

AON RISK INSURANCE SERVICES WEST INC

AON RISK INSURANCE SERVICES WEST, INC.

AON RISK SERVICES NORTHEAST, INC

AON RISK SERVICES NORTHEAST, INC.

ARRAY TECH INC

ARRAY TECH, INC.

ASCOT SURETY & CASUALTY COMPANY

ASCOT UNDERWRITING LIMITED

AVETTA LLC

AZORA AMERICA, LLC

BANCO BILBAO VIZCAYA ARGENTARIA S.A.

BANCO BILBAO VIZCAYA ARGENTARIA, NEW YORK BRANCH

BANCO SANTANDER, S.A.

BANCO SANTANDER, S.A., NEW YORK BRANCH

BANK OF AMERICA

BANK OF AMERICA NA

BAYERISCHE LANDESBANK, NEW YORK BRANCH

BAYERNLB HOLDING AG

BBVA, S.A.

BECHTEL INFRASTRUCTURE AND POWER CORP

BLACKSTONE

BOBBY TAYLOR OIL CO., INC.

BOOTH & ASSOCIATES LLC

BRAZOS ELECTRIC POWER COOPERATIVE, INC.

BRAZOS ELECTRIC POWER COOPERATIVE, INC.

BROOKFIELD ASSET MANAGEMENT LTD.

BROOKFIELD POWER US ASSET MANAGEMENT LLC

BURNDY AMERICAS INC.

CARLYLE GLOBAL CREDIT INVESTMENT MANAGEMENT L.L.C

CARLYLE INVESTMENT MANAGEMENT, LLC

CHASE AUTO

CHURCHILL

CITI BANK

CITY NATIONAL BANK

CONSTELLATION NEWENERGY, INC.

CORPORATION SERVICE COMPANY

CORPORATION SERVICE CO/CSC

CORPORATION SERVICE COMPANY, AS REPRESENTATIVE

CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK

DEUTSCHE BANK

DEUTSCHE BANK TRUST COMPANY AMERICAS

DEUTSCHE BANK TRUST COMPANY AMERICAS

DEUTSCHE BANK TRUST COMPANY AMERICAS

E3 CONSULTING SERVICES, LLC

ENVERUS, INC.

EVERNORTH HEALTH, INC.

FIFTH THIRD BANCORP

FIFTH THIRD CREDIT CARD - BRP

FIRSTAR DEVELOPMENT, LLC

GIBSON DUNN & CRUTCHER LLP

GRANT THORNTON ADVISORS LLC

HANNON ARMSTRONG CAPITAL LLC

HASI EAST ATMORE, LLC

HASI OLD HAYNEVILLE, LLC

HASI FOLEY, LLC

HEAVY CONSTRUCTION SYSTEMS SPECIALISTS LLC

HENKELS & MCCOY INC.

HITACHI ENERGY USA INC.

IRRADIANT PARTNERS, LP

JOHNSON CONTROLS SECURITY SOLUTIONS, LLC

JP MORGAN CHASE

JPMORGAN CHASE BANK, N.A.

KIRKLAND & ELLIS LLP

KOMATSU FINANCIAL

KOMATSU FINANCIAL LIMITED PARTNERSHIP

KUBOTA CREDIT CORPORATION USA

KUBOTA CREDIT CORPORATION, U.S.A.

KUBOTA CREDIT-LEASE CORP, USA

LATHAM & WATKINS

LATHAM & WATKINS, LLP

LEXINGTON INSURANCE COMPANY

LINDER INDUSTRIAL MACHINERY COMPANY

LLOYDS

LLOYDS BANK CORPORATE MARKETS PLC

LLOYDS OF LONDON

MAQUARIE

METROPOLITAN LIFE INSURANCE COMPANY

MILBANK LLP

MITSUBISHI UFJ FINANCIAL GROUP, INC.

MONARCH

MORGAN STANLEY

MUFG

MUFG BANK LTD

MUFG BANK LTD (0191)

MUFG BANK, LTD.

MUFG BANK, LTD.

MUFG UNION BANK, N.A.

MUFG UNION BANK, N.A.

NATIONAL UNION FIRE INSURANCE CO PITTSBURGH PA

NEXTRACKER LLC

NEXTRACKER LLC

NEXTRACKER LLC DBA NEXTRACKER INC.

NISSAN

OTT HYDROMET CORP

PARKER OIL COMPANY INC.

PAUL HASTINGS LLP

PORTLAND GENERAL ELECTRIC COMPANY

PORTLAND GENERAL ELECTRIC COMPANY

POWERGEM, LLC

REPUBLIC SERVICES

REPUBLIC SERVICES

REPUBLIC SERVICES OF NORTH CAROLINA, LLC

REUTERS NEW & MEDIA LIMITED

REV RENEWABLES

RIB SOFTWARE NORTH AMERICA, INC

SANTANDER

SCHNEIDER ELECTRIC SOLAR INVERTERS USA INC

SIDLEY AUSTIN LLP

SIEMENS

SIEMENS ENERGY, INC.

SIEMENS GAMESA RENEWABLE ENERGY INC

SIEMENS INDUSTRY INC

SINGLEPOINT / US BANK

SMBC

SOCIETE GENERALE

SOCIETE GENERALE

SOCIETE GENERALE

SOLTEC TRACKER, INC.

SOLTEC TRACKER, INC.

SOUTHERN CURRENT LLC

SUMITOMO MITSUI BANKING CORP, NY (SMBC)

SUMITOMO MITSUI BANKING CORPORATION

SUMITOMO MITSUI FINANCE

SUMITOMO MITSUI FINANCE & LEASING CO., LTD.

SWISS RE CORPORATE SOLUTIONS AMERICA INSURANCE CORPORATION

SWISS RE CORPORATE SOLUTIONS
CAPACITY INSURANCE CORPORATION

SWISS RE INTERNATIONAL SE,
NIEDERLASSUNG

TALBOT SPECIALTY INSURANCE
SERVICES INC.

THE CARLYLE GROUP INC.

THOMSON REUTERS TAX &
ACCOUNTING INC.

TRUIST

TRUIST BANK

U.S. BANCORP COMMUNITY
DEVELOPMENT CORPORATION

U.S. BANK NATIONAL ASSOCATION

U.S. BANK NATIONAL ASSOCIATION

US BANK

VERIZON WIRELESS

WELLS FARGO BANK, N.A.

WELLS FARGO BANK, N.A.

WHITE CAP, LP

WILMINGTON TRUST, NATIONAL
ASSOCIATION

WILMINGTON TRUST, NATIONAL
ASSOCIATION

WILMINGTON TRUST NATIONAL
ASSOCIATION

XL SPECIALTY INSURANCE COMPANY