GIN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

```
------------------------------------------------------------- x
                                                              :
In re:                                                        :   Chapter 11
                                                              :
PINE GATE RENEWABLES, LLC, et al.,                            :   Case No. 25-90669 (CML)
                                                              :
             Debtors[1]                                       :   (Jointly Administered)
                                                              :
------------------------------------------------------------- x
```

### NOTICE OF HEARING TO CONSIDER APPROVAL OF THE DISCLOSURE STATEMENT FOR JOINT CHAPTER 11 PLAN OF PINE GATE RENEWABLES, LLC AND ITS DEBTOR AFFILIATES

**PLEASE TAKE NOTICE** that, a hearing will be held on the *Motion of Debtors for Entry of Order (I) Approving the Disclosure Statement; (II) Scheduling a Confirmation Hearing; (III) Establishing Voting Record Date, Voting Deadline, and Other Dates; (IV) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on Plan and for Filing Confirmation Objections; (V) Approving Form and Manner of Notice and Other Documents; and (VI) Granting Related Relief* [Docket No. 238] (the "***Solicitation Procedures Motion***")[2] seeking approval of, among other things, the *Disclosure Statement for Joint Chapter 11 Plan of Pine Gate Renewables, LLC and Its Debtor Affiliates* [Docket No. 237] (as may be amended, supplemented or modified from time to time, including all exhibits and schedules thereto and references therein that related to the Plan, the "***Disclosure Statement***") before the Honorable Christopher M. Lopez, Courtroom 402, 4th Floor, 515 Rusk Street, Houston, Texas 77002, on **December 22, 2025, at 10:00 a.m. (prevailing Central Time)** (the "***Disclosure Statement Hearing***").

Objections or other responses to the Solicitation Procedures Motion must (a) be in writing; (b) conform to the Bankruptcy Rules, the Bankruptcy Local Rules, and the Complex Case Procedures; (c) state with particularity the legal and factual basis for the objection; and (d) be filed with the Court and served so as to be **actually received** on or before **December 18, 2025, at 4:00 p.m. (prevailing Central Time)** and served on the following parties:

      a.    Pine Gate Renewables, LLC: 130 Roberts Street, Asheville, North Carolina 28801, Attn: (Judith Hall, Chief Legal Officer & General Counsel);

---

[1] A complete list of each of the Debtors in these chapter 11 cases (the "***Chapter 11 Cases***") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/PGR (the "***Case Website***"). The Debtors' mailing address for the purposes of the Chapter 11 Cases is 130 Roberts Street, Asheville, North Carolina 28801.

[2] Capitalized terms used, but not otherwise defined herein, have the meaning assigned in the Solicitation Procedures Motion.

    b.    <u>Co-Counsel to the Debtors</u>: (i) Latham & Watkins, LLP, (a) 1271 Avenue of the Americas, New York, New York 10020 (Attn: Ray C. Schrock (ray.schrock@lw.com), Andrew M. Parlen (andrew.parlen@lw.com), and Alexander M. Welch (alex.welch@lw.com)); (b) 330 North Wabash Avenue, Suite 2800, Chicago, IL 60611 (Attn: Jason B. Gott (jason.gott@lw.com) and Jonathan C. Gordon (jonathan.gordon@lw.com)); and (ii) Hunton Andrews Kurth LLP, 600 Travis Street, Suite 4200, Houston, Texas 77002 (Attn: Timothy A. ("Tad") Davidson II (taddavidson@hunton.com), Philip M. Guffy (pguffy@hunton.com), and Brandon Bell (bbell@hunton.com));

    c.    <u>Office of the United States Trustee for Region 7</u>: 515 Rusk Street, Suite 3516, Houston, TX 77002 (Attn: Andrew Jimenez (Andrew.Jimenez@usdoj.gov) and C. Ross Travis (c.ross.travis@usdoj.gov));

    d.    <u>Counsel to Brookfield</u>: (i) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, Suite 2400, New York, NY 10019, Attn: Brian S. Hermann (bhermann@paulweiss.com) and Robert A. Britton (rbritton@paulweiss.com) and (ii) Porter Hedges LLP, 1000 Main St., 36th Floor, Houston, Texas 77002, Attn: John F. Higgins (jhiggins@porterhedges.com) and Megan Young-John (myoung-john@porterhedges.com);

    e.    <u>Counsel to Carlyle</u>: (i) Milbank LLP, 55 Hudson Yards, New York, NY 10001, Attn: Tyson Lomazow (tlomazow@milbank.com) and Andrew Harmeyer (aharmeyer@milbank.com) and (ii) Haynes and Boone LLP, 1221 McKinney Street, Suite 4000, Houston, TX 77010, Attn: Ian Peck (ian.peck@haynesboone.com) and Charles Beckham (charles.beckham@haynesboone.com);

    f.    <u>Counsel to Fundamental</u>: Sidley Austin LLP, 1000 Louisiana Street, Suite 5900, Houston, TX 77002, Attn: Duston K. McFaul (dmcfaul@sidley.com), Maegan Quejada (mquejada@sidley.com), and Ishani Patel (ishani.patel@sidley.com); and

    g.    <u>Counsel to Creditors' Committee</u>.

You may attend the Disclosure Statement Hearing either in person or by audio/video communication. Audio communication will be by use of the Court's dial-in-facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153.

Video communication will be by the use of the GoToMeeting. You should download the free GoToMeeting application on each device that will be used to connect to the hearing. If you choose to connect via a web browser, available literature suggests that Chrome is the preferred browser. Please note that connecting through a browser may limit the availability of some

GoToMeeting features. To connect to the hearing, you should enter the meeting code "JudgeLopez". You can also connect using the link on Judge Lopez's homepage on the Southern District of Texas website. Once connected to GoToMeeting, click the settings icon in the upper right corner and enter your name under the personal information setting. In any event, audio for the Disclosure Statement Hearing will only be available by using the Court's regular dial-in number noted above.

Disclosure Statement Hearing appearances must be made electronically in advance of the hearing. To make your electronic appearance, click the "Electronic Appearance" link on Judge Lopez's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.

All documents filed with the Court in connection with the Chapter 11 Cases, including the Solicitation Procedures Motion, the Disclosure Statement, and the Plan may be obtained free of charge by visiting the solicitation website maintained by the Case Website maintained by the Balloting Agent (Omni Agent Solutions, Inc.) at https://omniagentsolutions.com/PGR. Copies of the Solicitation Procedures Motion, the Disclosure Statement, and the Plan may also be obtained by calling the Balloting Agent at (747) 263-0193 (U.S./Canada) or +1 (888) 812-2572 (Non U.S./Canada), or by sending an electronic mail message to PGRInquiries@OmniAgnt.com (with "PGR Solicitation Inquiry" in the subject line). You may also obtain these documents and any other pleadings filed in the Chapter 11 Cases (for a fee) at: www.txs.uscourts.gov. using a PACER password (to obtain a PACER password, go to the PACER website at http://pacer.psc.uscourts.gov).

[*Remainder of this page intentionally left blank*]

Dated:   November 21, 2025      Respectfully submitted,

>  */s/ Timothy A. ("Tad") Davidson II*
>  **HUNTON ANDREWS KURTH LLP**
>  Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
>  Philip M. Guffy (Texas Bar No. 24113705)
>  Brandon Bell (Texas Bar No. 24127019)
>  600 Travis Street, Suite 4200
>  Houston, TX 77002
>  Telephone: (713) 220-4200
>  Email: taddavidson@Hunton.com
>  　　　　pguffy@Hunton.com
>  　　　　bbell@Hunton.com
>
>  -and-
>
>  **LATHAM & WATKINS LLP**
>  Ray C. Schrock (NY Bar No. 4860631)
>  Andrew M. Parlen (NY Bar No. 5370085)
>  Alexander W. Welch (NY Bar No. 5624861)
>  1271 Avenue of the Americas
>  New York, NY 10020
>  Telephone: (212) 906-1200
>  Email: ray.schrock@lw.com
>  　　　　andrew.parlen@lw.com
>  　　　　alex.welch@lw.com
>
>  Jason B. Gott (IL Bar No. 6309114)
>  Jonathan C. Gordon (IL Bar No. 6329732)
>  330 N. Wabash Avenue
>  Suite No. 2800
>  Chicago, IL 60611
>  Telephone: (312) 876-7700
>  Email: jason.gott@lw.com
>  　　　　jonathan.gordon@lw.com
>
>  *Proposed Attorneys for the Debtors
>  and Debtors in Possession*

**CERTIFICATE OF SERVICE**

I certify that on November 21, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II