IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>PINE GATE RENEWABLES, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-90669 (CML)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES OF
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**PLEASE TAKE NOTICE THAT** the Official Committee of Unsecured Creditors (the "**Committee**"), a party in interest in the above-captioned chapter 11 cases, hereby appears by and through its proposed counsel, White & Case LLP and Pachulski Stang Ziehl & Jones LLP (collectively, the "**Counsel**"). Counsel hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and requests that the undersigned be added to the official mailing matrix and service lists in these chapter 11 cases. Counsel requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including, but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any

---

[1] A complete list of each of the Debtors in these chapter 11 cases (the "Chapter 11 Cases") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/PGR. The Debtors' mailing address for the purposes of the Chapter 11 Cases is 130 Roberts Street, Asheville, North Carolina 28801.

4910-0718-3228.1 KLL.001

related adversary proceeding, be given and served upon the Committee through service upon Counsel at the addresses, telephone numbers, and facsimile numbers set forth below:

<div style="display:flex">

Michael D. Warner, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone:  (713) 691-9385
Facsimile: (713) 691-9407
Email:  mwarner@pszjlaw.com

Philip M. Abelson, Esq.
Samuel P. Hershey, Esq.
Brett L. Bakemeyer, Esq.
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: philip.abelson@whitecase.com
sam.hershey@whitecase.com
brett.bakemeyer@whitecase.com

</div>

Jeffrey N. Pomerantz, Esq.
Cia H. Mackle, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
cmackle@pszjlaw.com

Gregory F. Pesce, Esq.
WHITE & CASE LLP
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
Telephone: (312) 881-5360
Facsimile: (312) 881-5450
Email: gregory.pesce@whitecase.com

Bradford J. Sandler, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:  bsandler@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes all of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, cash-flow reports, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to these chapter 11 cases and any proceeding therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, or otherwise filed or given

with regard to the above-referenced chapter 11 cases and the proceedings therein, all of which shall be sent to Counsel, as listed above.

**PLEASE TAKE FURTHER NOTICE THAT** neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the Committee to (a) have final orders in non-core matters entered only after *de novo* review by a District Court judge, (b) trial by jury in a proceeding so triable in these chapter 11 cases or any case, controversy, or proceeding related to these chapter 11 cases, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (d) object to the jurisdiction of the Bankruptcy Court for any purpose, (e) any election of remedy, or (f) any rights, claims, actions and/or defenses, in law, in equity, or otherwise, all of which such rights, claims, actions and/or defenses, are expressly reserved.

Dated: November 23, 2025

Respectfully submitted,

*/s/ Michael D. Warner*
Michael D. Warner, Esq. (TX Bar No. 00792304)
**PACHULSKI STANG ZIEHL & JONES LLP**
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
Email: mwarner@pszjlaw.com

Jeffrey N. Pomerantz, Esq. (*pro hac vice* forthcoming)
Cia H. Mackle, Esq. (*pro hac vice* forthcoming)
**PACHULSKI STANG ZIEHL & JONES LLP**
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
          cmackle@pszjlaw.com

> Bradford J. Sandler, Esq. (*pro hac vice* forthcoming)
> **PACHULSKI STANG ZIEHL & JONES LLP**
> 1700 Broadway, 36th Floor
> New York, NY 10019
> Telephone: (212) 561-7700
> Facsimile: (212) 561-7777
> Email: bsandler@pszjlaw.com
>
> -and-
>
> Philip M. Abelson, Esq. (*pro hac vice* forthcoming)
> Samuel P. Hershey, Esq. (*pro hac vice* forthcoming)
> Brett L. Bakemeyer, Esq. (*pro hac vice* forthcoming)
> **WHITE & CASE LLP**
> 1221 Avenue of the Americas
> New York, NY 10020
> Telephone: (212) 819-8200
> Facsimile: (212) 354-8113
> Email: philip.abelson@whitecase.com
>     sam.hershey@whitecase.com
>     brett.bakemeyer@whitecase.com
>
> Gregory F. Pesce, Esq. (*pro hac vice* forthcoming)
> **WHITE & CASE LLP**
> 111 South Wacker Drive, Suite 5100
> Chicago, IL 60606
> Telephone: (312) 881-5360
> Facsimile: (312) 881-5450
> Email: gregory.pesce@whitecase.com
>
> *Proposed Counsel to the*
> *Official Committee of Unsecured Creditors*

## **CERTIFICATE OF SERVICE**

I certify that on November 23, 2025, a true and correct copy of the foregoing *Notice of Appearance and Request for Notices of The Official Committee of Unsecured Creditors* was caused to be served by this court's CM/ECF to all parties that are registered to receive such notice in the above cases.

> */s/ Michael D. Warner*
> Michael D. Warner