IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

------------------------------------------------------------ x
                                       :

In re:                          :     Chapter 11
                                         :

PINE GATE RENEWABLES, LLC, *et al.*,    :     Case No. 25-90669 (CML)
                                         :

        Debtors[1]               :     (Jointly Administered)
                                         :
------------------------------------------------------------ x

## CORRECTED NOTICE OF RESET HEARING TO BE HELD ON
## DECEMBER 9, 2025, AT 11:00 AM (PREVAILING CENTRAL TIME)

**PLEASE TAKE NOTICE** that, on November 6, 2025 (the "***Petition Date***"), the above-captioned debtors and debtors-in-possession (collectively, the "***Debtors***") filed voluntary petitions for relief under title 11 of the United States Code (the "***Bankruptcy Code***") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "***Court***") commencing these chapter 11 cases (the "***Chapter 11 Cases***").

**PLEASE TAKE FURTHER NOTICE** that following a first-day hearing held on November 10, 2025, the Court entered interim orders (collectively, the "***Interim Orders***") on the following motions:

- *Emergency Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Project Vendors; (B) Confirming Administrative Expense Priority; and (C) Granting Related Relief* [Docket No. 7] (the "***Critical Vendors Motion***");

- *Emergency Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to (I) Continue Operating Their Existing Cash Management System, (II) Honor Certain Related Prepetition Obligations, and (III) Continue Intercompany Transactions; (B) Waiving Certain Deposit Requirements; and (C) Granting Related Relief* [Docket No. 11] (the "***Cash Management Motion***"); and

- *Emergency Motion of the Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Granting Liens and Providing Claims With Superpriority Administrative Expense Status, (C) Authorizing*

---

[1]   A complete list of each of the Debtors in these chapter 11 cases (the "***Chapter 11 Cases***") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/PGR.  The Debtors' mailing address for the purposes of the Chapter 11 Cases is 130 Roberts Street, Asheville, North Carolina 28801.

*the Use of Cash Collateral, (D) Modifying the Automatic Stay, (E) Scheduling a Final Hearing, and (F) Granting Related Relief* [Docket No. 46] (the "***DIP Motion***").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Orders, a hearing at which the Court would consider entry of a final order on the Critical Vendors Motion, the Cash Management Motion, and the DIP Motion was scheduled for December 3, 2025, at 11:00 a.m. (prevailing Central Time) (the "***Original Hearing***"), and the deadline for parties in interest to file an objection to entry of a final order on the Critical Vendors Motion, the Cash Management Motion, and the DIP Motion is set for **November 26, 2025, at 4:00 p.m. (prevailing Central Time) (the "*Objection Deadline*")**.

**PLEASE TAKE FURTHER NOTICE** that the Original Hearing at which the Court will consider entry of a final order on the Critical Vendors Motion, the Cash Management Motion, and the DIP Motion has been adjourned to **December 9, 2025, at 11:00 a.m. (prevailing Central Time) (the "*Reset Hearing*")**.  The Reset Hearing will be held before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, in Courtroom 402 of the United States Bankruptcy Court, 515 Rusk Street, Houston, Texas 77002.

**PLEASE TAKE FURTHER NOTICE** that you may attend the Continued Hearing either in person or by audio/video communication.  Audio communication will be by use of the Court's dial-in-facility.  You may access the facility at (832) 917-1510.  Once connected, you will be asked to enter the conference room number.  Judge Lopez's conference room number is 590153.

**PLEASE TAKE FURTHER NOTICE** that video communication will be by the use of the GoToMeeting platform.  Connect via the free GoToMeeting application or click the link on Judge Lopez's home page.  The meeting code is "JudgeLopez".  Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of the Reset Hearing.  To make your electronic appearance, click the "Electronic Appearance" link on Judge Lopez's home page.  Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that all documents filed in the Chapter 11 Cases, and other relevant case information are available free of charge on the following website maintained by the Debtors' claims and noticing agent, Omni Agent Solutions, Inc., in connection with the Chapter 11 Cases: https://omniagentsolutions.com/PGR.  Copies of any pleadings or papers filed with the Court may also be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:  November 26, 2025
        Houston, Texas

Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*

**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Philip M. Guffy (Texas Bar No. 24113705)
Brandon Bell (Texas Bar No. 24127019)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone:  (713) 220-4200
Email:  taddavidson@hunton.com
        pguffy@hunton.com
        bbell@hunton.com

- and -

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Andrew M. Parlen (NY Bar No. 5370085)
Alexander W. Welch (NY Bar No. 5624861)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: ray.schrock@lw.com
        andrew.parlen@lw.com
        alex.welch@lw.com

- and -

Jason B. Gott (IL Bar No. 6309114)
Jonathan C. Gordon (IL Bar No. 6329732)
330 N. Wabash Avenue
Suite No. 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: jason.gott@lw.com
        jonathan.gordon@lw.com

*Proposed Attorneys for the Debtors and
Debtors in Possession*

**<u>Certificate of Service</u>**

I certify that on November 26, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

<u>*/s/ Timothy A. ("Tad") Davidson II*</u>
Timothy A. ("Tad") Davidson II