# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PINE GATE RENEWABLES, LLC., | § | Case No. 25-90669 |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

## ORDER GRANTING MOTION OF CARTER MACHINERY COMPANY, INC. FOR RELIEF FROM THE AUTOMATIC STAY TO PROCEED WITH STATE LAW MATTERS

CAME ON TO BE HEARD the Motion for Relief from the Automatic Stay to Proceed with State Law Matters (the "Motion") filed by Carter Machinery Company, Inc. (the "Movant") in the above-referenced case. The Court has reviewed the Motion, any response(s) thereto, and found that notice was proper, and is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Motion is hereby GRANTED so as to authorize the Movant to proceed with its rights and remedies under state law to permit the Movant to liquidate its claims against the Debtors to finality and to exercise its rights against Sureties, the Bonds, and non-Debtor parties and property that is not property of the estate; and it is further

ORDERED that, notwithstanding the foregoing, the automatic stay shall remain in place with respect to any collection on any judgment or claim by the Movant as against the Debtors or their estates, but not as against any non-debtor, insurance carrier, surety or third party.

ORDERED that the stay provided by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure shall not apply to this Order, and the Movant may immediately (and at any time thereafter) enforce and implement this Order upon its entry on the docket.

Signed:

_____
UNITED STATES BANKRUPTCY JUDGE

44126131v.1 169614/00001