IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

------------------------------------------------------------ x
: 
In re: : Chapter 11
: 
PINE GATE RENEWABLES, LLC, *et al.*, : Case No. 25-90669 (CML)
: 
Debtors.[1] : (Jointly Administered)
: 
------------------------------------------------------------ x

**AGENDA OF DEBTORS FOR MATTERS
SET FOR HEARING ON DECEMBER 9, 2025**

The above-captioned debtors in possession (collectively, the "***Debtors***") file this Agenda of matters set for hearing on **December 9, 2025, at 11:00 a.m. (prevailing Central Time)** (the "***Hearing***").

**A. General Case Update**

Since the last hearing, the United States Trustee formed the Official Committee of Unsecured Creditors. The Debtors worked promptly with the Committee to bring the Committee up to speed. The Committee then proactively reached out to the DIP Lenders to begin addressing their concerns with the complex DIP financing. After extensive, good faith, and arms' length discussions over the last two weeks, the Debtors, the Committee, and the DIP Lenders have reached an agreement on the terms of the Final DIP Order, and the Debtors will be filing a revised proposed order in advance of the hearing. As briefly described below, two of the settlements are global and the third is specific to the terms of the Final DIP Order. These value-maximizing

---

[1] A complete list of each of the Debtors in these chapter 11 cases (the "***Chapter 11 Cases***") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/PGR. The Debtors' mailing address for the purposes of the Chapter 11 Cases is 130 Roberts Street, Asheville, North Carolina 28801.

settlements avoid substantial expense, delay, and uncertainty that could have further challenged these estates.

The Debtors have also filed certificates of no objection for the final orders on the Cash Management and Critical Vendor motions. The Debtor also filed several emergency motions requesting relief this month, two of which the Debtors respectfully request be heard at the Hearing. In addition, the Debtors, Brookfield, and the Committee have reached a global settlement. Based on that settlement and there being no actionable prospect for overbids, the Debtors have determined to end the auction process for Brookfield's portfolio, to name Brookfield as the winning bidder, and to request that the hearing to approve the Brookfield sale be rescheduled from December 22 to December 16.

B. Settlements

The Debtors, Brookfield, and the Committee have reached a global settlement, the terms of which will be attached to the proposed Final DIP Order as Exhibit A. As part of that global settlement, the parties request that the hearing to approve the Brookfield sale be rescheduled from December 22 to December 16.

Further, the Debtors, Carlyle, and the Committee have reached a global settlement, the terms of which will be attached to the proposed Final DIP Order as Exhibit B. The parties agree to have the sale of Carlyle's portfolio heard on its already-scheduled date of December 22, 2025, and to have the Debtors' Rule 9019 motion in respect of their settlement with Carlyle likewise heard on December 22, 2025.

Finally, the Debtors, Fundamental, and the Committee have negotiated a settlement of the Final DIP Order, the terms of which will be reflected in the proposed Final DIP Order. As part of

the settlement with Fundamental, the Debtors will be seeking a sale hearing during the first full week of January 2026.

Below is a chart setting forth the matters currently pending and their status:

| Matter | Docket No. | Date Filed | Status |
|---|---|---|---|
| DIP Motion | 46 | 11/7/2025 | Going forward at the Hearing |
| Cash Management | 11 | 11/6/2025 | Certificate of no objection filed at Docket No 590 |
| Critical Vendor | 7 | 11/6/2025 | Certificate of no objection filed at Docket No. 591 |
| Back Bay Settlement Motion | 509 | 11/26/2025 | The Debtors respectfully request that the court consider this motion on an emergency basis at the Hearing |
| Bar Date Motion | 547 | 12/2/2025 | The Debtors respectfully request that the court consider this motion on an emergency basis at the Hearing |
| Carlyle Settlement Motion | 522 | 11/29/25 | The Debtors respectfully request the Court set this for hearing on December 22, 2025, at 10:00 a.m. |
| Brookfield Sale Hearing | 22 | 11/7/2025 | The Debtors respectfully request the Court set this for hearing on December 16, 2025, at 3:30 p.m. |
| Carlyle Sale Hearing | 22 | 11/7/2025 | This matter has already been scheduled for December 22, 2025, at 10:00 a.m., and will remain scheduled for such date and time |
| Fundamental Sale Hearing | 22 | 11/7/2025 | The Debtors respectfully request that the Court set this for hearing during the first full week of January, 2026, or as soon thereafter as convenient for the Court |
| Hedging Motion | 562 | 12/3/2025 | The Debtors respectfully request the Court set this for hearing on December 16, 2025, at 3:30 p.m. |

**C. Matters Going Forward**

1. ***DIP Motion***. Emergency Motion of the Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (C) Authorizing the Use of Cash Collateral, (D) Modifying the Automatic Stay, (E) Scheduling a Final Hearing, and (F) Granting Related Relief [Docket No. 46].

    **Status**:   This matter is going forward. The Debtors, the DIP Lenders, and the Committee have reached agreement on the terms of the proposed

final order. The Debtors are also working to resolve the limited objections filed by certain sureties. A proposed final order incorporating the terms as agreed amongst the various parties will be filed prior to the Hearing.

**Responses**:

    (a) Limited Objection of United States Fire Insurance Company and Ascot Casualty & Surety Company to motion of the Debtors for Entry of Final Order (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (C) Authorizing the Use of Cash Collateral, (D) Modifying the Automatic Stay, (E) Scheduling a Final Hearing, and (F) Granting Related Relief [Docket No. 570]

- The Debtors have been working with United States Fire Insurance Company and Ascot Casualty & Surety Company to resolve the limited objection and anticipate filing a proposed order in advance of the Hearing that resolves all concerns. To the extent the Debtors are unable to resolve the objection, the Debtors will file a reply in advance of the hearing.

    (b) Applied Surety Underwriters Joinder to the Limited Objection of United States Firs Insurance Company and Ascot Casualty & Surety Company to motion of the Debtors for Entry of Final Order (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (C) Authorizing the Use of Cash Collateral, (D) Modifying the Automatic Stay, (E) Scheduling a Final Hearing, and (F) Granting Related Relief [Docket No. 584]

- The Debtors have been working with Applied Surety Underwriters to resolve the limited objection and anticipate filing a revised proposed order in advance of the Hearing that resolves all concerns. To the extent the Debtors are unable to resolve the objection, the Debtors will file a reply in advance of the hearing.

2. ***Cash Management Motion***. Emergency Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to (I) Continue Operating Their Existing Cash Management System, (II) Honor Certain Related Prepetition Obligations, and (III) Continue Intercompany Transactions; (B) Waiving Certain Deposit Requirements; and (C) Granting Related Relief [Docket No. 11].

    **Status**: This matter is going forward on an uncontested basis. The Debtors received comments to the final order from the U.S. Trustee and the Committee, which have been incorporated into the revised proposed final order filed under certificate of no objection at Docket No. 590.

3. ***Critical Vendors Motion***. Emergency Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Project Vendors; (B) Confirming Administrative Expense Priority; and (C) Granting Related Relief [Docket No. 7].

   <u>Status</u>:   This matter is going forward on an uncontested basis.  The Debtors received comments to the final order from the Committee, which have been incorporated into the revised proposed final order filed under certificate of no objection at Docket No. 591.

**D. Additional Matters**

1. ***Back Bay Settlement Motion***.  Emergency Motion of Debtors for Entry of an Order Pursuant to Bankruptcy Rule 9019 (A) Approving a Settlement by and Among the Debtors and Back Bay Solar, LLC and (B) Granting Related Relief [Docket No. 509]

   <u>Status</u>:   The Debtors filed this motion on November 26, 2025 seeking emergency relief not later than December 9, 205 at 11:00 a.m.  The Debtors respectfully request that the Court consider the motion at the Hearing.  The Debtors anticipate filing a revised proposed order in advance of the Hearing.  The Debtors are not aware of any objections to the relief requested in the motion.

2. ***Bar Date Motion***.  Emergency Motion of Debtors for Entry of an Order (A) Establishing (I) Bar Date and (II) Related Procedures for Filing Proof so Claim, (B) Approving the Form and Manner of Notice Thereof, and (C) Granting Related Relief [Docket No. 547].

   <u>Status</u>:   The Debtors filed this motion on December 2, 2025 seeking emergency relief not later than December 9, 2025.  The Debtors respectfully request that the Court consider the motion at the Hearing.  Prior to filing the motion, the Debtors shared a copy of the motion with the Committee, and the Committee does not object to the proposed relief.  The Debtors are still working through comments with the United States Trustee and anticipate filing a revised proposed order in advance of the Hearing.

**E. Matters Not Going Forward**

1. ***Carlyle Settlement Motion***.  Emergency Motion of Debtors for Entry of an Order Pursuant to Bankruptcy Rule 9019 (A) Approving a Settlement by and Among the Debtors and Carlyle and (B) Granting Related Relief [Docket No. 522].

   <u>Status</u>:   The Debtors filed this motion on December 2, 2025 seeking emergency relief not later than 11:00 a.m. on December 9, 2025.  The Debtors have been working with the Committee and Carlyle to address any issues with the motion, and respectfully request that the

>court set this motion for hearing on December 22, 2025, at 10:00 a.m. in conjunction with the sale hearing.

**F. Related Documents**

1. ***Cowan Declaration***. Declaration of Tyler W. Cowan in Support of Debtors' Motions to Obtain (A) Postpetition Financing and (B) Approval of Bidding Procedures for Sale of Debtors' Assets [Docket No. 50]

2. ***Rajcevich Declaration***. Declaration of Mark Rajcevich in Support of (A) Debtors' Motions to Obtain (I) Postpetition Financing, and (II) Approval of Bidding Procedures for Sale of Debtors' Assets; and (B) Debtors' Other First Day Motions [Docket No. 52]

3. ***Debtors' Witness and Exhibit List*** [Docket No. 580] (*filed under seal*)

4. ***Rajcevich Declaration in Support of Back Bay Settlement Motion***. Declaration of Mark Rajcevich in Support of Emergency Motion for Debtors for Entry of an Order Pursuant to Bankruptcy Rule 9019 (A) Approving A Settlement By and Among the Debtors and Back Bay Solar, LLC and (B) Granting Related Relief [Docket No. 580-4]

[*Remainder of page intentionally left blank.*]

Dated:   December 8, 2025       Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*
**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (TX Bar No. 24012503)
Philip M. Guffy (TX Bar No. 24113705)
Brandon Bell (TX Bar No. 24127019)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Email: taddavidson@Hunton.com
         pguffy@Hunton.com
         bbell@Hunton.com

-and-

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Andrew M. Parlen (NY Bar No. 5370085)
Alexander W. Welch (NY Bar No. 5624861)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: ray.schrock@lw.com
         andrew.parlen@lw.com
         alex.welch@lw.com

Jason B. Gott (IL Bar No. 6309114)
Jonathan C. Gordon (IL Bar No. 6329732)
330 N. Wabash Avenue
Suite No. 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: jason.gott@lw.com
         jonathan.gordon@lw.com

*Proposed Attorneys for the Debtors
and Debtors in Possession*

## **CERTIFICATE OF SERVICE**

      I certify that on December 8, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

                                                          */s/ Timothy A. ("Tad") Davidson II*
                                                          Timothy A. ("Tad") Davidson II