Debtor Pine Gate Renewables, LLC.                                Case Number:   25-90669 (CML)

| Information to identify the case: | |
|---|---|
| Debtor: Pine Gate Renewables, LLC. | EIN: 35-2564063 |
| United States Bankruptcy Court for the Southern District of Texas | |
| Case Number: 25-90669 (CML) | Date case filed for chapter 11: 11/6/25 |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case                                                                10/20

For the debtors listed below, cases have been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the cases for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

**To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER** (Public Access to Court Electronic Records at www.pacer.gov, or by accessing the website maintained by Omni Agent Solutions, Inc., available at https://omniagentsolutions.com/PGR, free of charge).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. | Debtors' full name | See Chart Below | | |
|---|---|---|---|---|
| 2. | All other names used in the last 8 years | See Chart Below (if applicable) | | |
| **Jointly Administered Cases** | | | | |
| **Debtor** | **Other Names Used in Last 8 Years** | | **Case No.** | **EIN** |
| Rio Lago Solar, LLC | Montague Solar, LLC | | 25-90668 (CML) | 85-4357058 |
| Pine Gate Renewables, LLC | N/A | | 25-90669 (CML) | 35-2564063 |
| BF Dev Holdco Pledgor, LLC | N/A | | 25-90691 (CML) | 33-2275668 |
| BF Dev Holdco, LLC | N/A | | 25-90694 (CML) | 33-2275550 |
| Blue Northern Power, LLC | N/A | | 25-90697 (CML) | N/A |
| Blue Ridge Power Holding Company, LLC | N/A | | 25-90703 (CML) | 87-1186418 |
| Blue Ridge Power, LLC | N/A | | 25-90707 (CML) | 86-1678572 |
| Blue Ridge Solar, LLC | N/A | | 25-90713 (CML) | N/A |
| BRP Construction, Inc. | Horne Brothers Construction, Inc. | | 25-90718 (CML) | 86-3933004 |
| BRP HBC Guarantor, LLC | N/A | | 25-90724 (CML) | 86-3294094 |
| BRP HBC Holdco, LLC | N/A | | 25-90729 (CML) | 86-2696364 |
| Cascade Dev Holdco, LLC | N/A | | 25-90733 (CML) | 99-4912353 |
| Cascade NTP Holdco, LLC | Cascade Borrower, LLC | | 25-90739 (CML) | 99-3995405 |
| Cascade Pledgor, LLC | N/A | | 25-90745 (CML) | 99-4023773 |

**Debtor Pine Gate Renewables, LLC.**                                                   Case Number:   25-90669 (CML)

| | | | |
|---|---|---|---|
| Catalina Solar Borrower, LLC | Grande Holdco Borrower III, LLC | 25-90749 (CML) | 99-1670433 |
| Catalina Solar Holdings, LLC | N/A | 25-90754 (CML) | 99-3261480 |
| FP 2021 Dev Holdco, LLC | N/A | 25-90758 (CML) | 87-3439283 |
| GA Solar 5, LLC | N/A | 25-90763 (CML) | 83-3125519 |
| GH Pledge Borrower, LLC | EC EBL Borrower, LLC | 25-90766 (CML) | 92-3529815 |
| Grande Holdco Borrower II, LLC | N/A | 25-90768 (CML) | 92-3460613 |
| Grande Holdco Borrower, LLC | N/A | 25-90771 (CML) | 92-1807079 |
| Grande Holdco, LLC | N/A | 25-90774 (CML) | 92-1781545 |
| Limewood Bell Renewables LLC | N/A | 25-90776 (CML) | 87-3308927 |
| Lotus Solar, LLC | N/A | 25-90778 (CML) | 87-2102980 |
| Magnolia Solar Development LLC | N/A | 25-90780 (CML) | 88-1934932 |
| NPA 2023 Holdco, LLC | N/A | 25-90671 (CML) | 93-3181192 |
| NPA PGR Blocker Holdco, LLC | N/A | 25-90673 (CML) | 93-3195013 |
| NPA Polaris DevCo Holdco, LLC | PGR 2023 Holdco 6, LLC | 25-90675 (CML) | 93-4306940 |
| NPA Polaris DevCo Pledgor, LLC | PGR 2022 Lessee 6, LLC | 25-90678 (CML) | 87-4665066 |
| NPA Polaris OpCo Holdco, LLC | PGR 2023 Lessor 6, LLC | 25-90682 (CML) | 93-4324793 |
| Old Hayneville Solar, LLC | Hecate Energy Old; Hayneville LLC | 25-90684 (CML) | 82-3273475 |
| PG Dev Carver Holdco, LLC | N/A | 25-90686 (CML) | 33-1241479 |
| PGC Solar Holdings Holdco I, LLC | N/A | 25-90698 (CML) | 92-2205032 |
| PGC Solar Holdings Holdco II, LLC | N/A | 25-90702 (CML) | 92-2224365 |
| PGC Solar Holdings I Managing Member, LLC | N/A | 25-90705 (CML) | 88-1574658 |
| PGC Solar Holdings I, LLC | N/A | 25-90708 (CML) | 88-1578369 |
| PGR 2020 Lessor 7, LLC | N/A | 25-90711 (CML) | 85-3489484 |
| PGR 2021 Fund 13, LLC | N/A | 25-90722 (CML) | 87-1251045 |
| PGR 2021 Fund 17, LLC | N/A | 25-90726 (CML) | 87-1486532 |
| PGR 2021 Fund 18, LLC | N/A | 25-90728 (CML) | 87-1532154 |
| PGR 2021 Fund 4, LLC | N/A | 25-90715 (CML) | 86-2265171 |
| PGR 2021 Fund 9, LLC | N/A | 25-90719 (CML) | 86-3726274 |
| PGR 2021 Holdco 11, LLC | N/A | 25-90738 (CML) | 88-0752211 |
| PGR 2021 Holdco 12, LLC | N/A | 25-90743 (CML) | 88-0763072 |
| PGR 2021 Holdco 13, LLC | N/A | 25-90746 (CML) | 88-0763150 |
| PGR 2021 Holdco 15, LLC | N/A | 25-90751 (CML) | 88-0814035 |
| PGR 2021 Holdco 17, LLC | N/A | 25-90670 (CML) | 88-2039180 |
| PGR 2021 Holdco 18, LLC | N/A | 25-90674 (CML) | 88-2039521 |
| PGR 2021 Holdco 19, LLC | N/A | 25-90676 (CML) | 88-0814167 |
| PGR 2021 Holdco 4, LLC | N/A | 25-90731 (CML) | 87-1622457 |
| PGR 2021 Holdco 9, LLC | N/A | 25-90735 (CML) | 88-0751962 |
| PGR 2021 Manager 13, LLC | N/A | 25-90683 (CML) | 87-1229679 |

**Debtor Pine Gate Renewables, LLC.**                                    Case Number:   25-90669 (CML)

| | | | |
|---|---|---|---|
| PGR 2021 Manager 17, LLC | N/A | 25-90685 (CML) | 87-1440434 |
| PGR 2021 Manager 18, LLC | N/A | 25-90687 (CML) | 87-1506225 |
| PGR 2021 Manager 4, LLC | N/A | 25-90679 (CML) | 86-2291539 |
| PGR 2021 Manager 9, LLC | N/A | 25-90680 (CML) | 86-3760375 |
| PGR 2022 Fund 1, LLC | N/A | 25-90689 (CML) | 87-4275483 |
| PGR 2022 Fund 2, LLC | N/A | 25-90690 (CML) | 87-4356580 |
| PGR 2022 Fund 4, LLC | N/A | 25-90693 (CML) | 87-4527516 |
| PGR 2022 Fund 5, LLC | N/A | 25-90695 (CML) | 87-4591151 |
| PGR 2022 Fund 8, LLC | N/A | 25-90696 (CML) | 88-2945892 |
| PGR 2022 Fund 9, LLC | N/A | 25-90699 (CML) | 88-3248263 |
| PGR 2022 Holdco 1, LLC | N/A | 25-90700 (CML) | 88-2039337 |
| PGR 2022 Holdco 2, LLC | N/A | 25-90704 (CML) | 92-0456940 |
| PGR 2022 Holdco 8, LLC | N/A | 25-90706 (CML) | 88-2945678 |
| PGR 2022 Holdco 9, LLC | N/A | 25-90709 (CML) | 88-3260937 |
| PGR 2022 Manager 1, LLC | N/A | 25-90712 (CML) | 87-4277262 |
| PGR 2022 Manager 2, LLC | N/A | 25-90714 (CML) | 87-4325861 |
| PGR 2022 Manager 4, LLC | N/A | 25-90717 (CML) | 87-4513493 |
| PGR 2022 Manager 5, LLC | N/A | 25-90720 (CML) | 87-4557022 |
| PGR 2022 Manager 8, LLC | N/A | 25-90723 (CML) | 88-2898212 |
| PGR 2022 Manager 9, LLC | N/A | 25-90672 (CML) | 88-3261196 |
| PGR 2022 Sponsor Holdco, LLC | N/A | 25-90677 (CML) | 87-4513348 |
| PGR 2023 Fund 1, LLC | N/A | 25-90681 (CML) | 92-3257193 |
| PGR 2023 Fund 6, LLC | N/A | 25-90688 (CML) | 93-4306095 |
| PGR 2023 Holdco 1, LLC | N/A | 25-90692 (CML) | 92-3256875 |
| PGR 2023 Lessee 6, LLC | N/A | 25-90701 (CML) | 93-4324734 |
| PGR 2023 Manager 1, LLC | N/A | 25-90710 (CML) | 92-3257071 |
| PGR 2023 Manager 6, LLC | N/A | 25-90716 (CML) | 93-4319408 |
| PGR 2024 Sponsor Holdco, LLC | PGR  Blocker, LLC | 25-90727 (CML) | 92-1197173 |
| PGR Blocker Holdco, LLC | N/A | 25-90732 (CML) | 92-3829929 |
| PGR Blue Ridge Power Holdings, LLC | PGR Blue Ridge Holdco, LLC | 25-90737 (CML) | 86-2548454 |
| PGR Carver Holdco, LLC | N/A | 25-90742 (CML) | 33-1241626 |
| PGR CC Affiliate Purchaser LLC | N/A | 25-90748 (CML) | 88-4345732 |
| PGR Guarantor, LLC | N/A | 25-90756 (CML) | 39-4365268 |
| PGR Holdco GP, LLC | N/A | 25-90760 (CML) | 99-2474995 |
| PGR Holdco, LP | PGR Holdco, LLC | 25-90786 (CML) | 88-2629227 |
| PGR MS Affiliate Purchaser LLC | N/A | 25-90769 (CML) | 92-1778294 |
| PGR Procurement, LLC | N/A | 25-90773 (CML) | 93-3323687 |
| PGR Signature Fund 1 Manager, LLC | N/A | 25-90777 (CML) | 83-2220930 |

**Debtor Pine Gate Renewables, LLC.**                                                       Case Number:   25-90669 (CML)

| | | | |
|---|---|---|---|
| Pine Gate Asset Management, LLC | N/A | 25-90779 (CML) | 85-1821450 |
| Pine Gate Assets, LLC | Pine Gate Infrastructure Assets, LLC | 25-90782 (CML) | 81-3058757 |
| Pine Gate Carver Holdings, LLC | N/A | 25-90783 (CML) | 33-1295577 |
| Pine Gate Dev Holdco, LLC | N/A | 25-90784 (CML) | 86-2577062 |
| Pine Gate Development, LLC | N/A | 25-90721 (CML) | 86-2406928 |
| Pine Gate Energy Capital, LLC | N/A | 25-90725 (CML) | 81-3049567 |
| Pine Gate EPC, LLC | N/A | 25-90736 (CML) | 82-3749986 |
| Pine Gate Fund Management, LLC | N/A | 25-90741 (CML) | 86-2604516 |
| Pine Gate O&M, LLC | Blue Ridge Power Services, LLC | 25-90744 (CML) | 82-5404690 |
| Polaris DevCo Borrower A, LLC | N/A | 25-90747 (CML) | 99-3955747 |
| Polaris DevCo Borrower B, LLC | N/A | 25-90750 (CML) | 99-3955889 |
| Polaris DevCo Pledgor A, LLC | N/A | 25-90752 (CML) | 99-4104077 |
| Polaris DevCo Pledgor B, LLC | N/A | 25-90755 (CML) | 99-4104195 |
| Polaris OpCo Borrower B, LLC | N/A | 25-90757 (CML) | 99-4049823 |
| Polaris OpCo Pledgor A, LLC | N/A | 25-90759 (CML) | 99-4123499 |
| Polaris OpCo Pledgor B, LLC | N/A | 25-90762 (CML) | 99-4123657 |
| PW Blocker Holdco, LLC | N/A | 25-90734 (CML) | 93-3516671 |
| PW Revolver Borrower, LLC | N/A | 25-90740 (CML) | 92-1813121 |
| Solar Carver 1, LLC | N/A | 25-90770 (CML) | 85-4188589 |
| Solar Carver 3, LLC | N/A | 25-90772 (CML) | 85-4218393 |
| Stowe Solar, LLC | N/A | 25-90775 (CML) | 93-3874614 |
| Sunstone Solar 1, LLC | N/A | 25-90761 (CML) | 33-3538227 |
| Sunstone Solar 2, LLC | N/A | 25-90764 (CML) | 33-3538451 |
| Sunstone Solar 3, LLC | N/A | 25-90765 (CML) | 33-3564133 |
| Sunstone Solar 4, LLC | N/A | 25-90767 (CML) | 33-3564246 |
| Sunstone Solar 5, LLC | N/A | 25-90781 (CML) | 33-3591980 |
| Sunstone Solar 6, LLC | N/A | 25-90753 (CML) | 33-3592089 |
| Sunstone Solar, LLC | Echo Solar, LLC; Bombing Range Solar I, LLC | 25-90730 (CML) | 92-3874006 |
| West River Solar, LLC | N/A | 25-90785 (CML) | 32-0531602 |

3. **Address for all Debtors:**

   130 Roberts Street, Asheville, North Carolina 28801

**Debtor Pine Gate Renewables, LLC.**  Case Number: 25-90669 (CML)

| | |
|---|---|
| **4. Debtors' attorneys**<br><br>**HUNTON ANDREWS KURTH LLP**<br>Timothy A. ("Tad") Davidson II<br>Philip M. Guffy<br>Brandon Bell<br>600 Travis Street, Suite 4200<br>Houston, TX 77002<br>Telephone: (713) 220-4200<br>Email: taddavidson@Hunton.com<br>pguffy@Hunton.com<br>bbell@Hunton.com<br><br>-and-<br><br>**LATHAM & WATKINS LLP**<br>Ray C. Schrock<br>Andrew M. Parlen<br>Alexander W. Welch<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Email: ray.schrock@lw.com<br>andrew.parlen@lw.com<br>alex.welch@lw.com<br><br>Jason B. Gott<br>Jonathan C. Gordon<br>330 N. Wabash Avenue<br>Suite No. 2800<br>Chicago, IL 60611<br>Telephone: (312) 876-7700<br>Email: jason.gott@lw.com<br>jonathan.gordon@lw.com | **Debtors' Claims and Noticing Agent**<br>**If you have questions about this notice, please contact:**<br>Omni Agent Solutions, Inc.<br><br>**Case Website:** https://omniagentsolutions.com/PGR<br>**Email:** PGRInquiries@omniagnt.com<br>**Telephone:** (888) 812-2572 (US & Canada, toll-free)<br>(747) 263-0193 (International, toll)<br><br>**First Class Mail, Hand Delivery or Overnight Courier:**<br><br>Pine Gate Renewables Claims Processing Center<br>Omni Agent Solutions, Inc.<br>5955 De Soto Ave., Suite 100<br>Woodland Hills, CA 91367 |

**5. Bankruptcy clerk's office**

Documents in this case may be filed at this address.

You may inspect all records filed in this case at this office or online at www.pacer.gov., or by accessing the website maintained by Kurtzman Carson Consultants, LLC dba Verita Global, available at https://www.veritaglobal.net/ModivCare, free of charge.

Clerk of the U.S. Bankruptcy Court
for the Southern District of Texas
Bob Casey United States Courthouse
515 Rusk Street
Houston, TX 77002

Hours open   Monday – Friday 8:00 AM – 5:00 PM

Contact phone (713) 250-5500

**6. Meeting of creditors**

The debtor's representative must attend the meeting to be questioned under oath.

Creditors may attend but are not required to do so.

**December 9, 2025, at 9:30 a.m. (prevailing Central Time)**

The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.

Location: Telephone Conference Call

Dial: **888-330-1716**
Code: **7125797**

Debtor Pine Gate Renewables, LLC.                                    Case Number:   25-90669 (CML)

| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** | **Not yet set. If a deadline is set, the court will send you a notice.** |
|---|---|---|---|
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | | Your claim will be allowed in the amount scheduled unless: | |
| | | your claim is designated as *disputed*, *contingent*, or *unliquidated*; <br> you file a proof of claim in a different amount; or <br> you receive another notice. | |
| | | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | | The deadline, subject to the Debtors' right to seek a further extension of such deadline, for the Debtors to file their schedules of assets and liabilities and statements of financial affairs is January 9, 2025. Once filed, you may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov or by accessing the website maintained by Omni Agent Solutions, Inc., available at https://omniagentsolutions.com/PGR, free of charge. | |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 8. | **Exception to discharge deadline** <br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. <br><br> **Deadline for filing the complaint:  Not applicable** | |
| 9. | **Creditors with a foreign  address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |