**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| PINE GATE RENEWABLES, LLC, *et al.*, | Case No. 25-90669 (CML) |
| Debtors.[1] | (Jointly Administered) |

**STATEMENT OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS IN SUPPORT OF THE DEBTORS'
MOTION FOR ENTRY OF THE PROPOSED FINAL DIP ORDER**
**(Related Docket No. 46)**

The Official Committee of Unsecured Creditors (the "**Committee**") appointed in the cases of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby submits this statement in support of the *Emergency Motion of the Debtors for Entry of Interim and Final Orders (A) Authorizing Debtors to Obtain Postpetition Financing, (B) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (C) Authorizing the Use of Cash Collateral, (D) Modifying the Automatic Stay, (E) Scheduling a Final Hearing, and (F) Granting Related Relief* [Docket No. 46] (the "**DIP Financing Motion**")[2], as modified. The Committee respectfully states as follows:

1. The Committee was appointed on November 19, 2025 and retained counsel on November 21, 2025. Since that time, the Committee and its advisors have worked diligently to understand the Debtors' business, capital structure, and the significant issues presented by these

---

[1] A complete list of each of the Debtors in these chapter 11 cases (the "**Chapter 11 Cases**") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/PGR.  The Debtors' mailing address for the purposes of the Chapter 11 Cases is 130 Roberts Street, Asheville, North Carolina 28801.

[2] Capitalized terms used but not otherwise defined herein have the meaning given in the DIP Financing Motion.

1

complex Chapter 11 Cases.  In particular, the Committee has focused its efforts on the relief sought in the DIP Financing Motion, which will materially shape the trajectory of these cases.

2. After extensive, good-faith, and arm's-length negotiations over the past two weeks, the Debtors, the Committee, and the DIP Lenders have reached agreement on the terms of the Final Order.  The Final Order reflects changes that were negotiated by the Committee as reflected in the global settlement term sheets attached as Exhibit A and Exhibit B to the Final Order.  Together, these global settlements, along with the changes reflected in the body of the Final Order that the Committee negotiated with Fundamental, maximize value for unsecured creditors by providing value to the estates and preserving and protecting unencumbered value.

3. Accordingly, the Committee now supports entry of the Final Order.

[*Remainder of page intentionally left blank.*]

Dated: December 9, 2025

Respectfully submitted,

*/s/ Michael D. Warner*

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **WHITE & CASE LLP** |
| Michael D. Warner (Texas Bar No. 00792304) | Philip M. Abelson (admitted *pro hac vice*) |
| Theodore S. Heckel (Texas Bar No. 24133488) | Samuel P. Hershey (S.D. Tex. Bar. No. 3465170) |
| 700 Louisiana Street, Suite 4500 | Brett L. Bakemeyer (admitted *pro hac vice*) |
| Houston, Texas 77002 | 1221 Avenue of the Americas |
| Telephone: (713) 691-9385 | New York, New York 10020 |
| Facsimile: (713) 691-9407 | Telephone: (212) 819-8200 |
| Email: mwarner@pszjlaw.com | Facsimile: (212) 354-8113 |
| theckel@pszjlaw.com | Email: philip.abelson@whitecase.com |
| | sam.hershey@whitecase.com |
| | brett.bakemeyer@whitecase.com |

-and-

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | -and- |
| Jeffrey N. Pomerantz (admitted *pro hac vice*) | |
| Cia H. Mackle (admitted *pro hac vice*) | **WHITE & CASE LLP** |
| 10100 Santa Monica Blvd, 13th Floor | Gregory F. Pesce (admitted *pro hac vice*) |
| Los Angeles, California 90067 | Laura E. Baccash (admitted *pro hac vice*) |
| Telephone: (310) 277-6910 | 111 South Wacker Drive, Suite 5100 |
| Facsimile: (310) 201-0760 | Chicago, Illinois 60606 |
| Email: jpomerantz@pszjlaw.com | Telephone: (312) 881-5360 |
| cmackle@pszjlaw.com | Facsimile: (312) 881-5450 |
| | Email: gregory.pesce@whitecase.com |
| | laura.baccash@whitecase.com |

-and-

**PACHULSKI STANG ZIEHL & JONES LLP**

Bradford J. Sandler (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: bsandler@pszjlaw.com

*Proposed Co-Counsel to the*
*Official Committee of Unsecured Creditors*

*Proposed Co-Counsel to the*
*Official Committee of Unsecured Creditors*

**Certificate of Service**

I certify that, on December 9, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                           */s/ Michael D. Warner*
                                           Michael D. Warner