Electronic Appearance Sheet

Peter Schleider, RKB Energy LLC
Client(s): Debtor

Daniel Prieto, Jones Day
Client(s): Chamberlain University LLC and Walden University LLC

Beth Sahr, none
Client(s): none

Jacque Noel, Pro Se, None, Pro Se
Client(s): None

Jason Gott, Latham & Watkins
Client(s): Debtors

Amy Quartarolo, Latham & Watkins
Client(s): Debtors

David Wender, Eversheds Sutherland
Client(s): LPL Solar LLC. a party in interest

Alexander Bell, Hudson Lambert Parrott, LLC
Client(s): Aubrey Silvey Enterprises, Inc.

Chase Bentley, Weil, Gotshal & Manges LLP
Client(s): Healthcare of Ontario Pension Plan

Scott Zuber, Chiesa Shahinian & Giantomasi PC
Client(s): The Hanover Insurance Company

Shannon Morton, Western EcoSystems Technology, Inc.
Client(s):

Creditor

Hugh McCullough, Davis Wright Tremaine LLP
Client(s): Amazon Energy LLC

Joel Ruderman, Watt Tieder, Hoffar & Fitzgerald
Client(s): Arch

David Wender, Eversheds Sutherland
Client(s): LPL Solar LLC

Robert Britton, Paul, Weiss, Rifkind, Wharton & Garrison LLP
Client(s): BID Administrator LLC and BID Aggregator A LP

Tyson Lomazow, Milbank LLP

Electronic Appearance Sheet

Client(s): Carlyle

Andrew Harmeyer, Milbank LLP
Client(s): Carlyle

Erin Dexter, Milbank LLP
Client(s): Carlyle

Justin Cunningham, Milbank LLP
Client(s): Carlyle

Christopher Bailey, Holland & Knight LLP
Client(s): Deutsche Bank Trust Company Americas

Anthony Pirraglia, Holland & Knight LLP
Client(s): Deutsche Bank Trust Company Americas

Scott Zuber, Chiesa Shahinian & Giantomasi PC
Client(s): Hanover Insurance Company

Craig Simon, Meadows, Collier, Reed, Cousins, Crouch & Ungerman LLP
Client(s): Merit Controls

Lisa Tancredi , Womble Bond Dickinson (US) LLP
Client(s): Ascot & Amynta

Danielle Barav-Johnson, Eversheds Sutherland (US) LLP
Client(s): LPL Solar LLC

Andrew Parlen, Latham & Watkins
Client(s): Debtors

Alex Welch, Latham & Watkins
Client(s): Debtors

Jason Gott, Latham & Watkins
Client(s): Debtors

Jonathan Gordon, Latham & Watkins
Client(s): Debtors

Julia Frost-Davies, Greenberg Traurig, LLP
Client(s): Back Bay Solar, LLC

Brian Greer, Greenberg Traurig, LLP
Client(s): Back Bay Solar, LLC

Charlie Liu, Greenberg Traurig, LLP

Electronic Appearance Sheet

Client(s): Back Bay Solar, LLC

Lisa Tancredi, Womble Bond
Client(s): Arch

Andrew Harmeyer, Milbank
Client(s): Carlyle Global Credit Investment Management L.L.C.

Tyson Lomazow, Milbank
Client(s): Carlyle Global Credit Investment Management L.L.C.

Erin Dexter, Milbank
Client(s): Carlyle Global Credit Investment Management L.L.C.

David Wender, Eversheds Sutherland
Client(s): LPL Solar LLC

Robert Britton, Paul, Weiss, Rifkind, Wharton & Garrison LLP
Client(s): BID Administrator LLC, BID Aggregator A LP

Jonathan Levine, Winston & Strawn LLP
Client(s): Zions Bankcorporation, N.A. / MUFG Bank, Ltd.

Thomas Good, Winston & Strawn LLP
Client(s): Zions Bankcorporation, N.A. / MUFG Bank, Ltd.

Douglas Keeton, Paul, Weiss, Rifkind, Wharton & Garrison LLP
Client(s): BID Administrator LLC, BID Aggregator A LP

Gregory Gartland, Winston & Strawn LLP
Client(s): Polaris Lender Group

James Bentley, Winston & Strawn LLP
Client(s): Polaris Lender Group

Mitchell Mengden, Paul, Weiss, Rifkind, Wharton & Garrison LLP
Client(s): BID Administrator LLC, BID Aggregator A LP

Lindsay Wasserman, Paul, Weiss, Rifkind, Wharton & Garrison LLP
Client(s): BID Administrator LLC, BID Aggregator A LP

Bradford Sandler, Pachulski Stang Ziehl & Jones LLP
Client(s): Official Committee of Unsecured Creditors

Shirley Cho, Pachulski Stang Ziehl & Jones LLP
Client(s): Official Committee of Unsecured Creditors

Greg Pesce, White & Case LLP

Electronic Appearance Sheet

Client(s): Official Committee of Unsecured Creditors

Samuel Hershey, White & Case LLP
Client(s): Official Committee of Unsecured Creditors

Philip Abelson, White & Case LLP
Client(s): Official Committee of Unsecured Creditors

Philip Guffy, Hunton Andrews Kurth LLP
Client(s): Pine Gate Renewables, LLC, et al.

Scott Zuber, Chiesa Shahinian & Giantomasi PC
Client(s): Hanover Insurance Company

John Higgins, Porter Hedges LLP
Client(s): BID Administrator LLC

Kayla McDaniel, Hudson Lambert Parrott, LLC
Client(s): Aubrey Silvey Enterprises

Alexander Bell, Hudson Lambert Parrott
Client(s): Aubrey Silvey Enterprises

Tad Davidson, Hunton Andrews Kurth LLP
Client(s): Pine Gate Renewables, LLC, et al.

Jacob Broadway, McGuireWoods LLP
Client(s): Azora

Karl Burrer, Greenberg Traurig, LLP
Client(s): Back Bay Solar, LLC

Stephen Jones, Foley & Lardner LLP
Client(s): Pathward, National Association

Nader Abou Mrad, Eversheds Sutherland
Client(s): LPL Solar LLC

David Wender, Eversheds Sutherland (US) LLP)
Client(s): LPL Solar LLC

Joel Ruderman Ruderman, Watt, Tieder, Hoffar & Fitzgerald, LLP
Client(s): Arch Insurance Company

Elliot Scharfenberg, Krebs Farley
Client(s): AXIS Insurance Company

Alana Porrazzo, Jennings Haug Keleher McLeod Waterfall LLP

Electronic Appearance Sheet

Client(s): Philadelphia Indemnity Insurance Company

Brandon Bains, Bains Law PLLC
Client(s): XL Specialty Ins. Co.

Jonathan Ord, Krebs Farley PLLC
Client(s): Atlantic Specialty Insurance Company

Will Dorward, Singer & Levick, PC
Client(s): Cyprus Creek Renewables

Andrew Jimenez, U.S. Department of Justice
Client(s): United States Trustee

Megan Young-John, Porter Hedges LLP
Client(s): BID Administrator