IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

------------------------------------------------------------ x
: 
In re: : Chapter 11
: 
PINE GATE RENEWABLES, LLC, *et al.*, : Case No. 25-90669 (CML)
: 
Debtors.[1] : (Jointly Administered)
: 
------------------------------------------------------------ x

**CERTIFICATE OF COUNSEL REGARDING DEBTORS' FIRST OMNIBUS MOTION
FOR ENTRY OF AN ORDER AUTHORIZING THE REJECTION OF CERTAIN
EXECUTORY CONTRACTS AND UNEXPIRED LEASES AS OF THE PETITION DATE**
[Relates to Docket Nos. 20, 503]

Pursuant to the Procedures for Complex Cases in the Southern District of Texas (the "***Complex Case Procedures***"), the undersigned hereby certifies as follows:

1. On November 6, 2025, the above-captioned debtors and debtors-in-possession (collectively, the "***Debtors***") filed the *First Omnibus Motion for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases as of the Petition Date* [Docket No. 20] (the "***Motion***").

2. The deadline to object to the Motion passed on November 28, 2025 (the "***Objection Deadline***").

3. Prior to the Objection Deadline, Directional Services, Inc. ("***Directional***") filed an objection to the Motion [Docket No. 503] (the "***Objection***"). On November 30, 2025, the Debtors

---

[1] A complete list of each of the Debtors in these chapter 11 cases (the "***Chapter 11 Cases***") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/PGR. The Debtors' mailing address for the purposes of the Chapter 11 Cases is 130 Roberts Street, Asheville, North Carolina 28801.

filed a certificate of no objection with respect to the Motion [Docket No. 523] that removed Directional's contract from the schedule of rejected contracts attached to the proposed order.

4. After the filing of the Objection, the Debtors and Directional engaged in discussions and reached agreement on a resolution of the Objection. A revised proposed order reflecting that agreement is attached hereto along with a redline reflecting the changes to the original proposed order.

5. In accordance with paragraph 45 of the Complex Case Procedures, the undersigned represents to the Court that counsel has reviewed the Court's docket and no responses to the Motion other than the Objection have been filed on the docket or served on the Debtors.

6. Accordingly, the Debtors respectfully request that the Court enter the proposed order attached hereto.

Dated: December 12, 2025
       Houston, Texas

Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*
**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (TX Bar No. 24012503)
Philip M. Guffy (TX Bar No. 24113705)
Brandon Bell (TX Bar No. 24127019)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Email: taddavidson@hunton.com
      pguffy@hunton.com
      bbell@hunton.com

- and -

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Andrew M. Parlen (NY Bar No. 5370085)
Alexander W. Welch (NY Bar No. 5624861)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: ray.schrock@lw.com
      andrew.parlen@lw.com
      alex.welch@lw.com

- and -

Jason B. Gott (IL Bar No. 6309114)
Jonathan C. Gordon (IL Bar No. 6329732)
330 N. Wabash Avenue
Suite No. 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: jason.gott@lw.com
      jonathan.gordon@lw.com

*Proposed Attorneys for the Debtors and Debtors in Possession*

## Certificate of Service

I certify that on December 12, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

> */s/ Timothy A. ("Tad") Davidson II*
> Timothy A. ("Tad") Davidson II