IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>PINE GATE RENEWABLES, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-90669 (CML)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on December 11, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Master Service List attached hereto as **Exhibit A:**

- **Order Authorizing the Assumption and Assignment of Certain O&M Service Contracts and Asset Management Contracts [Docket No. 631]**

- **Final Order (A) Authorizing the Debtors to (I) Continue Operating Their Existing Cash Management System, (II) Honor Certain Related Prepetition Obligations, and (III) Continue Intercompany Transactions; (B) Waiving Certain Deposit Requirements; and (C) Granting Related Relief [Docket No. 632]**

- **Order (A) Establishing (I) Bar Dates and (II) Related Procedures for Filing Proofs of Claim, (B) Approving the Form and Manner of Notice Thereof, and (C) Granting Related Relief [Docket No. 634]**

- **Final Order (A) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Project Vendors; (B) Confirming Administrative Expense Priority; and (C) Granting Related Relief [Docket No. 635]**

- **Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection to the Prepetition Secured Parties, (V) Modifying the Automatic Stay, and (VI) Granting Related Relief [Docket No. 646]**

- **Emergency Motion of Debtors for Entry of an Order Pursuant to Bankruptcy Rule 9019 (A) Approving a Settlement Between the Debtors and SiriusPoint America Insurance Company and (B) Granting Related Relief [Docket No. 648]**

- **Notice of the Debtors' Designation of Brookfield as the Successful Bidder With Respect to the Brookfield Assets [Docket No. 649]**

---

[1] A complete list of each of the Debtors in these chapter 11 cases (the "Chapter 11 Cases") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/PGR. The Debtors' mailing address for the purposes of the Chapter 11 Cases is 130 Roberts Street, Asheville, North Carolina 28801.

- Amended Notice of Intent to Adduce Testimony from a Remote Location by Telephone and Video Technology [Docket No. 650]

- Emergency Motion of the Debtors for Entry of Interim and Final Orders Authorizing Debtor Catalina Solar Borrower, LLC to Continue Borrowing Under Its Existing Construction Loan Facility and Granting Related Relief [Docket No. 651]

- Notice of Hearing to Be Held on December 16, 2025, at 9:30 AM (Prevailing Central Time) [Docket No. 652]

Dated: December 15, 2025

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 15th day of December, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

# **EXHIBIT A**

Exhibit A
Master Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest | Aerotek, Inc | Thomas Kelly<br>Attn: Thomas Kelly, President<br>7301 Parkway Dr S<br>Hanover, MD 21076 | THOMAS.KELLY@ALLEGISGROUP.COM | Email |
| NOA - Counsel for Ford Motor Credit Company LLC | AIS Portfolio Services, LLC | Attn: Ford Motor Credit Company LLC Department<br>Account: XXXX<br>4515 N Santa Fe Ave Dept APS<br>Oklahoma City, OK 73118 | ECFNotices@aisinfo.com | Email |
| *NOA -Counsel for All-Phase Power & Controls, Inc | Anderson Jones, PLLC | Attn: Todd A Jones<br>421 N Blount St<br>P.O. Box 20248<br>Raleigh, NC 27601 | tjones@andersonandjones.com | Email |
| 30 Largest | Apa Solar, LLC | Josh Von Deylen<br>Attn: Josh Von Deylen, CEO<br>20-345 County Rd<br>Ridgeville Corners, OH 43555 | JOSHV@APALTERNATIVES.COM | Email |
| *Official Committee of Unsecured Creditors | Applied Risk Services | Attn: Shannon Walls<br>10805 Old Mill Rd<br>Omaha, NE 68154 | srwalls@auw.com | Email |
| Attorney General | Arizona Attorney General's Office – CSS | P.O. Box 6123, MD 7611<br>Phoenix, AZ 85005-6123 | | First Class Mail |
| 30 Largest | Aubrey Silvey Enterprises, Inc | Bill Head<br>Attn: Bill Head, CFO<br>371 Hamp Jones Rd<br>Carrollton, GA 30117 | BHEAD@SILVEY.COM | Email |
| *NOA - Counsel for XL Specialty Insurance Company | Bains Law PLLC | Attn: Brandon Bains<br>PO Box 1027<br>Aledo, TX 76008 | brandon@bainslaw.com | Email |
| *NOA - Counsel for Jones Farm Lane Solar, LLC, Alton Post Office Solar, LLC & Foxglove Solar Project, LLC | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Jill C Walters<br>2235 Gateway Access Pt, Ste 220<br>Raleigh, NC 27607 | jwalters@bakerdonelson.com | Email |
| Lender-Secured | Bid Administrator LLC | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Attn: Robert A Britton/Lindsay A Wasserman<br>Attn: Brian S Hermann<br>1285 Ave of the Americas<br>New York, NY 10019-6064 | rbritton@paulweiss.com;<br>lwasserman@paulweiss.com;<br>bhermann@paulweiss.com | Email |
| *NOA - Counsel for Oracle America, Inc | BUCHALTER, A Professional Corporation | Attn: Jason Blackstone/Matthew Yarbrough<br>100 Crescent Court, Ste 700<br>Dallas, TX 75201 | jblackstone@buchalter.com<br>myarbrough@buchalter.com | Email |
| *NOA - Counsel for Oracle America, Inc | BUCHALTER, A Professional Corporation | Attn: Shawn M Christianson<br>425 Market St, Ste 2900<br>San Francisco, CA 94105-3493 | schristianson@buchalter.com | Email |
| Lender-Secured | Carlyle Global Credit Investment Management LLC | c/o Milbank LLP<br>Attn: Tyler Lomazow/Justin Cunningham<br>Attn: Andrew Harmeyer<br>55 Hudson Yards<br>New York, NY 10001-2163 | tlomazow@milbank.com;<br>jcunnin1@milbank.com;<br>aharmeyer@milbank.com | Email |
| 30 Largest | Carter Machinery Co Inc | Drew Parker<br>Attn: Drew Parker, CEO<br>1330 Lynchburg Tpke<br>Salem, VA 24153 | DREW_PARKER@CARTERMACHINERY.COM | Email |
| *NOA - Counsel for The Hanover Insurance Company | Chiesa Shahinian & Giantomasi PC | Attn: Brian Kantar/Scott A Zuber<br>105 Eisenhower Pkwy<br>Roseland, NJ 07068 | bkantar@csglaw.com;<br>szuber@csglaw.com | Email |
| *NOA - Counsel for RLI Insurance Company | Clark Hill PLC | Attn: Duane J Brescia<br>3711 S Mopac Expressway<br>Bldg 1, Ste 500<br>Austin, TX 78746 | dbrescia@clarkhill.com | Email |
| *NOA - Counsel for WHC, LLC | Cokinos Young | Attn: Reagan H "Tres" Gibbs, III/C Matthew Thompson<br>1221 Lamar St, 16th Fl<br>Houston, TX 77010 | tgibbs@cokinoslaw.com;<br>mthompson@cokinoslaw.com | Email |
| *NOA - Counsel for Amazon Energy LLC | Davis Wright Tremaine LLP | Attn: Hugh McCullough<br>920 5th Ave, Ste 3300<br>Seattle, WA 98104-1610 | hughmccullough@dwt.com | Email |
| 30 Largest | Dc Solar Solutions, LLC | Glen Depiero<br>Attn: Glen Depiero, Owner<br>4208 Six Forks Rd, Ste 1000<br>Raleigh, NC 27609 | GDEPIERO@DCSOLARSOLUTIONS.US | Email |
| 30 Largest | Directional Services, Inc | Shelby Barbier<br>Attn: Shelby Barbier, CEO<br>4830 US Hwy 301 S<br>Hope Mills, NC 28348 | SBARBIER@DIRECTIONALSERVICES.NET | Email |
| 30 Largest | Elevated Staffing Support, LLC | Don Beddiges<br>Attn: Don Beddiges, Managing Partner<br>102 Commonwealth Ct<br>Cary, NC 27511 | DON@ELEVATEDSTAFFINGSUPPORT.COM | Email |
| Core Parties | energyRe | Attn: Greg SK Ness/Rocio G Mendoza<br>1519 King St<br>Charleston, SC 29405 | Greg.Ness@energyRe.com;<br>rocio.mendoza@energyre.com | Email |
| *NOA - Counsel for LPL Solar LLC | Eversheds Sutherland (US) LLP | Attn: David A Wender/Danielle Barav-Johnson<br>999 Peachtree St NE, Ste 2300<br>Atlanta, GA 30309 | davidwender@eversheds-sutherland.com;<br>dahnibarav-johnson@eversheds-sutherland.com | Email |
| 30 Largest | Fall Line Construction | Ryan Pounds<br>Attn: Ryan Pounds, CEO<br>52 Industry Rd<br>Butler, GA 31006 | RPOUNDS@FLCOFGA.COM | Email |

Pine Gate Renewables, LLC, et al., (Case No. 25-90669)

**Exhibit A**
Master Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Pathward, National Association ("Pathward") | Foley & Lardner LLP | Attn: Holland N O'Neil/Stephen A Jones<br>2021 McKinney Ave, Ste 1600<br>Dallas, TX 75201 | honeil@foley.com;<br>sajones@foley.com | Email |
| Lender-Secured | Fp Solar Development I LLC | c/o Sidley Austin LLP<br>Attn: Maegan Quejada/Ishani Patel<br>Attn: Duston Mcfaul<br>1000 Louisiana St, Ste 5900<br>Houston, TX 77002 | mquejada@sidley.com;<br>ishani.patel@sidley.com;<br>dmcfaul@sidley.com | Email |
| *NOA - Counsel for Fifth Third Bank, National Association | Frost Brown Todd LLP | Attn: Joy Kleisinger<br>3300 Great American Twr<br>301 E 4th St<br>Cincinnati, OH 45202 | jkleisinger@fbtlaw.com | Email |
| *NOA - Counsel for Fifth Third Bank, National Association | Frost Brown Todd LLP | Attn: Rebecca L Matthews<br>2101 Cedar Springs Rd<br>Dallas, TX 75201 | rmatthews@fbtlaw.com | Email |
| Shareholder-Equity | Generate Capital | c/o Kirkland & Ellis LLP<br>Attn: Elizabeth Jones/Christopher Marcus<br>601 Lexington Ave<br>New York, NY 10022 | elizabeth.jones@kirkland.com;<br>christopher.marcus@kirkland.com | Email |
| *NOA - Counsel for Back Bay Solar, LLC | Greenberg Traurig LLP | Attn: Karl D Burrer/Kristen Jacobsen<br>1000 Louisiana Ave, Ste 6700<br>Houston, TX 77002 | BurrerK@gtlaw.com;<br>Kristen.Jacobsen@gtlaw.com | Email |
| *NOA - Counsel for Back Bay Solar, LLC | Greenberg Traurig LLP | Attn: Brian E Greer<br>1 Vanderbilt Ave<br>New York, NY 10017 | GreerB@gtlaw.com | Email |
| *NOA - Counsel for Back Bay Solar, LLC | Greenberg Traurig LLP | Attn: Julia Frost Davies/ T Charlie Liu<br>1 International Pl, Ste 2000<br>Boston, MA 02110 | Julia.FrostDavies@gtlaw.com;<br>Charlie.Liu@gtlaw.com | Email |
| Counsel To John Hancock | Greenberg Traurig, LLP | 8400 NW 36th St, Ste 400<br>Doral, FL 33166 | | First Class Mail |
| 30 Largest | Gwinnups Restoration & Environmental Service Inc | Terry Gwinnup<br>Attn: Terry Gwinnup, President<br>5201 W 86th St<br>Indianapolis, IN 46268 | TERRY@GWINNUPSRESTORATION.COM | Email |
| *NOA - Counsel for Carlyle Global Credit Investment Management L.L.C. ("Carlyle") | Haynes and Boone, LLP | Attn: Charles A Beckham, Jr/Ian T Peck<br>Attn: Re'Necia Sherald<br>1221 McKinney St, Ste 4000<br>Houston, TX 77010 | charles.beckham@haynesboone.com;<br>ian.peck@haynesboone.com;<br>renecia.sherald@haynesboone.com | Email |
| Shareholder-Equity | Healthcare Of Ontario Pension Plan | c/o Weil, Gotshal & Manges LLP<br>Attn: Teddy Cohan/Chase Bentley<br>767 5th Ave<br>New York, NY 10153-0119 | teddy.cohan@weil.com;<br>chase.bentley@weil.com | Email |
| *Official Committee of Unsecured Creditors | Hecate Energy LLC | Attn: Daniel Knuth<br>621 W Randolph St<br>Chicago, IL 60661 | dknuth@hecateenergy.com | Email |
| *NOA - Counsel for Deutsche Bank Trust Company Americas ("DBTCA") | Holland & Knight LLP | Attn: Anthony F Pirraglia/Christopher A Bailey<br>811 Main St, Ste 2500<br>Houston, TX 77002 | Anthony.Pirraglia@hklaw.com;<br>chris.bailey@hklaw.com | Email |
| IRS | Internal Revenue Service | c/o U.S. Attorney's Office<br>Southern District of Texas<br>Attn: Civil Division (Bankruptcy)<br>1000 Louisiana, Ste. 2300<br>Houston, TX 77002 | lisa.luz.parker@usdoj.gov | Email |
| Taxing Authority | Internal Revenue Service | 1919 Smith St, M/S 5024 HOU<br>Houston, TX 77002 | | First Class Mail |
| IRS | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>(First Class Mail)<br><br>Attn: Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016<br>(Overnight Mail) | | First Class Mail |
| Taxing Authority | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>1111 Constitution Ave NW<br>Washington, DC 20004 | | First Class Mail |
| *NOA - Counsel for Carter Machinery Company, Inc | Jackson Walker LLP | Attn: Zachary McKay<br>1401 McKinney St, Ste 1900<br>Houston, TX 77010 | zmckay@jw.com | Email |
| 30 Largest | Jb Electric & Solar LLC | Josh Bessette<br>Attn: Josh Bessette, CEO<br>325 5th Ave, Ste 108<br>Indialantic, FL 32903 | JOSH.BESSETTE@JANDBSOLAR.COM | Email |
| *Official Committee of Unsecured Creditors | JB Electric and Solar, LLC | Attn: Robert N Nevill<br>325 5th Ave, Ste 108<br>Indialantic, FL 32903 | rnevill@jandbsolar.com | Email |
| *NOA - Counsel for DIS-TRAN Packaged Substations, LLC | Kean Miller LLP | Attn: Rachel Thompson Kubanda/Ricky L Hutchens<br>711 Louisiana St, Ste 1800<br>Houston, TX 77002 | Rachel.Kubanda@keanmiller.com<br>Ricky.Hutchens@keanmiller.com | Email |
| *NOA - Counsel for Enfield Energy, LLC | Kelley Drye & Warren LLP | Attn: James S Carr/Kristin S Elliott<br>3 World Trade Ctr<br>175 Greenwich St<br>New York, NY 10007 | kelliott@kelleydrye.com;<br>KDWBankruptcyDepartment@kelleydrye.com | Email |

**Exhibit A**
Master Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for GC PGR HoldCo Member, LLC and GC PGR HoldCo, LLC | Kirkland & Ellis LLP | Attn: Christoper Marcus/Elizabeth Jones<br>601 Lexington Ave<br>New York, NY 10022 | christopher.marcus@kirkland.com;<br>elizabeth.jones@kirkland.com | Email |
| *NOA - Counsel for GC PGR HoldCo Member, LLC and GC PGR HoldCo, LLC | Kirkland & Ellis LLP | Attn: Robert P Goodin/Daniel P Cadis<br>609 Main St<br>Houston, TX 77002 | robert.goodin@kirkland.com;<br>daniel.cadis@kirkland.com | Email |
| *NOA - Counsel for AXIS Insurance Company | Krebs Farley, PLLC | Attn: Elliot Scharfenberg<br>400 Poydras St, Ste 2500<br>New Orleans, LA 70130 | escharfenberg@krebsfarley.com | Email |
| *NOA - Counsel for Atlantic Specialty Insurance Company ("Atlantic") | Krebs Farley, PLLC | Attn: Laura F Ashley<br>400 Poydras St, Ste 2500<br>New Orleans, LA 70130 | Lashley@krebsfarley.com | Email |
| Landlord | Linden Trails LLC | | tlchamp2@gmail.com | Email |
| *NOA - Counsel for City of Brookshire; Brookshire MWD | Linebarger Goggan Blair & Sampson, LLP | PO Box 3064<br>Houston, TX 77253-3064 | houston_bankruptcy@lgbs.com | Email |
| *NOA - Counsel for MUFG Bank, Ltd | Linklaters LLP | Attn: Penelope Jensen/Clark Xue<br>1290 Avenue of the Americas<br>New York, NY 10104 | penelope.jensen@linklaters.com;<br>clark.xue@linklaters.com | Email |
| 30 Largest | Lonestar Electric Supply | Jeff Metzler<br>Attn: Jeff Metzler, CEO<br>4414 Hollister St<br>Houston, TX 77040 | JMETZLER@LONESTARELECTRICSUPPLY.COM | Email |
| 30 Largest | Lpl Solar, LLC | Mike Little<br>Attn: Mike Little, President<br>3116 S Andrews Ave<br>Ft Lauderdale, FL 33316 | MLITTLE@LPLSOLAR.COM | Email |
| *NOA - Counsel for Applied Surety Underwriters, Markel Insurance Company, and Westchester Fire Insurance Company | Manier & Herod, PC | Attn: S Marc Buchman/Michael E Collins<br>1201 Demonbreun St, Ste 900<br>Nashville, TN 37203 | mcbuchman@manierherod.com;<br>mcollins@manierherod.com | Email |
| *NOA - Counsel for Applied Surety Underwriters | Manier & Herod, PC | Attn: Scott C Williams<br>1201 Demonbreun St, Ste 900<br>Nashville, TN 37203 | swilliams@manierherod.com | Email |
| *NOA - Counsel for Tax Appraisal District of Bell County, The County of Denton, Texas and The County of Guadalupe, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Julie Anne Parsons<br>PO Box 1269<br>Round Rock, TX 78680-1269 | jparsons@mvbalaw.com | Email |
| *NOA - Counsel for Bandera Electric Cooperative, Inc | McGinnis Lochridge LLP | Attn: Christopher L Halgren<br>609 Main St, Ste 2800<br>Houston, TX 77002 | chalgren@mcginnislaw.com | Email |
| *NOA - Counsel for Bandera Electric Cooperative, Inc | McGinnis Lochridge LLP | Attn: William H Daniel<br>1111 W 6th St, Bldg B, Ste 400<br>Austin, TX 78703 | wdaniel@mcginnislaw.com | Email |
| *NOA - Counsel to Aderis Energy, LLC | Michael Best & Friedrich LLP | Attn: Christopher J Schreiber<br>790 N Water St, Ste 2500<br>Milwaukee, WI 53202-4108 | cjschreiber@michaelbest.com | Email |
| *NOA - Counsel for Carlyle Global Credit Investment Management L.L.C. ("Carlyle") | Milbank LLP | Attn: Tyson M Lomazow/Andrew Harmeyer<br>Attn: Justin Cunningham<br>55 Hudson Yards<br>New York, NY 10001 | tlomazow@milbank.com;<br>aharmeyer@milbank.com;<br>jcunnin1@milbank.com | Email |
| 30 Largest | Nextracker LLC | Daniel Shugar<br>Attn: Daniel Shugar, CEO, Founder<br>6200 Paseo Padre Pkwy<br>Fremont, CA 94555 | DSHUGAR@NEXTRACKER.COM | Email |
| *Official Committee of Unsecured Creditors | NOBULL Energy LLC | Attn: Brian Giffin<br>10435 Commerce Dr, Ste 120<br>Carmel, IN 46032 | briangiffin@nomadinf.com | Email |
| 30 Largest | Nobull Energy LLC | Doug Pickering<br>Attn: Doug Pickering, Managing Director<br>10435 Commerce Dr, Ste 120<br>Carmel, IN 46032 | DOUGPICKERING@GMAIL.COM | Email |
| Attorney General | Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | aginfo@ag.nv.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, AZ 85004 | AGInfo@azag.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108-1698 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, MA 01103 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | attorney.general@ct.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | attorney.general@delaware.gov | Email |
| Attorney General | Office of the Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, NH 03301 | attorneygeneral@doj.nh.gov | Email |
| Attorney General | Office of the Attorney General | Attn: John Formella<br>1 Granite Place S<br>Concord, NH 03301 | attorneygeneral@doj.nh.gov | Email |

**Exhibit A**
Master Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Dan Rayfield<br>Justice Bldg<br>1162 Court St NE<br>Salem, OR 97301 | attorneygeneral@doj.state.or.us | Email |
| Attorney General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | bankruptcy@ag.idaho.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Derek Brown<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | bankruptcy@agutah.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Brenna Bird<br>Hoover State Office Bldg<br>1305 E Walnut<br>Des Moines, IA 50319 | consumer@ag.iowa.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | Contact@Virginia.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | contactdoj@mt.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>P.O. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | miag@michigan.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>Cadillac Place, 10th Fl<br>3030 W Grand Blvd, Ste 10-200<br>Detroit, MI 48202 | miag@michigan.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Drew Wrigley<br>State Capital<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0040 | ndag@nd.gov | Email |
| Attorney General | Office of the Attorney General | 345 State Capitol<br>Lincoln, NE 68509 | nedoj@nebraska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, AR 72201-2610 | oag@ArkansasAG.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | oag@oag.state.md.us | Email |
| Attorney General | Office of the Attorney General | Attn: Nick Brown<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | serviceATG@atg.wa.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Derek Brown<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | uag@agutah.gov | Email |
| Attorney General | Office of the Attorney General | State of Alabama<br>Attn: Steve Marshall<br>501 Washington Ave<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Russell Coleman<br>Capitol Bldg<br>700 Capitol Ave, Ste 118<br>Frankfort, KY 40601 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Lynn Fitch<br>Dept of Justice<br>P.O. Box 220<br>Jackson, MS 39205 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Letitia A James<br>Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jeff Jackson<br>114 W Edenton St<br>Raleigh, NC 27603 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Michelle A Henry<br>Strawberry Sq, 16th Fl<br>Harrisburg, PA 17120 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Peter F Neronha<br>150 S Main St<br>Providence, RI 02903 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Alan Wilson<br>Rembert D Dennis Office Bldg<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jonathan Skrmetti<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jonathan Skrmetti<br>425 5th Ave N<br>Nashville, TN 37243 | | First Class Mail |

**Exhibit A**
Master Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Ken Paxton<br>Capital Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Steve Marshall<br>State of Alabama<br>501 Washington Ave<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | | First Class Mail |
| Attorney General | Office of the Attorney General | California Dept of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | | First Class Mail |
| Attorney General | Office of the Attorney General | Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7004 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Rob Bonta<br>1300 I St, Ste 1740<br>Sacramento, CA 95814 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Phil Weiser<br>Ralph L Carr Colorado Judicial Ctr<br>1300 Broadway, 10th Fl<br>Denver, CO 80203 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: James Uthmeier<br>The Capital, PL 01<br>Tallahassee, FL 32399-1050 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Chris Carr<br>40 Capital Sq SW<br>Atlanta, GA 30334-1300 | | First Class Mail |
| Attorney General | Office of the Attorney General | 601 S University Ave<br>Carbondale, IL 62901 | | First Class Mail |
| Attorney General | Office of the Attorney General | 500 S 2nd St<br>Springfield, IL 62701 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kwame Raoul<br>James R Thompson Ctr<br>100 W Randolph St<br>Chicago, IL 60601 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, IN 46204 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kris Kobach<br>120 SW 10th Ave, 2nd Fl<br>Topeka, KS 66612-1597 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Russell Coleman<br>700 Capitol Ave, Ste 118<br>Capitol Bldg<br>Frankfort, KY 40601 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Liz Murrill<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Aaron Frey<br>State House, Stn 6<br>Augusta, ME 04333 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Keith Ellison<br>State Capital<br>75 Dr Martin Luther King Jr Blvd, Ste 102<br>St Paul, MN 55155 | | First Class Mail |
| Attorney General | Office of the Attorney General | Walter Sillers Bldg<br>550 High St, Ste 1200<br>Jackson, MS 39201 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>815 Olive St, Ste 200<br>St Louis, MO 63101 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>615 E 13th St, Ste 401<br>Kansas City, MO 64106 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>2311 Bloomfield St, Ste 106<br>Cape Girardeau, MO 63703 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>Supreme Court Bldg<br>207 W High St<br>Jefferson City, MO 65101 | | First Class Mail |
| Attorney General | Office of the Attorney General | Supreme Court Bldg<br>P.O. Box 899<br>Jefferson City, MO 65102 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Mike Hilgers<br>State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509-8920 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Raul Torrez<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jeff Jackson<br>Dept of Justice<br>P.O. Box 629<br>Raleigh, NC 27602-0629 | | First Class Mail |

**Exhibit A**
Master Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Dave Yost<br>State Office Tower<br>30 E Broad St<br>Columbus, OH 43266-0410 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Gentner Drummond<br>313 NE 21st St<br>Oklahoma City, OK 73105 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Dave Sunday<br>Strawberry Sq, 16th Fl<br>Harrisburg, PA 17120 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Alan Wilson<br>Rembert C Dennis Office Bldg<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Rembert Dennis<br>1000 Assembly St, Rm 519<br>Columbia, SC 29201 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Marty Jackley<br>1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ken Paxton<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | First Class Mail |
| Attorney General | Office of the Attorney General | 800 5th Ave, Ste 2000<br>Seattle, WA 98104 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: John B McCuskey<br>State Capitol Complex, Bldg 1<br>1900 Kanawha Blvd E, Rm E-26<br>Charleston, WV 25305 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Josh Kaul<br>Wisconsin Dept of Justice<br>State Capital, Rm 114 E<br>P.O. Box 7857<br>Madison, WI 53707-7857 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Keith Kautz<br>State Capitol Bldg<br>Cheyenne, WY 82002 | | First Class Mail |
| Attorney General | Office of the Attorney General | 950 Pennsylvania Ave<br>Washington, DC 20530 | | First Class Mail |
| US Attorney | Office of the US Attorney | For the Southern District of Texas<br>1000 Louisiana, Ste 2300<br>Houston, TX 77002 | usatxs.atty@usdoj.gov; | Email |
| US Trustee | Office of the US Trustee | For the Southern District of Texas<br>515 Rusk St, Ste 3516<br>Houston, TX 77002 | Andrew.Jimenez@usdoj.gov;<br>C.Ross.Travis@usdoj.gov | Email |
| *Official Committee of Unsecured Creditors | OMCO Solar LLC | Attn: Clint Cassese<br>30396 Lakeland Blvd<br>Wickliffe, OH 44092 | ccassese@omcoform.com | Email |
| 30 Largest | Omco Solar LLC | Gary Schuster<br>Attn: Gary Schuster, CEO<br>4550 W Watkins St<br>Phoenix, AZ 85043 | GSCHUSTER@OMCOFORM.COM | Email |
| 30 Largest | Origis Usa, LLC | Vikas Anand<br>Attn: Vikas Anand, CEO<br>800 Brickell Ave, Ste 1000<br>Miami, FL 33131 | VIKAS.ANAND@ORIGISENERGY.COM | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J Sandler<br>1700 Broadway, 36th Fl<br>New York, NY 10019 | bsandler@pszjlaw.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Jeffrey N Pomerantz/Cia H Mackle<br>10100 Santa Monica Blvd, 13th Fl<br>Los Angeles, CA 90067 | jpomerantz@pszjlaw.com<br>cmackle@pszjlaw.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Michael D Warner<br>700 Louisiana St, Ste 4500<br>Houston, TX 77002 | mwarner@pszjlaw.com | Email |
| *NOA - Counsel for Midland States Bank d/b/a Midland Equipment Finance | Padfield & Stout, LLP | Attn: Kelsey N Linendoll<br>100 Throckmorton St, Ste 700<br>Fort Worth, TX 76102 | klinendoll@padfieldstout.com | Email |
| *NOA - Counsel to Standard Chartered Bank and Pinnacle Bank, a Tennessee Bank | Paul Hastings LLP | Attn: Matthew M Murphy/Angelika S Glogowski<br>71 S Wacker Dr, Ste 4500<br>Chicago, IL 60606 | mattmurphy@paulhastings.com<br>angelikaglogowski@paulhastings.com | Email |
| *NOA - Counsel for BID Administrator LLC and BID Aggregator A LP | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Brian S Hermann/Robert A Britton<br>Attn: Douglas R Keeton<br>1285 Avenue of the Americas<br>New York, NY 10019 | bhermann@paulweiss.com;<br>rbritton@paulweiss.com;<br>dkeeton@paulweiss.com | Email |
| *NOA - Counsel for Waller County, Waller-Harris Emergency Services District # 200, Royal Independent School District And Brookshire-Katy Drainage District Counsel for Brazoria County, Brazoria Drainage District # 4, Special Road And Bridge District, Pearland Independent School District and City of Pearland | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Melissa E Valdez<br>1235 N Loop W, Ste 600<br>Houston, TX 77008 | mvaldez@pbfcm.com | Email |
| *NOA - Counsel for BID Administrator LLC and BID Aggregator A LP | Porter Hedges LLP | Attn: John F Higgins/Megan N Young-John<br>Attn: Jack M Eiband<br>1000 Main St, 36th Fl<br>Houston, TX 77002 | jhiggins@porterhedges.com;<br>myoung-john@porterhedges.com;<br>jeiband@porterhedges.com | Email |

**Exhibit A**
Master Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest | Power Construction G Inc | Jose Medina Velazco<br>Attn: Jose Medina Velazco, COO<br>128 Robbins Ave<br>Jamestown, NC 27282 | JOSE.MEDINA@POWERCONSTRUCTIONJR.COM | Email |
| 30 Largest | Pralar USA, Inc | Diego E Olmos<br>Attn: Diego E Olmos, Sr VP<br>2200 W Loop S, Ste 550<br>Houston, TX 77027 | DOLMOS@PRALAR.COM | Email |
| *NOA - Counsel for QSTS Ranch Partnership LTD | Ross Spence, PC | Attn: Ross Spence<br>4582 Elm<br>Bellaire, TX 77401 | ross@rossspence.com | Email |
| *NOA - Counsel for Caterpillar Financial Services Corporation | Ross, Banks, May, Cron & Cavin, PC | Attn: John Mayer<br>7700 San Felipe, Ste 550<br>Houston, TX 77063 | jmayer@rossbanks.com | Email |
| 30 Largest | Sacramento Drilling, Inc | Jeff Calabro<br>Attn: Jeff Calabro, President<br>1143 Blumenfeld Dr, Ste 100<br>Sacramento, CA 95815 | JEFF.CALABRO@SDISERVICES.COM | Email |
| 30 Largest | Shackelford Construction & Hauling LLC | Jay Shackelford<br>Attn: Jay Shackelford, Owner<br>350 S Industrial Pkwy<br>Yazoo City, MS 39194 | JAYSHACKELFORD@GMAIL.COM | Email |
| *NOA - Counsel for Fundamental Advisors LP | Sidley Austin LLP | Attn: Duston K McFaul/Maegan Quejada<br>1000 Louisiana St, Ste 5900<br>Houston, TX 77002 | dmcfaul@sidley.com;<br>mquejada@sidley.com | Email |
| 30 Largest | Staffing Support Solutions, LLC | Christopher Kent<br>Attn: Christopher Kent, Managing Partner<br>10205 US Hwy 15-501, Unit 26-167<br>Southern Pines, NC  28387 | CHRIS@STAFFINGSUPPORTSOLUTIONS.COM | Email |
| 30 Largest | Sungrow USA Corp | Hanyu Zheng<br>Attn: Hanyu Zheng, VP, Operations & Finance<br>3200 Park Center Dr, Ste 850<br>Costa Mesa, CA 92626 | CFAHANYUZHENG@SUNGROW.CN | Email |
| *Official Committee of Unsecured Creditors | Sungrow USA Corporation | Attn: M Dinora Smith<br>3200 Park Ctr Dr<br>Costa Mesa, CA 92626 | mdinorasmith@sungrow-na.com | Email |
| 30 Largest | The Boldt Company | Dave Kievet<br>Attn: Dave Kievet, CEO<br>2121 E Capitol Dr<br>Appleton, WI 54911 | DKIEVET@BOLDT.COM | Email |
| *NOA - Counsel for TSEA USA LLC and Transformadores e Serviços de Energia das Américas | Thompson Hine LLP | Attn: Jonathan S Hawkins<br>10050 Innovation Dr, Ste 400<br>Miamisburg, OH 45342 | Jonathan.Hawkins@thompsonhine.com | Email |
| 30 Largest | Tsea Energy | José Roberto Reynaldo<br>Attn: José Roberto Reynaldo, CEO<br>Rod Fernão Dias, 3045<br>Amazonas<br>Contagem, MG 37418-760<br>Brazil | JOSE.ROBERTO@TSEAENERGIA.COM.BR | Email |
| *NOA - Counsel for United States of America | U.S. Department of Justice | Attn: Leah V Lerman<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 | leah.v.lerman@usdoj.gov | Email |
| 30 Largest | United Rentals | Matthew J Flannery<br>Attn: Matthew J Flannery, CEO<br>100 1st Stamford Pl, Ste 700<br>Stamford, CT 06902 | MFLANNERY@UNITEDRENTALS.COM | Email |
| 30 Largest | Utilitypower, LLC | Brian Mcfarlin<br>Attn: Brian Mcfarlin, President<br>702 Oberlin Rd, Ste 330<br>Raleigh, NC 27605 | BMCFARLIN@UTILITYINNOVATION.COM | Email |
| *NOA - Counsel for Umatilla Electric Cooperative | Vartabedian Hester & Haynes LLP | Attn: J Robert Forshey/Mary Taylor Stanbery<br>301 Commerce St, Ste 2200<br>Fort Worth, TX  76102 | bobby.forshey@vhh.law<br>Mary.Stanbery@vhh.law | Email |
| *NOA - Counsel for Umatilla Electric Cooperative | Vartabedian Hester & Haynes LLP | Attn: Candice Carson/Martin Sosland<br>2200 Ross Ave, Ste 4600E<br>Dallas, TX 75201 | Candice.Carson@vhh.law<br>Martin.Sosland@vhh.law | Email |
| *NOA - Counsel to Nextpower LLC f/k/a Nextracker LLC | Vinson & Elkins LLP | Attn: David S Meyer/Jessica C Peet<br>1114 Ave of the Americas, 32nd Fl<br>New York, NY 10036 | dmeyer@velaw.com;<br>jpeet@velaw.com | Email |
| *NOA - Counsel to Nextpower LLC f/k/a Nextracker LLC | Vinson & Elkins LLP | Attn: Kiran Vakamudi<br>845 Texas Ave, Ste 4700<br>Houston, TX 77002 | kvakamudi@velaw.com | Email |
| 30 Largest | Waaree Solar Americas Inc | Puneet Sikka<br>Attn: Puneet Sikka, Director Finance & Accounting<br>2439 Discovery Hills Pkwy<br>Brookshire, TX 77423 | PUNEETSIKKA@WAAREE.COM | Email |
| *Official Committee of Unsecured Creditors | Waaree Solar Americas Inc. | Attn: Puneet Sikka<br>2439 Discovery Hills Pkwy<br>Brookshire, TX 77423 | puneetsikka@waaree.com | Email |
| 30 Largest | Weg Transformers USA, LLC | Alberto Kuba<br>Attn: Alberto Kuba, CEO<br>6655 Sugarloaf Pkwy<br>Duluth, GA 30097 | KUBA@WEG.NET | Email |
| *NOA - Counsel for Healthcare of Ontario Pension Plan Trust Fund | Weil, Gotshal & Manges | Attn: Gabriel Morgan<br>700 Louisiana St, Ste 3700<br>Houston, TX 77002 | Gabriel.Morgan@weil.com | Email |

**Exhibit A**
Master Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Healthcare of Ontario Pension Plan Trust Fund | Weil, Gotshal & Manges | Attn: Matthew S Barr/Chase Bentley<br>Attn: Teddy Cohan<br>767 5th Ave<br>New York, NY 10153 | Matt.Barr@weil.com;<br>Chase.Bentley@weil.com;<br>Teddy.Cohan@weil.com | Email |
| 30 Largest | West Florida Fence | Wes Tolbert<br>Attn: Wes Tolbert, CEO<br>6500 E Broadway Ave<br>Tampa, FL 33619 | WTOLBERT@PERIMETERSOLUTIONSGROUP.COM | Email |
| 30 Largest | Whc, LLC | Jacob Favaron<br>Attn: Jacob Favaron, General Counsel<br>300 Industrial Trace<br>Broussard, LA 70518 | JFAVARON@WHCENERGYSERVICES.COM | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | White & Case LLP | Attn: Gregory F Pesce<br>111 S Wacker Dr, Ste 5100<br>Chicago, IL 60606 | gregory.pesce@whitecase.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | White & Case LLP | Attn: Philip M Abelson/Samuel P Hershey<br>Attn: Brett L Bakemeyer<br>1221 Ave of the Americas<br>New York, NY 10020 | philip.abelson@whitecase.com;<br>sam.hershey@whitecase.com;<br>brett.bakemeyer@whitecase.com | Email |
| *NOA - Counsel for Wind Turbine and Energy Cables Corp | Whiteford, Taylor & Preston, LLP | Attn: Christopher A Jones<br>3190 Fairview Park Dr, Ste 800<br>Falls Church, VA 22042 | cajones@whitefordlaw.com | Email |
| *NOA - Counsel for UtilityPower, LLC | Wick Phillips Gould & Martin, LLP | Attn: John D Gaither<br>3131 McKinney Ave, Ste 500<br>Dallas, TX 75204 | john.gaither@wickphillips.com | Email |
| *NOA - Counsel for the Polaris B Lenders | Winston & Strawn LLP | Attn: Gregory Gartland<br>300 N LaSalle Dr<br>Chicago, IL 60654-3406 | ggartland@winston.com | Email |
| *NOA - Counsel for the Polaris B Lenders | Winston & Strawn LLP | Attn: James T Bentley<br>200 Park Ave<br>New York, NY 10166-4193 | jbentley@winston.com | Email |
| *NOA - Counsel for MUFG Bank, Ltd and Zions Bancorporation, N.A. | Winston & Strawn LLP | Attn: Jonathan I Levine<br>200 Park Ave<br>New York, NY 10166-4193 | jonlevine@winston.com | Email |
| *NOA - Counsel for the Polaris B Lenders and Bancorporation, N.A. | Winston & Strawn LLP | Attn: Madison K Haueisen<br>800 Capitol St, Ste 2400<br>Houston, TX 77002-2925 | mhaueisen@winston.com | Email |
| *NOA - Counsel for MUFG Bank, Ltd and Zions Bancorporation, N.A. | Winston & Strawn LLP | Attn: Thomas H Good<br>1901 L St, NW<br>Washington, DC 20036-3506 | tgood@winston.com | Email |
| *NOA -Counsel for First Financial Holdings, LLC | Winthrop & Weinstine, PA | Attn: Cynthia L Hegarty<br>225 S 6th St, Ste 3500<br>Minneapolis, MN 55402 | chegarty@winthrop.com | Email |
| *NOA - Counsel for United States Fire Insurance Company and Ascot Surety & Casualty Company | Womble Bond Dickinson (US) LLP | Attn: Jacob W Edwards<br>717 Texas Ave, Ste 2100<br>Houston, TX 77002 | jacob.edwards@wbd-us.com | Email |
| *NOA - Counsel for United States Fire Insurance Company and Ascot Surety & Casualty Company | Womble Bond Dickinson (US) LLP | Attn: Lisa Bittle Tancredi<br>100 Light St, 26th Fl<br>Baltimore, MD 21202 | lisa.tancredi@wbd-us.com | Email |