IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>PINE GATE RENEWABLES, LLC, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-90669 (CML)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on January 2, 2026, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**

- **Order (A) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement with FR Acquisition Holdings LLC, (B) Authorizing the Sale of the Purchased Assets Free and Clear of All Encumbrances, (C) Approving the Assumption and Assignment of the Designated Contracts, and (D) Granting Related Relief [Docket No. 1011]**

Dated: January 7, 2026

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 7th day of January, 20 26, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

ASHLEY STEFANOVIC
Notary Public - California
Los Angeles County
Commission # 2529269
My Comm. Expires Aug 7, 2029

---

[1] A complete list of each of the Debtors in these chapter 11 cases (the "Chapter 11 Cases") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/PGR. The Debtors' mailing address for the purposes of the Chapter 11 Cases is 130 Roberts Street, Asheville, North Carolina 28801.

# **EXHIBIT A**

**Exhibit A**
Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest | Aerotek, Inc | Thomas Kelly<br>Attn: Thomas Kelly, President<br>7301 Parkway Dr S<br>Hanover, MD 21076 | THOMAS.KELLY@ALLEGISGROUP.COM | Email |
| *NOA - Counsel for Ally Bank | AIS Portfolio Services, LLC | Attn: Ally Bank Department<br>Account: XXXX<br>4515 N Santa Fe Ave, Dept APS<br>Oklahoma City, OK 73118 | ECFNotices@aisinfo.com | Email |
| NOA - Counsel for Ford Motor Credit Company LLC | AIS Portfolio Services, LLC | Attn: Ford Motor Credit Company LLC Department<br>Account: XXXX<br>4515 N Santa Fe Ave Dept APS<br>Oklahoma City, OK 73118 | ECFNotices@aisinfo.com | Email |
| *NOA - Counsel for Silicon Ranch Corporation | Akerman LLP | Attn: Brit T Brown<br>1300 Post Oak Blvd, Ste 2300<br>Houston, TX 77056 | brit.brown@akerman.com | Email |
| *NOA -Counsel for All-Phase Power & Controls, Inc | Anderson Jones, PLLC | Attn: Todd A Jones<br>421 N Blount St<br>P.O. Box 20248<br>Raleigh, NC 27601 | tjones@andersonandjones.com | Email |
| *NOA - Counsel for Elgin Power Solutions, Inc | Andrews Myers, PC | Attn: Edward L Ripley/T Josh Judd<br>1885 Saint James Pl, 15th Fl<br>Houston, TX 77056 | eripley@andrewsmyers.com<br>jjudd@andrewsmyers.com | Email |
| 30 Largest | Apa Solar, LLC | Josh Von Deylen<br>Attn: Josh Von Deylen, CEO<br>20-345 County Rd<br>Ridgeville Corners, OH 43555 | JOSHV@APALTERNATIVES.COM | Email |
| *Official Committee of Unsecured Creditors | Applied Risk Services | Attn: Shannon Walls<br>10805 Old Mill Rd<br>Omaha, NE 68154 | srwalls@auw.com | Email |
| 30 Largest | Aubrey Silvey Enterprises, Inc | Bill Head<br>Attn: Bill Head, CFO<br>371 Hamp Jones Rd<br>Carrollton, GA 30117 | BHEAD@SILVEY.COM | Email |
| *NOA - Counsel for XL Specialty Insurance Company | Bains Law PLLC | Attn: Brandon Bains<br>PO Box 1027<br>Aledo, TX 76008 | brandon@bainslaw.com | Email |
| *NOA - Counsel for Jones Farm Lane Solar, LLC, Alton Post Office Solar, LLC & Foxglove Solar Project, LLC | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Jill C Walters<br>2235 Gateway Access Pt, Ste 220<br>Raleigh, NC 27607 | jwalters@bakerdonelson.com | Email |
| Lender-Secured | Bid Administrator LLC | c/o Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Attn: Robert A Britton/Lindsay A Wasserman<br>Attn: Brian S Hermann<br>1285 Ave of the Americas<br>New York, NY 10019-6064 | rbritton@paulweiss.com;<br>lwasserman@paulweiss.com;<br>bhermann@paulweiss.com | Email |
| *NOA - Counsel for Eos Energy Enterprises Inc | Blank Rome LLP | Attn: Jennifer K Malow<br>1201 N Market St, Ste 800<br>Wilmington, DE 19801 | Jennifer.Malow@blankrome.com | Email |
| *NOA - Counsel for Eos Energy Enterprises Inc | Blank Rome LLP | Attn: Michael B Schaedle/Matthew E Kaslow<br>1 Logan Sq<br>130 N 18th St<br>Philadelphia, PA 19103 | Mike.Schaedle@blankrome.com<br>Matt.Kaslow@blankrome.com | Email |
| *NOA - Counsel for Oracle America, Inc | BUCHALTER, A Professional Corporation | Attn: Jason Blackstone/Matthew Yarbrough<br>100 Crescent Court, Ste 700<br>Dallas, TX 75201 | jblackstone@buchalter.com<br>myarbrough@buchalter.com | Email |
| *NOA - Counsel for Oracle America, Inc | BUCHALTER, A Professional Corporation | Attn: Shawn M Christianson<br>425 Market St, Ste 2900<br>San Francisco, CA 94105-3493 | schristianson@buchalter.com | Email |
| *NOA - Counsel for Names Redacted | Cain & Skarnulis PLLC | Attn: Ryan E Chapple<br>303 Colorado St, Ste 2850<br>Austin, TX 78701 | rchapple@cstrial.com | Email |
| Lender-Secured | Carlyle Global Credit Investment Management LLC | c/o Milbank LLP<br>Attn: Tyler Lomazow/Justin Cunningham<br>Attn: Andrew Harmeyer<br>55 Hudson Yards<br>New York, NY 10001-2163 | tlomazow@milbank.com;<br>jcunnin1@milbank.com;<br>aharmeyer@milbank.com | Email |
| 30 Largest | Carter Machinery Co Inc | Drew Parker<br>Attn: Drew Parker, CEO<br>1330 Lynchburg Tpke<br>Salem, VA 24153 | DREW_PARKER@CARTERMACHINERY.COM | Email |
| *NOA - Counsel for The Hanover Insurance Company | Chiesa Shahinian & Giantomasi PC | Attn: Brian Kantar/Scott A Zuber<br>105 Eisenhower Pkwy<br>Roseland, NJ 07068 | bkantar@csglaw.com;<br>szuber@csglaw.com | Email |
| *NOA - Counsel for RLI Insurance Company | Clark Hill PLC | Attn: Christina G Buru<br>2600 Dallas Pkwy, Ste 600<br>Frisco, TX 75034 | cburu@clarkhill.com | Email |
| *NOA - Counsel for RLI Insurance Company | Clark Hill PLC | Attn: Duane J Brescia<br>3711 S Mopac Expressway<br>Bldg 1, Ste 500<br>Austin, TX 78746 | dbrescia@clarkhill.com | Email |
| *NOA - Counsel for Nofar USA Energy Investments and Management LLC | Clifford Chance US LLP | Attn: Brian J Lohan/Matthew Hinker<br>Attn: Madelyn Nicolini<br>2 Manhattan W<br>375 9th Ave<br>New York, NY 10001-1696 | brian.lohan@cliffordchance.com<br>matthew.hinker@cliffordchance.com<br>madelyn.nicolini@cliffordchance.com | Email |
| *NOA - Counsel for WHC, LLC | Cokinos Young | Attn: Reagan H "Tres" Gibbs, III/C Matthew Thompson<br>1221 Lamar St, 16th Fl<br>Houston, TX 77010 | tgibbs@cokinoslaw.com;<br>mthompson@cokinoslaw.com | Email |

**Exhibit A**
Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Amazon Energy LLC | Davis Wright Tremaine LLP | Attn: Hugh McCullough<br>920 5th Ave, Ste 3300<br>Seattle, WA 98104-1610 | hughmccullough@dwt.com | Email |
| 30 Largest | Dc Solar Solutions, LLC | Glen Depiero<br>Attn: Glen Depiero, Owner<br>4208 Six Forks Rd, Ste 1000<br>Raleigh, NC 27609 | GDEPIERO@DCSOLARSOLUTIONS.US | Email |
| 30 Largest | Directional Services, Inc | Shelby Barbier<br>Attn: Shelby Barbier, CEO<br>4830 US Hwy 301 S<br>Hope Mills, NC 28348 | SBARBIER@DIRECTIONALSERVICES.NET | Email |
| 30 Largest | Elevated Staffing Support, LLC | Don Beddiges<br>Attn: Don Beddiges, Managing Partner<br>102 Commonwealth Ct<br>Cary, NC 27511 | DON@ELEVATEDSTAFFINGSUPPORT.COM | Email |
| Core Parties | energyRe | Attn: Greg SK Ness/Rocio G Mendoza<br>1519 King St<br>Charleston, SC 29405 | Greg.Ness@energyRe.com;<br>rocio.mendoza@energyre.com | Email |
| *NOA - Counsel for LPL Solar LLC | Eversheds Sutherland (US) LLP | Attn: David A Wender/Danielle Barav-Johnson<br>999 Peachtree St NE, Ste 2300<br>Atlanta, GA 30309 | davidwender@eversheds-sutherland.com;<br>dahnibarav-johnson@eversheds-sutherland.com | Email |
| 30 Largest | Fall Line Construction | Ryan Pounds<br>Attn: Ryan Pounds, CEO<br>52 Industry Rd<br>Butler, GA 31006 | RPOUNDS@FLCOFGA.COM | Email |
| *NOA - Counsel for Pathward, National Association ("Pathward") | Foley & Lardner LLP | Attn: Holland N O'Neil/Stephen A Jones<br>2021 McKinney Ave, Ste 1600<br>Dallas, TX 75201 | honeil@foley.com;<br>sajones@foley.com | Email |
| Lender-Secured | Fp Solar Development I LLC | c/o Sidley Austin LLP<br>Attn: Maegan Quejada/Ishani Patel<br>Attn: Duston Mcfaul<br>1000 Louisiana St, Ste 5900<br>Houston, TX 77002 | mquejada@sidley.com;<br>ishani.patel@sidley.com;<br>dmcfaul@sidley.com | Email |
| *NOA - Counsel for Elgin Power Solutions, Inc | Franco Moroney Buenik LLC | Attn: Robert Franco/Randall W Slade<br>500 W Madison St, Ste 3900<br>Chicago, IL 60661-4595 | Robert.franco@francomoroney.com<br>randall.slade@francomoroney.com | Email |
| *NOA - Counsel for Fifth Third Bank, National Association | Frost Brown Todd LLP | Attn: Joy Kleisinger<br>3300 Great American Twr<br>301 E 4th St<br>Cincinnati, OH 45202 | jkleisinger@fbtlaw.com | Email |
| *NOA - Counsel for Fifth Third Bank, National Association | Frost Brown Todd LLP | Attn: Rebecca L Matthews<br>2101 Cedar Springs Rd<br>Dallas, TX 75201 | rmatthews@fbtlaw.com | Email |
| Shareholder-Equity | Generate Capital | c/o Kirkland & Ellis LLP<br>Attn: Elizabeth Jones/Christopher Marcus<br>601 Lexington Ave<br>New York, NY 10022 | elizabeth.jones@kirkland.com;<br>christopher.marcus@kirkland.com | Email |
| *NOA - Counsel for Nofar USA Energy Investments and Management LLC | Gray Reed | Attn: Jason S Brookner/Emily F Shanks<br>1300 Post Oak Blvd, Ste 2000<br>Houston, TX 77056 | jbrookner@grayreed.com<br>eshanks@grayreed.com | Email |
| *NOA - Counsel for Back Bay Solar, LLC | Greenberg Traurig LLP | Attn: Brian E Greer<br>1 Vanderbilt Ave<br>New York, NY 10017 | GreerB@gtlaw.com | Email |
| *NOA - Counsel for Back Bay Solar, LLC | Greenberg Traurig LLP | Attn: Julia Frost Davies/ T Charlie Liu<br>1 International Pl, Ste 2000<br>Boston, MA 02110 | Julia.FrostDavies@gtlaw.com;<br>Charlie.Liu@gtlaw.com | Email |
| *NOA - Counsel for Back Bay Solar, LLC | Greenberg Traurig LLP | Attn: Karl D Burrer/Kristen Jacobsen<br>1000 Louisiana Ave, Ste 6700<br>Houston, TX 77002 | BurrerK@gtlaw.com;<br>Kristen.Jacobsen@gtlaw.com | Email |
| 30 Largest | Gwinnups Restoration & Environmental Service Inc | Terry Gwinnup<br>Attn: Terry Gwinnup, President<br>5201 W 86th St<br>Indianapolis, IN 46268 | TERRY@GWINNUPSRESTORATION.COM | Email |
| *NOA - Counsel for Carlyle Global Credit Investment Management L.L.C. ("Carlyle") | Haynes and Boone, LLP | Attn: Charles A Beckham, Jr/Ian T Peck<br>Attn: Re'Necia Sherald<br>1221 McKinney St, Ste 4000<br>Houston, TX 77010 | charles.beckham@haynesboone.com;<br>ian.peck@haynesboone.com;<br>renecia.sherald@haynesboone.com | Email |
| Shareholder-Equity | Healthcare Of Ontario Pension Plan | c/o Weil, Gotshal & Manges LLP<br>Attn: Teddy Cohan/Chase Bentley<br>767 5th Ave<br>New York, NY 10153-0119 | teddy.cohan@weil.com;<br>chase.bentley@weil.com | Email |
| *Official Committee of Unsecured Creditors | Hecate Energy LLC | Attn: Daniel Knuth<br>621 W Randolph St<br>Chicago, IL 60661 | dknuth@hecateenergy.com | Email |
| *NOA - Counsel for Hydro Green Erosion Control | Hendershot Cowart P.C. | Attn: Simon W Hendershot, III<br>1800 Bering Dr, Ste 600<br>Houston, TX 77057 | trey@hchlawyers.com | Email |
| *NOA - Counsel for Deutsche Bank Trust Company Americas ("DBTCA") | Holland & Knight LLP | Attn: Anthony F Pirraglia/Christopher A Bailey<br>811 Main St, Ste 2500<br>Houston, TX 77002 | Anthony.Pirraglia@hklaw.com<br>chris.bailey@hklaw.com | Email |
| *NOA - Counsel for Allied Resources Technical Consultants, Inc | Holland & Knight LLP | Attn: Steven J Levitt<br>1722 Routh St, Ste 1500<br>Dallas, TX 75201 | Steven.Levitt@hklaw.com | Email |
| *NOA - Counsel for Duke University | Husch Blackwell, LLP | Attn: Buffey E Klein<br>1900 N Pearl St, Ste 1800<br>Dallas, TX 75201 | buffey.klein@huschblackwell.com | Email |
| *NOA - Counsel for NoBull Energy LLC and Hecate Energy NAF LLC | Husch Blackwell, LLP | Attn: Thomas J Zavala<br>1900 N Pearl St, Ste 1800<br>Dallas, TX 75201 | tom.zavala@huschblackwell.com | Email |

**Exhibit A**
Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| IRS | Internal Revenue Service | c/o U.S. Attorney's Office<br>Southern District of Texas<br>Attn: Civil Division (Bankruptcy)<br>1000 Louisiana, Ste. 2300<br>Houston, TX 77002 | lisa.luz.parker@usdoj.gov | Email |
| *NOA - Counsel for Carter Machinery Company, Inc | Jackson Walker LLP | Attn: Zachary McKay<br>1401 McKinney St, Ste 1900<br>Houston, TX 77010 | zmckay@jw.com | Email |
| 30 Largest | Jb Electric & Solar LLC | Josh Bessette<br>Attn: Josh Bessette, CEO<br>325 5th Ave, Ste 108<br>Indialantic, FL 32903 | JOSH.BESSETTE@JANDBSOLAR.COM | Email |
| *Official Committee of Unsecured Creditors | JB Electric and Solar, LLC | Attn: Robert N Nevill<br>325 5th Ave, Ste 108<br>Indialantic, FL 32903 | rnevill@jandbsolar.com | Email |
| *NOA - Counsel for Landscape Design of Goldsboro, Inc. | Kane Russell Coleman Logan PC | Attn: Michael P Ridulfo<br>5151 San Felipe, Ste 800<br>Houston, TX 77056 | mridulfo@krcl.com | Email |
| *NOA - Counsel for DIS-TRAN Packaged Substations, LLC | Kean Miller LLP | Attn: Rachel Thompson Kubanda/Ricky L Hutchens<br>711 Louisiana St, Ste 1800<br>Houston, TX 77002 | Rachel.Kubanda@keanmiller.com<br>Ricky.Hutchens@keanmiller.com | Email |
| *NOA - Counsel for Enfield Energy, LLC | Kelley Drye & Warren LLP | Attn: James S Carr/Kristin S Elliott<br>3 World Trade Ctr<br>175 Greenwich St<br>New York, NY 10007 | kelliott@kelleydrye.com;<br>KDWBankruptcyDepartment@kelleydrye.com | Email |
| *NOA - Counsel for GC PGR HoldCo Member, LLC and GC PGR HoldCo, LLC | Kirkland & Ellis LLP | Attn: Christoper Marcus/Elizabeth Jones<br>601 Lexington Ave<br>New York, NY 10022 | christopher.marcus@kirkland.com;<br>elizabeth.jones@kirkland.com | Email |
| *NOA - Counsel for GC PGR HoldCo Member, LLC and GC PGR HoldCo, LLC | Kirkland & Ellis LLP | Attn: Robert P Goodin/Daniel P Cadis<br>609 Main St<br>Houston, TX 77002 | robert.goodin@kirkland.com;<br>daniel.cadis@kirkland.com | Email |
| *NOA - Counsel for AXIS Insurance Company | Krebs Farley, PLLC | Attn: Elliot Scharfenberg<br>400 Poydras St, Ste 2500<br>New Orleans, LA 70130 | escharfenberg@krebsfarley.com | Email |
| *NOA - Counsel for Atlantic Specialty Insurance Company ("Atlantic") | Krebs Farley, PLLC | Attn: Laura F Ashley<br>400 Poydras St, Ste 2500<br>New Orleans, LA 70130 | Lashley@krebsfarley.com | Email |
| *NOA - Counsel for Boger Family Trust | Langley & Banack, Inc. | Attn: Natalie F Wilson<br>745 E Mulberry, Ste 700<br>San Antonio, TX 78212 | nwilson@langleybanack.com | Email |
| Landlord | Linden Trails LLC | | tlchamp2@gmail.com | Email |
| *NOA - Counsel for City of Brookshire; Brookshire MWD | Linebarger Goggan Blair & Sampson, LLP | PO Box 3064<br>Houston, TX 77253-3064 | houston_bankruptcy@lgbs.com | Email |
| *NOA - Counsel for MUFG Bank, Ltd | Linklaters LLP | Attn: Penelope Jensen/Clark Xue<br>1290 Avenue of the Americas<br>New York, NY 10104 | penelope.jensen@linklaters.com;<br>clark.xue@linklaters.com | Email |
| 30 Largest | Lonestar Electric Supply | Jeff Metzler<br>Attn: Jeff Metzler, CEO<br>4414 Hollister St<br>Houston, TX 77040 | JMETZLER@LONESTARELECTRICSUPPLY.COM | Email |
| 30 Largest | Lpl Solar, LLC | Mike Little<br>Attn: Mike Little, President<br>3116 S Andrews Ave<br>Ft Lauderdale, FL 33316 | MLITTLE@LPLSOLAR.COM | Email |
| *NOA - Counsel for Applied Surety Underwriters, Markel Insurance Company, and Westchester Fire Insurance Company | Manier & Herod, PC | Attn: S Marc Buchman/Michael E Collins<br>1201 Demonbreun St, Ste 900<br>Nashville, TN 37203 | mcbuchman@manierherod.com;<br>mcollins@manierherod.com | Email |
| *NOA - Counsel for Applied Surety Underwriters | Manier & Herod, PC | Attn: Scott C Williams<br>1201 Demonbreun St, Ste 900<br>Nashville, TN 37203 | swilliams@manierherod.com | Email |
| *NOA - Counsel for Elliott Electric Supply | Matthews, Shiels, Knott, Eden, Davis & Beanland, LLP | Attn: Misti L Beanland<br>8131 LBJ Freeway, Ste 700<br>Dallas, TX 75251 | beanland@mssattorneys.com | Email |
| *NOA - Counsel for Tax Appraisal District of Bell County, The County of Denton, Texas and The County of Guadalupe, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Julie Anne Parsons<br>PO Box 1269<br>Round Rock, TX 78680-1269 | jparsons@mvbalaw.com | Email |
| *NOA - Counsel for Bandera Electric Cooperative, Inc | McGinnis Lochridge LLP | Attn: Christopher L Halgren<br>609 Main St, Ste 2800<br>Houston, TX 77002 | chalgren@mcginnislaw.com | Email |
| *NOA - Counsel for Bandera Electric Cooperative, Inc | McGinnis Lochridge LLP | Attn: William H Daniel<br>1111 W 6th St, Bldg B, Ste 400<br>Austin, TX 78703 | wdaniel@mcginnislaw.com | Email |
| *NOA - Counsel to Aderis Energy, LLC | Michael Best & Friedrich LLP | Attn: Christopher J Schreiber<br>790 N Water St, Ste 2500<br>Milwaukee, WI 53202-4108 | cjschreiber@michaelbest.com | Email |
| *NOA - Counsel for Carlyle Global Credit Investment Management L.L.C. ("Carlyle") | Milbank LLP | Attn: Tyson M Lomazow/Andrew Harmeyer<br>Attn: Justin Cunningham<br>55 Hudson Yards<br>New York, NY 10001 | tlomazow@milbank.com;<br>aharmeyer@milbank.com;<br>jcunnin1@milbank.com | Email |
| 30 Largest | Nextracker LLC | Daniel Shugar<br>Attn: Daniel Shugar, CEO, Founder<br>6200 Paseo Padre Pkwy<br>Fremont, CA 94555 | DSHUGAR@NEXTRACKER.COM | Email |
| *Official Committee of Unsecured Creditors | NOBULL Energy LLC | Attn: Brian Giffin<br>10435 Commerce Dr, Ste 120<br>Carmel, IN 46032 | briangiffin@nomadinf.com | Email |

**Exhibit A**
Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest | Nobull Energy LLC | Doug Pickering<br>Attn: Doug Pickering, Managing Director<br>10435 Commerce Dr, Ste 120<br>Carmel, IN 46032 | DOUGPICKERING@GMAIL.COM | Email |
| Attorney General | Office of the Attorney General | 345 State Capitol<br>Lincoln, NE 68509 | nedoj@nebraska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | aginfo@ag.nv.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108-1698 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, MA 01103 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | oag@oag.state.md.us | Email |
| Attorney General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | contactdoj@mt.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Brenna Bird<br>Hoover State Office Bldg<br>1305 E Walnut<br>Des Moines, IA 50319 | consumer@ag.iowa.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Dan Rayfield<br>Justice Bldg<br>1162 Court St NE<br>Salem, OR 97301 | attorneygeneral@doj.state.or.us | Email |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>Cadillac Place, 10th Fl<br>3030 W Grand Blvd, Ste 10-200<br>Detroit, MI 48202 | miag@michigan.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>P.O. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | miag@michigan.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Derek Brown<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | bankruptcy@agutah.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Derek Brown<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | uag@agutah.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Drew Wrigley<br>State Capital<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0040 | ndag@nd.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | Contact@Virginia.gov | Email |
| Attorney General | Office of the Attorney General | Attn: John Formella<br>1 Granite Place S<br>Concord, NH 03301 | attorneygeneral@doj.nh.gov | Email |
| Attorney General | Office of the Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, NH 03301 | attorneygeneral@doj.nh.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | attorney.general@delaware.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, AZ 85004 | AGInfo@azag.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Nick Brown<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | serviceATG@atg.wa.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | bankruptcy@ag.idaho.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, AR 72201-2610 | oag@ArkansasAG.gov | Email |
| Attorney General | Office of the Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | attorney.general@ct.gov | Email |
| US Attorney | Office of the US Attorney | For the Southern District of Texas<br>1000 Louisiana, Ste 2300<br>Houston, TX 77002 | usatxs.atty@usdoj.gov; | Email |
| US Trustee | Office of the US Trustee | For the Southern District of Texas<br>515 Rusk St, Ste 3516<br>Houston, TX 77002 | Andrew.Jimenez@usdoj.gov; C.Ross.Travis@usdoj.gov | Email |
| *Official Committee of Unsecured Creditors | OMCO Solar LLC | Attn: Clint Cassese<br>30396 Lakeland Blvd<br>Wickliffe, OH 44092 | ccassese@omcoform.com | Email |

Pine Gate Renewables, LLC, et al., (Case No. 25-90669)

**Exhibit A**
Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest | Omco Solar LLC | Gary Schuster<br>Attn: Gary Schuster, CEO<br>4550 W Watkins St<br>Phoenix, AZ 85043 | GSCHUSTER@OMCOFORM.COM | Email |
| 30 Largest | Origis Usa, LLC | Vikas Anand<br>Attn: Vikas Anand, CEO<br>800 Brickell Ave, Ste 1000<br>Miami, FL 33131 | VIKAS.ANAND@ORIGISENERGY.COM | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J Sandler<br>1700 Broadway, 36th Fl<br>New York, NY 10019 | bsandler@pszjlaw.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Jeffrey N Pomerantz/Cia H Mackle<br>10100 Santa Monica Blvd, 13th Fl<br>Los Angeles, CA 90067 | jpomerantz@pszjlaw.com<br>cmackle@pszjlaw.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Michael D Warner<br>700 Louisiana St, Ste 4500<br>Houston, TX 77002 | mwarner@pszjlaw.com | Email |
| *NOA - Counsel for Midland States Bank d/b/a Midland Equipment Finance | Padfield & Stout, LLP | Attn: Kelsey N Linendoll<br>100 Throckmorton St, Ste 700<br>Fort Worth, TX 76102 | klinendoll@padfieldstout.com | Email |
| *NOA - Counsel to Standard Chartered Bank and Pinnacle Bank, a Tennessee Bank | Paul Hastings LLP | Attn: Matthew M Murphy/Angelika S Glogowski<br>71 S Wacker Dr, Ste 4500<br>Chicago, IL 60606 | mattmurphy@paulhastings.com<br>angelikaglogowski@paulhastings.com | Email |
| *NOA - Counsel for BID Administrator LLC and BID Aggregator A LP | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Brian S Hermann/Robert A Britton<br>Attn: Douglas R Keeton<br>1285 Avenue of the Americas<br>New York, NY 10019 | bhermann@paulweiss.com;<br>rbritton@paulweiss.com;<br>dkeeton@paulweiss.com | Email |
| *NOA - Counsel for Bandera Independent School District | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Benjamin Trotter<br>613 NW Loop 410, Ste 550<br>San Antonio, TX 78216 | btrotter@pbfcm.com | Email |
| *NOA - Counsel for Waller County, Waller-Harris Emergency Services District # 200, Royal Independent School District And Brookshire-Katy Drainage District Counsel for Brazoria County, Brazoria Drainage District # 4, Special Road And Bridge District, Pearland Independent School District and City of Pearland | Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Melissa E Valdez<br>1235 N Loop W, Ste 600<br>Houston, TX 77008 | mvaldez@pbfcm.com | Email |
| *NOA - Counsel for Dudley Land Company | Phillips Murrah PC | Attn: Jason A Sansone<br>424 NW 10th St Ste 300<br>Oklahoma City, OK 73103 | jasansone@phillipsmurrah.com | Email |
| *NOA - Counsel for BID Administrator LLC and BID Aggregator A LP | Porter Hedges LLP | Attn: John F Higgins/Megan N Young-John<br>Attn: Jack M Eiband<br>1000 Main St, 36th Fl<br>Houston, TX 77002 | jhiggins@porterhedges.com;<br>myoung-john@porterhedges.com;<br>jeiband@porterhedges.com | Email |
| 30 Largest | Power Construction G Inc | Jose Medina Velazco<br>Attn: Jose Medina Velazco, COO<br>128 Robbins Ave<br>Jamestown, NC 27282 | JOSE.MEDINA@POWERCONSTRUCTIONJR.COM | Email |
| 30 Largest | Pralar USA, Inc | Diego E Olmos<br>Attn: Diego E Olmos, Sr VP<br>2200 W Loop S, Ste 550<br>Houston, TX 77027 | DOLMOS@PRALAR.COM | Email |
| *NOA - Counsel for QSTS Ranch Partnership LTD | Ross Spence, PC | Attn: Ross Spence<br>4582 Elm<br>Bellaire, TX 77401 | ross@rossspence.com | Email |
| *NOA - Counsel for Caterpillar Financial Services Corporation | Ross, Banks, May, Cron & Cavin, PC | Attn: John Mayer<br>7700 San Felipe, Ste 550<br>Houston, TX 77063 | jmayer@rossbanks.com | Email |
| 30 Largest | Sacramento Drilling, Inc | Jeff Calabro<br>Attn: Jeff Calabro, President<br>1143 Blumenfeld Dr, Ste 100<br>Sacramento, CA 95815 | JEFF.CALABRO@SDISERVICES.COM | Email |
| 30 Largest | Shackelford Construction & Hauling LLC | Jay Shackelford<br>Attn: Jay Shackelford, Owner<br>350 S Industrial Pkwy<br>Yazoo City, MS 39194 | JAYSHACKELFORD@GMAIL.COM | Email |
| *NOA - Counsel for Fundamental Advisors LP | Sidley Austin LLP | Attn: Duston K McFaul/Maegan Quejada<br>1000 Louisiana St, Ste 5900<br>Houston, TX 77002 | dmcfaul@sidley.com;<br>mquejada@sidley.com | Email |
| 30 Largest | Staffing Support Solutions, LLC | Christopher Kent<br>Attn: Christopher Kent, Managing Partner<br>10205 US Hwy 15-501, Unit 26-167<br>Southern Pines, NC  28387 | CHRIS@STAFFINGSUPPORTSOLUTIONS.COM | Email |
| 30 Largest | Sungrow USA Corp | Hanyu Zheng<br>Attn: Hanyu Zheng, VP, Operations & Finance<br>3200 Park Center Dr, Ste 850<br>Costa Mesa, CA 92626 | CFAHANYUZHENG@SUNGROW.CN | Email |
| *Official Committee of Unsecured Creditors | Sungrow USA Corporation | Attn: M Dinora Smith<br>3200 Park Ctr Dr<br>Costa Mesa, CA 92626 | mdinorasmith@sungrow-na.com | Email |
| 30 Largest | The Boldt Company | Dave Kievet<br>Attn: Dave Kievet, CEO<br>2121 E Capitol Dr<br>Appleton, WI 54911 | DKIEVET@BOLDT.COM | Email |
| *NOA - Counsel for TSEA USA LLC and Transformadores e Serviços de Energia das Américas | Thompson Hine LLP | Attn: Jonathan S Hawkins<br>10050 Innovation Dr, Ste 400<br>Miamisburg, OH 45342 | Jonathan.Hawkins@thompsonhine.com | Email |

**Exhibit A**
Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest | Tsea Energy | José Roberto Reynaldo<br>Attn: José Roberto Reynaldo, CEO<br>Rod Fernão Dias, 3045<br>Amazonas<br>Contagem, MG 37418-760<br>Brazil | JOSE.ROBERTO@TSEAENERGIA.COM.BR | Email |
| *NOA - Counsel for United States of America | U.S. Department of Justice | Attn: Leah V Lerman<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 | leah.v.lerman@usdoj.gov | Email |
| 30 Largest | United Rentals | Matthew J Flannery<br>Attn: Matthew J Flannery, CEO<br>100 1st Stamford Pl, Ste 700<br>Stamford, CT 06902 | MFLANNERY@UNITEDRENTALS.COM | Email |
| 30 Largest | Utilitypower, LLC | Brian Mcfarlin<br>Attn: Brian Mcfarlin, President<br>702 Oberlin Rd, Ste 330<br>Raleigh, NC 27605 | BMCFARLIN@UTILITYINNOVATION.COM | Email |
| *NOA - Counsel for Umatilla Electric Cooperative | Vartabedian Hester & Haynes LLP | Attn: Candice Carson/Martin Sosland<br>2200 Ross Ave, Ste 4600E<br>Dallas, TX 75201 | Candice.Carson@vhh.law<br>Martin.Sosland@vhh.law | Email |
| *NOA - Counsel for Umatilla Electric Cooperative | Vartabedian Hester & Haynes LLP | Attn: J Robert Forshey/Mary Taylor Stanberry<br>301 Commerce St, Ste 2200<br>Fort Worth, TX 76102 | bobby.forshey@vhh.law<br>Mary.Stanberry@vhh.law | Email |
| *NOA - Counsel to Nextpower LLC f/k/a Nextracker LLC | Vinson & Elkins LLP | Attn: David S Meyer/Jessica C Peet<br>1114 Ave of the Americas, 32nd Fl<br>New York, NY 10036 | dmeyer@velaw.com;<br>jpeet@velaw.com | Email |
| *NOA - Counsel to Nextpower LLC f/k/a Nextracker LLC | Vinson & Elkins LLP | Attn: Kiran Vakamudi<br>845 Texas Ave, Ste 4700<br>Houston, TX 77002 | kvakamudi@velaw.com | Email |
| 30 Largest | Waaree Solar Americas Inc | Puneet Sikka<br>Attn: Puneet Sikka, Director Finance & Accounting<br>2439 Discovery Hills Pkwy<br>Brookshire, TX 77423 | PUNEETSIKKA@WAAREE.COM | Email |
| *Official Committee of Unsecured Creditors | Waaree Solar Americas Inc. | Attn: Puneet Sikka<br>2439 Discovery Hills Pkwy<br>Brookshire, TX 77423 | puneetsikka@waaree.com | Email |
| 30 Largest | Weg Transformers USA, LLC | Alberto Kuba<br>Attn: Alberto Kuba, CEO<br>6655 Sugarloaf Pkwy<br>Duluth, GA 30097 | KUBA@WEG.NET | Email |
| *NOA - Counsel for Healthcare of Ontario Pension Plan Trust Fund | Weil, Gotshal & Manges | Attn: Gabriel Morgan<br>700 Louisiana St, Ste 3700<br>Houston, TX 77002 | Gabriel.Morgan@weil.com | Email |
| *NOA - Counsel for Healthcare of Ontario Pension Plan Trust Fund | Weil, Gotshal & Manges | Attn: Matthew S Barr/Chase Bentley<br>Attn: Teddy Cohan<br>767 5th Ave<br>New York, NY 10153 | Matt.Barr@weil.com;<br>Chase.Bentley@weil.com;<br>Teddy.Cohan@weil.com | Email |
| 30 Largest | West Florida Fence | Wes Tolbert<br>Attn: Wes Tolbert, CEO<br>6500 E Broadway Ave<br>Tampa, FL 33619 | WTOLBERT@PERIMETERSOLUTIONSGROUP.COM | Email |
| 30 Largest | Whc, LLC | Jacob Favaron<br>Attn: Jacob Favaron, General Counsel<br>300 Industrial Trace<br>Broussard, LA 70518 | JFAVARON@WHCENERGYSERVICES.COM | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | White & Case LLP | Attn: Gregory F Pesce<br>111 S Wacker Dr, Ste 5100<br>Chicago, IL 60606 | gregory.pesce@whitecase.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | White & Case LLP | Attn: Philip M Abelson/Samuel P Hershey<br>Attn: Brett L Bakemeyer<br>1221 Ave of the Americas<br>New York, NY 10020 | philip.abelson@whitecase.com;<br>sam.hershey@whitecase.com;<br>brett.bakemeyer@whitecase.com | Email |
| *NOA - Counsel for Wind Turbine and Energy Cables Corp | Whiteford, Taylor & Preston, LLP | Attn: Christopher A Jones<br>3190 Fairview Park Dr, Ste 800<br>Falls Church, VA 22042 | cajones@whitefordlaw.com | Email |
| *NOA - Counsel for UtilityPower, LLC | Wick Phillips Gould & Martin, LLP | Attn: John D Gaither<br>3131 McKinney Ave, Ste 500<br>Dallas, TX 75204 | john.gaither@wickphillips.com | Email |
| *NOA - Counsel for the Polaris B Lenders | Winston & Strawn LLP | Attn: Gregory Gartland<br>300 N LaSalle Dr<br>Chicago, IL 60654-3406 | ggartland@winston.com | Email |
| *NOA - Counsel for the Polaris B Lenders | Winston & Strawn LLP | Attn: James T Bentley<br>200 Park Ave<br>New York, NY 10166-4193 | jbentley@winston.com | Email |
| *NOA - Counsel for MUFG Bank, Ltd and Zions Bancorporation, N.A. | Winston & Strawn LLP | Attn: Jonathan I Levine<br>200 Park Ave<br>New York, NY 10166-4193 | jonlevine@winston.com | Email |
| *NOA - Counsel for the Polaris B Lenders and Bancorporation, N.A. | Winston & Strawn LLP | Attn: Madison K Haueisen<br>800 Capitol St, Ste 2400<br>Houston, TX 77002-2925 | mhaueisen@winston.com | Email |
| *NOA - Counsel for MUFG Bank, Ltd and Zions Bancorporation, N.A. | Winston & Strawn LLP | Attn: Thomas H Good<br>1901 L St, NW<br>Washington, DC 20036-3506 | tgood@winston.com | Email |
| *NOA -Counsel for First Financial Holdings, LLC | Winthrop & Weinstine, PA | Attn: Cynthia L Hegarty<br>225 S 6th St, Ste 3500<br>Minneapolis, MN 55402 | chegarty@winthrop.com | Email |
| *NOA - Counsel for United States Fire Insurance Company and Ascot Surety & Casualty Company | Womble Bond Dickinson (US) LLP | Attn: Jacob W Edwards<br>717 Texas Ave, Ste 2100<br>Houston, TX 77002 | jacob.edwards@wbd-us.com | Email |

**Exhibit A**
Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for United States Fire Insurance Company and Ascot Surety & Casualty Company | Womble Bond Dickinson (US) LLP | Attn: Lisa Bittle Tancredi<br>100 Light St, 26th Fl<br>Baltimore, MD 21202 | lisa.tancredi@wbd-us.com | Email |

Pine Gate Renewables, LLC, et al., (Case No. 25-90669)